# EXHIBIT A

GERALD D. WIXTED, ESQ.
ATTORNEY ID: 54545
DILWORTH PAXSON LLP
2 RESEARCH WAY
PRINCETON, NEW JERSEY 08540
(609) 924-6000
gwixted@dilworthlaw.com

ATTORNEYS FOR PLAINTIFF, THE CITY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

| | | |
|---|---|---|
| The City of Philadelphia,<br><br>Plaintiff,<br><br>v.<br><br>The Cincinnati Specialty Underwriters Insurance Company,<br><br>Defendant. | ) | IN THE COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>AUGUST TERM, 2026<br><br>DOCKET NO.:<br><br>Civil Action<br><br>**COMPLAINT** |

Plaintiff The City of Philadelphia ("the City") by way of Complaint against The Cincinnati Specialty Underwriters Insurance Company ("CSU"), says as follows:

**Allegations of Fact**

1. CSU is an insurance company with its place of incorporation in Delaware and its principal place of business in Ohio.

2. CSU issued a series of general liability insurance policies ("the Policies") to its insured WRT Management, Inc. f/k/a Tanner's Sports Center, Inc. ("WRT"), for the collective coverage period of January 1, 2018 through December 14, 2022. Subject to their terms, the Policies provided primary and excess liability coverage to WRT.

3. The policy periods, policy numbers, type of policy, and policy limits are Policies and are delineated below:

| **Policy Period** | **Policy #** | **Policy Type** | **Coverage Limits** |
|---|---|---|---|
| 1/1/2018 to 1/1/2019 | CSU0108950 | Commercial General Liability | $1M each occurrence<br>$2M Prod. Comp. Ops. Agg.<br>$2M general aggregate |
| | CSU0108951 | Commercial Excess | $1M each occurrence<br>$1M aggregate |
| 1/1/2019 to 1/1/2020 | CSU0108950 | CGL | $1M each occurrence<br>$2M Prod. Comp. Ops. Agg.<br>$2M general aggregate |
| | CSU0108951 | Commercial Excess | $1M each occurrence<br>$1M aggregate |
| 1/1/2020 to 1/1/2021 | CSU0108950 | CGL | $1M each occurrence<br>$2M Prod. Comp. Ops. Agg.<br>$2M general aggregate |
| | CSU0108951 | Commercial Excess | $1M each occurrence<br>$1M aggregate |
| 1/1/2021 to 1/1/2022 | CSU0108950 | CGL | $1M each occurrence<br>$2M Prod. Comp. Ops. Agg.<br>$2M general aggregate |
| | CSU0108951 | Commercial Excess | $1M each occurrence<br>$1M aggregate |
| 1/1/2022 to 12/14/2022 | CSU0108950 | CGL | $1M each occurrence<br>$2M Prod. Comp. Ops. Agg.<br>$2M general aggregate |
| | CSU0108951 | Commercial Excess | $1M each occurrence<br>$1M aggregate |



Case ID: 260801836

4. True and correct copies of the Policies are attached as Exhs. 1-10 to this Complaint.

5. Throughout the policy periods of the Policies (2018 - 2022), WRT owned and operated a retail shop selling firearms at 2301 York Rd., Jamison, Pennsylvania.

6. On July 25, 2023, the City filed a complaint against WRT in the Court of Common Pleas, Philadelphia County in a matter captioned *City of Philadelphia v. WRT Management, Inc. f/k/a Tanner's Sports Center, Inc., et. al.* No. 230702394 (Court of Common Pleas, Phila. County) ("the City Action"). The City filed an Amended Complaint in the City Action on October 31, 2023.

7. A true and correct copy of the Amended Complaint in the City Action is attached as Exh. 11.

8. In the City Action, WRT was alleged to have routinely sold firearms to people that they knew, reasonably should have known, or deliberately avoided knowing were engaged in illegal firearms trafficking and straw purchasing. The City alleged *inter alia* that WRT's actions and omissions created and maintained a public nuisance, and constituted negligence, negligence per se, and negligent entrustment. The City sought damages and injunctive relief.

9. WRT gave timely notice of the City Action to its insurers, including CSU.

10. On or about December 13, 2023, CSU disclaimed and denied coverage to WRT for all claims in the City Action.

11. On April 16 and 17, 2026, WRT and the City signed an agreement to settle the City Action.



Case ID: 260801836

12. A true and correct copy of the Agreement of Settlement, Release, Assignment of Insurance Coverage and Bad Faith Claims and Cooperation ("Settlement Agreement") is attached as Exh. 12.

13. As a term of the Settlement Agreement, WRT agreed to pay the City $11,900,000.00, to be paid from the insurance proceeds from WRT's insurers. As part of the settlement, WRT assigned to the City all claims, rights and causes of action that WRT had or may have against CSU, including but not limited to claims for breach of contract and breach of the covenant of good faith and fair dealing.

**First Count-Declaratory Judgment**

14. The City repeats each of the allegations contained in Paragraphs 1 through 13 of the Complaint as if fully set forth at length herein.

15. Under the terms of the Policies, WRT had the right to coverage from CSU in connection with the claims asserted in the City Action.

16. WRT entered a reasonable settlement in good faith and made a valid assignment to the City of all its rights against CSU in connection with the City Action.

17. The City and CSU differ over the extent to which CSU was obligated to cover WRT in the City Action under the terms of the Policies.

18. An actual and justiciable controversy has arisen and now exists between the City and CSU concerning CSU's duties under the Policies with respect to the City Action.

19. The obligations of CSU are uncertain and insecure, and the entry of a declaratory judgment by this court will terminate the uncertainty and controversy which has given rise to this proceeding.

WHEREFORE, Plaintiff respectfully demands judgment against CSU as follows:

(A) adjudging and declaring that CSU is estopped from denying coverage;

(B) adjudging and declaring that CSU owed coverage, including a duty of indemnification and a defense to WRT in the City Action;

(C) adjudging and declaring that CSU is responsible to pay the City $11,900,000.00, as well as all legal fees and costs incurred in contesting CSU's position in this coverage action, including interest and costs;

(D) for such other relief as the Court deems just.

**Second Count-Breach of Contract**

20. The City repeats each and every one of the allegations contained in Paragraphs 1 through 19 of the Complaint as if fully set forth at length herein.

21. By accepting consideration and issuing the Policies, CSU agreed to provide insurance according to the terms of the Policies, thereby creating a contractual obligation.

22. By refusing and failing to provide coverage in the City Action, CSU has breached its contractual obligation.

23. At no time did WRT or the City commit any breach of the contract.

24. WRT has entered a reasonable settlement in good faith and made a valid assignment to the City of all rights against CSU in connection with the City Action.

25. The City has and will suffer damages as a result of CSU 's refusal to honor its contractual obligations and to fund the Settlement Agreement in the City Action.

WHEREFORE, the City respectfully demands judgment for damages in the amount of $11,900,000.00, attorney's fees, costs and interest.

**Third Count-Breach of Covenant of Good Faith and Fair Dealing**

26. The City repeats each and every one of the allegations contained in Paragraphs 1 through 25 of the Complaint as if fully set forth at length herein.

27. CSU 's conduct as set forth above breaches the covenant of good faith and fair dealing implied in all contracts.

28. The City has sustained damages as the result of CSU 's breach.

WHEREFORE, Plaintiff respectfully demands judgment for damages in the amount of $11,900,000.00, punitive damages, attorney's fees, costs and interest.

**Fourth Count-Bad Faith**

29. The City repeats each and every one of the allegations contained in Paragraphs 1 through 28 of the Complaint as if fully set forth at length herein.

30. CSU's conduct as set forth above breaches Pennsylvania law prohibiting the bad faith denial of insurance claims as set forth in 42 Pa.C.S. §8371 and in Pennsylvania common law.

31. The City has sustained damages as the result of CSU 's breach.

WHEREFORE, Plaintiff respectfully demands judgment for damages in the amount of $11,900,000.00, punitive damages, attorney's fees, costs and interest.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted,

Gerald D. Wixted, ID No. 54545
**DILWORTH PAXSON LLP**
2 Research Way
Princeton, NJ 08540
TEL: (609) 734-6193
FAX: (215) 893-8537
gwixted@dilworthlaw.com

- and -

One Liberty Place
1650 Market Street, Suite 1200
Philadelphia, PA 19102

*Attorneys for Plaintiff,*
*The City of Philadelphia*

Dated: August 13, 2026

**VERIFICATION**

I, Renee Garcia, state that I am the City Solicitor of Plaintiff City of Philadelphia and am authorized to make this verification on its behalf. I verify that the facts set forth in the foregoing Complaint are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa.C.S.A, Section 4904 relating to unsworn falsification to authorities.

Renee Garcia
City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 17th floor
Philadelphia, PA 19102

Date: August 12, 2026

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 1

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
www.cinfin.com ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108950 **PREVIOUS POLICY NUMBER:**

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
PO Box 373
Jamison PA 18929

| **PRODUCER - Your contact for matters pertaining to this policy:** 37-168 | Broker: 527787 |
|---|---|
| Tyrol Insurance Agency, Inc.<br>223 N Sycamore St<br>Newtown PA 18940 | CSU Producer Resources, Inc.<br>6200 South Gilmore Road<br>Fairfield, OH 45014-5141<br>Scott Hintze |

**Policy Period: From** 01/01/2018 **To** 01/01/2019 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| **COVERAGE PARTS** | | **PREMIUM** |
|---|---|---|
| | **DEPOSIT PREMIUM** | |
| Commercial General Liability | $ | 25,000.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 25,000.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.**

| | | |
|---|---|---|
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 750.00 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 25,805.00 |

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Insurance Guaranty Association.**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**
Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ____________________ Date __________
(Authorized representative or countersignature, where applicable)


Includes copyrighted material of ISO Properties, Inc., with its permission

**POLICY NUMBER** CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: **Tanner's Sports Center Inc.**


Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2018

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA423PA (05/10) | Important Notice |
| CSIA403 (08/07) | Special Provisions - Premium |
| CSIA404 (08/07) | Service of Suit |
| CSIA300 (01/09) | Exclusion of Certified Acts and Other Acts of Terrorism |

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CSGA501 (04/08) | Commercial General Liability Coverage Part Declarations |
| CSGA403 (10/07) | Liability Premises Schedule |
| CSGA408 (04/08) | Commercial General Liability Classification and Premium Schedule |
| CG0001TOC (04/13) | Commercial General Liability Coverage Form Table of Contents |
| CG0001 (04/13) | Commercial General Liability Coverage Form |
| CSGA401TOC (02/13) | Changes to Commercial General Liability Coverage Form Table of Contents |
| CSGA401 (02/13) | Changes to Commercial General Liability Coverage Form |
| CSGA4059TOC (02/13) | Care Custody Or Control Liability Coverage Table of Contents |
| CSGA4059 (02/13) | Care Custody Or Control Liability Coverage |
| IL0910 (07/02) | PA Notice |
| CG2107 (05/14) | Exclusion - Access or Disclosure of Confidential or Personal Information and Data |
| IL0120 (10/13) | Pennsylvania Changes - Defense Costs |
| IL0246 (09/07) | PA Changes - Cancellation and Nonrenewal |
| CG2426 (04/13) | Amendment of Insured Contract Definition |



Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2018

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CG2150 (04/13) | Amendment of Liquor Liability Exclusion |
| CSGA418 (06/08) | Amendment of Pollutants Definition |
| CSGA364 (06/08) | Exclusion - Coverage C - Medical Payments |
| CSGA361 (06/08) | Exclusion - Fungi or Bacteria |
| CSGA439 (11/08) | Amendment of Duties in the Event of Occurrence Offense Claim or Suit Condition |
| CG2147 (12/07) | Employment-Related Practices Exclusion |
| CG2149 (09/99) | Total Pollution Exclusion Endorsement |
| CG2196 (03/05) | Silica Or Silica-Related Dust Exclusion |
| CSGA3061 (08/12) | Exclusion - Gun Safety Conceal And Carry Instruction |
| CSGA3087 (08/12) | Exclusion - Metalsmith Operations |
| CG0300 (01/96) | Deductible Liability Insurance |
| CSGA201 (08/07) | Hired Auto and Non-Owned Auto Liability |
| CG2018 (04/13) | Additional Insured - Mortgagee Assignee or Receiver |
| IL0017 (11/98) | Common Policy Conditions |
| IL0021 (09/08) | Nuclear Energy Liability Exclusion Endorsement |
| CSLL348 (01/08) | Limitation - No Stacking of Limits of Insurance |
| IL0003 (09/08) | Calculation of Premium |
| CSIA405(08/09)-A | - Defense Only Coverage for Certain ATF Proceedings Endorsement |



Case ID: 260801836

## THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.


Case ID: 260801836

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

POLICY NUMBER: CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to 100% of the deposit premium

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to 25 % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.



Case ID: 260801836

POLICY NUMBER: CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

**C. Exception Covering Certain Fire Losses**

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and / or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

**D. Exception Covering Minimum Financial Responsibility**

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and / or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

2. Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

3. Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108950 Effective date: 01/01/2018

Named Insured: Tanner's Sports Center Inc.

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ Excluded | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 2,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule CSIA 406

**COMMERCIAL GENERAL LIABILITY PREMISES SCHEDULE :** Refer to CSGA 403

**COMMERCIAL GENERAL LIABILITY CLASSIFICATION AND PREMIUM SCHEDULE:** Refer to CSGA 408

**TOTAL DEPOSIT PREMIUM $** 25,000

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2018 ☒ **if Supplemental Declarations Is Attached**

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
|---|---|
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |

# Commercial General Liability Classification and Premium Schedul

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2018

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE<br>A - Area<br>B - Payroll<br>S - Gross Sales<br>U -Units | RATE<br>Premises Operations and All Other | RATE<br>Products/ Completed Operations | D<br>Pr<br>Oper<br>A |
|---|---|---|---|---|---|---|
| 1 | Sporting Goods or Athletic Equipment Stores | 18206 | S, 12000000 | 1.525 | .349 | $18 |
| | PPF | | | | | $1, |
| | CSIA405-A - Defense Only Coverage for Certain ATF Proceedings Endorsement | | | | | $15 |
| | CSGA201-Hired Auto and Non-Owned Auto Liability | | | | | $50 |



Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

Page No.


SECTION I - COVERAGES ____ 1
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY ____ 1
1. Insuring Agreement ____ 1
2. Exclusions ____ 2
a. Expected Or Intended Injury ____ 2
b. Contractual Liability ____ 2
c. Liquor Liability ____ 2
d. Workers' Compensation And Similar Laws ____ 2
e. Employer's Liability ____ 2
f. Pollution ____ 3
g. Aircraft, Auto Or Watercraft ____ 4
h. Mobile Equipment ____ 4
i. War ____ 4
j. Damage To Property ____ 5
k. Damage To Your Product ____ 5
l. Damage To Your Work ____ 5
m. Damage To Impaired Property Or Property Not Physically Injured ____ 5
n. Recall Of Products, Work Or Impaired Property ____ 5
o. Personal And Advertising Injury ____ 5
p. Electronic Data ____ 6
q. Recording And Distribution Of Material Or Information In Violation Of Law ____ 6
COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY ____ 6
1. Insuring Agreement ____ 6
2. Exclusions ____ 6
a. Knowing Violation Of Rights Of Another ____ 6
b. Material Published With Knowledge Of Falsity ____ 6
c. Material Published Prior To Policy Period ____ 6
d. Criminal Acts ____ 7
e. Contractual Liability ____ 7
f. Breach Of Contract ____ 7
g. Quality Or Performance Of Goods - Failure To Conform To Statements ____ 7
h. Wrong Description Of Prices ____ 7
i. Infringement Of Copyright, Patent, Trademark Or Trade Secret ____ 7
j. Insureds In Media And Internet Type Businesses ____ 7
k. Electronic Chatrooms Or Bulletin Boards ____ 7
l. Unauthorized Use Of Another's Name Or Product ____ 7
m. Pollution ____ 7
n. Pollution-Related ____ 7
o. War ____ 7
p. Recording And Distribution Of Material Or Information In Violation Of Law ____ 8



Case ID: 260801836

TABLE OF CONTENTS (CONT'D)


Page No.

COVERAGE C MEDICAL PAYMENTS 8
1. Insuring Agreement 8
2. Exclusions 8
a. Any Insured 8
b. Hired Person 8
c. Injury On Normally Occupied Premises 8
d. Workers Compensation And Similar Laws 8
e. Athletics Activities 8
f. Products-Completed Operations Hazard 8
g. Coverage A Exclusions 8
SUPPLEMENTARY PAYMENTS - COVERAGES A AND B 8
SECTION II - WHO IS AN INSURED 10
SECTION III - LIMITS OF INSURANCE 11
SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS 11
1. Bankruptcy 11
2. Duties In The Event Of Occurrence, Offense, Claim Or Suit 11
3. Legal Action Against Us 12
4. Other Insurance 12
a. Primary Insurance 12
b. Excess Insurance 12
c. Method Of Sharing 12
5. Premium Audit 13
6. Representations 13
7. Separation Of Insureds 13
8. Transfer Of Rights Of Recovery Against Others To Us 13
9. When We Do Not Renew 13
SECTION V - DEFINITIONS 13
1. "Advertisement" 13
2. "Auto" 13
3. "Bodily injury" 13
4. "Coverage territory" 13
5. "Employee" 14
6. "Executive officer" 14
7. "Hostile fire" 14
8. "Impaired property" 14
9. "Insured contract" 14
10. "Leased worker" 14
11. "Loading or unloading" 14
12. "Mobile equipment" 15
13. "Occurrence" 15
14. "Personal and advertising injury" 15
15. "Pollutants" 15
16. "Products-completed operations hazard" 15




Case ID: 260801836

**TABLE OF CONTENTS (CONT'D)**

| | | Page No. |
|---|---|---|
| **17.** | "Property damage" | **16** |
| **18.** | "Suit" | **16** |
| **19.** | "Temporary worker" | **16** |
| **20.** | "Volunteer worker" | **16** |
| **21.** | "Your product" | **16** |
| **22.** | "Your work" | **17** |



Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat,

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or


© Insurance Services Office, Inc., 2012

Case ID: 260801836

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**SECTION II - WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred


© Insurance Services Office, Inc., 2012

Case ID: 260801836

before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C;**

   b. Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B.**

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A;** and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow


© Insurance Services Office, Inc., 2012

Case ID: 260801836

this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises


© Insurance Services Office, Inc., 2012

Case ID: 260801836

you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

Page No.

EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE 1
EXCLUSION - ASBESTOS 2
EXCLUSION - CROSS SUITS 2
EXCLUSION - PRIOR INJURY OR DAMAGE 2
EXCLUSION - LEAD 3
EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS 3
EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES 3


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that "bodily injury" or "property damage" had occurred or had begun to occur, in whole or in part, prior to the policy period in which such "bodily injury" or "property damage" occurs or begins to occur.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that "bodily injury" or "property damage" has occurred or has begun to occur at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an "occurrence," claim or "suit":

**1.** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "bodily injury," or "property damage";

**3.** First observes or reasonably should have first observed, the "bodily injury" or "property damage; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that "bodily injury" or "property damage" had occurred or had begun to occur.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that a "personal and advertising injury" offense had been committed or had begun to be committed, in whole or in part, prior to the policy period in which such "personal and advertising injury" was committed or began to be committed.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that a "personal and advertising injury" offense has been committed or has begun to be committed at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an offense, claim or "suit":

**1.** Reports all, or any part, of the "personal and advertising injury" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "personal and advertising injury";

**3.** First observes or reasonably should have first observed, the "personal and advertising injury"; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that a "personal and advertising injury" offense had been committed or had begun to be committed.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - ASBESTOS

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of, attributable to, or any way related to "asbestos" in any form or transmitted in any manner.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "asbestos," by any insured or by any other person or entity.

**B.** The following definition is added to the **Definitions** Section:

"Asbestos" means any type or form of asbestos, including but not limited to, asbestos, asbestos products, asbestos fibers, asbestos contained in any product or material, or a mixture or combination of asbestos and other dust or particles.

## EXCLUSION - CROSS SUITS

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Liability**:

**2. Exclusions**

This insurance does not apply to:

**Cross Suits**

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of any claim for damages by a Named Insured against another Named Insured.

## EXCLUSION - PRIOR INJURY OR DAMAGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage**:

This insurance does not apply to any "bodily injury" or "property damage" that:

**1.** first occurred prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of occurring as of the Effective date of this Coverage Part; or

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury**:

This insurance does not apply to "personal and advertising injury" that:

**1.** was first committed prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of being committed as of the Effective date of this Coverage Part;

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - LEAD

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.

### EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS

Paragraph **3.** of **Section II - Who Is An Insured** does not apply and is deleted in its entirety.

## EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

Any claim of indemnification for punitive or exemplary damages. If a suit is brought against any insured for a claim covered by this Coverage Part, seeking both compensatory and punitive or exemplary damages, we will provide a defense to such action. However, we will not have an obligation to pay for any costs, interest, or damages, attributable to punitive or exemplary damages. If state law provides for statutory multiple damage awards, we will pay only the amount of the award before the multiplier is added.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE
# TABLE OF CONTENTS

Page No.

SCHEDULE 1
A. Care, Custody and Control Coverage 1
B. Limits of Insurance and Deductibles 1
C. Deductible Clause 1


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

Limits of Insurance

| | |
|---|---|
| $ 5,000 | Each Occurrence |
| $ 1,000 | Deductible Each Occurrence |
| $ 10,000 | Aggregate Limit |

**A. Care, Custody and Control Coverage**

**1.** Exclusion **j.** Subparagraph **(4)** of **SECTION I - COVERAGE A** does not apply to "property damage" to the property of others described therein.

**B. Limits of Insurance and Deductibles**

**1.** The Limits of Insurance shown in the Declarations are replaced by the limits designated in the Schedule above with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced. The Limits of Insurance shown in the Schedule fix the most we will pay in any one "occurrence" regardless of the number of:

**(1)** Insureds;

**(2)** Claims made or "suits" brought; or

**(3)** Persons or organizations making claims or bringing "suits".

**C. Deductible Clause**

**1.** Our obligation to pay damages on your behalf applies only to the amount of damages for each "occurrence" that are in excess of the deductible amount stated in the Schedule. The Limits of Insurance will not be reduced by the application of such deductible amount.

**2.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. Surveys;
2. Consultation or advice; or
3. Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
2. To consultation services required to be performed under a written service contract not related to a policy of insurance; or
3. If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

 © ISO Properties, Inc., 2001 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

 © Insurance Services Office, Inc., 2013 
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART - LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART - MORTGAGEHOLDER'S ERRORS AND OMISSIONS COVERAGE FORM
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Electronic Data Liability, Employment-related Practices Liability, Farm, Liquor Liability, Medical Professional Liability, Owners And Contractors Protective Liability, Pollution Liability, Product Withdrawal, Products/Completed Operations Liability, Railroad Protective Liability and Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;
2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;
3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;
4. Section **A.** Coverage under the Legal Liability Coverage Form; and
5. Coverage **C** - Mortgageholder's Liability under the Mortgageholder's Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

 © Insurance Services Office, Inc., 2013 
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

2. **Cancellation Of Policies In Effect For Less Than 60 Days**

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

3. **Cancellation Of Policies In Effect For 60 Days Or More**

   If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

   a. You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

   b. You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

   c. A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   d. Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

 © ISO Properties, Inc., 2006 

Case ID: 260801836

e. Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

f. Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

4. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

7. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

B. The following are added and supersede any provisions to the contrary:

1. **Nonrenewal**

   If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

2. **Increase Of Premium**

   If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.


ã ISO Properties, Inc., 2006

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 © Insurance Services Office, Inc., 2012 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

 © Insurance Services Office, Inc., 2012 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTANTS DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Paragraph **15.** of the **DEFINITIONS** Section is replaced by the following:

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

- **a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or
- **b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** **SECTION I - COVERAGE C - MEDICAL PAYMENTS** is deleted and does not apply, and none of the references to it in the Coverage Part apply.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury", "property damage" or “personal and advertising injury” caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(1)** Inhalation of;

**(2)** Ingestion of;

**(3)** Contact with;

**(4)** Absorption of;

**(5)** Exposure to;

**(6)** Existence of; or

**(7)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**b.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**c.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **A. 2. b.** above;

**(5)** "Your product"; or

**(6)** "Your work"; or

**d.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **A. 2. a.**, **b.** or **c.** above;

regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**C.** For the purposes of this endorsement, **SECTION V - DEFINITIONS** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT CONDITION

This endorsement modifies insurance provided under the following:

COMMERICAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**e.** No insured will admit to any liability, consent to any judgment, or settle any claim or "suit" without our prior written consent.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

 Copyright, Insurance Services Office, Inc., 1998 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004  Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - GUN SAFETY, CONCEAL AND CARRY INSTRUCTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person:

**1.** While practicing, instructing, supervising, officiating, training or participating in any gun safety or conceal and carry gun class while using, demonstrating or handling any gun.

**2.** Arising out of your instruction, guidance, presentation or misrepresentation of any gun safety or conceal and carry gun law, rules, requirements, or regulations.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - METALSMITH OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person while instructing, supervising, or participating in any exhibition, demonstration, class, or workshop, involving or regarding "metalsmithing".

**B.** The following Definition is added to **Section V - Definitions**:

"Metalsmithing" means the process of heating steel or any other metal in a coal, propane, natural gas, wood fire or any other heating source forge to high temperatures, then forging the steel using hammer, tools, and an anvil, or any other tools or equipment used to work with the materials.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

POLICY NUMBER: CSU0108950

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Coverage** | **Amount and Basis of Deductible** PER CLAIM | or PER OCCURRENCE |
|---|---|---|
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ 2,500 | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

Defense costs and expenses are subject to the deductible. For the purposes of this endorsement, defense costs and claims expenses are included as damages and any payment applies only to amounts in excess of the deductible amount stated.

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.


Copyright, Insurance Services Office, Inc., 1994
Case ID: 260801836

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:
   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";
   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or
   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:
      (1) "Bodily injury";
      (2) "Property damage"; or
      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

1. Our right and duty to defend the insured against any "suits" seeking those damages; and
2. Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.


Copyright, Insurance Services Office, Inc., 1994

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A.** The insurance provided under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** applies to "bodily injury" or "property damage" arising out of the:

**1.** Maintenance or use of a "hired auto" by you or your "employees" in the course of your business; and

**2.** Use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** other than exclusions **a. Expected or Intended Injury, b. Contractual Liability, d. Workers' Compensation and Similar Laws, f. Pollutant, i. War** and the **NUCLEAR ENERGY LIABILITY EXCLUSION (Broad Form)** are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured sustained in the "workplace";

**(2)** An "employee" of the insured arising out of the performance of duties related to the conduct of the insured's business; or

**(3)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraphs **(1)** or **(2)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

**(1)** Liability assumed by the insured under an "insured contract"; or

**(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

**b.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

**2.** For insurance provided by this endorsement only, **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

None of the following is an insured:

**a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child,


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**e.** Any person or organization for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**3.** For insurance provided by this endorsement only, **SECTION V - DEFINITIONS** is amended to include the following:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired "auto" means only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

**3.** "Non-owned auto" means only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs.


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Wilmington Savings Fund Society, FSB<br>Its successors and/or assigns<br>PO Box 729<br>Claymont, DE 19703-0729 | 2301 York Rd.<br>Jamison, PA 18929 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and
2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or
2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

 © Insurance Services Office, Inc., 2012 

Case ID: 260801836

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.


Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";

 © ISO Properties, Inc., 2007 

Case ID: 260801836

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.


© ISO Properties, Inc., 2007

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - NO STACKING OF LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

ALL COVERAGE FORMS OR COVERAGE PARTS PROVIDING LIABILITY COVERAGE

The Conditions are amended to add the following:

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy.

This endorsement does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

 © ISO Properties, Inc., 2007 

Case ID: 260801836

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEFENSE ONLY COVERAGE FOR CERTAIN ATF PROCEEDINGS ENDORSEMENT

**NOTICE: THIS ENDORSEMENT PROVIDES COVERAGE FOR "DEFENSE COSTS" ONLY.**

**NOTICE: THE LIMITS OF INSURANCE PROVIDED HEREIN ARE IN ADDITION TO THE LIMITS OF INSURANCE FOR ALL OTHER COVERAGES UNDER THIS POLICY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| **AGGREGATE PROCEEDING DEFENSE LIMIT** | **$100,000** |
| **EACH PROCEEDING DEFENSE LIMIT** | $50,000 |

**1. Insuring Agreement**

**a.** We will pay reasonable and necessary "defense costs" to defend you in a "proceeding" arising from your "violation" of 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail, and to which this insurance applies.

We will have the right and the duty to defend you against any "proceeding" to which this insurance applies. At our sole discretion, we shall have the right to select an attorney, certified public accountant or other person recognized to practice before the "ATF" to defend you against any "proceeding" as provided by 27 CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding". However, we will have no duty to defend you against any "proceeding" to which this insurance does not apply.The amount we will pay for "defense costs" is limited as described in Paragraph **3. Limits of Insurance** as shown below.

**b.** This insurance applies only if the "ATF" first notifies you in writing during the policy period of the "proceeding". You shall report such notification to us as soon as practicable.

**c.** This insurance applies only if, prior to the first effective date of this "Defense Only Coverage for Certain ATF Proceedings Endorsement", neither you nor any of your "employees" received notice of a "violation" or knew that the "violation" had occurred, in whole or in part. If you or your "employees" received notice of a "violation " or knew, prior to such effective date, that the "violation" occurred, then any continuation, change or resumption of such "violation" during or after the policy period will be deemed to have been known prior to the policy period and notification of a "proceeding" arising out of such "violation(s)" shall not be covered under this endorsement.

Includes copyrighted material of ISO Properties, Inc. with it permission

## 2. Exclusions

This insurance does not apply to, and we will not defend or pay any "defense costs":

**a. After Adjudication by De Novo Judicial Review**

After adjudication by de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license.

**b. Criminal Acts**

Arising out of any "violation" which results in any criminal indictments or charges or arises out of a criminal act committed by or at the direction of any insured.

**c. Other Coverages**

Arising out of any "violation" that is covered under Coverages A or B of this policy.

**d. Participating in Compliance Reviews, Audits or Inspections**

Incurred by you to participate in any compliance reviews, audits or inspections, whether or not requested by the "ATF".

## 3. Limits of Insurance

**a.** The Limits of Insurance shown in the Schedule to this "Defense Only Coverage For Certain ATF Proceedings Endorsement" (hereinafter the "Schedule") apply to each "Licensed Location" and the rules below fix the most we will pay for "defense costs" regardless of the number of:

- Insureds;
- Persons or entities filing or initiating a "proceeding";
- "Violations" cited in such "proceedings"; or
- "Proceedings" filed or initiated against the insured.

**b.** The Aggregate Proceeding Defense Limit shown in the Schedule is the most we will pay in the aggregate for all "defense costs" for all "proceedings" filed against all insureds at each "licensed location".

**c.** Subject to Subparagraph b. above, the Each Proceeding Defense Limit shown in Schedule is the most we will pay for all "defense costs" arising out of a single "proceeding" at each "licensed location".

**d.** All "proceedings" or series of related or interrelated "proceedings" arising out of an inspection or re-inspection of the "licensed location" by the "ATF" will be deemed to be a single "proceeding" and will be deemed to have occurred when you receive written notice of the first "proceeding" by the "ATF". Only the policy in effect when you receive written notice of the first "proceeding" shall apply to all such "proceedings".

## 4. Definitions

**a.** "ATF" means the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a similar state agency that has the authority to issue and revoke firearms licenses.

**b.** "Defense costs" means the cost of hiring an attorney, certified public accountant or other person recognized to practice before the "ATF" to represent you at a "proceeding", as provided by 27

Includes copyrighted material of ISO Properties, Inc. with it permission

CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding".

"Defense costs" do not include equitable relief or any type of damages, including, but not limited to, compensatory damages, consequential damages, punitive damages, exemplary damages, fines, penalties, statutory damages or any court costs, filing fees, expenses, or costs charged to you by any governmental agency or court.

**c.** "Licensed location" means each location owned by you that holds the required firearms license in order to sell firearms at wholesale or retail.

**d.** "Proceeding" means a hearing, including:

(1) a "warning conference";

(2) other hearing, as provided by 27 CFR 478.74, regarding the denial of a renewal, suspension or revocation of a firearms license by the "ATF"; or

(3) de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license by the "ATF"

which occurs after you have been notified in writing of a "violation" by the "ATF". However, we will not defend you until you have received written notice from the "ATF" requiring your attendance at such a hearing.

**e.** "Violation " means the actual or alleged failure to comply with 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail. Such "violation" must have been found during an "ATF" inspection of the "licensed location" authorized under 27 CFR 478.23(b)(2)(i), or any similar state law or regulation.

**f.** "Warning conference" means an informal conference offered by the "ATF", in writing, to provide the insured with the opportunity to respond to the "violations" and to determine any necessary corrective actions.

All other terms and conditions of the policy remain unchanged.



Includes copyrighted material of ISO Properties, Inc. with its permission

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 2

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108951 **PREVIOUS POLICY NUMBER:**

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
PO Box 373
Jamison PA 18929

**PRODUCER - Your contact for matters pertaining to this policy:** 37-168
Tyrol Insurance Agency, Inc.
223 N Sycamore St
Newtown PA 18940

Broker: 527787
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

**Policy Period: From** 01/01/2018 **To** 01/01/2019 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| | **DEPOSIT PREMIUM** | |
| Excess Liability | $ | 6,480.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 6,480.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.**

| | | |
|---|---|---|
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 194.40 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 6,729.40 |

**Premium is subject to annual audit:** ☐ **Yes** ☒ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Insurance Guaranty Association.**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**
Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ______________________________ Date __________
(Authorized representative or countersignature, where applicable)


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**POLICY NUMBER** CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: **Tanner's Sports Center Inc.**



Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2018

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA423PA (05/10) | Important Notice |
| CSIA403 (08/07) | Special Provisions - Premium |
| CSIA404 (08/07) | Service of Suit |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA300 (01/09) | Exclusion of Certified Acts and Other Acts of Terrorism |

**Forms Applicable - EXCESS**

| | |
|---|---|
| CSCX404 (06/09) | Excess Liability Premises Schedule |
| CSCX403 (06/09) | Calculation Of Premium |
| IL0017 (11/98) | Common Policy Conditions |
| CSCX500 (06/09) | Commercial Excess Liability Coverage Part Declarations |
| CSCX400 (06/09) | Commercial Excess Liability Schedule of Controlling Underlying Insurance |
| CSCX100TOC (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS |
| CSCX100 (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM |
| CSCX334 (06/09) | Exclusion Of Coverage To Any Additional Insured |
| CSCX407 (06/09) | Limitation - Two or More Coverage Forms or Policies Issued By Us |
| CSCX406PA (06/09) | Pennsylvania Notice |
| CX0210 (09/08) | Pennsylvania Changes - Cancellation and Nonrenewal |
| CSCX372 (06/09) | Prior Injury or Damage Exclusion |
| CSCX302 (06/09) | Abuse or Molestation Exclusion |
| CSCX311 (03/16) | EXCLUSION - ASSAULT OR BATTERY |



Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2018

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - EXCESS**

| | |
|---|---|
| CSCX322 (06/09) | Communicable Disease Contagious Disease Or Infectious Disease Exclusion |
| CSCX320 (06/09) | Care Custody or Control Exclusion |
| CSCX319 (06/09) | Cancer Exclusion |
| CSCX351 (06/09) | Intellectual Property Exclusion |
| CSCX344 (06/09) | Fungi Or Bacteria Exclusion |
| CSCX329 (06/09) | Cross Suits Exclusion |
| CSCX331 (06/09) | Lead Exclusion |
| CSCX312 (07/10) | Total Auto Exclusion |
| CSCX327 (06/09) | Contractual Liability Exclusion |
| CSCX3000 (08/09) | Damage To Premises Occupied Or Rented To You Exclusion |



Case ID: 260801836

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

POLICY NUMBER: CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to 100% of the deposit premium

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to 25 % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.



Case ID: 260801836

POLICY NUMBER: CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.



Case ID: 260801836

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

**C. Exception Covering Certain Fire Losses**

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and / or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

**D. Exception Covering Minimum Financial Responsibility**

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and / or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

2. Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

3. Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

# EXCESS LIABILITY PREMISES SCHEDULE

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2018

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
|---|---|
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

EXCESS LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.


Copyright, Insurance Services Office, Inc., 1998

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108951 Effective Date: 01/01/2018

Named Insured: Tanner's Sports Center Inc.

**Commercial Excess Liability Coverage Limits of Insurance:**

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Aggregate Limit | $1,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule **CSIA 406**

**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE:**
Refer to form **CSCX 400** which is part of the Commercial Excess Liability policy declarations.

**COMMERCIAL EXCESS LIABILITY PREMISES SCHEDULE:**
Refer to **CSCX 404**

**TOTAL DEPOSIT PREMIUM:** $ 6,480

**Premium is subject to audit:** ☐ **Yes** ☒ **No**

**NOTICES OF CLAIMS OR EVENTS SHOULD BE REPORTED IMMEDIATELY TO:**

The Cincinnati Specialty Underwriters Insurance Company:
Claims Department
P.O. Box 145496
Cincinnati, Ohio 45250-5496
Email: ClaimsMainDesk@cinfin.com
Fax: (877) 242-3665


Includes copyrighted material of ISO Properties, Inc. with its permission.

Case ID: 260801836

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY
# SCHEDULE OF CONTROLLING UNDERLYING INSURANCE

**Attached to and forming part of POLICY NUMBER:** CSU0108951 **Effective date:** 01/01/2018

**Named Insured:** Tanner's Sports Center Inc.

| | | | |
|---|---|---|---|
| **General Liability** | **Company:** The Cincinnati Specialty Underwriters Insurance Company | | |
| | **Policy Number:** CSU0108950 | | |
| | **Policy Period:** 01-01-2018 To 01-01-2019 | | |
| | **Limits Of Insurance:** | | |
| | **Each Occurrence** | $1,000,000 | |
| | **Personal And Advertising Injury** | $1,000,000 | Any one person or organization |
| | **Products-Completed Operations Aggregate** | $2,000,000 | |
| | **General Aggregate** | $2,000,000 | |

| | | |
|---|---|---|
| **Employer's Liability** | **Company:** Rockwood Casualty Insurance Company | |
| | **Policy Number:** WC0684945 | |
| | **Policy Period:** 10-01-2017 To 10-01-2018 | |
| | **Limits Of Insurance:** | |
| | **Bodily Injury By Accident Each Accident** | $1,000,000 |
| | **Bodily Injury By Disease Policy Limit** | $1,000,000 |
| | **Bodily Injury By Disease Each Employee** | $1,000,000 |



Includes copyrighted material of ISO Properties, Inc. with its permission.

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS


| | Page No. |
|---|---|
| **SECTION I - COVERAGES** | **1** |
| **1. Insuring Agreement** | **1** |
| **2. Exclusions** | **1** |
| **a. Asbestos** | **1** |
| **b. Auto** | **1** |
| **c. Recording And Distribution Of Material Or Information in Violation Of Law** | **2** |
| **d. E.R.I.S.A.** | **2** |
| **e. Employment Practices** | **2** |
| **f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages** | **2** |
| **g. Nuclear** | **2** |
| **h. Pollutant or Pollutant-Related** | **2** |
| **i. War** | **3** |
| **j. Workers' Compensation And Similar Laws** | **3** |
| **3. Defense** | **3** |
| **SECTION II - LIMITS OF INSURANCE** | **3** |
| **SECTION III - CONDITIONS** | **4** |
| **1. Appeals** | **4** |
| **2. Bankruptcy** | **4** |
| **a. Bankruptcy Of Insured** | **4** |
| **b. Bankruptcy Of Controlling Underlying Insurer** | **4** |
| **3. Duties In The Event Of An Event, Claim Or Suit** | **4** |
| **4. First Named Insured Duties** | **4** |
| **5. Cancellation** | **4** |
| **6. Changes** | **5** |
| **7. Maintenance Of Changes To Controlling Underlying Insurance** | **5** |
| **8. Other Insurance** | **5** |
| **9. Premium Audit** | **5** |
| **10. Loss Payable** | **5** |
| **11. Legal Action Against Us** | **5** |
| **12. Transfer Of Defense** | **6** |
| **a. Defense Transferred To Us** | **6** |
| **b. Defense Transferred By Us** | **6** |
| **13. When We Do Not Renew** | **6** |
| **SECTION IV - DEFINITIONS** | **6** |
| **1.** "Controlling underlying insurance" | **6** |
| **2.** "Controlling underlying insurer" | **6** |
| **3.** "Event" | **6** |
| **4.** "Loss" | **6** |
| **5.** "Retained Limit" | **6** |
| **6.** "Pollutants" | **6** |



Includes copyrighted material of Insurance Services Office Inc., with its permission.

Case ID: 260801836

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy or under "controlling underlying insurance". The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance".

Other words and phrases that appear in quotation marks in this Coverage Part have special meaning. Refer to Section **IV** - Definitions. Other words and phrases that are not defined under this Coverage Part but defined in the "controlling underlying insurance" will have the meaning described in the policy of "controlling underlying insurance".

The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "controlling underlying insurance", unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Part will apply. However, the coverage provided under this Coverage Part will not be broader than that provided by the applicable "controlling underlying insurance".

There may be more than one "controlling underlying insurance" listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Part. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" applicable to the particular "event" for which a claim is made or suit is brought will apply.

## SECTION I - COVERAGES

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured, except as stated in this Coverage Part, those sums in excess of the "retained limit" any insured becomes legally obligated to pay as damages to which insurance provided under this Coverage Part applies.

**b.** The amount we will pay for "loss" is limited as described in Section **II** - Limits Of Insurance.

**c.** This insurance applies to damages that are subject to an applicable "retained limit". If any other limit, such as, a sublimit, is specified in the "controlling underlying insurance", this insurance does not apply to damages arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "controlling underlying insurance".

**d.** If the "controlling underlying insurance" requires, for a particular claim, that the injury or damages occur during its policy period in order for that coverage to apply, then this insurance will only apply to that injury or damages if it occurs during the policy period of this Coverage Part. If the "controlling underlying insurance" requires that the "event" causing the particular damage takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the "event" causing that damage takes place during the policy period of this Coverage Part.

### 2. Exclusions

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Part. The exclusions applicable to any "controlling underlying insurance" apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Part.

Insurance provided under this Coverage Part does not apply to:

**a. Asbestos**

Any liability or damages:

**(1)** Caused by or arising out of, attributable to, or in any way related to asbestos in any form or transmitted in any manner; or

**(2)** For any asbestos related diseases.

**b. Auto**

Any loss, cost or expense caused by or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists coverage.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**c. Recording and Distribution of Material or Information in Violation of Law**

Any liability or damages arising out of:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**d. E.R.I.S.A.**

Any liability or damages arising out of:

**(1)** Any insured's activities as a fiduciary under the Employment Retirement Income Security Act of 1974, or any amendments thereof or any regulation or orders issued pursuant thereof; or

**(2)** The Pension Benefits Act and the Consolidation Omnibus Budget Reconciliation Act of 1986 (COBRA);

Including any amendments, regulations or enabling statutes pursuant thereto, or any similar federal, state or provincial statute or regulation.

**e. Employment Practices**

Any injury to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Other employment-related practices, policies, acts or omissions including but not limited to coercion, criticism, demotion, evaluation, failure to promote, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of injury to that person at whom any of the employment-related practices described in Paragraphs **(1)(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

**f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages**

**(1)** Civil or criminal fines or penalties imposed by law;

**(2)** Punitive or exemplary damages;

**(3)** The multiplied portion of multiplied damages;

**(4)** Any amount for which an insured is not financially liable; or

**(5)** Any award that is uninsurable under the law governing this policy,

**g. Nuclear**

Any liability or damages based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving the hazardous properties, including radioactive, toxic or explosive properties, of any nuclear material. Nuclear material means any source material, special nuclear material, or by-product materials as those terms are defined under the Atomic Energy Act of 1954 or any amendments thereto.

**h. Pollutant or Pollutant-Related**

**(1)** Injury arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, escape or emission of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutral-


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

ize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**i. War**

Injury, however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**3. Defense**

**a.** We have no duty to defend any insured or participate in the settlement or defense of any claim, suit or proceedings.

**b.** We have the right, but not the duty, to be associated with the insured or "controlling underlying insurers" in the investigation, defense or settlement of any claim, suit or proceeding to which we think this Coverage Part may apply.

**c.** If the "controlling underlying insurance" limits are exhausted by payment of "loss", we have the right but not the duty to investigate, defend or settle any claim or suit to which we think this Coverage Part may apply. However, at our discretion, if we assume our right to investigate, defend or settle any claim or suit we may withdraw from such investigation, defense or settlement proceedings after our applicable Limits of Insurance as stated in the Commercial Excess Liability Declarations have been exhausted by payments.

We will not pay any expenses except those we directly incur at our discretion.

## SECTION II - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Commercial Excess Liability Coverage Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought, or number of vehicles involved;

**c.** Persons or organizations making claims or bringing suits;

**d.** Coverages provided by this insurance; or

**e.** Limits available under any "controlling underlying insurance.

**2.** The Limits of Insurance of this Coverage Part will apply as follows:

**a.** This insurance only applies in excess of the "retained limit".

**b.** The Aggregate Limit is the most we will pay for the sum of all "loss" for all damages covered under this Coverage Part.

**c.** The Each Occurrence Limit is the most we will pay for the sum of all "loss" under this insurance because of all damages arising out of any one "event". Any amount we pay for damages arising out of an "event" will reduce or exhaust the amount of our applicable aggregate limit of insurance available for payment of any other "event".

**d.** With respect to any claim or suit to which this insurance applies and for which we assume charge of the settlement or defense, if the limits of insurance of any "controlling underlying insurance" are reduced by defense expenses then any defense expense payments we make will reduce our applicable Limits of Insurance in the same manner.

**3.** If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for damages covered under this insurance.

The Aggregate Limits of this Coverage Part applies separately to each consecutive annual period of this Coverage Part and to any remaining period of this Coverage Part of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional pe-


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

riod will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION III - CONDITIONS**

The following Conditions apply. The Conditions applicable to any "controlling underlying insurance" are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

**1. Appeals**

If the "controlling underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and post judgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the Limits of Insurance described in Section **II** - Limits Of Insurance.

**2. Bankruptcy**

**a. Bankruptcy of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy of Controlling Underlying Insurer**

Bankruptcy of the "controlling underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, insurance provided under this Coverage Part will not replace any "controlling underlying insurance" in the event of bankruptcy or insolvency of the "controlling underlying insurer". The insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect and recoverable.

**3. Duties in the Event of an Event, Claim or Suit**

**a.** You must see to it that we are notified in writing as soon as practicable of an "event" which may result in a claim under this insurance.

**b.** If a claim is made or suit is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or suit and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or suit as soon as practicable.

**c.** You and any other insured involved must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of damages to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, admit to any liability, consent to any judgment, settle any claim or suit, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "controlling underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Part.

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**6. Changes**

This Coverage Part contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Part with our written consent. This Coverage Part's terms can be amended or waived only by endorsement issued by us and made part of this insurance.

**7. Maintenance of Changes to Controlling Underlying Insurance**

Any "controlling underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "controlling underlying insurance" that results from injury or damages to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "controlling underlying insurance". Failure to maintain "controlling underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "controlling underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "controlling underlying insurance" is changed.

**8. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**9. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** If this policy is auditable, the premium shown in this Coverage Part is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**10. Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

**a.** The insured or insured's "controlling underlying insurer" has become obligated to pay the "retained limit"; and

**b.** The obligation of the insured to pay the "loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "controlling underlying insurer" (or a representative of one or more of these) and us.

**11. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "controlling underlying insurer" and the claimant or the claimant's legal representative.

**12. Transfer of Defense**

**a. Defense Transferred To Us**

When the limits of "controlling underlying insurance" have been exhausted, in accordance with the provisions of "controlling underlying insurance", we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

**b. Defense Transferred By Us**

If we exercise our right to defend any claim, suit or proceeding, when our limits of insurance have been exhausted our right to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Part of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Part, we will cooperate in the transfer of control to the insured and its designated representative.

**13. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION IV - DEFINITIONS

Except as otherwise defined in this Coverage Part or in any endorsement to this Coverage Part, the definition of terms and phrases contained in this Coverage Part and any endorsements will be the same as those terms and phases are defined in the "controlling underlying insurance".

**1.** "Controlling underlying insurance" means any policy of insurance or self-insurance listed as such in our Schedule of Controlling Underlying Insurance.

**2.** "Controlling underlying insurer" means any insurer who provides any policy of insurance listed as such in our Schedule of Controlling Underlying Insurance.

**3.** "Event" means an occurrence, offense, accident, act, error or omission, or other event to which the applicable "controlling underlying insurance" applies.

**4.** "Loss" means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a.** Settlements, judgments, binding arbitration; or

**b.** Other binding alternate dispute resolution proceeding entered into with our consent.

"Loss" includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

**5.** "Retained limit" means the available limits of "controlling underlying insurance" applicable to the claim

**6.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

**a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE TO ANY ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The word "insured" does not include any person or organization added as an Additional Insured to any "controlling underlying insurance". Insurance provided by this Coverage Part does not apply to any Additional Insured qualifying as an insured under any "controlling underlying insurance".


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following condition is added to **Section III - Conditions:**

**14. Two or More Coverage Forms or Policies Issued by Us**

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same injury or claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy. This condition does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

**1.** surveys;

**2.** consultation or advice; or

**3.** inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

**1.** if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

**2.** to consultation services required to be performed under a written service contract not related to a policy of insurance; or

**3.** if any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** Paragraph **5. Cancellation** of **Section III - Conditions** is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2. Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.


© ISO Properties, Inc., 2007

Case ID: 260801836

7. If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.

B. Paragraph **13. When We Do Not Renew** of **Section III - Conditions** is replaced by the following:

1. **Nonrenewal**

   If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

2. **Increase Of Premium**

   If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.


© ISO Properties, Inc., 2007

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIOR INJURY OR DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

1. First occurred prior to the Effective date of this policy;
2. Is alleged to be in the process of occurring as of the Effective date of this policy; or
3. Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

1. Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;
2. At the same or adjacent location;
3. From the same or similar work; or
4. From the same product or service.

However, if the "controlling underlying insurance" is a Claims Made policy, paragraph **A.** above will not apply and only paragraph **B.** will apply to any "loss", claim, suit or "event":

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

1. First occurred prior to the Retroactive date of this policy;
2. Is alleged to be in the process of occurring as of the Retroactive date of this policy; or
3. Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

1. Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;
2. At the same or adjacent location;
3. From the same or similar work; or
4. From the same product or service.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** The actual or alleged abuse or molestation of any person while in the care, custody or control of any insured or any person or institution designated by an insured; or

**2.** The negligent:

**(a)** Employment;

**(b)** Investigation;

**(c)** Supervision;

**(d)** Reporting to the proper authorities, or failure to so report; or

**(e)** Retention,

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASSAULT OR BATTERY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of:

**(1)** An actual or threatened assault or battery whether caused by or at the instigation or direction of any insured, their employees, patrons or any other person;

**(2)** The failure of any insured or anyone else for whom any insured is legally responsible to prevent or suppress assault or battery; or

**(3)** The failure to provide an environment safe from assault or battery, including but not limited to the failure to provide adequate security, or failure to warn of the dangers of the environment that could contribute to assault or battery; or

**(4)** The failure to render or secure medical treatment or care necessitated by any assault or battery; or

**(5)** The negligent investigation, reporting, or failure to report an assault or battery to the proper authorities by any person; or

**(6)** The negligent:

**(a)** Employment;

**(b)** Supervision;

**(c)** Training;

**(d)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by the **Assault or Battery** exclusion above.

**B.** For the purpose of this endorsement the words assault and battery are intended to include, but are not limited to, sexual assault.


Includes copyrighted material of ISO Properties, Inc., with its permission.
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE, CONTAGIOUS DISEASE OR INFECTIOUS DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, absorption of, exposure to, or presence of any communicable disease, contagious disease or infectious disease regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** The cost or expense of recall, abatement, mitigation, removal, disposal, testing or monitoring of products, stock, feed, feed additives, animals, or of any premises or equipment handling such items as a result of any known or suspected connection with any communicable disease, contagious disease or infectious disease, whether such items are owned by any insured or by others, and whether located at any insured's premises or anywhere else.

**3.** Any loss, cost or expense arising out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of or presences of any communicable disease, contagious disease or infectious disease; or

**b.** Claim, suit, fines or demands by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any communicable disease, contagious disease or infectious disease.

**4.** Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any communicable disease, contagious disease or infectious disease.

**5.** Any obligation to share damages with or repay someone else who must pay damages.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Property damage to property not owned by an insured and in the care, custody or control of an insured, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCER EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss:

**1.** Caused by or arising, in whole or in part, out of the actual or alleged, threatened or suspected, exposure to, presence of, or fear of, any cancer, malignant growth or cancerous condition of any type, regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** Caused by or arising out of your work or your product with respect to any cancer, malignant growth or cancerous condition of any type.

**3.** Caused by or arising out of any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any cancer, malignant or cancerous condition of any type.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTELLECTUAL PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of the actual or alleged infringement, misappropriation or violation of intellectual property rights or laws, including but not limited to:

**1.** Trademark,

**2.** Trade dress,

**3.** Slogan,

**4.** Style of doing business,

**5.** Copyright,

**6.** Patent rights,

**7.** Trade-secret rights,

**8.** Publicity rights,

**9.** Moral rights, or

**10.** Rights against unfair competition.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(a)** Inhalation of;

**(b)** Ingestion of;

**(c)** Contact with;

**(d)** Absorption of;

**(e)** Exposure to;

**(f)** Existence of; or

**(g)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**2.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**3.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **2.** above;

**(5)** Your product; or

**(6)** Your work; or

**4.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **1.**, **2.** or **3.** above;

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**B.** For the purposes of this endorsement, the **DEFINITIONS Section** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CROSS SUITS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit brought by any insured against any other insured.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**2.** Any loss, cost or expense caused by or arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL AUTO EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** Exclusion **b. Auto** of Paragraph **2. Exclusions** of **Section I - Coverages** is deleted and replaced by the following:

Insurance provided by this Coverage Part does not apply to:

**b.** Any liability or damages arising out of the ownership, maintenance, occupancy, operation, use, loading or unloading of any auto that is owned by, leased to, rented to, borrowed by or provided for the use of any insured.

However, this exclusion does not apply to liability or damages arising out of the operation of machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of mobile equipment if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DAMAGE TO PREMISES OCCUPIED OR RENTED TO YOU EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any loss or damage to any property or premises:

**1.** You or any insured rent or lease;

**2.** You or any insured temporarily occupy; or

**3.** Loaned to you or any insured



Case ID: 260801836

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 3

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108950 **PREVIOUS POLICY NUMBER:** CSU0108950

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
PO Box 373
Jamison PA 18929

**PRODUCER - Your contact for matters pertaining to this policy:** 37-168
Tyrol Insurance Agency, Inc.
223 N Sycamore St
Newtown PA 18940

Broker: 527787
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

**Policy Period: From** 01/01/2019 **To** 01/01/2020 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| | | **DEPOSIT PREMIUM** |
| Commercial General Liability | $ | 25,000.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 25,000.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.**

| | | |
|---|---|---|
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 750.00 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 25,805.00 |

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Property and Casualty Insurance Guaranty Association.**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**

Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ______________________________ Date __________
(Authorized representative or countersignature, where applicable)


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

POLICY NUMBER CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: Tanner's Sports Center Inc.


Case ID: 260801836

## Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2019

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA423PA (05/10) | Important Notice |
| CSIA448 (01/15) | Policyholder Notice Terrorism Insurance Coverage |
| CSIA403 (08/07) | Special Provisions - Premium |
| CSIA404 (08/07) | Service of Suit |
| CSIA300 (01/15) | Exclusion Of Certified Acts And Other Acts Of Terrorism |

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CSGA501 (04/08) | Commercial General Liability Coverage Part Declarations |
| CSGA403 (10/07) | Liability Premises Schedule |
| CSGA408 (04/08) | Commercial General Liability Classification and Premium Schedule |
| CG0001TOC (04/13) | Commercial General Liability Coverage Form Table of Contents |
| CG0001 (04/13) | Commercial General Liability Coverage Form |
| CSGA401TOC (02/13) | Changes to Commercial General Liability Coverage Form Table of Contents |
| CSGA401 (02/13) | Changes to Commercial General Liability Coverage Form |
| CSGA4059TOC (02/13) | Care Custody Or Control Liability Coverage Table of Contents |
| CSGA4059 (02/13) | Care Custody Or Control Liability Coverage |
| IL0910 (07/02) | PA Notice |
| CG2107 (05/14) | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability |
| IL0120 (10/13) | Pennsylvania Changes - Defense Costs |
| IL0246 (09/07) | PA Changes - Cancellation and Nonrenewal |



Case ID: 260801836

## Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2019

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CG2426 (04/13) | Amendment of Insured Contract Definition |
| CG2150 (04/13) | Amendment of Liquor Liability Exclusion |
| CSGA418 (06/08) | Amendment of Pollutants Definition |
| CSGA364 (06/08) | Exclusion - Coverage C - Medical Payments |
| CSGA361 (06/08) | Exclusion - Fungi or Bacteria |
| CSGA439 (11/08) | Amendment of Duties in the Event of Occurrence Offense Claim or Suit Condition |
| CG2147 (12/07) | Employment-Related Practices Exclusion |
| CG2149 (09/99) | Total Pollution Exclusion Endorsement |
| CG2196 (03/05) | Silica Or Silica-Related Dust Exclusion |
| CSGA3061 (08/12) | Exclusion - Gun Safety Conceal And Carry Instruction |
| CSGA3087 (08/12) | Exclusion - Metalsmith Operations |
| CSGA201 (08/07) | Hired Auto and Non-Owned Auto Liability |
| CG2018 (04/13) | Additional Insured - Mortgagee Assignee or Receiver |
| CG0300 (01/96) | Deductible Liability Insurance |
| IL0017 (11/98) | Common Policy Conditions |
| IL0021 (09/08) | Nuclear Energy Liability Exclusion Endorsement |
| CSLL348 (01/08) | Limitation - No Stacking of Limits of Insurance |
| IL0003 (09/08) | Calculation of Premium |
| CSIA405(08/09)-A | - Defense Only Coverage for Certain ATF Proceedings Endorsement |



Case ID: 260801836

## THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.


Case ID: 260801836

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

# POLICYHOLDER NOTICE
# TERRORISM INSURANCE COVERAGE

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

In accordance with the federal Terrorism Risk Insurance Act, we are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the federal share equals a percentage, as specified in the Schedule below, of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

- **Schedule:**

| Federal Share of Terrorism Losses | |
|---|---|
| **Percentage** | **Calendar Year** |
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

**Cap on Insurer Participation:**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**NOTE: IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**



Case ID: 260801836

POLICY NUMBER: CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to 100% of the deposit premium

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to 25 % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.

POLICY NUMBER: CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

**C. Exception Covering Certain Fire Losses**

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

**D. Exception Covering Minimum Financial Responsibility**

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and/or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

**2.** Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

**3.** Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

## THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108950 Effective date: 01/01/2019

Named Insured: Tanner's Sports Center Inc.

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ Excluded | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 2,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule CSIA 406

**COMMERCIAL GENERAL LIABILITY PREMISES SCHEDULE :** Refer to CSGA 403

**COMMERCIAL GENERAL LIABILITY CLASSIFICATION AND PREMIUM SCHEDULE:** Refer to CSGA 408

**TOTAL DEPOSIT PREMIUM $** 25,000

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2019 ☒ **if Supplemental Declarations Is Attached**

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
|---|---|
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |

# Commercial General Liability Classification and Premium Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2019

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE<br>A - Area<br>B - Payroll<br>S - Gross Sales<br>U -Units | RATE<br>Premises Operations and All Other | RATE<br>Products/ Completed Operations | DEPOSIT PREMIUM<br>Premises Operations and All Other | DEPOSIT PREMIUM<br>Products/ Completed Operations | |
|---|---|---|---|---|---|---|---|---|
| 1 | Sporting Goods or Athletic Equipment Stores | 18206 | S, 12000000 | 1.525 | .349 | $18,306 | $4,192 | |
| | PPF | | | | | $1,852 | | |
| | CSIA405-A - Defense Only Coverage for Certain ATF Proceedings Endorsement | | | | | $150 | | Flat |
| | CSGA201-Hired Auto and Non-Owned Auto Liability | | | | | $500 | | Flat |



Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

Page No.

SECTION I - COVERAGES 1
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY 1
1. Insuring Agreement 1
2. Exclusions 2
   a. Expected Or Intended Injury 2
   b. Contractual Liability 2
   c. Liquor Liability 2
   d. Workers' Compensation And Similar Laws 2
   e. Employer's Liability 2
   f. Pollution 3
   g. Aircraft, Auto Or Watercraft 4
   h. Mobile Equipment 4
   i. War 4
   j. Damage To Property 5
   k. Damage To Your Product 5
   l. Damage To Your Work 5
   m. Damage To Impaired Property Or Property Not Physically Injured 5
   n. Recall Of Products, Work Or Impaired Property 5
   o. Personal And Advertising Injury 5
   p. Electronic Data 6
   q. Recording And Distribution Of Material Or Information In Violation Of Law 6
COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY 6
1. Insuring Agreement 6
2. Exclusions 6
   a. Knowing Violation Of Rights Of Another 6
   b. Material Published With Knowledge Of Falsity 6
   c. Material Published Prior To Policy Period 6
   d. Criminal Acts 7
   e. Contractual Liability 7
   f. Breach Of Contract 7
   g. Quality Or Performance Of Goods - Failure To Conform To Statements 7
   h. Wrong Description Of Prices 7
   i. Infringement Of Copyright, Patent, Trademark Or Trade Secret 7
   j. Insureds In Media And Internet Type Businesses 7
   k. Electronic Chatrooms Or Bulletin Boards 7
   l. Unauthorized Use Of Another's Name Or Product 7
   m. Pollution 7
   n. Pollution-Related 7
   o. War 7
   p. Recording And Distribution Of Material Or Information In Violation Of Law 8


Case ID: 260801836

TABLE OF CONTENTS (CONT'D)

Page No.

COVERAGE C MEDICAL PAYMENTS ____ 8
1. Insuring Agreement ____ 8
2. Exclusions ____ 8
 a. Any Insured ____ 8
 b. Hired Person ____ 8
 c. Injury On Normally Occupied Premises ____ 8
 d. Workers Compensation And Similar Laws ____ 8
 e. Athletics Activities ____ 8
 f. Products-Completed Operations Hazard ____ 8
 g. Coverage A Exclusions ____ 8
SUPPLEMENTARY PAYMENTS - COVERAGES A AND B ____ 8
SECTION II - WHO IS AN INSURED ____ 10
SECTION III - LIMITS OF INSURANCE ____ 11
SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS ____ 11
1. Bankruptcy ____ 11
2. Duties In The Event Of Occurrence, Offense, Claim Or Suit ____ 11
3. Legal Action Against Us ____ 12
4. Other Insurance ____ 12
 a. Primary Insurance ____ 12
 b. Excess Insurance ____ 12
 c. Method Of Sharing ____ 12
5. Premium Audit ____ 13
6. Representations ____ 13
7. Separation Of Insureds ____ 13
8. Transfer Of Rights Of Recovery Against Others To Us ____ 13
9. When We Do Not Renew ____ 13
SECTION V - DEFINITIONS ____ 13
1. "Advertisement" ____ 13
2. "Auto" ____ 13
3. "Bodily injury" ____ 13
4. "Coverage territory" ____ 13
5. "Employee" ____ 14
6. "Executive officer" ____ 14
7. "Hostile fire" ____ 14
8. "Impaired property" ____ 14
9. "Insured contract" ____ 14
10. "Leased worker" ____ 14
11. "Loading or unloading" ____ 14
12. "Mobile equipment" ____ 15
13. "Occurrence" ____ 15
14. "Personal and advertising injury" ____ 15
15. "Pollutants" ____ 15
16. "Products-completed operations hazard" ____ 15


Case ID: 260801836

**TABLE OF CONTENTS (CONT'D)**


| | | Page No. |
|---|---|---|
| **17.** | "Property damage" | **16** |
| **18.** | "Suit" | **16** |
| **19.** | "Temporary worker" | **16** |
| **20.** | "Volunteer worker" | **16** |
| **21.** | "Your product" | **16** |
| **22.** | "Your work" | **17** |




Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone


© Insurance Services Office, Inc., 2012

Case ID: 260801836

else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat,


© Insurance Services Office, Inc., 2012

Case ID: 260801836

smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or


© Insurance Services Office, Inc., 2012

Case ID: 260801836

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or


© Insurance Services Office, Inc., 2012

Case ID: 260801836

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred


© Insurance Services Office, Inc., 2012

Case ID: 260801836

before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow


© Insurance Services Office, Inc., 2012

Case ID: 260801836

this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises


© Insurance Services Office, Inc., 2012

Case ID: 260801836

you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

| | Page No. |
|---|---|
| EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE | 1 |
| EXCLUSION - ASBESTOS | 2 |
| EXCLUSION - CROSS SUITS | 2 |
| EXCLUSION - PRIOR INJURY OR DAMAGE | 2 |
| EXCLUSION - LEAD | 3 |
| EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS | 3 |
| EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES | 3 |


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that "bodily injury" or "property damage" had occurred or had begun to occur, in whole or in part, prior to the policy period in which such "bodily injury" or "property damage" occurs or begins to occur.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that "bodily injury" or "property damage" has occurred or has begun to occur at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an "occurrence," claim or "suit":

**1.** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "bodily injury," or "property damage";

**3.** First observes or reasonably should have first observed, the "bodily injury" or "property damage; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that "bodily injury" or "property damage" had occurred or had begun to occur.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that a "personal and advertising injury" offense had been committed or had begun to be committed, in whole or in part, prior to the policy period in which such "personal and advertising injury" was committed or began to be committed.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that a "personal and advertising injury" offense has been committed or has begun to be committed at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an offense, claim or "suit":

**1.** Reports all, or any part, of the "personal and advertising injury" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "personal and advertising injury";

**3.** First observes or reasonably should have first observed, the "personal and advertising injury"; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that a "personal and advertising injury" offense had been committed or had begun to be committed.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - ASBESTOS

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of, attributable to, or any way related to "asbestos" in any form or transmitted in any manner.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "asbestos," by any insured or by any other person or entity.

**B.** The following definition is added to the **Definitions** Section:

"Asbestos" means any type or form of asbestos, including but not limited to, asbestos, asbestos products, asbestos fibers, asbestos contained in any product or material, or a mixture or combination of asbestos and other dust or particles.

## EXCLUSION - CROSS SUITS

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Liability**:

**2. Exclusions**

This insurance does not apply to:

**Cross Suits**

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of any claim for damages by a Named Insured against another Named Insured.

## EXCLUSION - PRIOR INJURY OR DAMAGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage**:

This insurance does not apply to any "bodily injury" or "property damage" that:

**1.** first occurred prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of occurring as of the Effective date of this Coverage Part; or

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury**:

This insurance does not apply to "personal and advertising injury" that:

**1.** was first committed prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of being committed as of the Effective date of this Coverage Part;

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - LEAD

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.

### EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS

Paragraph **3.** of **Section II - Who Is An Insured** does not apply and is deleted in its entirety.

## EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

Any claim of indemnification for punitive or exemplary damages. If a suit is brought against any insured for a claim covered by this Coverage Part, seeking both compensatory and punitive or exemplary damages, we will provide a defense to such action. However, we will not have an obligation to pay for any costs, interest, or damages, attributable to punitive or exemplary damages. If state law provides for statutory multiple damage awards, we will pay only the amount of the award before the multiplier is added.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE TABLE OF CONTENTS

Page No.

SCHEDULE ____ 1
A. Care, Custody and Control Coverage ____ 1
B. Limits of Insurance and Deductibles ____ 1
C. Deductible Clause ____ 1



Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

Limits of Insurance

| | |
|---|---|
| $ 5,000 | Each Occurrence |
| $ 1,000 | Deductible Each Occurrence |
| $ 10,000 | Aggregate Limit |

**A. Care, Custody and Control Coverage**

**1.** Exclusion **j.** Subparagraph **(4)** of **SECTION I - COVERAGE A** does not apply to "property damage" to the property of others described therein.

**B. Limits of Insurance and Deductibles**

**1.** The Limits of Insurance shown in the Declarations are replaced by the limits designated in the Schedule above with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced. The Limits of Insurance shown in the Schedule fix the most we will pay in any one "occurrence" regardless of the number of:

**(1)** Insureds;

**(2)** Claims made or "suits" brought; or

**(3)** Persons or organizations making claims or bringing "suits".

**C. Deductible Clause**

**1.** Our obligation to pay damages on your behalf applies only to the amount of damages for each "occurrence" that are in excess of the deductible amount stated in the Schedule. The Limits of Insurance will not be reduced by the application of such deductible amount.

**2.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. Surveys;
2. Consultation or advice; or
3. Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
2. To consultation services required to be performed under a written service contract not related to a policy of insurance; or
3. If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

 © ISO Properties, Inc., 2001 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

 © Insurance Services Office, Inc., 2013 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART - LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART - MORTGAGEHOLDER'S ERRORS AND OMISSIONS COVERAGE FORM
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Electronic Data Liability, Employment-related Practices Liability, Farm, Liquor Liability, Medical Professional Liability, Owners And Contractors Protective Liability, Pollution Liability, Product Withdrawal, Products/Completed Operations Liability, Railroad Protective Liability and Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;
2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;
3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;
4. Section **A.** Coverage under the Legal Liability Coverage Form; and
5. Coverage **C** - Mortgageholder's Liability under the Mortgageholder's Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

 © Insurance Services Office, Inc., 2013 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.
2. **Cancellation Of Policies In Effect For Less Than 60 Days**

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.
3. **Cancellation Of Policies In Effect For 60 Days Or More**

   If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

   a. You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

   b. You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

   c. A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   d. Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

 © ISO Properties, Inc., 2006 

Case ID: 260801836

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

**7.** If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

**B.** The following are added and supersede any provisions to the contrary:

**1. Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

**2. Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.


ã ISO Properties, Inc., 2006

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTANTS DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Paragraph **15.** of the **DEFINITIONS** Section is replaced by the following:

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

**a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** **SECTION I - COVERAGE C - MEDICAL PAYMENTS** is deleted and does not apply, and none of the references to it in the Coverage Part apply.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury", "property damage" or "personal and advertising injury" caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(1)** Inhalation of;

**(2)** Ingestion of;

**(3)** Contact with;

**(4)** Absorption of;

**(5)** Exposure to;

**(6)** Existence of; or

**(7)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**b.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**c.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **A. 2. b.** above;

**(5)** "Your product"; or

**(6)** "Your work"; or

**d.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **A. 2. a.**, **b.** or **c.** above;

regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**C.** For the purposes of this endorsement, **SECTION V - DEFINITIONS** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 Includes copyrighted material of ISO Properties, Inc., with its permission. 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT CONDITION

This endorsement modifies insurance provided under the following:

COMMERICAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**e.** No insured will admit to any liability, consent to any judgment, or settle any claim or "suit" without our prior written consent.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.


© ISO Properties, Inc., 2006
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

 Copyright, Insurance Services Office, Inc., 1998 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.


© ISO Properties, Inc., 2004

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - GUN SAFETY, CONCEAL AND CARRY INSTRUCTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person:

**1.** While practicing, instructing, supervising, officiating, training or participating in any gun safety or conceal and carry gun class while using, demonstrating or handling any gun.

**2.** Arising out of your instruction, guidance, presentation or misrepresentation of any gun safety or conceal and carry gun law, rules, requirements, or regulations.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - METALSMITH OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person while instructing, supervising, or participating in any exhibition, demonstration, class, or workshop, involving or regarding "metalsmithing".

**B.** The following Definition is added to **Section V - Definitions**:

"Metalsmithing" means the process of heating steel or any other metal in a coal, propane, natural gas, wood fire or any other heating source forge to high temperatures, then forging the steel using hammer, tools, and an anvil, or any other tools or equipment used to work with the materials.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A.** The insurance provided under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** applies to "bodily injury" or "property damage" arising out of the:

**1.** Maintenance or use of a "hired auto" by you or your "employees" in the course of your business; and

**2.** Use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** other than exclusions **a. Expected or Intended Injury, b. Contractual Liability, d. Workers' Compensation and Similar Laws, f. Pollutant, i. War** and the **NUCLEAR ENERGY LIABILITY EXCLUSION (Broad Form)** are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured sustained in the "workplace";

**(2)** An "employee" of the insured arising out of the performance of duties related to the conduct of the insured's business; or

**(3)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraphs **(1)** or **(2)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

**(1)** Liability assumed by the insured under an "insured contract"; or

**(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

**b.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

**2.** For insurance provided by this endorsement only, **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

None of the following is an insured:

**a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child,


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**e.** Any person or organization for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**3.** For insurance provided by this endorsement only, **SECTION V - DEFINITIONS** is amended to include the following:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired "auto" means only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

**3.** "Non-owned auto" means only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Wilmington Savings Fund Society, FSB<br>Its successors and/or assigns<br>PO Box 729<br>Claymont, DE 19703-0729 | 2301 York Rd.<br>Jamison, PA 18929 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and
2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or
2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

POLICY NUMBER: CSU0108950

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible PER CLAIM | or PER OCCURRENCE |
|---|---|---|
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ 2,500 | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

Defense costs and expenses are subject to the deductible. For the purposes of this endorsement, defense costs and claims expenses are included as damages and any payment applies only to amounts in excess of the deductible amount stated.

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

   **(1)** "Bodily injury";

   **(2)** "Property damage"; or

   **(3)** "Bodily injury" and "property damage" combined

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.


Copyright, Insurance Services Office, Inc., 1994

Case ID: 260801836

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.


Copyright, Insurance Services Office, Inc., 1994

Case ID: 260801836

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";


© ISO Properties, Inc., 2007

Case ID: 260801836

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.


© ISO Properties, Inc., 2007

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - NO STACKING OF LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

ALL COVERAGE FORMS OR COVERAGE PARTS PROVIDING LIABILITY COVERAGE

The Conditions are amended to add the following:

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy.

This endorsement does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

 © ISO Properties, Inc., 2007 

Case ID: 260801836

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEFENSE ONLY COVERAGE FOR CERTAIN ATF PROCEEDINGS ENDORSEMENT

**NOTICE: THIS ENDORSEMENT PROVIDES COVERAGE FOR "DEFENSE COSTS" ONLY.**

**NOTICE: THE LIMITS OF INSURANCE PROVIDED HEREIN ARE IN ADDITION TO THE LIMITS OF INSURANCE FOR ALL OTHER COVERAGES UNDER THIS POLICY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| **AGGREGATE PROCEEDING DEFENSE LIMIT** | **$100,000** |
| **EACH PROCEEDING DEFENSE LIMIT** | $50,000 |

**1. Insuring Agreement**

**a.** We will pay reasonable and necessary "defense costs" to defend you in a "proceeding" arising from your "violation" of 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail, and to which this insurance applies.

We will have the right and the duty to defend you against any "proceeding" to which this insurance applies. At our sole discretion, we shall have the right to select an attorney, certified public accountant or other person recognized to practice before the "ATF" to defend you against any "proceeding" as provided by 27 CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding". However, we will have no duty to defend you against any "proceeding" to which this insurance does not apply.The amount we will pay for "defense costs" is limited as described in Paragraph **3. Limits of Insurance** as shown below.

**b.** This insurance applies only if the "ATF" first notifies you in writing during the policy period of the "proceeding". You shall report such notification to us as soon as practicable.

**c.** This insurance applies only if, prior to the first effective date of this "Defense Only Coverage for Certain ATF Proceedings Endorsement", neither you nor any of your "employees" received notice of a "violation" or knew that the "violation" had occurred, in whole or in part. If you or your "employees" received notice of a "violation " or knew, prior to such effective date, that the "violation" occurred, then any continuation, change or resumption of such "violation" during or after the policy period will be deemed to have been known prior to the policy period and notification of a "proceeding" arising out of such "violation(s)" shall not be covered under this endorsement.

Includes copyrighted material of ISO Properties, Inc. with it permission

**2. Exclusions**

This insurance does not apply to, and we will not defend or pay any "defense costs":

**a. After Adjudication by De Novo Judicial Review**

After adjudication by de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license.

**b. Criminal Acts**

Arising out of any "violation" which results in any criminal indictments or charges or arises out of a criminal act committed by or at the direction of any insured.

**c. Other Coverages**

Arising out of any "violation" that is covered under Coverages A or B of this policy.

**d. Participating in Compliance Reviews, Audits or Inspections**

Incurred by you to participate in any compliance reviews, audits or inspections, whether or not requested by the "ATF".

**3. Limits of Insurance**

**a.** The Limits of Insurance shown in the Schedule to this "Defense Only Coverage For Certain ATF Proceedings Endorsement" (hereinafter the "Schedule") apply to each "Licensed Location" and the rules below fix the most we will pay for "defense costs" regardless of the number of:

- Insureds;
- Persons or entities filing or initiating a "proceeding";
- "Violations" cited in such "proceedings"; or
- "Proceedings" filed or initiated against the insured.

**b.** The Aggregate Proceeding Defense Limit shown in the Schedule is the most we will pay in the aggregate for all "defense costs" for all "proceedings" filed against all insureds at each "licensed location".

**c.** Subject to Subparagraph b. above, the Each Proceeding Defense Limit shown in Schedule is the most we will pay for all "defense costs" arising out of a single "proceeding" at each "licensed location".

**d.** All "proceedings" or series of related or interrelated "proceedings" arising out of an inspection or re-inspection of the "licensed location" by the "ATF" will be deemed to be a single "proceeding" and will be deemed to have occurred when you receive written notice of the first "proceeding" by the "ATF". Only the policy in effect when you receive written notice of the first "proceeding" shall apply to all such "proceedings".

**4. Definitions**

**a.** "ATF" means the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a similar state agency that has the authority to issue and revoke firearms licenses.

**b.** "Defense costs" means the cost of hiring an attorney, certified public accountant or other person recognized to practice before the "ATF" to represent you at a "proceeding", as provided by 27

Includes copyrighted material of ISO Properties, Inc. with it permission



Case ID: 260801836

CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding".

"Defense costs" do not include equitable relief or any type of damages, including, but not limited to, compensatory damages, consequential damages, punitive damages, exemplary damages, fines, penalties, statutory damages or any court costs, filing fees, expenses, or costs charged to you by any governmental agency or court.

**c.** "Licensed location" means each location owned by you that holds the required firearms license in order to sell firearms at wholesale or retail.

**d.** "Proceeding" means a hearing, including:

(1) a "warning conference";

(2) other hearing, as provided by 27 CFR 478.74, regarding the denial of a renewal, suspension or revocation of a firearms license by the "ATF"; or

(3) de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license by the "ATF"

which occurs after you have been notified in writing of a "violation" by the "ATF". However, we will not defend you until you have received written notice from the "ATF" requiring your attendance at such a hearing.

**e.** "Violation " means the actual or alleged failure to comply with 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail. Such "violation" must have been found during an "ATF" inspection of the "licensed location" authorized under 27 CFR 478.23(b)(2)(i), or any similar state law or regulation.

**f.** "Warning conference" means an informal conference offered by the "ATF", in writing, to provide the insured with the opportunity to respond to the "violations" and to determine any necessary corrective actions.

All other terms and conditions of the policy remain unchanged.



Includes copyrighted material of ISO Properties, Inc. with its permission



Case ID: 260801836

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 4

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
www.cinfin.com ■ 513-870-2000

## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108951 **PREVIOUS POLICY NUMBER:** CSU0108951

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
PO Box 373
Jamison PA 18929

**PRODUCER - Your contact for matters pertaining to this policy:** 37-168
Tyrol Insurance Agency, Inc.
223 N Sycamore St
Newtown PA 18940

Broker: 527787
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

**Policy Period: From** 01/01/2019 **To** 01/01/2020 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| **DEPOSIT PREMIUM** | | |
| Excess Liability | $ | 6,480.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 6,480.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.**

| | | |
|---|---|---|
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 194.40 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 6,729.40 |

**Premium is subject to annual audit:** ☐ **Yes** ☒ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Property and Casualty Insurance Guaranty Association.**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**

Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ______________________________ Date ____________
(Authorized representative or countersignature, where applicable)


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

POLICY NUMBER CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: Tanner's Sports Center Inc.


Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2019

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA423PA (05/10) | Important Notice |
| CSIA448 (01/15) | Policyholder Notice Terrorism Insurance Coverage |
| CSIA403 (08/07) | Special Provisions - Premium |
| CSIA404 (08/07) | Service of Suit |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA300 (01/15) | Exclusion Of Certified Acts And Other Acts Of Terrorism |

**Forms Applicable - EXCESS**

| | |
|---|---|
| CSCX404 (06/09) | Excess Liability Premises Schedule |
| CSCX403 (06/09) | Calculation Of Premium |
| IL0017 (11/98) | Common Policy Conditions |
| CSCX500 (06/09) | Commercial Excess Liability Coverage Part Declarations |
| CSCX400 (06/09) | Commercial Excess Liability Schedule of Controlling Underlying Insurance |
| CSCX100TOC (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS |
| CSCX100 (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM |
| CSCX334 (06/09) | Exclusion Of Coverage To Any Additional Insured |
| CSCX407 (06/09) | Limitation - Two or More Coverage Forms or Policies Issued By Us |
| CSCX406PA (06/09) | Pennsylvania Notice |
| CX0210 (09/08) | Pennsylvania Changes - Cancellation and Nonrenewal |
| CSCX372 (06/09) | Prior Injury or Damage Exclusion |
| CSCX302 (06/09) | Abuse or Molestation Exclusion |

## Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2019

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - EXCESS**

| | | |
|---|---|---|
| CSCX311 | (03/16) | EXCLUSION - ASSAULT OR BATTERY |
| CSCX322 | (06/09) | Communicable Disease Contagious Disease Or Infectious Disease Exclusion |
| CSCX320 | (06/09) | Care Custody or Control Exclusion |
| CSCX319 | (06/09) | Cancer Exclusion |
| CSCX351 | (06/09) | Intellectual Property Exclusion |
| CSCX344 | (06/09) | Fungi Or Bacteria Exclusion |
| CSCX329 | (06/09) | Cross Suits Exclusion |
| CSCX331 | (06/09) | Lead Exclusion |
| CSCX312 | (07/10) | Total Auto Exclusion |
| CSCX327 | (06/09) | Contractual Liability Exclusion |
| CSCX3000 | (08/09) | Damage To Premises Occupied Or Rented To You Exclusion |



Case ID: 260801836

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

# POLICYHOLDER NOTICE
# TERRORISM INSURANCE COVERAGE

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

In accordance with the federal Terrorism Risk Insurance Act, we are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the federal share equals a percentage, as specified in the Schedule below, of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

- **Schedule:**

| Federal Share of Terrorism Losses | |
|---|---|
| **Percentage** | **Calendar Year** |
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

**Cap on Insurer Participation:**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**NOTE: IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**



Case ID: 260801836

POLICY NUMBER: CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to 100% of the deposit premium

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to 25 % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.



Case ID: 260801836

POLICY NUMBER: CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.



Case ID: 260801836

## THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.


Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

**C. Exception Covering Certain Fire Losses**

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

**D. Exception Covering Minimum Financial Responsibility**

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and/or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

2. Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

3. Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

# EXCESS LIABILITY PREMISES SCHEDULE

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2019

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
| --- | --- |
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

EXCESS LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.


Copyright, Insurance Services Office, Inc., 1998
Case ID: 260801836

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108951 Effective Date: 01/01/2019

Named Insured: Tanner's Sports Center Inc.

**Commercial Excess Liability Coverage Limits of Insurance:**

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Aggregate Limit | $1,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule **CSIA 406**

**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE:**
Refer to form **CSCX 400** which is part of the Commercial Excess Liability policy declarations.

**COMMERCIAL EXCESS LIABILITY PREMISES SCHEDULE:**
Refer to **CSCX 404**

**TOTAL DEPOSIT PREMIUM:** $ 6,480
**Premium is subject to audit:** ☐ Yes ☒ No

**NOTICES OF CLAIMS OR EVENTS SHOULD BE REPORTED IMMEDIATELY TO:**

The Cincinnati Specialty Underwriters Insurance Company:
Claims Department
P.O. Box 145496
Cincinnati, Ohio 45250-5496
Email: ClaimsMainDesk@cinfin.com
Fax: (877) 242-3665


Includes copyrighted material of ISO Properties, Inc. with its permission.

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY
# SCHEDULE OF CONTROLLING UNDERLYING INSURANCE

**Attached to and forming part of POLICY NUMBER:** CSU0108951 **Effective date:** 01/01/2019

**Named Insured:** Tanner's Sports Center Inc.

| | | | |
|---|---|---|---|
| **General Liability** | **Company:** The Cincinnati Specialty Underwriters Insurance Company | | |
| | **Policy Number:** CSU0108950 | | |
| | **Policy Period:** 01-01-2019 To 01-01-2020 | | |
| | **Limits Of Insurance:** | | |
| | **Each Occurrence** | $1,000,000 | |
| | **Personal And Advertising Injury** | $1,000,000 | Any one person or organization |
| | **Products-Completed Operations Aggregate** | $2,000,000 | |
| | **General Aggregate** | $2,000,000 | |

| | | |
|---|---|---|
| **Employer's Liability** | **Company:** Rockwood Casualty Insurance Company | |
| | **Policy Number:** TBD | |
| | **Policy Period:** 10-01-2018 To 10-01-2019 | |
| | **Limits Of Insurance:** | |
| | **Bodily Injury By Accident Each Accident** | $1,000,000 |
| | **Bodily Injury By Disease Policy Limit** | $1,000,000 |
| | **Bodily Injury By Disease Each Employee** | $1,000,000 |


Includes copyrighted material of ISO Properties, Inc. with its permission.


Case ID: 260801836

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS

Page No.


SECTION I - COVERAGES 1
1. Insuring Agreement 1
2. Exclusions 1
   a. Asbestos 1
   b. Auto 1
   c. Recording And Distribution Of Material Or Information in Violation Of Law 2
   d. E.R.I.S.A. 2
   e. Employment Practices 2
   f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages 2
   g. Nuclear 2
   h. Pollutant or Pollutant-Related 2
   i. War 3
   j. Workers' Compensation And Similar Laws 3
3. Defense 3
SECTION II - LIMITS OF INSURANCE 3
SECTION III - CONDITIONS 4
1. Appeals 4
2. Bankruptcy 4
   a. Bankruptcy Of Insured 4
   b. Bankruptcy Of Controlling Underlying Insurer 4
3. Duties In The Event Of An Event, Claim Or Suit 4
4. First Named Insured Duties 4
5. Cancellation 4
6. Changes 5
7. Maintenance Of Changes To Controlling Underlying Insurance 5
8. Other Insurance 5
9. Premium Audit 5
10. Loss Payable 5
11. Legal Action Against Us 5
12. Transfer Of Defense 6
   a. Defense Transferred To Us 6
   b. Defense Transferred By Us 6
13. When We Do Not Renew 6
SECTION IV - DEFINITIONS 6
1. "Controlling underlying insurance" 6
2. "Controlling underlying insurer" 6
3. "Event" 6
4. "Loss" 6
5. "Retained Limit" 6
6. "Pollutants" 6



Includes copyrighted material of Insurance Services Office Inc., with its permission.

Case ID: 260801836

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy or under "controlling underlying insurance". The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance".

Other words and phrases that appear in quotation marks in this Coverage Part have special meaning. Refer to Section **IV** - Definitions. Other words and phrases that are not defined under this Coverage Part but defined in the "controlling underlying insurance" will have the meaning described in the policy of "controlling underlying insurance".

The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "controlling underlying insurance", unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Part will apply. However, the coverage provided under this Coverage Part will not be broader than that provided by the applicable "controlling underlying insurance".

There may be more than one "controlling underlying insurance" listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Part. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" applicable to the particular "event" for which a claim is made or suit is brought will apply.

## SECTION I - COVERAGES

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured, except as stated in this Coverage Part, those sums in excess of the "retained limit" any insured becomes legally obligated to pay as damages to which insurance provided under this Coverage Part applies.

**b.** The amount we will pay for "loss" is limited as described inSection **II** - Limits Of Insurance.

**c.** This insurance applies to damages that are subject to an applicable "retained limit". If any other limit, such as, a sublimit, is specified in the "controlling underlying insurance", this insurance does not apply to damages arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "controlling underlying insurance".

**d.** If the "controlling underlying insurance" requires, for a particular claim, that the injury or damages occur during its policy period in order for that coverage to apply, then this insurance will only apply to that injury or damages if it occurs during the policy period of this Coverage Part. If the "controlling underlying insurance" requires that the "event" causing the particular damage takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the "event" causing that damage takes place during the policy period of this Coverage Part.

### 2. Exclusions

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Part. The exclusions applicable to any "controlling underlying insurance" apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Part.

Insurance provided under this Coverage Part does not apply to:

**a. Asbestos**

Any liability or damages:

**(1)** Caused by or arising out of, attributable to, or in any way related to asbestos in any form or transmitted in any manner; or

**(2)** For any asbestos related diseases.

**b. Auto**

Any loss, cost or expense caused by or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists coverage.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**c. Recording and Distribution of Material or Information in Violation of Law**

Any liability or damages arising out of:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**d. E.R.I.S.A.**

Any liability or damages arising out of:

**(1)** Any insured's activities as a fiduciary under the Employment Retirement Income Security Act of 1974, or any amendments thereof or any regulation or orders issued pursuant thereof; or

**(2)** The Pension Benefits Act and the Consolidation Omnibus Budget Reconciliation Act of 1986 (COBRA);

Including any amendments, regulations or enabling statutes pursuant thereto, or any similar federal, state or provincial statute or regulation.

**e. Employment Practices**

Any injury to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Other employment-related practices, policies, acts or omissions including but not limited to coercion, criticism, demotion, evaluation, failure to promote, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of injury to that person at whom any of the employment-related practices described in Paragraphs **(1)(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

**f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages**

**(1)** Civil or criminal fines or penalties imposed by law;

**(2)** Punitive or exemplary damages;

**(3)** The multiplied portion of multiplied damages;

**(4)** Any amount for which an insured is not financially liable; or

**(5)** Any award that is uninsurable under the law governing this policy,

**g. Nuclear**

Any liability or damages based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving the hazardous properties, including radioactive, toxic or explosive properties, of any nuclear material. Nuclear material means any source material, special nuclear material, or by-product materials as those terms are defined under the Atomic Energy Act of 1954 or any amendments thereto.

**h. Pollutant or Pollutant-Related**

**(1)** Injury arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, escape or emission of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutral-


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

ize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**i. War**

Injury, however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**3. Defense**

**a.** We have no duty to defend any insured or participate in the settlement or defense of any claim, suit or proceedings.

**b.** We have the right, but not the duty, to be associated with the insured or "controlling underlying insurers" in the investigation, defense or settlement of any claim, suit or proceeding to which we think this Coverage Part may apply.

**c.** If the "controlling underlying insurance" limits are exhausted by payment of "loss", we have the right but not the duty to investigate, defend or settle any claim or suit to which we think this Coverage Part may apply. However, at our discretion, if we assume our right to investigate, defend or settle any claim or suit we may withdraw from such investigation, defense or settlement proceedings after our applicable Limits of Insurance as stated in the Commercial Excess Liability Declarations have been exhausted by payments.

We will not pay any expenses except those we directly incur at our discretion.

## SECTION II - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Commercial Excess Liability Coverage Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought, or number of vehicles involved;

**c.** Persons or organizations making claims or bringing suits;

**d.** Coverages provided by this insurance; or

**e.** Limits available under any "controlling underlying insurance.

**2.** The Limits of Insurance of this Coverage Part will apply as follows:

**a.** This insurance only applies in excess of the "retained limit".

**b.** The Aggregate Limit is the most we will pay for the sum of all "loss" for all damages covered under this Coverage Part.

**c.** The Each Occurrence Limit is the most we will pay for the sum of all "loss" under this insurance because of all damages arising out of any one "event". Any amount we pay for damages arising out of an "event" will reduce or exhaust the amount of our applicable aggregate limit of insurance available for payment of any other "event".

**d.** With respect to any claim or suit to which this insurance applies and for which we assume charge of the settlement or defense, if the limits of insurance of any "controlling underlying insurance" are reduced by defense expenses then any defense expense payments we make will reduce our applicable Limits of Insurance in the same manner.

**3.** If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for damages covered under this insurance.

The Aggregate Limits of this Coverage Part applies separately to each consecutive annual period of this Coverage Part and to any remaining period of this Coverage Part of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional pe-


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

riod will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION III - CONDITIONS

The following Conditions apply. The Conditions applicable to any "controlling underlying insurance" are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

**1. Appeals**

If the "controlling underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and post judgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the Limits of Insurance described in Section **II** - Limits Of Insurance.

**2. Bankruptcy**

**a. Bankruptcy of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy of Controlling Underlying Insurer**

Bankruptcy of the "controlling underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, insurance provided under this Coverage Part will not replace any "controlling underlying insurance" in the event of bankruptcy or insolvency of the "controlling underlying insurer". The insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect and recoverable.

**3. Duties in the Event of an Event, Claim or Suit**

**a.** You must see to it that we are notified in writing as soon as practicable of an "event" which may result in a claim under this insurance.

**b.** If a claim is made or suit is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or suit and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or suit as soon as practicable.

**c.** You and any other insured involved must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of damages to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, admit to any liability, consent to any judgment, settle any claim or suit, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "controlling underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Part.

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

d. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

e. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

f. If notice is mailed, proof of mailing will be sufficient proof of notice.

**6. Changes**

This Coverage Part contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Part with our written consent. This Coverage Part's terms can be amended or waived only by endorsement issued by us and made part of this insurance.

**7. Maintenance of Changes to Controlling Underlying Insurance**

Any "controlling underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "controlling underlying insurance" that results from injury or damages to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "controlling underlying insurance". Failure to maintain "controlling underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "controlling underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "controlling underlying insurance" is changed.

**8. Other Insurance**

a. This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

b. When this insurance is excess over other insurance, we will pay only our share of the "loss" that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

**9. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. If this policy is auditable, the premium shown in this Coverage Part is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**10. Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

a. The insured or insured's "controlling underlying insurer" has become obligated to pay the "retained limit"; and

b. The obligation of the insured to pay the "loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "controlling underlying insurer" (or a representative of one or more of these) and us.

**11. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "controlling underlying insurer" and the claimant or the claimant's legal representative.

**12. Transfer of Defense**

**a. Defense Transferred To Us**

When the limits of "controlling underlying insurance" have been exhausted, in accordance with the provisions of "controlling underlying insurance", we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

**b. Defense Transferred By Us**

If we exercise our right to defend any claim, suit or proceeding, when our limits of insurance have been exhausted our right to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Part of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Part, we will cooperate in the transfer of control to the insured and its designated representative.

**13. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION IV - DEFINITIONS

Except as otherwise defined in this Coverage Part or in any endorsement to this Coverage Part, the definition of terms and phrases contained in this Coverage Part and any endorsements will be the same as those terms and phases are defined in the "controlling underlying insurance".

**1.** "Controlling underlying insurance" means any policy of insurance or self-insurance listed as such in our Schedule of Controlling Underlying Insurance.

**2.** "Controlling underlying insurer" means any insurer who provides any policy of insurance listed as such in our Schedule of Controlling Underlying Insurance.

**3.** "Event" means an occurrence, offense, accident, act, error or omission, or other event to which the applicable "controlling underlying insurance" applies.

**4.** "Loss" means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a.** Settlements, judgments, binding arbitration; or

**b.** Other binding alternate dispute resolution proceeding entered into with our consent.

"Loss" includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

**5.** "Retained limit" means the available limits of "controlling underlying insurance" applicable to the claim

**6.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

**a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE TO ANY ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The word "insured" does not include any person or organization added as an Additional Insured to any "controlling underlying insurance". Insurance provided by this Coverage Part does not apply to any Additional Insured qualifying as an insured under any "controlling underlying insurance".


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following condition is added to **Section III - Conditions:**

**14. Two or More Coverage Forms or Policies Issued by Us**

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same injury or claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy. This condition does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. surveys;
2. consultation or advice; or
3. inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
2. to consultation services required to be performed under a written service contract not related to a policy of insurance; or
3. if any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** Paragraph **5. Cancellation** of **Section III - Conditions** is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2. Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

 © ISO Properties, Inc., 2007 

Case ID: 260801836

**7.** If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.

**B.** Paragraph **13. When We Do Not Renew** of **Section III - Conditions** is replaced by the following:

**1. Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

**2. Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.


© ISO Properties, Inc., 2007

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIOR INJURY OR DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

**1.** First occurred prior to the Effective date of this policy;

**2.** Is alleged to be in the process of occurring as of the Effective date of this policy; or

**3.** Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;

**2.** At the same or adjacent location;

**3.** From the same or similar work; or

**4.** From the same product or service.

However, if the "controlling underlying insurance" is a Claims Made policy, paragraph **A.** above will not apply and only paragraph **B.** will apply to any "loss", claim, suit or "event":

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

**1.** First occurred prior to the Retroactive date of this policy;

**2.** Is alleged to be in the process of occurring as of the Retroactive date of this policy; or

**3.** Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;

**2.** At the same or adjacent location;

**3.** From the same or similar work; or

**4.** From the same product or service.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** The actual or alleged abuse or molestation of any person while in the care, custody or control of any insured or any person or institution designated by an insured; or

**2.** The negligent:

**(a)** Employment;

**(b)** Investigation;

**(c)** Supervision;

**(d)** Reporting to the proper authorities, or failure to so report; or

**(e)** Retention,

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASSAULT OR BATTERY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of:

**(1)** An actual or threatened assault or battery whether caused by or at the instigation or direction of any insured, their employees, patrons or any other person;

**(2)** The failure of any insured or anyone else for whom any insured is legally responsible to prevent or suppress assault or battery; or

**(3)** The failure to provide an environment safe from assault or battery, including but not limited to the failure to provide adequate security, or failure to warn of the dangers of the environment that could contribute to assault or battery; or

**(4)** The failure to render or secure medical treatment or care necessitated by any assault or battery; or

**(5)** The negligent investigation, reporting, or failure to report an assault or battery to the proper authorities by any person; or

**(6)** The negligent:

**(a)** Employment;

**(b)** Supervision;

**(c)** Training;

**(d)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by the **Assault or Battery** exclusion above.

**B.** For the purpose of this endorsement the words assault and battery are intended to include, but are not limited to, sexual assault.



Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE, CONTAGIOUS DISEASE OR INFECTIOUS DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, absorption of, exposure to, or presence of any communicable disease, contagious disease or infectious disease regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** The cost or expense of recall, abatement, mitigation, removal, disposal, testing or monitoring of products, stock, feed, feed additives, animals, or of any premises or equipment handling such items as a result of any known or suspected connection with any communicable disease, contagious disease or infectious disease, whether such items are owned by any insured or by others, and whether located at any insured's premises or anywhere else.

**3.** Any loss, cost or expense arising out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of or presences of any communicable disease, contagious disease or infectious disease; or

**b.** Claim, suit, fines or demands by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any communicable disease, contagious disease or infectious disease.

**4.** Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any communicable disease, contagious disease or infectious disease.

**5.** Any obligation to share damages with or repay someone else who must pay damages.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Property damage to property not owned by an insured and in the care, custody or control of an insured, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCER EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss:

**1.** Caused by or arising, in whole or in part, out of the actual or alleged, threatened or suspected, exposure to, presence of, or fear of, any cancer, malignant growth or cancerous condition of any type, regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** Caused by or arising out of your work or your product with respect to any cancer, malignant growth or cancerous condition of any type.

**3.** Caused by or arising out of any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any cancer, malignant or cancerous condition of any type.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTELLECTUAL PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of the actual or alleged infringement, misappropriation or violation of intellectual property rights or laws, including but not limited to:

**1.** Trademark,

**2.** Trade dress,

**3.** Slogan,

**4.** Style of doing business,

**5.** Copyright,

**6.** Patent rights,

**7.** Trade-secret rights,

**8.** Publicity rights,

**9.** Moral rights, or

**10.** Rights against unfair competition.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(a)** Inhalation of;

**(b)** Ingestion of;

**(c)** Contact with;

**(d)** Absorption of;

**(e)** Exposure to;

**(f)** Existence of; or

**(g)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**2.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**3.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **2.** above;

**(5)** Your product; or

**(6)** Your work; or

**4.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **1.**, **2.** or **3.** above;

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**B.** For the purposes of this endorsement, the **DEFINITIONS Section** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CROSS SUITS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit brought by any insured against any other insured.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**2.** Any loss, cost or expense caused by or arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL AUTO EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** Exclusion **b. Auto** of Paragraph **2. Exclusions** of **Section I - Coverages** is deleted and replaced by the following:

Insurance provided by this Coverage Part does not apply to:

**b.** Any liability or damages arising out of the ownership, maintenance, occupancy, operation, use, loading or unloading of any auto that is owned by, leased to, rented to, borrowed by or provided for the use of any insured.

However, this exclusion does not apply to liability or damages arising out of the operation of machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of mobile equipment if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DAMAGE TO PREMISES OCCUPIED OR RENTED TO YOU EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any loss or damage to any property or premises:

**1.** You or any insured rent or lease;

**2.** You or any insured temporarily occupy; or

**3.** Loaned to you or any insured



Case ID: 260801836

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 5

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108950 **PREVIOUS POLICY NUMBER:** CSU0108950

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
PO Box 373
Jamison PA 18929

**PRODUCER - Your contact for matters pertaining to this policy:** 37-168
Tyrol Insurance Agency, Inc.
223 N Sycamore St
Newtown PA 18940

Broker: 527787
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

**Policy Period: From** 01/01/2020 **To** 01/01/2021 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| | **DEPOSIT PREMIUM** | |
| Commercial General Liability | $ | 26,134.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 26,134.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.**

| | | |
|---|---|---|
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 784.02 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 26,973.02 |

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Property and Casualty Insurance Guaranty Association.**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**
Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ______________________________ Date __________
(Authorized representative or countersignature, where applicable)


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

POLICY NUMBER CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: Tanner's Sports Center Inc.


Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2020

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA423PA (05/10) | Important Notice |
| CSIA448 (01/15) | Policyholder Notice Terrorism Insurance Coverage |
| CSIA404 (08/07) | Service of Suit |
| CSIA403 (11/17) | Special Provisions - Premium |
| CSIA300 (01/15) | Exclusion Of Certified Acts And Other Acts Of Terrorism |

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CSGA501 (04/08) | Commercial General Liability Coverage Part Declarations |
| CSGA403 (10/07) | Liability Premises Schedule |
| CSGA408 (04/08) | Commercial General Liability Classification and Premium Schedule |
| CG0001TOC (04/13) | Commercial General Liability Coverage Form Table of Contents |
| CG0001 (04/13) | Commercial General Liability Coverage Form |
| CSGA401TOC (02/13) | Changes to Commercial General Liability Coverage Form Table of Contents |
| CSGA401 (02/13) | Changes to Commercial General Liability Coverage Form |
| CSGA4059TOC (02/13) | Care Custody Or Control Liability Coverage Table of Contents |
| CSGA4059 (02/13) | Care Custody Or Control Liability Coverage |
| IL0910 (07/02) | PA Notice |
| CG2107 (05/14) | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability |
| IL0120 (10/13) | Pennsylvania Changes - Defense Costs |
| IL0246 (09/07) | PA Changes - Cancellation and Nonrenewal |



Case ID: 260801836

## Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2020

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CG2426 (04/13) | Amendment of Insured Contract Definition |
| CSGA418 (06/08) | Amendment of Pollutants Definition |
| CSGA364 (06/08) | Exclusion - Coverage C - Medical Payments |
| CSGA361 (06/08) | Exclusion - Fungi or Bacteria |
| CSGA439 (11/08) | Amendment of Duties in the Event of Occurrence Offense Claim or Suit Condition |
| CG2147 (12/07) | Employment-Related Practices Exclusion |
| CG2149 (09/99) | Total Pollution Exclusion Endorsement |
| CG2196 (03/05) | Silica Or Silica-Related Dust Exclusion |
| CSGA3061 (08/12) | Exclusion - Gun Safety Conceal And Carry Instruction |
| CSGA3087 (08/12) | Exclusion - Metalsmith Operations |
| CG2018 (04/13) | Additional Insured - Mortgagee Assignee or Receiver |
| CG0300 (01/96) | Deductible Liability Insurance |
| CSGA201 (08/07) | Hired Auto and Non-Owned Auto Liability |
| CG2150 (04/13) | Amendment of Liquor Liability Exclusion |
| CSGA4096 (03/17) | Premises Pollution Legal Liability Insurance Endorsement |
| IL0017 (11/98) | Common Policy Conditions |
| IL0021 (09/08) | Nuclear Energy Liability Exclusion Endorsement |
| CSLL348 (01/08) | Limitation - No Stacking of Limits of Insurance |
| IL0003 (09/08) | Calculation of Premium |
| CSIA405(08/09)-A | - Defense Only Coverage for Certain ATF Proceedings Endorsement |



Case ID: 260801836

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.


Case ID: 260801836

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

# POLICYHOLDER NOTICE
# TERRORISM INSURANCE COVERAGE

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

In accordance with the federal Terrorism Risk Insurance Act, we are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the federal share equals a percentage, as specified in the Schedule below, of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

- **Schedule:**

| Federal Share of Terrorism Losses | |
|---|---|
| **Percentage** | **Calendar Year** |
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

**Cap on Insurer Participation:**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**NOTE: IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**



Case ID: 260801836

POLICY NUMBER: CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

POLICY NUMBER: CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to 100% of the deposit premium.

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to 25 % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.

**Failure to pay any premium(s) due, including any additional audit premium(s) will subject this policy, and/or any additional or subsequent policies, to cancellation for non-payment of premium.**



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

**C. Exception Covering Certain Fire Losses**

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

**D. Exception Covering Minimum Financial Responsibility**

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and/or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

**2.** Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

**3.** Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108950 Effective date: 01/01/2020

Named Insured: Tanner's Sports Center Inc.

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ Excluded | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 2,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule CSIA 406

**COMMERCIAL GENERAL LIABILITY PREMISES SCHEDULE :** Refer to CSGA 403

**COMMERCIAL GENERAL LIABILITY CLASSIFICATION AND PREMIUM SCHEDULE:** Refer to CSGA 408

**TOTAL DEPOSIT PREMIUM $** 26,134

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2020 ☒ **if Supplemental Declarations Is Attached**

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
| --- | --- |
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |

# Commercial General Liability Classification and Premium Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2020

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE<br>A - Area<br>B - Payroll<br>S - Gross Sales<br>U -Units | RATE<br>Premises Operations and All Other | RATE<br>Products/ Completed Operations | DEPOSIT PREMIUM<br>Premises Operations and All Other | DEPOSIT PREMIUM<br>Products/ Completed Operations | |
|---|---|---|---|---|---|---|---|---|
| 1 | Sporting Goods or Athletic Equipment Stores | 18206 | S, 12000000 | 1.549 | .357 | $18,598 | $4,286 | |
| | GL Hired and Non-Owned Auto | 20156 | | | | $500 | | |
| | PPF | | | | | $1,936 | | |
| | Premises Pollution Legal Liability | | | | | $664 | | |
| | CSIA405-A - Defense Only Coverage for Certain ATF Proceedings Endorsement | | | | | $150 | | Flat |



Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

Page No.

SECTION I - COVERAGES ____ 1
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY ____ 1
1. Insuring Agreement ____ 1
2. Exclusions ____ 2
   a. Expected Or Intended Injury ____ 2
   b. Contractual Liability ____ 2
   c. Liquor Liability ____ 2
   d. Workers' Compensation And Similar Laws ____ 2
   e. Employer's Liability ____ 2
   f. Pollution ____ 3
   g. Aircraft, Auto Or Watercraft ____ 4
   h. Mobile Equipment ____ 4
   i. War ____ 4
   j. Damage To Property ____ 5
   k. Damage To Your Product ____ 5
   l. Damage To Your Work ____ 5
   m. Damage To Impaired Property Or Property Not Physically Injured ____ 5
   n. Recall Of Products, Work Or Impaired Property ____ 5
   o. Personal And Advertising Injury ____ 5
   p. Electronic Data ____ 6
   q. Recording And Distribution Of Material Or Information In Violation Of Law ____ 6
COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY ____ 6
1. Insuring Agreement ____ 6
2. Exclusions ____ 6
   a. Knowing Violation Of Rights Of Another ____ 6
   b. Material Published With Knowledge Of Falsity ____ 6
   c. Material Published Prior To Policy Period ____ 6
   d. Criminal Acts ____ 7
   e. Contractual Liability ____ 7
   f. Breach Of Contract ____ 7
   g. Quality Or Performance Of Goods - Failure To Conform To Statements ____ 7
   h. Wrong Description Of Prices ____ 7
   i. Infringement Of Copyright, Patent, Trademark Or Trade Secret ____ 7
   j. Insureds In Media And Internet Type Businesses ____ 7
   k. Electronic Chatrooms Or Bulletin Boards ____ 7
   l. Unauthorized Use Of Another's Name Or Product ____ 7
   m. Pollution ____ 7
   n. Pollution-Related ____ 7
   o. War ____ 7
   p. Recording And Distribution Of Material Or Information In Violation Of Law ____ 8


Case ID: 260801836

TABLE OF CONTENTS (CONT'D)

Page No.

COVERAGE C MEDICAL PAYMENTS ____ 8
1. Insuring Agreement ____ 8
2. Exclusions ____ 8
a. Any Insured ____ 8
b. Hired Person ____ 8
c. Injury On Normally Occupied Premises ____ 8
d. Workers Compensation And Similar Laws ____ 8
e. Athletics Activities ____ 8
f. Products-Completed Operations Hazard ____ 8
g. Coverage A Exclusions ____ 8
SUPPLEMENTARY PAYMENTS - COVERAGES A AND B ____ 8
SECTION II - WHO IS AN INSURED ____ 10
SECTION III - LIMITS OF INSURANCE ____ 11
SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS ____ 11
1. Bankruptcy ____ 11
2. Duties In The Event Of Occurrence, Offense, Claim Or Suit ____ 11
3. Legal Action Against Us ____ 12
4. Other Insurance ____ 12
a. Primary Insurance ____ 12
b. Excess Insurance ____ 12
c. Method Of Sharing ____ 12
5. Premium Audit ____ 13
6. Representations ____ 13
7. Separation Of Insureds ____ 13
8. Transfer Of Rights Of Recovery Against Others To Us ____ 13
9. When We Do Not Renew ____ 13
SECTION V - DEFINITIONS ____ 13
1. "Advertisement" ____ 13
2. "Auto" ____ 13
3. "Bodily injury" ____ 13
4. "Coverage territory" ____ 13
5. "Employee" ____ 14
6. "Executive officer" ____ 14
7. "Hostile fire" ____ 14
8. "Impaired property" ____ 14
9. "Insured contract" ____ 14
10. "Leased worker" ____ 14
11. "Loading or unloading" ____ 14
12. "Mobile equipment" ____ 15
13. "Occurrence" ____ 15
14. "Personal and advertising injury" ____ 15
15. "Pollutants" ____ 15
16. "Products-completed operations hazard" ____ 15


Case ID: 260801836

**TABLE OF CONTENTS (CONT'D)**


| | | Page No. |
|---|---|---|
| **17.** | "Property damage" | **16** |
| **18.** | "Suit" | **16** |
| **19.** | "Temporary worker" | **16** |
| **20.** | "Volunteer worker" | **16** |
| **21.** | "Your product" | **16** |
| **22.** | "Your work" | **17** |



Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat,

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or


© Insurance Services Office, Inc., 2012

Case ID: 260801836

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

 © Insurance Services Office, Inc., 2012 

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow


© Insurance Services Office, Inc., 2012

Case ID: 260801836

this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises


© Insurance Services Office, Inc., 2012

Case ID: 260801836

you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

| | Page No. |
|---|---|
| EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE | 1 |
| EXCLUSION - ASBESTOS | 2 |
| EXCLUSION - CROSS SUITS | 2 |
| EXCLUSION - PRIOR INJURY OR DAMAGE | 2 |
| EXCLUSION - LEAD | 3 |
| EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS | 3 |
| EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES | 3 |


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that "bodily injury" or "property damage" had occurred or had begun to occur, in whole or in part, prior to the policy period in which such "bodily injury" or "property damage" occurs or begins to occur.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that "bodily injury" or "property damage" has occurred or has begun to occur at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an "occurrence," claim or "suit":

**1.** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "bodily injury," or "property damage";

**3.** First observes or reasonably should have first observed, the "bodily injury" or "property damage; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that "bodily injury" or "property damage" had occurred or had begun to occur.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that a "personal and advertising injury" offense had been committed or had begun to be committed, in whole or in part, prior to the policy period in which such "personal and advertising injury" was committed or began to be committed.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that a "personal and advertising injury" offense has been committed or has begun to be committed at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an offense, claim or "suit":

**1.** Reports all, or any part, of the "personal and advertising injury" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "personal and advertising injury";

**3.** First observes or reasonably should have first observed, the "personal and advertising injury"; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that a "personal and advertising injury" offense had been committed or had begun to be committed.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - ASBESTOS

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of, attributable to, or any way related to "asbestos" in any form or transmitted in any manner.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "asbestos," by any insured or by any other person or entity.

**B.** The following definition is added to the **Definitions** Section:

"Asbestos" means any type or form of asbestos, including but not limited to, asbestos, asbestos products, asbestos fibers, asbestos contained in any product or material, or a mixture or combination of asbestos and other dust or particles.

## EXCLUSION - CROSS SUITS

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Liability**:

**2. Exclusions**

This insurance does not apply to:

**Cross Suits**

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of any claim for damages by a Named Insured against another Named Insured.

## EXCLUSION - PRIOR INJURY OR DAMAGE

A. The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage**:

This insurance does not apply to any "bodily injury" or "property damage" that:

**1.** first occurred prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of occurring as of the Effective date of this Coverage Part; or

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury**:

This insurance does not apply to "personal and advertising injury" that:

**1.** was first committed prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of being committed as of the Effective date of this Coverage Part;

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - LEAD

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.

## EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS

Paragraph **3.** of **Section II - Who Is An Insured** does not apply and is deleted in its entirety.

## EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

Any claim of indemnification for punitive or exemplary damages. If a suit is brought against any insured for a claim covered by this Coverage Part, seeking both compensatory and punitive or exemplary damages, we will provide a defense to such action. However, we will not have an obligation to pay for any costs, interest, or damages, attributable to punitive or exemplary damages. If state law provides for statutory multiple damage awards, we will pay only the amount of the award before the multiplier is added.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE
# TABLE OF CONTENTS

| | Page No. |
|---|---|
| SCHEDULE | 1 |
| A. Care, Custody and Control Coverage | 1 |
| B. Limits of Insurance and Deductibles | 1 |
| C. Deductible Clause | 1 |


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

Limits of Insurance

| | |
|---|---|
| $ 5,000 | Each Occurrence |
| $ 1,000 | Deductible Each Occurrence |
| $ 10,000 | Aggregate Limit |

**A. Care, Custody and Control Coverage**

**1.** Exclusion **j.** Subparagraph **(4)** of **SECTION I - COVERAGE A** does not apply to "property damage" to the property of others described therein.

**B. Limits of Insurance and Deductibles**

**1.** The Limits of Insurance shown in the Declarations are replaced by the limits designated in the Schedule above with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced. The Limits of Insurance shown in the Schedule fix the most we will pay in any one "occurrence" regardless of the number of:

**(1)** Insureds;

**(2)** Claims made or "suits" brought; or

**(3)** Persons or organizations making claims or bringing "suits".

**C. Deductible Clause**

**1.** Our obligation to pay damages on your behalf applies only to the amount of damages for each "occurrence" that are in excess of the deductible amount stated in the Schedule. The Limits of Insurance will not be reduced by the application of such deductible amount.

**2.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. Surveys;
2. Consultation or advice; or
3. Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
2. To consultation services required to be performed under a written service contract not related to a policy of insurance; or
3. If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

 © ISO Properties, Inc., 2001 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.


© Insurance Services Office, Inc., 2013

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART - LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART - MORTGAGEHOLDER'S ERRORS AND OMISSIONS COVERAGE FORM
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Electronic Data Liability, Employment-related Practices Liability, Farm, Liquor Liability, Medical Professional Liability, Owners And Contractors Protective Liability, Pollution Liability, Product Withdrawal, Products/Completed Operations Liability, Railroad Protective Liability and Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;
2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;
3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;
4. Section **A.** Coverage under the Legal Liability Coverage Form; and
5. Coverage **C** - Mortgageholder's Liability under the Mortgageholder's Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

 © Insurance Services Office, Inc., 2013 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

2. **Cancellation Of Policies In Effect For Less Than 60 Days**

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

3. **Cancellation Of Policies In Effect For 60 Days Or More**

   If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

   a. You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

   b. You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

   c. A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

   d. Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.


© ISO Properties, Inc., 2006

Case ID: 260801836

e. Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

f. Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

4. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

7. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

B. The following are added and supersede any provisions to the contrary:

1. **Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

2. **Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.


ã ISO Properties, Inc., 2006

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 © Insurance Services Office, Inc., 2012 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTANTS DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Paragraph **15.** of the **DEFINITIONS** Section is replaced by the following:

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

**a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** **SECTION I - COVERAGE C - MEDICAL PAYMENTS** is deleted and does not apply, and none of the references to it in the Coverage Part apply.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury", "property damage" or “personal and advertising injury” caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(1)** Inhalation of;

**(2)** Ingestion of;

**(3)** Contact with;

**(4)** Absorption of;

**(5)** Exposure to;

**(6)** Existence of; or

**(7)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**b.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**c.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **A. 2. b.** above;

**(5)** "Your product"; or

**(6)** "Your work"; or

**d.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **A. 2. a.**, **b.** or **c.** above;

regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**C.** For the purposes of this endorsement, **SECTION V - DEFINITIONS** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT CONDITION

This endorsement modifies insurance provided under the following:

COMMERICAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**e.** No insured will admit to any liability, consent to any judgment, or settle any claim or "suit" without our prior written consent.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.


© ISO Properties, Inc., 2006
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

 Copyright, Insurance Services Office, Inc., 1998 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - GUN SAFETY, CONCEAL AND CARRY INSTRUCTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person:

**1.** While practicing, instructing, supervising, officiating, training or participating in any gun safety or conceal and carry gun class while using, demonstrating or handling any gun.

**2.** Arising out of your instruction, guidance, presentation or misrepresentation of any gun safety or conceal and carry gun law, rules, requirements, or regulations.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - METALSMITH OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person while instructing, supervising, or participating in any exhibition, demonstration, class, or workshop, involving or regarding "metalsmithing".

**B.** The following Definition is added to **Section V - Definitions**:

"Metalsmithing" means the process of heating steel or any other metal in a coal, propane, natural gas, wood fire or any other heating source forge to high temperatures, then forging the steel using hammer, tools, and an anvil, or any other tools or equipment used to work with the materials.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Wilmington Savings Fund Society, FSB<br>Its successors and/or assigns<br>PO Box 729<br>Claymont, DE 19703-0729 | 2301 York Rd.<br>Jamison, PA 18929 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

POLICY NUMBER: CSU0108950

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Coverage** | **Amount and Basis of Deductible** PER CLAIM | or | PER OCCURRENCE |
|---|---|---|---|
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $ | | $ |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ 5,000 | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

Defense costs and expenses are subject to the deductible. For the purposes of this endorsement, defense costs and claims expenses are included as damages and any payment applies only to amounts in excess of the deductible amount stated.

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.


Copyright, Insurance Services Office, Inc., 1994
Case ID: 260801836

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.


Copyright, Insurance Services Office, Inc., 1994

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A.** The insurance provided under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** applies to "bodily injury" or "property damage" arising out of the:

**1.** Maintenance or use of a "hired auto" by you or your "employees" in the course of your business; and

**2.** Use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** other than exclusions **a. Expected or Intended Injury, b. Contractual Liability, d. Workers' Compensation and Similar Laws, f. Pollutant, i. War** and the **NUCLEAR ENERGY LIABILITY EXCLUSION (Broad Form)** are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured sustained in the "workplace";

**(2)** An "employee" of the insured arising out of the performance of duties related to the conduct of the insured's business; or

**(3)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraphs **(1)** or **(2)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

**(1)** Liability assumed by the insured under an "insured contract"; or

**(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

**b.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

**2.** For insurance provided by this endorsement only, **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

None of the following is an insured:

**a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child,


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**e.** Any person or organization for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**3.** For insurance provided by this endorsement only, **SECTION V - DEFINITIONS** is amended to include the following:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired "auto" means only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

**3.** "Non-owned auto" means only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

 © Insurance Services Office, Inc., 2012 

Case ID: 260801836

POLICY NUMBER: CSU0108950

COMMERCIAL GENERAL LIABILITY
CSGA 4096 03 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PREMISES POLLUTION LEGAL LIABILITY INSURANCE ENDORSEMENT

**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE AND HAS DIFFERENT REPORTING REQUIREMENTS THAN OTHER PARTS OF THE POLICY. IT ALSO CONTAINS PROVISIONS WHICH LIMIT THE AMOUNT OF "LEGAL EXPENSE" THAT WE MAY BE RESPONSIBLE TO PAY. "LEGAL EXPENSE" APPLIES TO ANY DEDUCTIBLE AND REDUCES EACH APPLICABLE LIMIT OF INSURANCE SHOWN IN THE SCHEDULE OF THIS ENDORSEMENT. PLEASE READ THIS ENDORSEMENT CAREFULLY.**

**FOR THE COVERAGE PROVIDED BY THIS ENDORSEMENT AND WITHOUT WAIVING THE REPORTING REQUIREMENTS OUTLINED IN THE CONDITIONS SECTION BELOW YOU CAN REPORT THE DISCOVERY OF A SPILL TO XL CATLIN *ONCALL* AT 800-432-2481.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

| SCHEDULE | |
|---|---|
| **Premises Pollution Legal Liability Aggregate Limit of Insurance** | $ 100,000 |
| **Premises Pollution Legal Liability Each "Pollution Condition" Limit of Insurance** | $ 100,000 |
| **Deductible Amount for Each "Pollution Condition"** | $ 1,000 |
| **Retroactive Date:** (*If the Retroactive Date is left blank, then the Retroactive Date is the inception date of the policy period of this policy)* | 01/01/2020 |
| **Covered Locations:** Per schedule on file | |

**A.** The following is added to **SECTION I - COVERAGES**:

**1. Premises Pollution Legal Liability Insurance**

**a.** We will pay those sums that you become legally obligated to pay as damages or "cleanup costs" because of "loss" caused by a "pollution condition" provided that:

**(1)** The "loss" is caused by a "pollution condition" on, at, under or migrating from a "covered location";

**(2)** The "pollution condition" results in a "claim" against you;

**(3)** The "pollution condition" takes place, and the "claim" is brought and maintained at all times, in the "coverage territory"; and

**(4)** The "claim" is first made against you during the policy period and reported by you to us, in writing, during the policy period or, where applicable, the "extended reporting period."

**b.** We have the right and duty to defend you against any "claim" seeking damages or "cleanup costs" because of "loss" to which **Premises Pollution Legal Liability Insurance** applies. However, we have no duty to defend you against any "claim" to which **Premises Pollution Legal Liability Insurance** does not apply.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

c. When we have a duty to defend, we will pay on your behalf "legal expense" incurred as a result of a "claim" against you seeking damages or "cleanup costs" because of "loss" to which **Premises Pollution Legal Liability Insurance** applies.

d. "Legal expense" applies to and reduces each applicable Limit of Insurance shown in the **SCHEDULE** of this endorsement, and applies against the Deductible Amount, if any, shown in the **SCHEDULE** of this endorsement.

e. We may, at our discretion, investigate any "occurrence" or "pollution condition" and settle any "claim" that may result. However, the amount that we will pay for damages, "cleanup costs" and "legal expense" under **Premises Pollution Legal Liability Insurance** is limited as described in **SECTION III - LIMITS OF INSURANCE**, as amended by Paragraph **C.** of this endorsement. Our right and duty to defend under this endorsement end once the applicable Limit of Insurance shown in the **SCHEDULE** of this endorsement has been used up in the payment of "legal expense" or settlements or judgments, or any combination thereof, to which **Premises Pollution Legal Liability Insurance** applies.

f. No other obligation or liability to pay sums or perform acts or services is covered under this endorsement.

**2. Exclusions**

**Premises Pollution Legal Liability Insurance** does not apply to**:**

**a. Known Circumstances or Conditions**

**(1)** A "pollution condition", "loss" or "claim" known by any insured prior to the policy period; or

**(2)** A circumstance or condition known by any insured prior to the inception of the policy period where an insured should have reasonably foreseen that a "pollution condition", "loss" or "claim" would result.

**b. Workers Compensation and Similar Laws**

Any obligation of the insured under any workers' compensation, unemployment compensation or disability benefits law or similar law.

**c. Employers Liability**

"Bodily injury" to:

**(1)** An "employee" of any insured arising out of and in the course of employment by any insured or the performance of duties related to the conduct of any insured's business; or

**(2)** To the spouse (including the domestic partner or civil union partner recognized under the law of any applicable jurisdiction in the "coverage territory"), child, parent, brother or sister of that "employee" as a consequence of **(1)** above.

This exclusion applies whether any insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages as a result of the injury.

This exclusion does not apply to liability assumed by you under an "insured contract", provided that:

**(1)** The "insured contract" is in writing and signed by you;

**(2)** The "pollution condition" first commenced after you signed the "insured contract"; and

**(3)** The "pollution condition" is caused, in whole or in part, by you or by those acting on your behalf.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**d. Contractual Liability**

"Loss" for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages:

**(1)** That you would have in the absence of the contract or agreement; or

**(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that:

**i.** The "insured contract" is in writing and signed by you;

**ii.** The "pollution condition" first commenced after you signed the "insured contract"; and

**iii.** The "pollution condition" is caused, in whole or in part, by you or by those acting on your behalf.

**e. Transportation**

A "pollution condition", "loss" or "claim" arising out of:

**(1)** The ownership, operation, maintenance, use (including "loading or unloading") or entrustment to others of any "auto", "mobile equipment", aircraft, watercraft, rolling stock or other mode of transportation, including any machinery or apparatus attached thereto or any cargo carried thereby; or

**(2)** Waste or materials transported, removed or taken by anyone beyond the boundaries of a "covered location".

**f. Goods, Products or Materials**

A "pollution condition", "loss" or "claim" arising out of any goods, materials or products manufactured, sold, distributed, designed, handled, supplied, altered, repaired or disposed of by any insured or by others under license or trading under an insured's name.

**g. Intentional Acts**

A "pollution condition", "loss" or "claim" arising out of any actual or alleged:

**(1)** Intentional disregard of, or non-compliance with any statute, regulation, ordinance, law or order by or at the direction of any insured or its agent; or

**(2)** Fraudulent, dishonest or malicious conduct by or at the direction of any insured or its agent.

**h. Hostile Acts**

A "pollution condition", "loss" or "claim" arising from any consequence, whether direct or indirect, of war (whether declared or not declared), invasion, act of foreign enemy, hostilities, civil war, rebellion, revolution, insurrection, military action, usurped power, strike, riot or civil commotion.

**i. Professional Liability**

A "pollution condition", "loss" or "claim" arising out of the rendering of or failure to render professional services.

**j. Asbestos**

Any "loss", "pollution condition", cost, expense or "claim" which would not have occurred, in whole or in part, but for the actual, alleged or threatened existence of, presence of, inhalation of, ingestion of, use of, handling of, contact with or exposure to asbestos in any form, including products containing asbestos, asbestos fibers, asbestos dust and asbestos containing materials.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

This exclusion applies regardless of:

**(1)** The cause of the "loss", "pollution condition", cost, expense or "claim", or

**(2)** Whether the "loss", "pollution condition", cost, expense or "claim" is related to any product, services or operations of an insured.

**k. Lead**

Any "loss", "pollution condition", cost, expense or "claim" which would not have occurred, in whole or in part, but for the actual, alleged or threatened existence of, presence of, inhalation of, ingestion of, use of, handling of, contact with or exposure to lead, lead-based paint or any material containing lead or lead-based paint.

This exclusion applies regardless of:

**(1)** The cause of the "loss", "pollution condition", cost, expense or "claim"; or

**(2)** Whether the "loss", "pollution condition", cost, expense or "claim" is related to any product, services or operations of an insured.

**l. Fines, Penalties, Punitive and Multiplied Damages**

Any actual or alleged "claim" or liability for, or amount consisting of, a fine, penalty, punitive damages, exemplary damages or multiplied damages.

**m. Equitable and Other Types of Relief**

Any actual or alleged "claim" or liability for equitable relief, restitution or the return of money for work or services.

**n. Retroactive Date**

A "loss" or "claim" arising out of a "pollution condition" that commenced before the Retroactive Date shown in the **SCHEDULE** of this endorsement. For the purpose of this exclusion, a "pollution condition" that commenced before the Retroactive Date shown in the **SCHEDULE** of this endorsement includes any dispersal, migration or further movement of such "pollution condition" on or after the Retroactive Date shown in the **SCHEDULE** of this endorsement.

**o. Nuclear or Radioactive Waste and Materials**

A "pollution condition", "loss" or "claim" which would have not occurred, in whole or in part, but for the actual, alleged or threatened contact with, exposure to, existence of or presence of any nuclear or radioactive material, waste or condition.

**p. Non-cumulation**

Any "occurrence", "claim", "loss" or "pollution condition", including the same, related, repeated or continuous "pollution condition", that was:

**(1)** Reported to us or an affiliate of us under a policy issued by us or an affiliate of us prior to the inception of the policy period of this policy; or

**(2)** Reported to another insurance company or its agent prior to the inception of the policy period of this policy.

**q. Divested Property**

Any "claim" or "loss" arising out of "pollution condition" on, at, under or migrating from a "covered location" where the actual or alleged "pollution condition" commenced after the time the "covered location" is sold, given away or abandoned by an insured, or is condemned.

**r. Insured Versus Insured**

Any "claim" by an insured against another insured.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**s. Related Persons or Organizations**

Any "claim" by a person or organization:

**(1)** That wholly or partially owns, operates, manages or controls any insured;

**(2)** In which any insured has a direct or indirect ownership interest;

**(3)** That is controlled, operated or managed by any insured; or

**(4)** That is an affiliate of any insured.

**t. Property**

"Property damage" to:

**(1)** Property that is or was at any time owned, rented or occupied by any insured; or

**(2)** Personal property in the care, custody or control of any insured.

Paragraph **(1)** of this exclusion does not apply to "cleanup costs" because of "environmental damage" caused by a "pollution condition" on, at, under or migrating from a covered location.

**u. Mold Matter**

A "pollution condition", "loss" or "claim" which would have not occurred, in whole or in part, but for the actual, alleged or threatened contact with, exposure to, existence of or presence of any "mold matter".

**v. Underground Storage Tanks**

A "pollution condition", "loss" or "claim" arising out of the past or current existence of an "underground storage tank" on, at, under or migrating from a "covered location".

**w. Material Change in Use or Operations**

A "pollution condition", "loss" or "claim" arising out of a material change in the use of, or a material change in the operations at, any "covered location" from those set forth by any insured in the Application or related materials as of the inception date of the policy period of this policy.

**x. Defective Drywall**

The existence of, exposure to, required removal or abatement of:

**(1)** defective drywall, which includes, but is not limited to drywall that emits gases, vapors, fumes or any other irritant or contaminant; and

**(2)** Any other building component affected by defective drywall, including drywall that emits gases, vapors, fumes or any other irritant or contaminant.

For purposes of this exclusion, drywall includes, but is not limited to any product known as gypsum board, wall board, and plasterboard, drywall manufactured either within or outside of the United States and used for interior building material.

**y. Excluded Operations**

A "pollution condition', "loss", cost, expense or "claim" arising out of, or in any way related to, manufacturing, dry cleaning, petroleum sales, automotive sales, automotive servicing or cremation operations performed at any "covered location".

**B.** For the purposes of coverage provided by this endorsement, **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, COVERAGE C MEDICAL PAYMENTS** and **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B in SECTION I - COVERAGES** do not apply.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**C.** For the purposes of coverage provided by this endorsement, **SECTION III - LIMITS OF INSURANCE** is replaced by the following:

**1.** The Limits of Insurance shown in the **SCHEDULE** of this endorsement and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** "Claim"(s);

**c.** Persons or organizations making a "claim";

**d.** Governmental actions taken with respect to "cleanup costs" or

**e.** "Pollution condition"(s).

**2.** The Premises Pollution Legal Liability Aggregate Limit of Insurance shown in the **SCHEDULE** of this endorsement is the most we will pay for all damages, "cleanup costs" and "legal expense" for which insurance is afforded under **Premises Pollution Legal Liability Insurance**. Our total liability for all insurance afforded under this endorsement, combined, will not exceed the Premises Pollution Legal Liability Aggregate Limit of Insurance shown in the **SCHEDULE** of this endorsement.

**3.** Subject to Paragraph **2.** above, the Premises Pollution Legal Liability Each "Pollution Condition" Limit of Insurance shown in the **SCHEDULE** of this endorsement is the most we will pay for the sum of all damages, "cleanup costs" and "legal expense" arising out of a single "pollution condition" for which insurance is afforded under **Premises Pollution Legal Liability Insurance.** All "loss" arising out of the same, related, repeated or continuous "pollution condition"(s) shall be deemed to arise out of a single "pollution condition".

**4. Deductible Amount**

**a.** Our obligations under **Premises Pollution Legal Liability Insurance** to pay damages, "cleanup costs" and "legal expense" apply only to the amount of damages, "cleanup costs" and "legal expense" in excess of the Deductible Amount, if any, shown in the **SCHEDULE** of this endorsement.

**b.** The Deductible Amount shown in the **SCHEDULE** of this endorsement applies to each "Pollution Condition".

**c.** The terms of insurance afforded under **Premises Pollution Legal Liability Insurance,** including those with respect to:

**(1)** Our right and duty to defend any "claim" against the insured seeking damages or "cleanup costs", and

**(2)** Your duties in the event of an "occurrence", "pollution condition", "loss" or "claim" apply irrespective of the application of the Deductible Amount.

**d.** We may pay any part or all of the Deductible Amount for "legal expense", "cleanup costs" or damages, or to effect settlement of any "claim", to which **Premises Pollution Legal Liability Insurance** applies. Upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible Amount as has been paid by us.

**5. Insurance Under Multiple Policies**

**a.** Notwithstanding anything to the contrary in this policy or any other policy issued by us or a company affiliated with us, under no circumstances will more than one policy issued by us or a company affiliated with us apply to:

**(1)** Any "loss" or "pollution condition" that occurs or continues through more than one policy period of two or more policies (including this policy) issued by us or a company affiliated with us; or

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**(2)** "Claim" and "loss" arising out of the same, related, repeated or continuous "pollution condition"(s).

**b.** Subject to Paragraph **c.** below, if more than one policy issued by us or a company affiliated with us would otherwise apply to any "loss" or "pollution condition" that occurs or continues through more than one policy period of two or more policies (including this policy) issued by us or a company affiliated with us, the only policy that will respond is the policy with the earliest inception date. No other policy will respond, even if the limits of the policy with the earliest inception date have been impacted or exhausted by payment(s) by us.

**c.** The most we will pay for the total of all "claim" and "loss" arising out of the same, related, repeated or continuous "pollution condition"(s) under all policies issued by us or a company affiliated with us is the Each "Pollution Condition" Limit of Insurance set forth in the policy with the earliest inception date of all applicable policies issued by us or a company affiliated with us.

**D.** For the purposes of coverage provided by this endorsement, Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit in SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is replaced by the following:

**2. Duties in the Event of an "Occurrence", "Pollution Condition", "Loss" or "Claim"**

**a.** The insured must see to it that we are notified as soon as practicable of any "occurrence", "pollution condition" or "loss" which may result in a "claim." To the extent possible, notice should include:

**(1)** How, when and where the "occurrence", "pollution condition" or "loss" took place;

**(2)** The names and addresses of any person involved and/or having knowledge of the "occurrence", "pollution condition" or "loss"; and

**(3)** The nature of any resulting harm, injury or damage.

**b.** If a "claim" is made or brought against an insured, the insured must:

**(1)** Immediately record the specifics of the "claim" and the date it was received;

**(2)** Notify us as soon as practicable; and

**(3)** Provide written notice of the "claim" as soon as practicable.

**c.** The insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with a "claim";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the "claim"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "loss" to which the insurance under this endorsement applies.

**d.** No insured will, except at its own cost, voluntarily make a payment, assume any obligation, admit liability, or incur any expense without our written consent.

**e.** Upon discovery of a spill, report it to XL Catlin *OnCall* at **800-432-2481**.

**E.** For the purposes of coverage provided by this endorsement, **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended by the addition of the following condition:

**1.** If insurance is available under **Premises Pollution Legal Liability Insurance** and also available under "other intra-policy insurance" for the same "loss", damage or injury, our obligations are limited as follows:

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**a.** Any insurance available under **Premises Pollution Legal Liability Insurance** is primary, and there will be no contribution from or concurrent coverage with "other intra-policy insurance" that would otherwise be applicable; and

**b.** Any available "other intra-policy insurance" is excess over any insurance available under **Premises Pollution Legal Liability Insurance**, including amounts within the Deductible Amount shown in the **SCHEDULE** of this endorsement.

**c.** When "other intra-policy insurance" is excess, we will have no duty under "other intra-policy insurance" to defend you against any "claim" if we have the duty to defend you under **Premises Pollution Legal Liability Insurance.**

**2.** Coverage under this endorsement is provided based on information in your signed GENERAL LIABILITY SUPPLEMENTAL APPLICATION - POLLUTION LIABILITY that is made part of this policy. Information provided in the Application that is deemed to be a misrepresentation of a material fact will void coverage for "claim" where such misrepresentation was relied upon by us to provide coverage to you.

**F.** For the purposes of coverage provided by this endorsement, the following **Extended Reporting Period** provisions are added:

**Extended Reporting Period**

**1.** You are entitled to a ninety (90) day extended reporting period, commencing on the last day of the policy period. The ninety (90) day extended reporting period applies to a "claim" first made during the policy period and reported to us, in writing, during the ninety (90) day extended reporting period.

**2.** The ninety (90) day extended reporting period applies only if we cancel or non-renew this policy or the **Premises Pollution Legal Liability Insurance** for a reason other than non-payment of premium, non-payment of deductible, fraud or misrepresentation.

**3.** For the purposes of the Extended Reporting Period provisions, the quotation of different terms and conditions by us, and your choice not to accept the quoted terms and conditions, will not be construed as a non-renewal of this policy or the **Premises Pollution Legal Liability Insurance**.

**4.** The ninety (90) day extended reporting period does not extend the policy period, change the scope of coverage provided, or reinstate or increase any limit of insurance.

**G.** For the purposes of coverage provided by this endorsement, the following definitions are added to **SECTION V - DEFINITIONS**:

**23.** "Claim" means a lawsuit or governmental action alleging legal liability on the part of the insured.

**24.** "Cleanup costs" means costs and expenses incurred to investigate, assess, remove, dispose of, treat, abate, contain or neutralize a "pollution condition".

**25.** "Covered location" means each location shown in the **SCHEDULE** of this endorsement and all newly acquired locations during the policy period which are disclosed to us in writing during the policy period.

**26.** Environmental damage" means the injurious presence in or upon land, the atmosphere, or any watercourse or body of water of solid, liquid, gaseous or thermal contaminants, irritants or "pollutants".

**27.** "Extended reporting period" means the ninety (90) day extended reporting period as set forth in Paragraph **F.** of this endorsement above.

**28.** "Legal expense" means reasonable and necessary legal fees, charges and expenses incurred in the investigation and defense of a "claim", provided such costs, charges and expenses are authorized by us. "Legal expense" does not include any expense that is incurred by an insured in assisting in the investigation, defense or resolution of a "claim".

**29.** "Loss" means "bodily injury", "property damage" or "environmental damage".

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

30. "Mold matter" means mold, mildew or any type or form of fungus, including mycotoxins, spores or by-products produced or released by fungi.

31. "Other intra-policy insurance" means insurance provided under the terms of the policy other than the **Premises Pollution Legal Liability Insurance** afforded by this endorsement.

32. "Pollution condition" means the discharge, dispersal, release, escape, seepage or migration of "pollutants" into or upon land, the atmosphere, or any watercourse or body of water.

33. "Underground storage tank" means a stationary container or vessel, including the associated piping connected thereto, which is ten percent (10%) or more beneath the surface of the ground and is:

  a. constructed primarily of non-earthen materials; and

  b. designed to contain any substance.

**H.** For the purposes of coverage provided by this endorsement, Definition **4.** "coverage territory" of **SECTION V - DEFINITIONS** is replaced by the following:

  **4.** "Coverage territory" means the United States and its territories and possessions.

**I.** For the purposes of coverage provided by this endorsement, in the event that there is a conflict between a definition of a term in this endorsement and a definition of a term elsewhere in the policy, the definition of the term in this endorsement shall control.

**FOR THE COVERAGE PROVIDED BY THIS ENDORSEMENT AND WITHOUT WAIVING THE REPORTING REQUIREMENTS OUTLINED IN THE CONDITIONS SECTION ABOVE YOU CAN REPORT THE DISCOVERY OF A SPILL TO XL CATLIN *ONCALL* AT 800-432-2481.**

All other terms and conditions of this policy remain unchanged.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998 Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";

 © ISO Properties, Inc., 2007 
Case ID: 260801836

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007  Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - NO STACKING OF LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

ALL COVERAGE FORMS OR COVERAGE PARTS PROVIDING LIABILITY COVERAGE

The Conditions are amended to add the following:

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy.

This endorsement does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.


© ISO Properties, Inc., 2007

Case ID: 260801836

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEFENSE ONLY COVERAGE FOR CERTAIN ATF PROCEEDINGS ENDORSEMENT

**NOTICE: THIS ENDORSEMENT PROVIDES COVERAGE FOR "DEFENSE COSTS" ONLY.**

**NOTICE: THE LIMITS OF INSURANCE PROVIDED HEREIN ARE IN ADDITION TO THE LIMITS OF INSURANCE FOR ALL OTHER COVERAGES UNDER THIS POLICY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| **AGGREGATE PROCEEDING DEFENSE LIMIT** | **$100,000** |
| **EACH PROCEEDING DEFENSE LIMIT** | $50,000 |

**1. Insuring Agreement**

**a.** We will pay reasonable and necessary "defense costs" to defend you in a "proceeding" arising from your "violation" of 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail, and to which this insurance applies.

We will have the right and the duty to defend you against any "proceeding" to which this insurance applies. At our sole discretion, we shall have the right to select an attorney, certified public accountant or other person recognized to practice before the "ATF" to defend you against any "proceeding" as provided by 27 CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding". However, we will have no duty to defend you against any "proceeding" to which this insurance does not apply.The amount we will pay for "defense costs" is limited as described in Paragraph **3. Limits of Insurance** as shown below.

**b.** This insurance applies only if the "ATF" first notifies you in writing during the policy period of the "proceeding". You shall report such notification to us as soon as practicable.

**c.** This insurance applies only if, prior to the first effective date of this "Defense Only Coverage for Certain ATF Proceedings Endorsement", neither you nor any of your "employees" received notice of a "violation" or knew that the "violation" had occurred, in whole or in part. If you or your "employees" received notice of a "violation " or knew, prior to such effective date, that the "violation" occurred, then any continuation, change or resumption of such "violation" during or after the policy period will be deemed to have been known prior to the policy period and notification of a "proceeding" arising out of such "violation(s)" shall not be covered under this endorsement.

Includes copyrighted material of ISO Properties, Inc. with it permission



Case ID: 260801836

**2. Exclusions**

This insurance does not apply to, and we will not defend or pay any "defense costs":

**a. After Adjudication by De Novo Judicial Review**

After adjudication by de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license.

**b. Criminal Acts**

Arising out of any "violation" which results in any criminal indictments or charges or arises out of a criminal act committed by or at the direction of any insured.

**c. Other Coverages**

Arising out of any "violation" that is covered under Coverages A or B of this policy.

**d. Participating in Compliance Reviews, Audits or Inspections**

Incurred by you to participate in any compliance reviews, audits or inspections, whether or not requested by the "ATF".

**3. Limits of Insurance**

**a.** The Limits of Insurance shown in the Schedule to this "Defense Only Coverage For Certain ATF Proceedings Endorsement" (hereinafter the "Schedule") apply to each "Licensed Location" and the rules below fix the most we will pay for "defense costs" regardless of the number of:

- Insureds;
- Persons or entities filing or initiating a "proceeding";
- "Violations" cited in such "proceedings"; or
- "Proceedings" filed or initiated against the insured.

**b.** The Aggregate Proceeding Defense Limit shown in the Schedule is the most we will pay in the aggregate for all "defense costs" for all "proceedings" filed against all insureds at each "licensed location".

**c.** Subject to Subparagraph b. above, the Each Proceeding Defense Limit shown in Schedule is the most we will pay for all "defense costs" arising out of a single "proceeding" at each "licensed location".

**d.** All "proceedings" or series of related or interrelated "proceedings" arising out of an inspection or re-inspection of the "licensed location" by the "ATF" will be deemed to be a single "proceeding" and will be deemed to have occurred when you receive written notice of the first "proceeding" by the "ATF". Only the policy in effect when you receive written notice of the first "proceeding" shall apply to all such "proceedings".

**4. Definitions**

**a.** "ATF" means the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a similar state agency that has the authority to issue and revoke firearms licenses.

**b.** "Defense costs" means the cost of hiring an attorney, certified public accountant or other person recognized to practice before the "ATF" to represent you at a "proceeding", as provided by 27

Includes copyrighted material of ISO Properties, Inc. with it permission

Case ID: 260801836

CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding".

"Defense costs" do not include equitable relief or any type of damages, including, but not limited to, compensatory damages, consequential damages, punitive damages, exemplary damages, fines, penalties, statutory damages or any court costs, filing fees, expenses, or costs charged to you by any governmental agency or court.

**c.** "Licensed location" means each location owned by you that holds the required firearms license in order to sell firearms at wholesale or retail.

**d.** "Proceeding" means a hearing, including:

(1) a "warning conference";

(2) other hearing, as provided by 27 CFR 478.74, regarding the denial of a renewal, suspension or revocation of a firearms license by the "ATF"; or

(3) de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license by the "ATF"

which occurs after you have been notified in writing of a "violation" by the "ATF". However, we will not defend you until you have received written notice from the "ATF" requiring your attendance at such a hearing.

**e.** "Violation " means the actual or alleged failure to comply with 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail. Such "violation" must have been found during an "ATF" inspection of the "licensed location" authorized under 27 CFR 478.23(b)(2)(i), or any similar state law or regulation.

**f.** "Warning conference" means an informal conference offered by the "ATF", in writing, to provide the insured with the opportunity to respond to the "violations" and to determine any necessary corrective actions.

All other terms and conditions of the policy remain unchanged.



Includes copyrighted material of ISO Properties, Inc. with its permission

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 6

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108951 **PREVIOUS POLICY NUMBER:** CSU0108951

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
PO Box 373
Jamison PA 18929

**PRODUCER - Your contact for matters pertaining to this policy:** 37-168
Tyrol Insurance Agency, Inc.
223 N Sycamore St
Newtown PA 18940

Broker: 527787
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

**Policy Period: From** 01/01/2020 **To** 01/01/2021 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| | **DEPOSIT PREMIUM** | |
| Excess Liability | $ | 6,804.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 6,804.00 |
| **CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.** | | |
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 204.12 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 7,063.12 |

**Premium is subject to annual audit:** ☐ **Yes** ☒ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Property and Casualty Insurance Guaranty Association.**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**
Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ______________________________ Date __________
(Authorized representative or countersignature, where applicable)


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**POLICY NUMBER** CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: Tanner's Sports Center Inc.


Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2020

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA423PA (05/10) | Important Notice |
| CSIA448 (01/15) | Policyholder Notice Terrorism Insurance Coverage |
| CSIA403 (11/17) | Special Provisions - Premium |
| CSIA404 (08/07) | Service of Suit |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA300 (01/15) | Exclusion Of Certified Acts And Other Acts Of Terrorism |

**Forms Applicable - EXCESS**

| | |
|---|---|
| CSCX404 (06/09) | Excess Liability Premises Schedule |
| CSCX403 (06/09) | Calculation Of Premium |
| IL0017 (11/98) | Common Policy Conditions |
| CSCX500 (06/09) | Commercial Excess Liability Coverage Part Declarations |
| CSCX400 (06/09) | Commercial Excess Liability Schedule of Controlling Underlying Insurance |
| CSCX422 (05/14) | Commercial Excess Liability Access or Disclosure of Confidential or Personal Information Exclusion |
| CX2143 (05/14) | Exclusion - Access Or Disclosure Of Confidential Or Personal Information |
| CSCX100TOC (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS |
| CSCX100 (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM |
| CSCX334 (06/09) | Exclusion Of Coverage To Any Additional Insured |
| CSCX407 (06/09) | Limitation - Two or More Coverage Forms or Policies Issued By Us |
| CSCX406PA (06/09) | Pennsylvania Notice |
| CX0210 (09/08) | Pennsylvania Changes - Cancellation and Nonrenewal |



Case ID: 260801836

## Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2020

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - EXCESS**

| | |
|---|---|
| CSCX372 (06/09) | Prior Injury or Damage Exclusion |
| CSCX302 (06/09) | Abuse or Molestation Exclusion |
| CSCX311 (03/16) | EXCLUSION - ASSAULT OR BATTERY |
| CSCX322 (06/09) | Communicable Disease Contagious Disease Or Infectious Disease Exclusion |
| CSCX320 (06/09) | Care Custody or Control Exclusion |
| CSCX319 (06/09) | Cancer Exclusion |
| CSCX351 (06/09) | Intellectual Property Exclusion |
| CSCX344 (06/09) | Fungi Or Bacteria Exclusion |
| CSCX331 (06/09) | Lead Exclusion |
| CSCX312 (07/10) | Total Auto Exclusion |
| CSCX329 (11/18) | Cross Suits Exclusion |
| CSCX327 (06/09) | Contractual Liability Exclusion |
| CSCX3000 (08/09) | Damage To Premises Occupied Or Rented To You Exclusion |



Case ID: 260801836

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

# POLICYHOLDER NOTICE
# TERRORISM INSURANCE COVERAGE

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

In accordance with the federal Terrorism Risk Insurance Act, we are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the federal share equals a percentage, as specified in the Schedule below, of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

- **Schedule:**

| Federal Share of Terrorism Losses | |
|---|---|
| **Percentage** | **Calendar Year** |
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

**Cap on Insurer Participation:**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**NOTE: IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**



Case ID: 260801836

POLICY NUMBER: CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to 100% of the deposit premium.

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to 25 % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.

**Failure to pay any premium(s) due, including any additional audit premium(s) will subject this policy, and/or any additional or subsequent policies, to cancellation for non-payment of premium.**

POLICY NUMBER: CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

## THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.


Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

1. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

1. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

2. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

3. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

4. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death;

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

**C. Exception Covering Certain Fire Losses**

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

**D. Exception Covering Minimum Financial Responsibility**

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and/or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

**2.** Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

**3.** Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

# EXCESS LIABILITY PREMISES SCHEDULE

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2020

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
|---|---|
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

EXCESS LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.


Copyright, Insurance Services Office, Inc., 1998
Case ID: 260801836

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108951 Effective Date: 01/01/2020

Named Insured: Tanner's Sports Center Inc.

**Commercial Excess Liability Coverage Limits of Insurance:**

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Aggregate Limit | $1,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule **CSIA 406**

**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE:**
Refer to form **CSCX 400** which is part of the Commercial Excess Liability policy declarations.

**COMMERCIAL EXCESS LIABILITY PREMISES SCHEDULE:**
Refer to **CSCX 404**

**TOTAL DEPOSIT PREMIUM:** $ 6,804

**Premium is subject to audit:** ☐ Yes ☒ No

**NOTICES OF CLAIMS OR EVENTS SHOULD BE REPORTED IMMEDIATELY TO:**

The Cincinnati Specialty Underwriters Insurance Company:
Claims Department
P.O. Box 145496
Cincinnati, Ohio 45250-5496
Email: ClaimsMainDesk@cinfin.com
Fax: (877) 242-3665



Includes copyrighted material of ISO Properties, Inc. with its permission.



Case ID: 260801836

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY
# SCHEDULE OF CONTROLLING UNDERLYING INSURANCE

**Attached to and forming part of POLICY NUMBER:** CSU0108951 **Effective date:** 01/01/2020

**Named Insured:** Tanner's Sports Center Inc.

| | | | |
|---|---|---|---|
| **General Liability** | **Company:** The Cincinnati Specialty Underwriters Insurance Company | | |
| | **Policy Number:** CSU0108950 | | |
| | **Policy Period:** 01-01-2020 To 01-01-2021 | | |
| | **Limits Of Insurance:** | | |
| | **Each Occurrence** | $1,000,000 | |
| | **Personal And Advertising Injury** | $1,000,000 | Any one person or organization |
| | **Products-Completed Operations Aggregate** | $2,000,000 | |
| | **General Aggregate** | $2,000,000 | |

| | | |
|---|---|---|
| **Employer's Liability** | **Company:** Rockwood Casualty Insurance Company | |
| | **Policy Number:** WC 688409 | |
| | **Policy Period:** 10-01-2019 To 10-01-2020 | |
| | **Limits Of Insurance:** | |
| | **Bodily Injury By Accident Each Accident** | $1,000,000 |
| | **Bodily Injury By Disease Policy Limit** | $1,000,000 |
| | **Bodily Injury By Disease Each Employee** | $1,000,000 |


Includes copyrighted material of ISO Properties, Inc. with its permission.

# COMMERCIAL EXCESS LIABILITY ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSION

# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement, which applies to your renewal policy being issued by us:

**CX 21 43 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information (For Use With The Commercial Excess Liability Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for injury or damage arising out of any access to or disclosure of confidential or personal information. However, this endorsement contains a Schedule to indicate any controlling underlying insurance to which the exclusion will not apply. To the extent that coverage with respect to injury or damage arising out of any access or disclosure of confidential or personal information is provided for under the terms of controlling underlying insurance and such controlling underlying insurance is not designated in the Schedule of this endorsement, this may result in a reduction in coverage.

 © Insurance Services Office, Inc., 2013 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Controlling Underlying Insurance:**<br>Rockwood Casualty Insurance Company |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Injury or damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

However, this exclusion does not apply to coverage for "injury or damage" provided under any "controlling underlying insurance" listed in the Schedule above.


© Insurance Services Office, Inc., 2013

Case ID: 260801836

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS


| | Page No. |
|---|---|
| SECTION I - COVERAGES | 1 |
| 1. Insuring Agreement | 1 |
| 2. Exclusions | 1 |
| a. Asbestos | 1 |
| b. Auto | 1 |
| c. Recording And Distribution Of Material Or Information in Violation Of Law | 2 |
| d. E.R.I.S.A. | 2 |
| e. Employment Practices | 2 |
| f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages | 2 |
| g. Nuclear | 2 |
| h. Pollutant or Pollutant-Related | 2 |
| i. War | 3 |
| j. Workers' Compensation And Similar Laws | 3 |
| 3. Defense | 3 |
| SECTION II - LIMITS OF INSURANCE | 3 |
| SECTION III - CONDITIONS | 4 |
| 1. Appeals | 4 |
| 2. Bankruptcy | 4 |
| a. Bankruptcy Of Insured | 4 |
| b. Bankruptcy Of Controlling Underlying Insurer | 4 |
| 3. Duties In The Event Of An Event, Claim Or Suit | 4 |
| 4. First Named Insured Duties | 4 |
| 5. Cancellation | 4 |
| 6. Changes | 5 |
| 7. Maintenance Of Changes To Controlling Underlying Insurance | 5 |
| 8. Other Insurance | 5 |
| 9. Premium Audit | 5 |
| 10. Loss Payable | 5 |
| 11. Legal Action Against Us | 5 |
| 12. Transfer Of Defense | 6 |
| a. Defense Transferred To Us | 6 |
| b. Defense Transferred By Us | 6 |
| 13. When We Do Not Renew | 6 |
| SECTION IV - DEFINITIONS | 6 |
| 1. "Controlling underlying insurance" | 6 |
| 2. "Controlling underlying insurer" | 6 |
| 3. "Event" | 6 |
| 4. "Loss" | 6 |
| 5. "Retained Limit" | 6 |
| 6. "Pollutants" | 6 |



Includes copyrighted material of Insurance Services Office Inc., with its permission.

Case ID: 260801836

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy or under "controlling underlying insurance". The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance".

Other words and phrases that appear in quotation marks in this Coverage Part have special meaning. Refer to Section **IV** - Definitions. Other words and phrases that are not defined under this Coverage Part but defined in the "controlling underlying insurance" will have the meaning described in the policy of "controlling underlying insurance".

The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "controlling underlying insurance", unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Part will apply. However, the coverage provided under this Coverage Part will not be broader than that provided by the applicable "controlling underlying insurance".

There may be more than one "controlling underlying insurance" listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Part. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" applicable to the particular "event" for which a claim is made or suit is brought will apply.

## SECTION I - COVERAGES

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured, except as stated in this Coverage Part, those sums in excess of the "retained limit" any insured becomes legally obligated to pay as damages to which insurance provided under this Coverage Part applies.

**b.** The amount we will pay for "loss" is limited as described in Section **II** - Limits Of Insurance.

**c.** This insurance applies to damages that are subject to an applicable "retained limit". If any other limit, such as, a sublimit, is specified in the "controlling underlying insurance", this insurance does not apply to damages arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "controlling underlying insurance".

**d.** If the "controlling underlying insurance" requires, for a particular claim, that the injury or damages occur during its policy period in order for that coverage to apply, then this insurance will only apply to that injury or damages if it occurs during the policy period of this Coverage Part. If the "controlling underlying insurance" requires that the "event" causing the particular damage takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the "event" causing that damage takes place during the policy period of this Coverage Part.

### 2. Exclusions

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Part. The exclusions applicable to any "controlling underlying insurance" apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Part.

Insurance provided under this Coverage Part does not apply to:

**a. Asbestos**

Any liability or damages:

**(1)** Caused by or arising out of, attributable to, or in any way related to asbestos in any form or transmitted in any manner; or

**(2)** For any asbestos related diseases.

**b. Auto**

Any loss, cost or expense caused by or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists coverage.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**c. Recording and Distribution of Material or Information in Violation of Law**

Any liability or damages arising out of:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**d. E.R.I.S.A.**

Any liability or damages arising out of:

**(1)** Any insured's activities as a fiduciary under the Employment Retirement Income Security Act of 1974, or any amendments thereof or any regulation or orders issued pursuant thereof; or

**(2)** The Pension Benefits Act and the Consolidation Omnibus Budget Reconciliation Act of 1986 (COBRA);

Including any amendments, regulations or enabling statutes pursuant thereto, or any similar federal, state or provincial statute or regulation.

**e. Employment Practices**

Any injury to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Other employment-related practices, policies, acts or omissions including but not limited to coercion, criticism, demotion, evaluation, failure to promote, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of injury to that person at whom any of the employment-related practices described in Paragraphs **(1)(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

**f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages**

**(1)** Civil or criminal fines or penalties imposed by law;

**(2)** Punitive or exemplary damages;

**(3)** The multiplied portion of multiplied damages;

**(4)** Any amount for which an insured is not financially liable; or

**(5)** Any award that is uninsurable under the law governing this policy,

**g. Nuclear**

Any liability or damages based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving the hazardous properties, including radioactive, toxic or explosive properties, of any nuclear material. Nuclear material means any source material, special nuclear material, or by-product materials as those terms are defined under the Atomic Energy Act of 1954 or any amendments thereto.

**h. Pollutant or Pollutant-Related**

**(1)** Injury arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, escape or emission of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutral-


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

ize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**i. War**

Injury, however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**3. Defense**

**a.** We have no duty to defend any insured or participate in the settlement or defense of any claim, suit or proceedings.

**b.** We have the right, but not the duty, to be associated with the insured or "controlling underlying insurers" in the investigation, defense or settlement of any claim, suit or proceeding to which we think this Coverage Part may apply.

**c.** If the "controlling underlying insurance" limits are exhausted by payment of "loss", we have the right but not the duty to investigate, defend or settle any claim or suit to which we think this Coverage Part may apply. However, at our discretion, if we assume our right to investigate, defend or settle any claim or suit we may withdraw from such investigation, defense or settlement proceedings after our applicable Limits of Insurance as stated in the Commercial Excess Liability Declarations have been exhausted by payments.

We will not pay any expenses except those we directly incur at our discretion.

## SECTION II - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Commercial Excess Liability Coverage Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought, or number of vehicles involved;

**c.** Persons or organizations making claims or bringing suits;

**d.** Coverages provided by this insurance; or

**e.** Limits available under any "controlling underlying insurance.

**2.** The Limits of Insurance of this Coverage Part will apply as follows:

**a.** This insurance only applies in excess of the "retained limit".

**b.** The Aggregate Limit is the most we will pay for the sum of all "loss" for all damages covered under this Coverage Part.

**c.** The Each Occurrence Limit is the most we will pay for the sum of all "loss" under this insurance because of all damages arising out of any one "event". Any amount we pay for damages arising out of an "event" will reduce or exhaust the amount of our applicable aggregate limit of insurance available for payment of any other "event".

**d.** With respect to any claim or suit to which this insurance applies and for which we assume charge of the settlement or defense, if the limits of insurance of any "controlling underlying insurance" are reduced by defense expenses then any defense expense payments we make will reduce our applicable Limits of Insurance in the same manner.

**3.** If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for damages covered under this insurance.

The Aggregate Limits of this Coverage Part applies separately to each consecutive annual period of this Coverage Part and to any remaining period of this Coverage Part of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional pe-


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

riod will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION III - CONDITIONS**

The following Conditions apply. The Conditions applicable to any "controlling underlying insurance" are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

**1. Appeals**

If the "controlling underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and post judgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the Limits of Insurance described in Section **II** - Limits Of Insurance.

**2. Bankruptcy**

**a. Bankruptcy of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy of Controlling Underlying Insurer**

Bankruptcy of the "controlling underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, insurance provided under this Coverage Part will not replace any "controlling underlying insurance" in the event of bankruptcy or insolvency of the "controlling underlying insurer". The insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect and recoverable.

**3. Duties in the Event of an Event, Claim or Suit**

**a.** You must see to it that we are notified in writing as soon as practicable of an "event" which may result in a claim under this insurance.

**b.** If a claim is made or suit is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or suit and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or suit as soon as practicable.

**c.** You and any other insured involved must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of damages to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, admit to any liability, consent to any judgment, settle any claim or suit, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "controlling underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Part.

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**6. Changes**

This Coverage Part contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Part with our written consent. This Coverage Part's terms can be amended or waived only by endorsement issued by us and made part of this insurance.

**7. Maintenance of Changes to Controlling Underlying Insurance**

Any "controlling underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "controlling underlying insurance" that results from injury or damages to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "controlling underlying insurance". Failure to maintain "controlling underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "controlling underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "controlling underlying insurance" is changed.

**8. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**9. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** If this policy is auditable, the premium shown in this Coverage Part is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**10. Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

**a.** The insured or insured's "controlling underlying insurer" has become obligated to pay the "retained limit"; and

**b.** The obligation of the insured to pay the "loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "controlling underlying insurer" (or a representative of one or more of these) and us.

**11. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "controlling underlying insurer" and the claimant or the claimant's legal representative.

**12. Transfer of Defense**

**a. Defense Transferred To Us**

When the limits of "controlling underlying insurance" have been exhausted, in accordance with the provisions of "controlling underlying insurance", we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

**b. Defense Transferred By Us**

If we exercise our right to defend any claim, suit or proceeding, when our limits of insurance have been exhausted our right to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Part of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Part, we will cooperate in the transfer of control to the insured and its designated representative.

**13. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION IV - DEFINITIONS

Except as otherwise defined in this Coverage Part or in any endorsement to this Coverage Part, the definition of terms and phrases contained in this Coverage Part and any endorsements will be the same as those terms and phases are defined in the "controlling underlying insurance".

**1.** "Controlling underlying insurance" means any policy of insurance or self-insurance listed as such in our Schedule of Controlling Underlying Insurance.

**2.** "Controlling underlying insurer" means any insurer who provides any policy of insurance listed as such in our Schedule of Controlling Underlying Insurance.

**3.** "Event" means an occurrence, offense, accident, act, error or omission, or other event to which the applicable "controlling underlying insurance" applies.

**4.** "Loss" means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a.** Settlements, judgments, binding arbitration; or

**b.** Other binding alternate dispute resolution proceeding entered into with our consent.

"Loss" includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

**5.** "Retained limit" means the available limits of "controlling underlying insurance" applicable to the claim

**6.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

**a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE TO ANY ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The word "insured" does not include any person or organization added as an Additional Insured to any "controlling underlying insurance". Insurance provided by this Coverage Part does not apply to any Additional Insured qualifying as an insured under any "controlling underlying insurance".


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following condition is added to **Section III - Conditions:**

**14. Two or More Coverage Forms or Policies Issued by Us**

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same injury or claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy. This condition does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

**1.** surveys;

**2.** consultation or advice; or

**3.** inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

**1.** if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

**2.** to consultation services required to be performed under a written service contract not related to a policy of insurance; or

**3.** if any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - CANCELLATION AND NONREWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** Paragraph **5. Cancellation** of **Section III - Conditions** is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2. Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

 © ISO Properties, Inc., 2007 

Case ID: 260801836

7. If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.

**B.** Paragraph **13. When We Do Not Renew** of **Section III - Conditions** is replaced by the following:

1. **Nonrenewal**

   If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

2. **Increase Of Premium**

   If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.


© ISO Properties, Inc., 2007

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIOR INJURY OR DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

**1.** First occurred prior to the Effective date of this policy;

**2.** Is alleged to be in the process of occurring as of the Effective date of this policy; or

**3.** Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;

**2.** At the same or adjacent location;

**3.** From the same or similar work; or

**4.** From the same product or service.

However, if the "controlling underlying insurance" is a Claims Made policy, paragraph **A.** above will not apply and only paragraph **B.** will apply to any "loss", claim, suit or "event":

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

**1.** First occurred prior to the Retroactive date of this policy;

**2.** Is alleged to be in the process of occurring as of the Retroactive date of this policy; or

**3.** Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;

**2.** At the same or adjacent location;

**3.** From the same or similar work; or

**4.** From the same product or service.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** The actual or alleged abuse or molestation of any person while in the care, custody or control of any insured or any person or institution designated by an insured; or

**2.** The negligent:

**(a)** Employment;

**(b)** Investigation;

**(c)** Supervision;

**(d)** Reporting to the proper authorities, or failure to so report; or

**(e)** Retention,

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASSAULT OR BATTERY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of:

**(1)** An actual or threatened assault or battery whether caused by or at the instigation or direction of any insured, their employees, patrons or any other person;

**(2)** The failure of any insured or anyone else for whom any insured is legally responsible to prevent or suppress assault or battery; or

**(3)** The failure to provide an environment safe from assault or battery, including but not limited to the failure to provide adequate security, or failure to warn of the dangers of the environment that could contribute to assault or battery; or

**(4)** The failure to render or secure medical treatment or care necessitated by any assault or battery; or

**(5)** The negligent investigation, reporting, or failure to report an assault or battery to the proper authorities by any person; or

**(6)** The negligent:

**(a)** Employment;

**(b)** Supervision;

**(c)** Training;

**(d)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by the **Assault or Battery** exclusion above.

**B.** For the purpose of this endorsement the words assault and battery are intended to include, but are not limited to, sexual assault.



Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE, CONTAGIOUS DISEASE OR INFECTIOUS DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, absorption of, exposure to, or presence of any communicable disease, contagious disease or infectious disease regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** The cost or expense of recall, abatement, mitigation, removal, disposal, testing or monitoring of products, stock, feed, feed additives, animals, or of any premises or equipment handling such items as a result of any known or suspected connection with any communicable disease, contagious disease or infectious disease, whether such items are owned by any insured or by others, and whether located at any insured's premises or anywhere else.

**3.** Any loss, cost or expense arising out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of or presences of any communicable disease, contagious disease or infectious disease; or

**b.** Claim, suit, fines or demands by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any communicable disease, contagious disease or infectious disease.

**4.** Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any communicable disease, contagious disease or infectious disease.

**5.** Any obligation to share damages with or repay someone else who must pay damages.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Property damage to property not owned by an insured and in the care, custody or control of an insured, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCER EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss:

**1.** Caused by or arising, in whole or in part, out of the actual or alleged, threatened or suspected, exposure to, presence of, or fear of, any cancer, malignant growth or cancerous condition of any type, regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** Caused by or arising out of your work or your product with respect to any cancer, malignant growth or cancerous condition of any type.

**3.** Caused by or arising out of any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any cancer, malignant or cancerous condition of any type.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTELLECTUAL PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of the actual or alleged infringement, misappropriation or violation of intellectual property rights or laws, including but not limited to:

**1.** Trademark,

**2.** Trade dress,

**3.** Slogan,

**4.** Style of doing business,

**5.** Copyright,

**6.** Patent rights,

**7.** Trade-secret rights,

**8.** Publicity rights,

**9.** Moral rights, or

**10.** Rights against unfair competition.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(a)** Inhalation of;

**(b)** Ingestion of;

**(c)** Contact with;

**(d)** Absorption of;

**(e)** Exposure to;

**(f)** Existence of; or

**(g)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**2.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**3.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **2.** above;

**(5)** Your product; or

**(6)** Your work; or

**4.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **1.**, **2.** or **3.** above;

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**B.** For the purposes of this endorsement, the **DEFINITIONS Section** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**2.** Any loss, cost or expense caused by or arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL AUTO EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** Exclusion **b. Auto** of Paragraph **2. Exclusions** of **Section I - Coverages** is deleted and replaced by the following:

Insurance provided by this Coverage Part does not apply to:

**b.** Any liability or damages arising out of the ownership, maintenance, occupancy, operation, use, loading or unloading of any auto that is owned by, leased to, rented to, borrowed by or provided for the use of any insured.

However, this exclusion does not apply to liability or damages arising out of the operation of machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of mobile equipment if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CROSS SUITS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit brought by any Named Insured against any other Named Insured.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DAMAGE TO PREMISES OCCUPIED OR RENTED TO YOU EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any loss or damage to any property or premises:

**1.** You or any insured rent or lease;

**2.** You or any insured temporarily occupy; or

**3.** Loaned to you or any insured



Case ID: 260801836

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 7

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108950 **PREVIOUS POLICY NUMBER:** CSU0108950

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
2301 YORK RD
JAMISON PA 18929

**PRODUCER - Your contact for matters pertaining to this policy:** 37-168
Tyrol Insurance Agency, Inc.
223 N Sycamore St
Newtown PA 18940

Surplus Lines Broker:
527787
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

**Policy Period: From** 01/01/2021 **To** 01/01/2022 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| | **DEPOSIT PREMIUM** | |
| Commercial General Liability | $ | 32,871.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 32,871.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.**

| | | |
|---|---|---|
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 986.13 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 33,912.13 |

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Property and Casualty Insurance Guaranty Association.**

Billing Method: **Direct Bill**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**

Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ______________________________ Date __________

(Authorized representative or countersignature, where applicable)



Includes copyrighted material of ISO Properties, Inc., with its permission



Case ID: 260801836

**POLICY NUMBER** **CSU0108950**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: **Tanner's Sports Center Inc.**



Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2021

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA423PA (05/10) | Important Notice |
| CSIA448 (01/15) | Policyholder Notice Terrorism Insurance Coverage |
| CSIA404 (08/07) | Service of Suit |
| CSIA403 (11/17) | Special Provisions - Premium |
| CSIA300 (01/15) | Exclusion Of Certified Acts And Other Acts Of Terrorism |

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CSGA501 (04/08) | Commercial General Liability Coverage Part Declarations |
| CSGA403 (10/07) | Liability Premises Schedule |
| CSGA408 (04/08) | Commercial General Liability Classification and Premium Schedule |
| CG0001TOC (04/13) | Commercial General Liability Coverage Form Table of Contents |
| CG0001 (04/13) | Commercial General Liability Coverage Form |
| CSGA401TOC (02/13) | Changes to Commercial General Liability Coverage Form Table of Contents |
| CSGA401 (02/13) | Changes to Commercial General Liability Coverage Form |
| CSGA4059TOC (02/13) | Care Custody Or Control Liability Coverage Table of Contents |
| CSGA4059 (02/13) | Care Custody Or Control Liability Coverage |
| CG2107 (05/14) | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability |
| IL0120 (10/13) | Pennsylvania Changes - Defense Costs |
| IL0246 (09/07) | PA Changes - Cancellation and Nonrenewal |
| CG2426 (04/13) | Amendment of Insured Contract Definition |

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2021

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CSGA418 (06/08) | Amendment of Pollutants Definition |
| CSGA364 (06/08) | Exclusion - Coverage C - Medical Payments |
| CSGA361 (06/08) | Exclusion - Fungi or Bacteria |
| CSGA439 (11/08) | Amendment of Duties in the Event of Occurrence Offense Claim or Suit Condition |
| CG2147 (12/07) | Employment-Related Practices Exclusion |
| CG2149 (09/99) | Total Pollution Exclusion Endorsement |
| CSGA3061 (08/12) | Exclusion - Gun Safety Conceal And Carry Instruction |
| CSGA3087 (08/12) | Exclusion - Metalsmith Operations |
| CG0300 (01/96) | Deductible Liability Insurance |
| CSGA201 (08/07) | Hired Auto and Non-Owned Auto Liability |
| CG2150 (04/13) | Amendment of Liquor Liability Exclusion |
| CSGA4096 (03/17) | Premises Pollution Legal Liability Insurance Endorsement |
| IL0910 (07/02) | PA Notice |
| CG2196 (03/05) | Silica Or Silica-Related Dust Exclusion |
| CG2018 (12/19) | Additoinal Insured - Mortgagee, Assignee or Receiver |
| IL0017 (11/98) | Common Policy Conditions |
| IL0021 (09/08) | Nuclear Energy Liability Exclusion Endorsement |
| CSLL348 (01/08) | Limitation - No Stacking of Limits of Insurance |
| IL0003 (09/08) | Calculation of Premium |
| CSIA405(08/09)-A | - Defense Only Coverage for Certain ATF Proceedings Endorsement |

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

# POLICYHOLDER NOTICE
# TERRORISM INSURANCE COVERAGE

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

In accordance with the federal Terrorism Risk Insurance Act, we are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the federal share equals a percentage, as specified in the Schedule below, of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.
- **Schedule:**

| Federal Share of Terrorism Losses | |
|---|---|
| **Percentage** | **Calendar Year** |
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

**Cap on Insurer Participation:**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**NOTE: IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**

POLICY NUMBER: CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

POLICY NUMBER: **CSU0108950**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to **100**% of the deposit premium.

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to **25** % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.

**Failure to pay any premium(s) due, including any additional audit premium(s) will subject this policy, and/or any additional or subsequent policies, to cancellation for non-payment of premium.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;



Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

**C. Exception Covering Certain Fire Losses**

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

**D. Exception Covering Minimum Financial Responsibility**

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and/or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

**2.** Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

**3.** Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108950 Effective date: 01/01/2021

Named Insured: Tanner's Sports Center Inc.

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ Excluded | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 2,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule CSIA 406

**COMMERCIAL GENERAL LIABILITY PREMISES SCHEDULE :** Refer to CSGA 403

**COMMERCIAL GENERAL LIABILITY CLASSIFICATION AND PREMIUM SCHEDULE:** Refer to CSGA 408

**TOTAL DEPOSIT PREMIUM $** 32,871

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 210801836

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2021 ☒ **if Supplemental Declarations Is Attached**

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
|---|---|
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |


Case ID: 260801836

# Commercial General Liability Classification and Premium Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2021

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE<br>A - Area<br>B - Payroll<br>S - Gross Sales<br>U -Units | RATE<br>Premises Operations and All Other | RATE<br>Products/ Completed Operations | DEPOSIT PREMIUM<br>Premises Operations and All Other | DEPOSIT PREMIUM<br>Products/ Completed Operations | |
|---|---|---|---|---|---|---|---|---|
| 1 | Sporting Goods or Athletic Equipment Stores | 18206 | S, 14740000 | 1.595 | .367 | $23,525 | $5,422 | |
| | GL Hired and Non-Owned Auto | 20156 | | | | $500 | | |
| | PPF | | | | | $2,435 | | |
| | Premises Pollution Legal Liability | | | | | $839 | | |
| | CSIA405-A - Defense Only Coverage for Certain ATF Proceedings Endorsement | | | | | $150 | | Flat |



Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

Page No.

SECTION I - COVERAGES 1
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY 1
1. Insuring Agreement 1
2. Exclusions 2
   a. Expected Or Intended Injury 2
   b. Contractual Liability 2
   c. Liquor Liability 2
   d. Workers' Compensation And Similar Laws 2
   e. Employer's Liability 2
   f. Pollution 3
   g. Aircraft, Auto Or Watercraft 4
   h. Mobile Equipment 4
   i. War 4
   j. Damage To Property 5
   k. Damage To Your Product 5
   l. Damage To Your Work 5
   m. Damage To Impaired Property Or Property Not Physically Injured 5
   n. Recall Of Products, Work Or Impaired Property 5
   o. Personal And Advertising Injury 5
   p. Electronic Data 6
   q. Recording And Distribution Of Material Or Information In Violation Of Law 6
COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY 6
1. Insuring Agreement 6
2. Exclusions 6
   a. Knowing Violation Of Rights Of Another 6
   b. Material Published With Knowledge Of Falsity 6
   c. Material Published Prior To Policy Period 6
   d. Criminal Acts 7
   e. Contractual Liability 7
   f. Breach Of Contract 7
   g. Quality Or Performance Of Goods - Failure To Conform To Statements 7
   h. Wrong Description Of Prices 7
   i. Infringement Of Copyright, Patent, Trademark Or Trade Secret 7
   j. Insureds In Media And Internet Type Businesses 7
   k. Electronic Chatrooms Or Bulletin Boards 7
   l. Unauthorized Use Of Another's Name Or Product 7
   m. Pollution 7
   n. Pollution-Related 7
   o. War 7
   p. Recording And Distribution Of Material Or Information In Violation Of Law 8


Case ID: 260801836

**TABLE OF CONTENTS (CONT'D)**


| | Page No. |
|---|---|
| **COVERAGE C MEDICAL PAYMENTS** | **8** |
| **1. Insuring Agreement** | **8** |
| **2. Exclusions** | **8** |
| **a. Any Insured** | **8** |
| **b. Hired Person** | **8** |
| **c. Injury On Normally Occupied Premises** | **8** |
| **d. Workers Compensation And Similar Laws** | **8** |
| **e. Athletics Activities** | **8** |
| **f. Products-Completed Operations Hazard** | **8** |
| **g. Coverage A Exclusions** | **8** |
| **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** | **8** |
| **SECTION II - WHO IS AN INSURED** | **10** |
| **SECTION III - LIMITS OF INSURANCE** | **11** |
| **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** | **11** |
| **1. Bankruptcy** | **11** |
| **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** | **11** |
| **3. Legal Action Against Us** | **12** |
| **4. Other Insurance** | **12** |
| **a. Primary Insurance** | **12** |
| **b. Excess Insurance** | **12** |
| **c. Method Of Sharing** | **12** |
| **5. Premium Audit** | **13** |
| **6. Representations** | **13** |
| **7. Separation Of Insureds** | **13** |
| **8. Transfer Of Rights Of Recovery Against Others To Us** | **13** |
| **9. When We Do Not Renew** | **13** |
| **SECTION V - DEFINITIONS** | **13** |
| **1.** "Advertisement" | **13** |
| **2.** "Auto" | **13** |
| **3.** "Bodily injury" | **13** |
| **4.** "Coverage territory" | **13** |
| **5.** "Employee" | **14** |
| **6.** "Executive officer" | **14** |
| **7.** "Hostile fire" | **14** |
| **8.** "Impaired property" | **14** |
| **9.** "Insured contract" | **14** |
| **10.** "Leased worker" | **14** |
| **11.** "Loading or unloading" | **14** |
| **12.** "Mobile equipment" | **15** |
| **13.** "Occurrence" | **15** |
| **14.** "Personal and advertising injury" | **15** |
| **15.** "Pollutants" | **15** |
| **16.** "Products-completed operations hazard" | **15** |




Case ID: 260801836

**TABLE OF CONTENTS (CONT'D)**


| | | Page No. |
|---|---|---|
| **17.** | "Property damage" | **16** |
| **18.** | "Suit" | **16** |
| **19.** | "Temporary worker" | **16** |
| **20.** | "Volunteer worker" | **16** |
| **21.** | "Your product" | **16** |
| **22.** | "Your work" | **17** |




Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat,

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or


© Insurance Services Office, Inc., 2012

Case ID: 260801836

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred


© Insurance Services Office, Inc., 2012

Case ID: 260801836

before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow


© Insurance Services Office, Inc., 2012

Case ID: 260801836

this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises


© Insurance Services Office, Inc., 2012

Case ID: 260801836

you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

| | Page No. |
|---|---|
| EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE | 1 |
| EXCLUSION - ASBESTOS | 2 |
| EXCLUSION - CROSS SUITS | 2 |
| EXCLUSION - PRIOR INJURY OR DAMAGE | 2 |
| EXCLUSION - LEAD | 3 |
| EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS | 3 |
| EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES | 3 |


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that "bodily injury" or "property damage" had occurred or had begun to occur, in whole or in part, prior to the policy period in which such "bodily injury" or "property damage" occurs or begins to occur.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that "bodily injury" or "property damage" has occurred or has begun to occur at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an "occurrence," claim or "suit":

**1.** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "bodily injury," or "property damage";

**3.** First observes or reasonably should have first observed, the "bodily injury" or "property damage; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that "bodily injury" or "property damage" had occurred or had begun to occur.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that a "personal and advertising injury" offense had been committed or had begun to be committed, in whole or in part, prior to the policy period in which such "personal and advertising injury" was committed or began to be committed.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that a "personal and advertising injury" offense has been committed or has begun to be committed at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an offense, claim or "suit":

**1.** Reports all, or any part, of the "personal and advertising injury" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "personal and advertising injury";

**3.** First observes or reasonably should have first observed, the "personal and advertising injury"; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that a "personal and advertising injury" offense had been committed or had begun to be committed.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - ASBESTOS

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of, attributable to, or any way related to "asbestos" in any form or transmitted in any manner.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "asbestos," by any insured or by any other person or entity.

**B.** The following definition is added to the **Definitions** Section:

"Asbestos" means any type or form of asbestos, including but not limited to, asbestos, asbestos products, asbestos fibers, asbestos contained in any product or material, or a mixture or combination of asbestos and other dust or particles.

## EXCLUSION - CROSS SUITS

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Liability**:

**2. Exclusions**

This insurance does not apply to:

**Cross Suits**

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of any claim for damages by a Named Insured against another Named Insured.

## EXCLUSION - PRIOR INJURY OR DAMAGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage**:

This insurance does not apply to any "bodily injury" or "property damage" that:

**1.** first occurred prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of occurring as of the Effective date of this Coverage Part; or

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury**:

This insurance does not apply to "personal and advertising injury" that:

**1.** was first committed prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of being committed as of the Effective date of this Coverage Part;

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - LEAD

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.

### EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS

Paragraph **3.** of **Section II - Who Is An Insured** does not apply and is deleted in its entirety.

## EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

Any claim of indemnification for punitive or exemplary damages. If a suit is brought against any insured for a claim covered by this Coverage Part, seeking both compensatory and punitive or exemplary damages, we will provide a defense to such action. However, we will not have an obligation to pay for any costs, interest, or damages, attributable to punitive or exemplary damages. If state law provides for statutory multiple damage awards, we will pay only the amount of the award before the multiplier is added.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE
# TABLE OF CONTENTS

**Page No.**

**SCHEDULE** ____ **1**
**A. Care, Custody and Control Coverage** ____ **1**
**B. Limits of Insurance and Deductibles** ____ **1**
**C. Deductible Clause** ____ **1**


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

Limits of Insurance

| | |
|---|---|
| $ **5,000** | Each Occurrence |
| $ **1,000** | Deductible Each Occurrence |
| $ **10,000** | Aggregate Limit |

**A. Care, Custody and Control Coverage**

**1.** Exclusion **j.** Subparagraph **(4)** of **SECTION I - COVERAGE A** does not apply to "property damage" to the property of others described therein.

**B. Limits of Insurance and Deductibles**

**1.** The Limits of Insurance shown in the Declarations are replaced by the limits designated in the Schedule above with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced. The Limits of Insurance shown in the Schedule fix the most we will pay in any one "occurrence" regardless of the number of:

**(1)** Insureds;

**(2)** Claims made or "suits" brought; or

**(3)** Persons or organizations making claims or bringing "suits".

**C. Deductible Clause**

**1.** Our obligation to pay damages on your behalf applies only to the amount of damages for each "occurrence" that are in excess of the deductible amount stated in the Schedule. The Limits of Insurance will not be reduced by the application of such deductible amount.

**2.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

 © Insurance Services Office, Inc., 2013 
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART - LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART - MORTGAGEHOLDER'S ERRORS AND OMISSIONS COVERAGE FORM
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

**1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Electronic Data Liability, Employment-related Practices Liability, Farm, Liquor Liability, Medical Professional Liability, Owners And Contractors Protective Liability, Pollution Liability, Product Withdrawal, Products/Completed Operations Liability, Railroad Protective Liability and Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

**2.** Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

**3.** Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

**4.** Section **A.** Coverage under the Legal Liability Coverage Form; and

**5.** Coverage **C** - Mortgageholder's Liability under the Mortgageholder's Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

 © Insurance Services Office, Inc., 2013 
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2. Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

 © ISO Properties, Inc., 2006 

Case ID: 260801836

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

**7.** If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

**B.** The following are added and supersede any provisions to the contrary:

**1. Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

**2. Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.


ã ISO Properties, Inc., 2006

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

 © Insurance Services Office, Inc., 2012 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTANTS DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Paragraph **15.** of the **DEFINITIONS** Section is replaced by the following:

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

**a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** **SECTION I - COVERAGE C - MEDICAL PAYMENTS** is deleted and does not apply, and none of the references to it in the Coverage Part apply.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury", "property damage" or “personal and advertising injury” caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(1)** Inhalation of;

**(2)** Ingestion of;

**(3)** Contact with;

**(4)** Absorption of;

**(5)** Exposure to;

**(6)** Existence of; or

**(7)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**b.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**c.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **A. 2. b.** above;

**(5)** "Your product"; or

**(6)** "Your work"; or

**d.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **A. 2. a.**, **b.** or **c.** above;

regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**C.** For the purposes of this endorsement, **SECTION V - DEFINITIONS** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT CONDITION

This endorsement modifies insurance provided under the following:

COMMERICAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**e.** No insured will admit to any liability, consent to any judgment, or settle any claim or "suit" without our prior written consent.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

Case ID: 260801836

 Copyright, Insurance Services Office, Inc., 1998  □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - GUN SAFETY, CONCEAL AND CARRY INSTRUCTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person:

**1.** While practicing, instructing, supervising, officiating, training or participating in any gun safety or conceal and carry gun class while using, demonstrating or handling any gun.

**2.** Arising out of your instruction, guidance, presentation or misrepresentation of any gun safety or conceal and carry gun law, rules, requirements, or regulations.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - METALSMITH OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person while instructing, supervising, or participating in any exhibition, demonstration, class, or workshop, involving or regarding "metalsmithing".

**B.** The following Definition is added to **Section V - Definitions**:

"Metalsmithing" means the process of heating steel or any other metal in a coal, propane, natural gas, wood fire or any other heating source forge to high temperatures, then forging the steel using hammer, tools, and an anvil, or any other tools or equipment used to work with the materials.



Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

POLICY NUMBER: CSU0108950

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible PER CLAIM | or PER OCCURRENCE |
|---|---|---|
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ 5,000 | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

Defense costs and expenses are subject to the deductible. For the purposes of this endorsement, defense costs and claims expenses are included as damages and any payment applies only to amounts in excess of the deductible amount stated.

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

 Copyright, Insurance Services Office, Inc., 1994 

Case ID: 260801836

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.


Copyright, Insurance Services Office, Inc., 1994
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A.** The insurance provided under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** applies to "bodily injury" or "property damage" arising out of the:

**1.** Maintenance or use of a "hired auto" by you or your "employees" in the course of your business; and

**2**. Use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** other than exclusions **a. Expected or Intended Injury, b. Contractual Liability, d. Workers' Compensation and Similar Laws, f. Pollutant, i. War** and the **NUCLEAR ENERGY LIABILITY EXCLUSION (Broad Form)** are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured sustained in the "workplace";

**(2)** An "employee" of the insured arising out of the performance of duties related to the conduct of the insured's business; or

**(3)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraphs **(1)** or **(2)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

**(1)** Liability assumed by the insured under an "insured contract"; or

**(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

**b.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

**2.** For insurance provided by this endorsement only, **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

None of the following is an insured:

**a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child,


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**e.** Any person or organization for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**3.** For insurance provided by this endorsement only, **SECTION V - DEFINITIONS** is amended to include the following:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired "auto" means only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

**3.** "Non-owned auto" means only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

 © Insurance Services Office, Inc., 2012 

Case ID: 260801836

POLICY NUMBER: CSU0108950

**COMMERCIAL GENERAL LIABILITY**
**CSGA 4096 03 17**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PREMISES POLLUTION LEGAL LIABILITY INSURANCE ENDORSEMENT

**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE AND HAS DIFFERENT REPORTING REQUIREMENTS THAN OTHER PARTS OF THE POLICY. IT ALSO CONTAINS PROVISIONS WHICH LIMIT THE AMOUNT OF "LEGAL EXPENSE" THAT WE MAY BE RESPONSIBLE TO PAY. "LEGAL EXPENSE" APPLIES TO ANY DEDUCTIBLE AND REDUCES EACH APPLICABLE LIMIT OF INSURANCE SHOWN IN THE SCHEDULE OF THIS ENDORSEMENT. PLEASE READ THIS ENDORSEMENT CAREFULLY.**

**FOR THE COVERAGE PROVIDED BY THIS ENDORSEMENT AND WITHOUT WAIVING THE REPORTING REQUIREMENTS OUTLINED IN THE CONDITIONS SECTION BELOW YOU CAN REPORT THE DISCOVERY OF A SPILL TO XL CATLIN *ONCALL* AT 800-432-2481.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

| SCHEDULE | | |
|---|---|---|
| **Premises Pollution Legal Liability Aggregate Limit of Insurance** | $ | 100,000 |
| **Premises Pollution Legal Liability Each "Pollution Condition" Limit of Insurance** | $ | 100,000 |
| **Deductible Amount for Each "Pollution Condition"** | $ | 1,000 |
| **Retroactive Date:**<br>(*If the Retroactive Date is left blank, then the Retroactive Date is the inception date of the policy period of this policy)* | | 01/01/2020 |
| **Covered Locations:** Per schedule on file | | |

**A.** The following is added to **SECTION I - COVERAGES**:

**1. Premises Pollution Legal Liability Insurance**

**a.** We will pay those sums that you become legally obligated to pay as damages or "cleanup costs" because of "loss" caused by a "pollution condition" provided that:

**(1)** The "loss" is caused by a "pollution condition" on, at, under or migrating from a "covered location";

**(2)** The "pollution condition" results in a "claim" against you;

**(3)** The "pollution condition" takes place, and the "claim" is brought and maintained at all times, in the "coverage territory"; and

**(4)** The "claim" is first made against you during the policy period and reported by you to us, in writing, during the policy period or, where applicable, the "extended reporting period."

**b.** We have the right and duty to defend you against any "claim" seeking damages or "cleanup costs" because of "loss" to which **Premises Pollution Legal Liability Insurance** applies. However, we have no duty to defend you against any "claim" to which **Premises Pollution Legal Liability Insurance** does not apply.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**c.** When we have a duty to defend, we will pay on your behalf "legal expense" incurred as a result of a "claim" against you seeking damages or "cleanup costs" because of "loss" to which **Premises Pollution Legal Liability Insurance** applies.

**d.** "Legal expense" applies to and reduces each applicable Limit of Insurance shown in the **SCHEDULE** of this endorsement, and applies against the Deductible Amount, if any, shown in the **SCHEDULE** of this endorsement.

**e.** We may, at our discretion, investigate any "occurrence" or "pollution condition" and settle any "claim" that may result. However, the amount that we will pay for damages, "cleanup costs" and "legal expense" under **Premises Pollution Legal Liability Insurance** is limited as described in **SECTION III - LIMITS OF INSURANCE**, as amended by Paragraph **C.** of this endorsement. Our right and duty to defend under this endorsement end once the applicable Limit of Insurance shown in the **SCHEDULE** of this endorsement has been used up in the payment of "legal expense" or settlements or judgments, or any combination thereof, to which **Premises Pollution Legal Liability Insurance** applies.

**f.** No other obligation or liability to pay sums or perform acts or services is covered under this endorsement.

**2. Exclusions**

**Premises Pollution Legal Liability Insurance** does not apply to**:**

**a. Known Circumstances or Conditions**

**(1)** A "pollution condition", "loss" or "claim" known by any insured prior to the policy period; or

**(2)** A circumstance or condition known by any insured prior to the inception of the policy period where an insured should have reasonably foreseen that a "pollution condition", "loss" or "claim" would result.

**b. Workers Compensation and Similar Laws**

Any obligation of the insured under any workers' compensation, unemployment compensation or disability benefits law or similar law.

**c. Employers Liability**

"Bodily injury" to:

**(1)** An "employee" of any insured arising out of and in the course of employment by any insured or the performance of duties related to the conduct of any insured's business; or

**(2)** To the spouse (including the domestic partner or civil union partner recognized under the law of any applicable jurisdiction in the "coverage territory"), child, parent, brother or sister of that "employee" as a consequence of **(1)** above.

This exclusion applies whether any insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages as a result of the injury.

This exclusion does not apply to liability assumed by you under an "insured contract", provided that:

**(1)** The "insured contract" is in writing and signed by you;

**(2)** The "pollution condition" first commenced after you signed the "insured contract"; and

**(3)** The "pollution condition" is caused, in whole or in part, by you or by those acting on your behalf.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**d. Contractual Liability**

"Loss" for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages:

**(1)** That you would have in the absence of the contract or agreement; or

**(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that:

**i.** The "insured contract" is in writing and signed by you;

**ii.** The "pollution condition" first commenced after you signed the "insured contract"; and

**iii.** The "pollution condition" is caused, in whole or in part, by you or by those acting on your behalf.

**e. Transportation**

A "pollution condition", "loss" or "claim" arising out of:

**(1)** The ownership, operation, maintenance, use (including "loading or unloading") or entrustment to others of any "auto", "mobile equipment", aircraft, watercraft, rolling stock or other mode of transportation, including any machinery or apparatus attached thereto or any cargo carried thereby; or

**(2)** Waste or materials transported, removed or taken by anyone beyond the boundaries of a "covered location".

**f. Goods, Products or Materials**

A "pollution condition", "loss" or "claim" arising out of any goods, materials or products manufactured, sold, distributed, designed, handled, supplied, altered, repaired or disposed of by any insured or by others under license or trading under an insured's name.

**g. Intentional Acts**

A "pollution condition", "loss" or "claim" arising out of any actual or alleged:

**(1)** Intentional disregard of, or non-compliance with any statute, regulation, ordinance, law or order by or at the direction of any insured or its agent; or

**(2)** Fraudulent, dishonest or malicious conduct by or at the direction of any insured or its agent.

**h. Hostile Acts**

A "pollution condition", "loss" or "claim" arising from any consequence, whether direct or indirect, of war (whether declared or not declared), invasion, act of foreign enemy, hostilities, civil war, rebellion, revolution, insurrection, military action, usurped power, strike, riot or civil commotion.

**i. Professional Liability**

A "pollution condition", "loss" or "claim" arising out of the rendering of or failure to render professional services.

**j. Asbestos**

Any "loss", "pollution condition", cost, expense or "claim" which would not have occurred, in whole or in part, but for the actual, alleged or threatened existence of, presence of, inhalation of, ingestion of, use of, handling of, contact with or exposure to asbestos in any form, including products containing asbestos, asbestos fibers, asbestos dust and asbestos containing materials.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

This exclusion applies regardless of:

**(1)** The cause of the "loss", "pollution condition", cost, expense or "claim", or

**(2)** Whether the "loss", "pollution condition", cost, expense or "claim" is related to any product, services or operations of an insured.

**k. Lead**

Any "loss", "pollution condition", cost, expense or "claim" which would not have occurred, in whole or in part, but for the actual, alleged or threatened existence of, presence of, inhalation of, ingestion of, use of, handling of, contact with or exposure to lead, lead-based paint or any material containing lead or lead-based paint.

This exclusion applies regardless of:

**(1)** The cause of the "loss", "pollution condition", cost, expense or "claim"; or

**(2)** Whether the "loss", "pollution condition", cost, expense or "claim" is related to any product, services or operations of an insured.

**l. Fines, Penalties, Punitive and Multiplied Damages**

Any actual or alleged "claim" or liability for, or amount consisting of, a fine, penalty, punitive damages, exemplary damages or multiplied damages.

**m. Equitable and Other Types of Relief**

Any actual or alleged "claim" or liability for equitable relief, restitution or the return of money for work or services.

**n. Retroactive Date**

A "loss" or "claim" arising out of a "pollution condition" that commenced before the Retroactive Date shown in the **SCHEDULE** of this endorsement. For the purpose of this exclusion, a "pollution condition" that commenced before the Retroactive Date shown in the **SCHEDULE** of this endorsement includes any dispersal, migration or further movement of such "pollution condition" on or after the Retroactive Date shown in the **SCHEDULE** of this endorsement.

**o. Nuclear or Radioactive Waste and Materials**

A "pollution condition", "loss" or "claim" which would have not occurred, in whole or in part, but for the actual, alleged or threatened contact with, exposure to, existence of or presence of any nuclear or radioactive material, waste or condition.

**p. Non-cumulation**

Any "occurrence", "claim", "loss" or "pollution condition", including the same, related, repeated or continuous "pollution condition", that was:

**(1)** Reported to us or an affiliate of us under a policy issued by us or an affiliate of us prior to the inception of the policy period of this policy; or

**(2)** Reported to another insurance company or its agent prior to the inception of the policy period of this policy.

**q. Divested Property**

Any "claim" or "loss" arising out of "pollution condition" on, at, under or migrating from a "covered location" where the actual or alleged "pollution condition" commenced after the time the "covered location" is sold, given away or abandoned by an insured, or is condemned.

**r. Insured Versus Insured**

Any "claim" by an insured against another insured.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**s. Related Persons or Organizations**

Any "claim" by a person or organization:

**(1)** That wholly or partially owns, operates, manages or controls any insured;

**(2)** In which any insured has a direct or indirect ownership interest;

**(3)** That is controlled, operated or managed by any insured; or

**(4)** That is an affiliate of any insured.

**t. Property**

"Property damage" to:

**(1)** Property that is or was at any time owned, rented or occupied by any insured; or

**(2)** Personal property in the care, custody or control of any insured.

Paragraph **(1)** of this exclusion does not apply to "cleanup costs" because of "environmental damage" caused by a "pollution condition" on, at, under or migrating from a covered location.

**u. Mold Matter**

A "pollution condition", "loss" or "claim" which would have not occurred, in whole or in part, but for the actual, alleged or threatened contact with, exposure to, existence of or presence of any "mold matter".

**v. Underground Storage Tanks**

A "pollution condition", "loss" or "claim" arising out of the past or current existence of an "underground storage tank" on, at, under or migrating from a "covered location".

**w. Material Change in Use or Operations**

A "pollution condition", "loss" or "claim" arising out of a material change in the use of, or a material change in the operations at, any "covered location" from those set forth by any insured in the Application or related materials as of the inception date of the policy period of this policy.

**x. Defective Drywall**

The existence of, exposure to, required removal or abatement of:

**(1)** defective drywall, which includes, but is not limited to drywall that emits gases, vapors, fumes or any other irritant or contaminant; and

**(2)** Any other building component affected by defective drywall, including drywall that emits gases, vapors, fumes or any other irritant or contaminant.

For purposes of this exclusion, drywall includes, but is not limited to any product known as gypsum board, wall board, and plasterboard, drywall manufactured either within or outside of the United States and used for interior building material.

**y. Excluded Operations**

A "pollution condition', "loss", cost, expense or "claim" arising out of, or in any way related to, manufacturing, dry cleaning, petroleum sales, automotive sales, automotive servicing or cremation operations performed at any "covered location".

**B.** For the purposes of coverage provided by this endorsement, **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, COVERAGE C MEDICAL PAYMENTS** and **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B in SECTION I - COVERAGES** do not apply.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**C.** For the purposes of coverage provided by this endorsement, **SECTION III - LIMITS OF INSURANCE** is replaced by the following:

**1.** The Limits of Insurance shown in the **SCHEDULE** of this endorsement and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** "Claim"(s);

**c.** Persons or organizations making a "claim";

**d.** Governmental actions taken with respect to "cleanup costs" or

**e.** "Pollution condition"(s).

**2.** The Premises Pollution Legal Liability Aggregate Limit of Insurance shown in the **SCHEDULE** of this endorsement is the most we will pay for all damages, "cleanup costs" and "legal expense" for which insurance is afforded under **Premises Pollution Legal Liability Insurance**. Our total liability for all insurance afforded under this endorsement, combined, will not exceed the Premises Pollution Legal Liability Aggregate Limit of Insurance shown in the **SCHEDULE** of this endorsement.

**3.** Subject to Paragraph **2.** above, the Premises Pollution Legal Liability Each "Pollution Condition" Limit of Insurance shown in the **SCHEDULE** of this endorsement is the most we will pay for the sum of all damages, "cleanup costs" and "legal expense" arising out of a single "pollution condition" for which insurance is afforded under **Premises Pollution Legal Liability Insurance.** All "loss" arising out of the same, related, repeated or continuous "pollution condition"(s) shall be deemed to arise out of a single "pollution condition".

**4. Deductible Amount**

**a.** Our obligations under **Premises Pollution Legal Liability Insurance** to pay damages, "cleanup costs" and "legal expense" apply only to the amount of damages, "cleanup costs" and "legal expense" in excess of the Deductible Amount, if any, shown in the **SCHEDULE** of this endorsement.

**b.** The Deductible Amount shown in the **SCHEDULE** of this endorsement applies to each "Pollution Condition".

**c.** The terms of insurance afforded under **Premises Pollution Legal Liability Insurance,** including those with respect to:

**(1)** Our right and duty to defend any "claim" against the insured seeking damages or "cleanup costs", and

**(2)** Your duties in the event of an "occurrence", "pollution condition", "loss" or "claim" apply irrespective of the application of the Deductible Amount.

**d.** We may pay any part or all of the Deductible Amount for "legal expense", "cleanup costs" or damages, or to effect settlement of any "claim", to which **Premises Pollution Legal Liability Insurance** applies. Upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible Amount as has been paid by us.

**5. Insurance Under Multiple Policies**

**a.** Notwithstanding anything to the contrary in this policy or any other policy issued by us or a company affiliated with us, under no circumstances will more than one policy issued by us or a company affiliated with us apply to:

**(1)** Any "loss" or "pollution condition" that occurs or continues through more than one policy period of two or more policies (including this policy) issued by us or a company affiliated with us; or

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**(2)** "Claim" and "loss" arising out of the same, related, repeated or continuous "pollution condition"(s).

**b.** Subject to Paragraph **c.** below, if more than one policy issued by us or a company affiliated with us would otherwise apply to any "loss" or "pollution condition" that occurs or continues through more than one policy period of two or more policies (including this policy) issued by us or a company affiliated with us, the only policy that will respond is the policy with the earliest inception date. No other policy will respond, even if the limits of the policy with the earliest inception date have been impacted or exhausted by payment(s) by us.

**c.** The most we will pay for the total of all "claim" and "loss" arising out of the same, related, repeated or continuous "pollution condition"(s) under all policies issued by us or a company affiliated with us is the Each "Pollution Condition" Limit of Insurance set forth in the policy with the earliest inception date of all applicable policies issued by us or a company affiliated with us.

**D.** For the purposes of coverage provided by this endorsement, Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit in SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is replaced by the following:

**2. Duties in the Event of an "Occurrence", "Pollution Condition", "Loss" or "Claim"**

**a.** The insured must see to it that we are notified as soon as practicable of any "occurrence", "pollution condition" or "loss" which may result in a "claim." To the extent possible, notice should include:

**(1)** How, when and where the "occurrence", "pollution condition" or "loss" took place;

**(2)** The names and addresses of any person involved and/or having knowledge of the "occurrence", "pollution condition" or "loss"; and

**(3)** The nature of any resulting harm, injury or damage.

**b.** If a "claim" is made or brought against an insured, the insured must:

**(1)** Immediately record the specifics of the "claim" and the date it was received;

**(2)** Notify us as soon as practicable; and

**(3)** Provide written notice of the "claim" as soon as practicable.

**c.** The insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with a "claim";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the "claim"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "loss" to which the insurance under this endorsement applies.

**d.** No insured will, except at its own cost, voluntarily make a payment, assume any obligation, admit liability, or incur any expense without our written consent.

**e.** Upon discovery of a spill, report it to XL Catlin *OnCall* at **800-432-2481**.

**E.** For the purposes of coverage provided by this endorsement, **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended by the addition of the following condition:

**1.** If insurance is available under **Premises Pollution Legal Liability Insurance** and also available under "other intra-policy insurance" for the same "loss", damage or injury, our obligations are limited as follows:

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**a.** Any insurance available under **Premises Pollution Legal Liability Insurance** is primary, and there will be no contribution from or concurrent coverage with "other intra-policy insurance" that would otherwise be applicable; and

**b.** Any available "other intra-policy insurance" is excess over any insurance available under **Premises Pollution Legal Liability Insurance**, including amounts within the Deductible Amount shown in the **SCHEDULE** of this endorsement.

**c.** When "other intra-policy insurance" is excess, we will have no duty under "other intra-policy insurance" to defend you against any "claim" if we have the duty to defend you under **Premises Pollution Legal Liability Insurance.**

**2.** Coverage under this endorsement is provided based on information in your signed GENERAL LIABILITY SUPPLEMENTAL APPLICATION - POLLUTION LIABILITY that is made part of this policy. Information provided in the Application that is deemed to be a misrepresentation of a material fact will void coverage for "claim" where such misrepresentation was relied upon by us to provide coverage to you.

**F.** For the purposes of coverage provided by this endorsement, the following **Extended Reporting Period** provisions are added:

**Extended Reporting Period**

**1.** You are entitled to a ninety (90) day extended reporting period, commencing on the last day of the policy period. The ninety (90) day extended reporting period applies to a "claim" first made during the policy period and reported to us, in writing, during the ninety (90) day extended reporting period.

**2.** The ninety (90) day extended reporting period applies only if we cancel or non-renew this policy or the **Premises Pollution Legal Liability Insurance** for a reason other than non-payment of premium, non-payment of deductible, fraud or misrepresentation.

**3.** For the purposes of the Extended Reporting Period provisions, the quotation of different terms and conditions by us, and your choice not to accept the quoted terms and conditions, will not be construed as a non-renewal of this policy or the **Premises Pollution Legal Liability Insurance**.

**4.** The ninety (90) day extended reporting period does not extend the policy period, change the scope of coverage provided, or reinstate or increase any limit of insurance.

**G.** For the purposes of coverage provided by this endorsement, the following definitions are added to **SECTION V - DEFINITIONS**:

**23.** "Claim" means a lawsuit or governmental action alleging legal liability on the part of the insured.

**24.** "Cleanup costs" means costs and expenses incurred to investigate, assess, remove, dispose of, treat, abate, contain or neutralize a "pollution condition".

**25.** "Covered location" means each location shown in the **SCHEDULE** of this endorsement and all newly acquired locations during the policy period which are disclosed to us in writing during the policy period.

**26.** Environmental damage" means the injurious presence in or upon land, the atmosphere, or any watercourse or body of water of solid, liquid, gaseous or thermal contaminants, irritants or "pollutants".

**27.** "Extended reporting period" means the ninety (90) day extended reporting period as set forth in Paragraph **F.** of this endorsement above.

**28.** "Legal expense" means reasonable and necessary legal fees, charges and expenses incurred in the investigation and defense of a "claim", provided such costs, charges and expenses are authorized by us. "Legal expense" does not include any expense that is incurred by an insured in assisting in the investigation, defense or resolution of a "claim".

**29.** "Loss" means "bodily injury", "property damage" or "environmental damage".

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.


Case ID: 260801836

**30.** "Mold matter" means mold, mildew or any type or form of fungus, including mycotoxins, spores or by-products produced or released by fungi.

**31.** "Other intra-policy insurance" means insurance provided under the terms of the policy other than the **Premises Pollution Legal Liability Insurance** afforded by this endorsement.

**32.** "Pollution condition" means the discharge, dispersal, release, escape, seepage or migration of "pollutants" into or upon land, the atmosphere, or any watercourse or body of water.

**33.** "Underground storage tank" means a stationary container or vessel, including the associated piping connected thereto, which is ten percent (10%) or more beneath the surface of the ground and is:

**a.** constructed primarily of non-earthen materials; and

**b.** designed to contain any substance.

**H.** For the purposes of coverage provided by this endorsement, Definition **4.** "coverage territory" of **SECTION V - DEFINITIONS** is replaced by the following:

**4.** "Coverage territory" means the United States and its territories and possessions.

**I.** For the purposes of coverage provided by this endorsement, in the event that there is a conflict between a definition of a term in this endorsement and a definition of a term elsewhere in the policy, the definition of the term in this endorsement shall control.

**FOR THE COVERAGE PROVIDED BY THIS ENDORSEMENT AND WITHOUT WAIVING THE REPORTING REQUIREMENTS OUTLINED IN THE CONDITIONS SECTION ABOVE YOU CAN REPORT THE DISCOVERY OF A SPILL TO XL CATLIN *ONCALL* AT 800-432-2481.**

All other terms and conditions of this policy remain unchanged.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. Surveys;
2. Consultation or advice; or
3. Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
2. To consultation services required to be performed under a written service contract not related to a policy of insurance; or
3. If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.


© ISO Properties, Inc., 2001
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004  ☐

Case ID: 260801836

POLICY NUMBER: **CSU0108950**

**COMMERCIAL GENERAL LIABILITY**
**CG 20 18 12 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name(s) Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Wilmington Savings Fund Society, FSB it's successors and/or assigns PO Box 729 Claymont, DE 19703-0729 | 2301 York Rd. Jamison, PA 18929 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you and shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.


© Insurance Services Office, Inc., 2018

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.


Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";


© ISO Properties, Inc., 2007

Case ID: 260801836

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.


© ISO Properties, Inc., 2007

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - NO STACKING OF LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

ALL COVERAGE FORMS OR COVERAGE PARTS PROVIDING LIABILITY COVERAGE

The Conditions are amended to add the following:

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy.

This endorsement does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.


© ISO Properties, Inc., 2007

Case ID: 260801836

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEFENSE ONLY COVERAGE FOR CERTAIN ATF PROCEEDINGS ENDORSEMENT

**NOTICE: THIS ENDORSEMENT PROVIDES COVERAGE FOR "DEFENSE COSTS" ONLY.**

**NOTICE: THE LIMITS OF INSURANCE PROVIDED HEREIN ARE IN ADDITION TO THE LIMITS OF INSURANCE FOR ALL OTHER COVERAGES UNDER THIS POLICY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| **AGGREGATE PROCEEDING DEFENSE LIMIT** | **$100,000** |
| **EACH PROCEEDING DEFENSE LIMIT** | $50,000 |

**1. Insuring Agreement**

**a.** We will pay reasonable and necessary "defense costs" to defend you in a "proceeding" arising from your "violation" of 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail, and to which this insurance applies.

We will have the right and the duty to defend you against any "proceeding" to which this insurance applies. At our sole discretion, we shall have the right to select an attorney, certified public accountant or other person recognized to practice before the "ATF" to defend you against any "proceeding" as provided by 27 CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding". However, we will have no duty to defend you against any "proceeding" to which this insurance does not apply.The amount we will pay for "defense costs" is limited as described in Paragraph **3. Limits of Insurance** as shown below.

**b.** This insurance applies only if the "ATF" first notifies you in writing during the policy period of the "proceeding". You shall report such notification to us as soon as practicable.

**c.** This insurance applies only if, prior to the first effective date of this "Defense Only Coverage for Certain ATF Proceedings Endorsement", neither you nor any of your "employees" received notice of a "violation" or knew that the "violation" had occurred, in whole or in part. If you or your "employees" received notice of a "violation " or knew, prior to such effective date, that the "violation" occurred, then any continuation, change or resumption of such "violation" during or after the policy period will be deemed to have been known prior to the policy period and notification of a "proceeding" arising out of such "violation(s)" shall not be covered under this endorsement.

Includes copyrighted material of ISO Properties, Inc. with it permission



Case ID: 260801836

**2. Exclusions**

This insurance does not apply to, and we will not defend or pay any "defense costs":

**a. After Adjudication by De Novo Judicial Review**

After adjudication by de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license.

**b. Criminal Acts**

Arising out of any "violation" which results in any criminal indictments or charges or arises out of a criminal act committed by or at the direction of any insured.

**c. Other Coverages**

Arising out of any "violation" that is covered under Coverages A or B of this policy.

**d. Participating in Compliance Reviews, Audits or Inspections**

Incurred by you to participate in any compliance reviews, audits or inspections, whether or not requested by the "ATF".

**3. Limits of Insurance**

**a.** The Limits of Insurance shown in the Schedule to this "Defense Only Coverage For Certain ATF Proceedings Endorsement" (hereinafter the "Schedule") apply to each "Licensed Location" and the rules below fix the most we will pay for "defense costs" regardless of the number of:

- Insureds;
- Persons or entities filing or initiating a "proceeding";
- "Violations" cited in such "proceedings"; or
- "Proceedings" filed or initiated against the insured.

**b.** The Aggregate Proceeding Defense Limit shown in the Schedule is the most we will pay in the aggregate for all "defense costs" for all "proceedings" filed against all insureds at each "licensed location".

**c.** Subject to Subparagraph b. above, the Each Proceeding Defense Limit shown in Schedule is the most we will pay for all "defense costs" arising out of a single "proceeding" at each "licensed location".

**d.** All "proceedings" or series of related or interrelated "proceedings" arising out of an inspection or re-inspection of the "licensed location" by the "ATF" will be deemed to be a single "proceeding" and will be deemed to have occurred when you receive written notice of the first "proceeding" by the "ATF". Only the policy in effect when you receive written notice of the first "proceeding" shall apply to all such "proceedings".

**4. Definitions**

**a.** "ATF" means the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a similar state agency that has the authority to issue and revoke firearms licenses.

**b.** "Defense costs" means the cost of hiring an attorney, certified public accountant or other person recognized to practice before the "ATF" to represent you at a "proceeding", as provided by 27

Includes copyrighted material of ISO Properties, Inc. with it permission

CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding".

"Defense costs" do not include equitable relief or any type of damages, including, but not limited to, compensatory damages, consequential damages, punitive damages, exemplary damages, fines, penalties, statutory damages or any court costs, filing fees, expenses, or costs charged to you by any governmental agency or court.

**c.** "Licensed location" means each location owned by you that holds the required firearms license in order to sell firearms at wholesale or retail.

**d.** "Proceeding" means a hearing, including:

(1) a "warning conference";

(2) other hearing, as provided by 27 CFR 478.74, regarding the denial of a renewal, suspension or revocation of a firearms license by the "ATF"; or

(3) de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license by the "ATF"

which occurs after you have been notified in writing of a "violation" by the "ATF". However, we will not defend you until you have received written notice from the "ATF" requiring your attendance at such a hearing.

**e.** "Violation " means the actual or alleged failure to comply with 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail. Such "violation" must have been found during an "ATF" inspection of the "licensed location" authorized under 27 CFR 478.23(b)(2)(i), or any similar state law or regulation.

**f.** "Warning conference" means an informal conference offered by the "ATF", in writing, to provide the insured with the opportunity to respond to the "violations" and to determine any necessary corrective actions.

All other terms and conditions of the policy remain unchanged.



Includes copyrighted material of ISO Properties, Inc. with its permission



Case ID: 260801836

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 8

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

**The Cincinnati Specialty Underwriters Insurance Company**
A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108951 **PREVIOUS POLICY NUMBER:** CSU0108951

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
2301 YORK RD
JAMISON PA 18929

**PRODUCER - Your contact for matters pertaining to this policy:** 37-168
Tyrol Insurance Agency, Inc.
223 N Sycamore St
Newtown PA 18940

Surplus Lines Broker:
527787
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

**Policy Period: From** 01/01/2021 **To** 01/01/2022 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| | | **DEPOSIT PREMIUM** |
| Excess Liability | $ | 8,604.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 8,604.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.**

| | | |
|---|---|---|
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 258.12 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 8,917.12 |

**Premium is subject to annual audit:** ☐ **Yes** ☒ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Property and Casualty Insurance Guaranty Association.**

Billing Method: **Direct Bill**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**

Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ______________________________ Date __________
(Authorized representative or countersignature, where applicable)


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

POLICY NUMBER CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: **Tanner's Sports Center Inc.**


Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2021

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA423PA (05/10) | Important Notice |
| CSIA448 (01/15) | Policyholder Notice Terrorism Insurance Coverage |
| CSIA403 (11/17) | Special Provisions - Premium |
| CSIA404 (08/07) | Service of Suit |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA300 (01/15) | Exclusion Of Certified Acts And Other Acts Of Terrorism |

**Forms Applicable - EXCESS**

| | |
|---|---|
| CSCX404 (06/09) | Excess Liability Premises Schedule |
| CSCX403 (06/09) | Calculation Of Premium |
| IL0017 (11/98) | Common Policy Conditions |
| CSCX500 (06/09) | Commercial Excess Liability Coverage Part Declarations |
| CSCX400 (06/09) | Commercial Excess Liability Schedule of Controlling Underlying Insurance |
| CX2143 (05/14) | Exclusion - Access Or Disclosure Of Confidential Or Personal Information |
| CSCX100TOC (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS |
| CSCX100 (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM |
| CSCX334 (06/09) | Exclusion Of Coverage To Any Additional Insured |
| CSCX407 (06/09) | Limitation - Two or More Coverage Forms or Policies Issued By Us |
| CSCX406PA (06/09) | Pennsylvania Notice |
| CX0210 (09/08) | Pennsylvania Changes - Cancellation and Nonrenewal |
| CSCX372 (06/09) | Prior Injury or Damage Exclusion |

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2021

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - EXCESS**

| | |
|---|---|
| CSCX302 (06/09) | Abuse or Molestation Exclusion |
| CSCX311 (03/16) | EXCLUSION - ASSAULT OR BATTERY |
| CSCX320 (06/09) | Care Custody or Control Exclusion |
| CSCX319 (06/09) | Cancer Exclusion |
| CSCX351 (06/09) | Intellectual Property Exclusion |
| CSCX344 (06/09) | Fungi Or Bacteria Exclusion |
| CSCX331 (06/09) | Lead Exclusion |
| CSCX312 (07/10) | Total Auto Exclusion |
| CSCX329 (11/18) | Cross Suits Exclusion |
| CSCX327 (06/09) | Contractual Liability Exclusion |
| CSCX3000 (08/09) | Damage To Premises Occupied Or Rented To You Exclusion |
| CSIA405(08/09)-A | - Exclusion-Communicable Disease |



Case ID: 260801836

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

# POLICYHOLDER NOTICE
# TERRORISM INSURANCE COVERAGE

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

In accordance with the federal Terrorism Risk Insurance Act, we are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the federal share equals a percentage, as specified in the Schedule below, of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.
- **Schedule:**

| Federal Share of Terrorism Losses | |
|---|---|
| **Percentage** | **Calendar Year** |
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

**Cap on Insurer Participation:**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**NOTE: IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**

POLICY NUMBER: **CSU0108951**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to **100**% of the deposit premium.

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to **25** % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.

**Failure to pay any premium(s) due, including any additional audit premium(s) will subject this policy, and/or any additional or subsequent policies, to cancellation for non-payment of premium.**



Case ID: 260801836

POLICY NUMBER: CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.


Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

**C. Exception Covering Certain Fire Losses**

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

**D. Exception Covering Minimum Financial Responsibility**

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and/or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

2. Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

3. Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

# EXCESS LIABILITY PREMISES SCHEDULE

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2021

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
|---|---|
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

EXCESS LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108951 Effective Date: 01/01/2021

Named Insured: Tanner's Sports Center Inc.

**Commercial Excess Liability Coverage Limits of Insurance:**

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Aggregate Limit | $1,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule **CSIA 406**

**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE:**
Refer to form **CSCX 400** which is part of the Commercial Excess Liability policy declarations.

**COMMERCIAL EXCESS LIABILITY PREMISES SCHEDULE:**
Refer to **CSCX 404**

**TOTAL DEPOSIT PREMIUM:** $ 8,604
**Premium is subject to audit:** ☐ Yes ☒ No

**NOTICES OF CLAIMS OR EVENTS SHOULD BE REPORTED IMMEDIATELY TO:**

The Cincinnati Specialty Underwriters Insurance Company:
Claims Department
P.O. Box 145496
Cincinnati, Ohio 45250-5496
Email: ClaimsMainDesk@cinfin.com
Fax: (877) 242-3665


Includes copyrighted material of ISO Properties, Inc. with its permission.

Case ID: 260801836

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY
# SCHEDULE OF CONTROLLING UNDERLYING INSURANCE

**Attached to and forming part of POLICY NUMBER:** CSU0108951 **Effective date:** 01/01/2021

**Named Insured:** Tanner's Sports Center Inc.

| | | | |
|---|---|---|---|
| **General Liability** | **Company:** The Cincinnati Specialty Underwriters Insurance Company | | |
| | **Policy Number:** CSU0108950 | | |
| | **Policy Period:** 01-01-2020 To 01-01-2021 | | |
| | **Limits Of Insurance:** | | |
| | **Each Occurrence** | $1,000,000 | |
| | **Personal And Advertising Injury** | $1,000,000 | Any one person or organization |
| | **Products-Completed Operations Aggregate** | $2,000,000 | |
| | **General Aggregate** | $2,000,000 | |

| | | |
|---|---|---|
| **Employer's Liability** | **Company:** Rockwood Casualty Insurance Company | |
| | **Policy Number:** WC 688409 | |
| | **Policy Period:** 10-01-2020 To 10-01-2021 | |
| | **Limits Of Insurance:** | |
| | **Bodily Injury By Accident Each Accident** | $1,000,000 |
| | **Bodily Injury By Disease Policy Limit** | $1,000,000 |
| | **Bodily Injury By Disease Each Employee** | $1,000,000 |



Includes copyrighted material of ISO Properties, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Controlling Underlying Insurance:**<br>**Rockwood Casualty Insurance Company** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Injury or damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

However, this exclusion does not apply to coverage for "injury or damage" provided under any "controlling underlying insurance" listed in the Schedule above.


© Insurance Services Office, Inc., 2013

Case ID: 260801836

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS

Page No.

SECTION I - COVERAGES 1
1. Insuring Agreement 1
2. Exclusions 1
  a. Asbestos 1
  b. Auto 1
  c. Recording And Distribution Of Material Or Information in Violation Of Law 2
  d. E.R.I.S.A. 2
  e. Employment Practices 2
  f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages 2
  g. Nuclear 2
  h. Pollutant or Pollutant-Related 2
  i. War 3
  j. Workers' Compensation And Similar Laws 3
3. Defense 3
SECTION II - LIMITS OF INSURANCE 3
SECTION III - CONDITIONS 4
1. Appeals 4
2. Bankruptcy 4
  a. Bankruptcy Of Insured 4
  b. Bankruptcy Of Controlling Underlying Insurer 4
3. Duties In The Event Of An Event, Claim Or Suit 4
4. First Named Insured Duties 4
5. Cancellation 4
6. Changes 5
7. Maintenance Of Changes To Controlling Underlying Insurance 5
8. Other Insurance 5
9. Premium Audit 5
10. Loss Payable 5
11. Legal Action Against Us 5
12. Transfer Of Defense 6
  a. Defense Transferred To Us 6
  b. Defense Transferred By Us 6
13. When We Do Not Renew 6
SECTION IV - DEFINITIONS 6
1. "Controlling underlying insurance" 6
2. "Controlling underlying insurer" 6
3. "Event" 6
4. "Loss" 6
5. "Retained Limit" 6
6. "Pollutants" 6


Includes copyrighted material of Insurance Services Office Inc., with its permission.

Case ID: 260801836

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy or under "controlling underlying insurance". The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance".

Other words and phrases that appear in quotation marks in this Coverage Part have special meaning. Refer to Section **IV** - Definitions. Other words and phrases that are not defined under this Coverage Part but defined in the "controlling underlying insurance" will have the meaning described in the policy of "controlling underlying insurance".

The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "controlling underlying insurance", unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Part will apply. However, the coverage provided under this Coverage Part will not be broader than that provided by the applicable "controlling underlying insurance".

There may be more than one "controlling underlying insurance" listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Part. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" applicable to the particular "event" for which a claim is made or suit is brought will apply.

## SECTION I - COVERAGES

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured, except as stated in this Coverage Part, those sums in excess of the "retained limit" any insured becomes legally obligated to pay as damages to which insurance provided under this Coverage Part applies.

**b.** The amount we will pay for "loss" is limited as described in Section **II** - Limits Of Insurance.

**c.** This insurance applies to damages that are subject to an applicable "retained limit". If any other limit, such as, a sublimit, is specified in the "controlling underlying insurance", this insurance does not apply to damages arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "controlling underlying insurance".

**d.** If the "controlling underlying insurance" requires, for a particular claim, that the injury or damages occur during its policy period in order for that coverage to apply, then this insurance will only apply to that injury or damages if it occurs during the policy period of this Coverage Part. If the "controlling underlying insurance" requires that the "event" causing the particular damage takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the "event" causing that damage takes place during the policy period of this Coverage Part.

### 2. Exclusions

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Part. The exclusions applicable to any "controlling underlying insurance" apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Part.

Insurance provided under this Coverage Part does not apply to:

**a. Asbestos**

Any liability or damages:

**(1)** Caused by or arising out of, attributable to, or in any way related to asbestos in any form or transmitted in any manner; or

**(2)** For any asbestos related diseases.

**b. Auto**

Any loss, cost or expense caused by or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists coverage.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**c. Recording and Distribution of Material or Information in Violation of Law**

Any liability or damages arising out of:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**d. E.R.I.S.A.**

Any liability or damages arising out of:

**(1)** Any insured's activities as a fiduciary under the Employment Retirement Income Security Act of 1974, or any amendments thereof or any regulation or orders issued pursuant thereof; or

**(2)** The Pension Benefits Act and the Consolidation Omnibus Budget Reconciliation Act of 1986 (COBRA);

Including any amendments, regulations or enabling statutes pursuant thereto, or any similar federal, state or provincial statute or regulation.

**e. Employment Practices**

Any injury to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Other employment-related practices, policies, acts or omissions including but not limited to coercion, criticism, demotion, evaluation, failure to promote, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of injury to that person at whom any of the employment-related practices described in Paragraphs **(1)(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

**f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages**

**(1)** Civil or criminal fines or penalties imposed by law;

**(2)** Punitive or exemplary damages;

**(3)** The multiplied portion of multiplied damages;

**(4)** Any amount for which an insured is not financially liable; or

**(5)** Any award that is uninsurable under the law governing this policy,

**g. Nuclear**

Any liability or damages based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving the hazardous properties, including radioactive, toxic or explosive properties, of any nuclear material. Nuclear material means any source material, special nuclear material, or by-product materials as those terms are defined under the Atomic Energy Act of 1954 or any amendments thereto.

**h. Pollutant or Pollutant-Related**

**(1)** Injury arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, escape or emission of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutral-


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

ize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**i. War**

Injury, however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**3. Defense**

**a.** We have no duty to defend any insured or participate in the settlement or defense of any claim, suit or proceedings.

**b.** We have the right, but not the duty, to be associated with the insured or "controlling underlying insurers" in the investigation, defense or settlement of any claim, suit or proceeding to which we think this Coverage Part may apply.

**c.** If the "controlling underlying insurance" limits are exhausted by payment of "loss", we have the right but not the duty to investigate, defend or settle any claim or suit to which we think this Coverage Part may apply. However, at our discretion, if we assume our right to investigate, defend or settle any claim or suit we may withdraw from such investigation, defense or settlement proceedings after our applicable Limits of Insurance as stated in the Commercial Excess Liability Declarations have been exhausted by payments.

We will not pay any expenses except those we directly incur at our discretion.

## SECTION II - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Commercial Excess Liability Coverage Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought, or number of vehicles involved;

**c.** Persons or organizations making claims or bringing suits;

**d.** Coverages provided by this insurance; or

**e.** Limits available under any "controlling underlying insurance.

**2.** The Limits of Insurance of this Coverage Part will apply as follows:

**a.** This insurance only applies in excess of the "retained limit".

**b.** The Aggregate Limit is the most we will pay for the sum of all "loss" for all damages covered under this Coverage Part.

**c.** The Each Occurrence Limit is the most we will pay for the sum of all "loss" under this insurance because of all damages arising out of any one "event". Any amount we pay for damages arising out of an "event" will reduce or exhaust the amount of our applicable aggregate limit of insurance available for payment of any other "event".

**d.** With respect to any claim or suit to which this insurance applies and for which we assume charge of the settlement or defense, if the limits of insurance of any "controlling underlying insurance" are reduced by defense expenses then any defense expense payments we make will reduce our applicable Limits of Insurance in the same manner.

**3.** If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for damages covered under this insurance.

The Aggregate Limits of this Coverage Part applies separately to each consecutive annual period of this Coverage Part and to any remaining period of this Coverage Part of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional pe-


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

riod will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION III - CONDITIONS**

The following Conditions apply. The Conditions applicable to any "controlling underlying insurance" are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

**1. Appeals**

If the "controlling underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and post judgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the Limits of Insurance described in Section **II** - Limits Of Insurance.

**2. Bankruptcy**

**a. Bankruptcy of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy of Controlling Underlying Insurer**

Bankruptcy of the "controlling underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, insurance provided under this Coverage Part will not replace any "controlling underlying insurance" in the event of bankruptcy or insolvency of the "controlling underlying insurer". The insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect and recoverable.

**3. Duties in the Event of an Event, Claim or Suit**

**a.** You must see to it that we are notified in writing as soon as practicable of an "event" which may result in a claim under this insurance.

**b.** If a claim is made or suit is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or suit and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or suit as soon as practicable.

**c.** You and any other insured involved must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of damages to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, admit to any liability, consent to any judgment, settle any claim or suit, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "controlling underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Part.

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**6. Changes**

This Coverage Part contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Part with our written consent. This Coverage Part's terms can be amended or waived only by endorsement issued by us and made part of this insurance.

**7. Maintenance of Changes to Controlling Underlying Insurance**

Any "controlling underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "controlling underlying insurance" that results from injury or damages to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "controlling underlying insurance". Failure to maintain "controlling underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "controlling underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "controlling underlying insurance" is changed.

**8. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**9. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** If this policy is auditable, the premium shown in this Coverage Part is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**10. Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

**a.** The insured or insured's "controlling underlying insurer" has become obligated to pay the "retained limit"; and

**b.** The obligation of the insured to pay the "loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "controlling underlying insurer" (or a representative of one or more of these) and us.

**11. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "controlling underlying insurer" and the claimant or the claimant's legal representative.

**12. Transfer of Defense**

**a. Defense Transferred To Us**

When the limits of "controlling underlying insurance" have been exhausted, in accordance with the provisions of "controlling underlying insurance", we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

**b. Defense Transferred By Us**

If we exercise our right to defend any claim, suit or proceeding, when our limits of insurance have been exhausted our right to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Part of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Part, we will cooperate in the transfer of control to the insured and its designated representative.

**13. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION IV - DEFINITIONS

Except as otherwise defined in this Coverage Part or in any endorsement to this Coverage Part, the definition of terms and phrases contained in this Coverage Part and any endorsements will be the same as those terms and phases are defined in the "controlling underlying insurance".

**1.** "Controlling underlying insurance" means any policy of insurance or self-insurance listed as such in our Schedule of Controlling Underlying Insurance.

**2.** "Controlling underlying insurer" means any insurer who provides any policy of insurance listed as such in our Schedule of Controlling Underlying Insurance.

**3.** "Event" means an occurrence, offense, accident, act, error or omission, or other event to which the applicable "controlling underlying insurance" applies.

**4.** "Loss" means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a.** Settlements, judgments, binding arbitration; or

**b.** Other binding alternate dispute resolution proceeding entered into with our consent.

"Loss" includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

**5.** "Retained limit" means the available limits of "controlling underlying insurance" applicable to the claim

**6.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

**a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE TO ANY ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The word "insured" does not include any person or organization added as an Additional Insured to any "controlling underlying insurance". Insurance provided by this Coverage Part does not apply to any Additional Insured qualifying as an insured under any "controlling underlying insurance".


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following condition is added to **Section III - Conditions:**

**14. Two or More Coverage Forms or Policies Issued by Us**

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same injury or claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy. This condition does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

**1.** surveys;

**2.** consultation or advice; or

**3.** inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

**1.** if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

**2.** to consultation services required to be performed under a written service contract not related to a policy of insurance; or

**3.** if any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** Paragraph **5. Cancellation** of **Section III - Conditions** is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2. Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

 © ISO Properties, Inc., 2007 

Case ID: 260801836

**7.** If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.

**B.** Paragraph **13. When We Do Not Renew** of **Section III - Conditions** is replaced by the following:

**1. Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

**2. Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.


© ISO Properties, Inc., 2007

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIOR INJURY OR DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

**1.** First occurred prior to the Effective date of this policy;

**2.** Is alleged to be in the process of occurring as of the Effective date of this policy; or

**3.** Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;

**2.** At the same or adjacent location;

**3.** From the same or similar work; or

**4.** From the same product or service.

However, if the "controlling underlying insurance" is a Claims Made policy, paragraph **A.** above will not apply and only paragraph **B.** will apply to any "loss", claim, suit or "event":

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

**1.** First occurred prior to the Retroactive date of this policy;

**2.** Is alleged to be in the process of occurring as of the Retroactive date of this policy; or

**3.** Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;

**2.** At the same or adjacent location;

**3.** From the same or similar work; or

**4.** From the same product or service.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** The actual or alleged abuse or molestation of any person while in the care, custody or control of any insured or any person or institution designated by an insured; or

**2.** The negligent:

**(a)** Employment;

**(b)** Investigation;

**(c)** Supervision;

**(d)** Reporting to the proper authorities, or failure to so report; or

**(e)** Retention,

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASSAULT OR BATTERY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of:

**(1)** An actual or threatened assault or battery whether caused by or at the instigation or direction of any insured, their employees, patrons or any other person;

**(2)** The failure of any insured or anyone else for whom any insured is legally responsible to prevent or suppress assault or battery; or

**(3)** The failure to provide an environment safe from assault or battery, including but not limited to the failure to provide adequate security, or failure to warn of the dangers of the environment that could contribute to assault or battery; or

**(4)** The failure to render or secure medical treatment or care necessitated by any assault or battery; or

**(5)** The negligent investigation, reporting, or failure to report an assault or battery to the proper authorities by any person; or

**(6)** The negligent:

**(a)** Employment;

**(b)** Supervision;

**(c)** Training;

**(d)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by the **Assault or Battery** exclusion above.

**B.** For the purpose of this endorsement the words assault and battery are intended to include, but are not limited to, sexual assault.


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Property damage to property not owned by an insured and in the care, custody or control of an insured, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCER EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss:

**1.** Caused by or arising, in whole or in part, out of the actual or alleged, threatened or suspected, exposure to, presence of, or fear of, any cancer, malignant growth or cancerous condition of any type, regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** Caused by or arising out of your work or your product with respect to any cancer, malignant growth or cancerous condition of any type.

**3.** Caused by or arising out of any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any cancer, malignant or cancerous condition of any type.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTELLECTUAL PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of the actual or alleged infringement, misappropriation or violation of intellectual property rights or laws, including but not limited to:

**1.** Trademark,

**2.** Trade dress,

**3.** Slogan,

**4.** Style of doing business,

**5.** Copyright,

**6.** Patent rights,

**7.** Trade-secret rights,

**8.** Publicity rights,

**9.** Moral rights, or

**10.** Rights against unfair competition.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(a)** Inhalation of;

**(b)** Ingestion of;

**(c)** Contact with;

**(d)** Absorption of;

**(e)** Exposure to;

**(f)** Existence of; or

**(g)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**2.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**3.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **2.** above;

**(5)** Your product; or

**(6)** Your work; or

**4.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **1.**, **2.** or **3.** above;

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**B.** For the purposes of this endorsement, the **DEFINITIONS Section** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**2.** Any loss, cost or expense caused by or arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL AUTO EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** Exclusion **b. Auto** of Paragraph **2. Exclusions** of **Section I - Coverages** is deleted and replaced by the following:

Insurance provided by this Coverage Part does not apply to:

**b.** Any liability or damages arising out of the ownership, maintenance, occupancy, operation, use, loading or unloading of any auto that is owned by, leased to, rented to, borrowed by or provided for the use of any insured.

However, this exclusion does not apply to liability or damages arising out of the operation of machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of mobile equipment if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CROSS SUITS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit brought by any Named Insured against any other Named Insured.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DAMAGE TO PREMISES OCCUPIED OR RENTED TO YOU EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any loss or damage to any property or premises:

**1.** You or any insured rent or lease;

**2.** You or any insured temporarily occupy; or

**3.** Loaned to you or any insured



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - COMMUNICABLE DISEASE, CONTAGIOUS DISEASE OR INFECTIOUS DISEASE

This endorsement modifies insurance provided under the following:

FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** This insurance does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, absorption of, exposure to, or presence of any communicable or infectious virus, communicable disease, contagious disease or infectious disease regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** The cost or expense of recall, abatement, mitigation, removal, disposal, testing or monitoring of products, stock, feed, feed additives, animals, or of any premises or equipment handling such items as a result of any known or suspected connection with any communicable or infectious virus, communicable disease, contagious disease or infectious disease, whether such items are owned by any insured or by others, and whether located at any insured's premises or anywhere else.

**3.** Any loss, cost or expense arising out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of or presences of any communicable or infectious virus, communicable disease, contagious disease or infectious disease; or

**b.** Claim, "suit", fines or demands by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any communicable or infectious virus, communicable disease, contagious disease or infectious disease.

**4.** Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any communicable or infectious virus, communicable disease, contagious disease or infectious disease.

**5.** Any obligation to share damages with or repay someone else who must pay damages.

Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 9

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# The Cincinnati Specialty Underwriters Insurance Company

A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108950 **PREVIOUS POLICY NUMBER:** CSU0108950

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
2301 YORK RD
JAMISON PA 18929

**PRODUCER - Your contact for matters pertaining to this policy:** 37-168
Tyrol Insurance Agency, Inc.
223 N Sycamore St
Newtown PA 18940

Surplus Lines Broker:
527787
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

**Policy Period: From** 01/01/2022 **To** 01/01/2023 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| | **DEPOSIT PREMIUM** | |
| Commercial General Liability | $ | 31,864.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 31,864.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.**

| | | |
|---|---|---|
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 955.92 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 32,874.92 |

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Property and Casualty Insurance Guaranty Association.**

Billing Method: **Direct Bill**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**

Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ______________________________ Date ____________

(Authorized representative or countersignature, where applicable)


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

POLICY NUMBER CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: **Tanner's Sports Center Inc.**


Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2022

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA423PA (05/10) | Important Notice |
| CSIA448 (01/15) | Policyholder Notice Terrorism Insurance Coverage |
| CSIA404 (08/07) | Service of Suit |
| CSIA403 (11/17) | Special Provisions - Premium |
| CSIA300 (01/15) | Exclusion Of Certified Acts And Other Acts Of Terrorism |

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CSGA501 (04/08) | Commercial General Liability Coverage Part Declarations |
| CSGA403 (10/07) | Liability Premises Schedule |
| CSGA408 (04/08) | Commercial General Liability Classification and Premium Schedule |
| CG0001TOC (04/13) | Commercial General Liability Coverage Form Table of Contents |
| CG0001 (04/13) | Commercial General Liability Coverage Form |
| CSGA401TOC (02/13) | Changes to Commercial General Liability Coverage Form Table of Contents |
| CSGA401 (02/13) | Changes to Commercial General Liability Coverage Form |
| CSGA4059TOC (02/13) | Care Custody Or Control Liability Coverage Table of Contents |
| CSGA4059 (02/13) | Care Custody Or Control Liability Coverage |
| CG2107 (05/14) | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability |
| IL0120 (10/13) | Pennsylvania Changes - Defense Costs |
| IL0246 (09/07) | PA Changes - Cancellation and Nonrenewal |
| CG2426 (04/13) | Amendment of Insured Contract Definition |

Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2022

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Commercial General Liability**

| | |
|---|---|
| CSGA418 (06/08) | Amendment of Pollutants Definition |
| CSGA364 (06/08) | Exclusion - Coverage C - Medical Payments |
| CSGA361 (06/08) | Exclusion - Fungi or Bacteria |
| CSGA439 (11/08) | Amendment of Duties in the Event of Occurrence Offense Claim or Suit Condition |
| CG2147 (12/07) | Employment-Related Practices Exclusion |
| CG2149 (09/99) | Total Pollution Exclusion Endorsement |
| CSGA3061 (08/12) | Exclusion - Gun Safety Conceal And Carry Instruction |
| CSGA3087 (08/12) | Exclusion - Metalsmith Operations |
| CG0300 (01/96) | Deductible Liability Insurance |
| CSGA201 (08/07) | Hired Auto and Non-Owned Auto Liability |
| CG2150 (04/13) | Amendment of Liquor Liability Exclusion |
| CSGA4096 (03/17) | Premises Pollution Legal Liability Insurance Endorsement |
| IL0910 (07/02) | PA Notice |
| CG2196 (03/05) | Silica Or Silica-Related Dust Exclusion |
| CSGA306 (04/20) | Exclusion - Communicable Disease, Contagious Disease or Infectious Disease |
| CG2018 (12/19) | Additoinal Insured - Mortgagee, Assignee or Receiver |
| CSGA3188 (11/20) | Exclusion - Bump-Stock Device |
| CSGA3050 (07/12) | Exclusion - Deer Stand |
| IL0017 (11/98) | Common Policy Conditions |
| IL0021 (09/08) | Nuclear Energy Liability Exclusion Endorsement |
| CSLL348 (01/08) | Limitation - No Stacking of Limits of Insurance |
| IL0003 (09/08) | Calculation of Premium |
| CSIA405(08/09)-A | - Defense Only Coverage for Certain ATF Proceedings Endorsement |

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

# POLICYHOLDER NOTICE
# TERRORISM INSURANCE COVERAGE

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

In accordance with the federal Terrorism Risk Insurance Act, we are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the federal share equals a percentage, as specified in the Schedule below, of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.
- **Schedule:**

| Federal Share of Terrorism Losses | |
|---|---|
| **Percentage** | **Calendar Year** |
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

**Cap on Insurer Participation:**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**NOTE: IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**



Case ID: 260801836

POLICY NUMBER: CSU0108950

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

POLICY NUMBER: **CSU0108950**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to **100**% of the deposit premium.

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to **25** % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.

**Failure to pay any premium(s) due, including any additional audit premium(s) will subject this policy, and/or any additional or subsequent policies, to cancellation for non-payment of premium.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

## C. Exception Covering Certain Fire Losses

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

## D. Exception Covering Minimum Financial Responsibility

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and/or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

## E. Application of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;



Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.



Case ID: 260801836

**2.** Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

**3.** Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108950 Effective date: 01/01/2022

Named Insured: Tanner's Sports Center Inc.

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ Excluded | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 2,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule CSIA 406

**COMMERCIAL GENERAL LIABILITY PREMISES SCHEDULE :** Refer to CSGA 403

**COMMERCIAL GENERAL LIABILITY CLASSIFICATION AND PREMIUM SCHEDULE:** Refer to CSGA 408

**TOTAL DEPOSIT PREMIUM $** 31,864

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**



Includes copyrighted material of ISO Properties, Inc., with its permission.

# Commercial General Liability Premises Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2022 ☒ **if Supplemental Declarations Is Attached**

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
| --- | --- |
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |

# Commercial General Liability Classification and Premium Schedule

**POLICY NUMBER:** CSU0108950 **POLICY EFFECTIVE DATE:** 01/01/2022

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE<br>A - Area<br>B - Payroll<br>S - Gross Sales<br>U -Units | RATE<br>Premises Operations and All Other | RATE<br>Products/ Completed Operations | DEPOSIT PREMIUM<br>Premises Operations and All Other | DEPOSIT PREMIUM<br>Products/ Completed Operations | |
|---|---|---|---|---|---|---|---|---|
| 1 | Sporting Goods or Athletic Equipment Stores | 18206 | S, 14740000 | 1.906 | .152 | $28,094 | $2,240 | |
| | GL Hired and Non-Owned Auto | 20156 | | | | $500 | | |
| | Premises Pollution Legal Liability | | | | | $880 | | |
| | CSIA405-A - Defense Only Coverage for Certain ATF Proceedings Endorsement | | | | | $150 | | Flat |



Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

Page No.

SECTION I - COVERAGES 1
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY 1
1. Insuring Agreement 1
2. Exclusions 2
a. Expected Or Intended Injury 2
b. Contractual Liability 2
c. Liquor Liability 2
d. Workers' Compensation And Similar Laws 2
e. Employer's Liability 2
f. Pollution 3
g. Aircraft, Auto Or Watercraft 4
h. Mobile Equipment 4
i. War 4
j. Damage To Property 5
k. Damage To Your Product 5
l. Damage To Your Work 5
m. Damage To Impaired Property Or Property Not Physically Injured 5
n. Recall Of Products, Work Or Impaired Property 5
o. Personal And Advertising Injury 5
p. Electronic Data 6
q. Recording And Distribution Of Material Or Information In Violation Of Law 6
COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY 6
1. Insuring Agreement 6
2. Exclusions 6
a. Knowing Violation Of Rights Of Another 6
b. Material Published With Knowledge Of Falsity 6
c. Material Published Prior To Policy Period 6
d. Criminal Acts 7
e. Contractual Liability 7
f. Breach Of Contract 7
g. Quality Or Performance Of Goods - Failure To Conform To Statements 7
h. Wrong Description Of Prices 7
i. Infringement Of Copyright, Patent, Trademark Or Trade Secret 7
j. Insureds In Media And Internet Type Businesses 7
k. Electronic Chatrooms Or Bulletin Boards 7
l. Unauthorized Use Of Another's Name Or Product 7
m. Pollution 7
n. Pollution-Related 7
o. War 7
p. Recording And Distribution Of Material Or Information In Violation Of Law 8


Case ID: 260801836

**TABLE OF CONTENTS (CONT'D)**


| | Page No. |
|---|---|
| **COVERAGE C MEDICAL PAYMENTS** | 8 |
| **1. Insuring Agreement** | 8 |
| **2. Exclusions** | 8 |
| **a. Any Insured** | 8 |
| **b. Hired Person** | 8 |
| **c. Injury On Normally Occupied Premises** | 8 |
| **d. Workers Compensation And Similar Laws** | 8 |
| **e. Athletics Activities** | 8 |
| **f. Products-Completed Operations Hazard** | 8 |
| **g. Coverage A Exclusions** | 8 |
| **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** | 8 |
| **SECTION II - WHO IS AN INSURED** | 10 |
| **SECTION III - LIMITS OF INSURANCE** | 11 |
| **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** | 11 |
| **1. Bankruptcy** | 11 |
| **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** | 11 |
| **3. Legal Action Against Us** | 12 |
| **4. Other Insurance** | 12 |
| **a. Primary Insurance** | 12 |
| **b. Excess Insurance** | 12 |
| **c. Method Of Sharing** | 12 |
| **5. Premium Audit** | 13 |
| **6. Representations** | 13 |
| **7. Separation Of Insureds** | 13 |
| **8. Transfer Of Rights Of Recovery Against Others To Us** | 13 |
| **9. When We Do Not Renew** | 13 |
| **SECTION V - DEFINITIONS** | 13 |
| **1.** "Advertisement" | 13 |
| **2.** "Auto" | 13 |
| **3.** "Bodily injury" | 13 |
| **4.** "Coverage territory" | 13 |
| **5.** "Employee" | 14 |
| **6.** "Executive officer" | 14 |
| **7.** "Hostile fire" | 14 |
| **8.** "Impaired property" | 14 |
| **9.** "Insured contract" | 14 |
| **10.** "Leased worker" | 14 |
| **11.** "Loading or unloading" | 14 |
| **12.** "Mobile equipment" | 15 |
| **13.** "Occurrence" | 15 |
| **14.** "Personal and advertising injury" | 15 |
| **15.** "Pollutants" | 15 |
| **16.** "Products-completed operations hazard" | 15 |



Case ID: 260801836

**TABLE OF CONTENTS (CONT'D)**

| | | Page No. |
|---|---|---|
| **17.** | "Property damage" | **16** |
| **18.** | "Suit" | **16** |
| **19.** | "Temporary worker" | **16** |
| **20.** | "Volunteer worker" | **16** |
| **21.** | "Your product" | **16** |
| **22.** | "Your work" | **17** |



Case ID: 260801836

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.** **Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat,

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or

 © Insurance Services Office, Inc., 2012 

expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred


© Insurance Services Office, Inc., 2012

Case ID: 260801836

before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C;**

   b. Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B.**

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A;** and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow


© Insurance Services Office, Inc., 2012

Case ID: 260801836

this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises


© Insurance Services Office, Inc., 2012

you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

 © Insurance Services Office, Inc., 2012 
Case ID: 260801836

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# TABLE OF CONTENTS

| | Page No. |
|---|---|
| EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE | 1 |
| EXCLUSION - ASBESTOS | 2 |
| EXCLUSION - CROSS SUITS | 2 |
| EXCLUSION - PRIOR INJURY OR DAMAGE | 2 |
| EXCLUSION - LEAD | 3 |
| EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS | 3 |
| EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES | 3 |


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES TO COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## EXCLUSION - ADDITIONAL INSURED PRIOR KNOWLEDGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that "bodily injury" or "property damage" had occurred or had begun to occur, in whole or in part, prior to the policy period in which such "bodily injury" or "property damage" occurs or begins to occur.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that "bodily injury" or "property damage" has occurred or has begun to occur at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an "occurrence," claim or "suit":

**1.** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "bodily injury," or "property damage";

**3.** First observes or reasonably should have first observed, the "bodily injury" or "property damage; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that "bodily injury" or "property damage" had occurred or had begun to occur.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to an additional insured added by attachment of an endorsement to this Coverage Part that is seeking coverage for a claim or "suit," if that additional insured knew, per the following paragraph, that a "personal and advertising injury" offense had been committed or had begun to be committed, in whole or in part, prior to the policy period in which such "personal and advertising injury" was committed or began to be committed.

An additional insured added by attachment of an endorsement to this Coverage Part will be deemed to have known that a "personal and advertising injury" offense has been committed or has begun to be committed at the earliest time when that additional insured, or any one of its owners, members, partners, managers, executive officers, "employees" assigned to manage that additional insured's insurance program, or "employees" assigned to give or receive notice of an offense, claim or "suit":

**1.** Reports all, or any part, of the "personal and advertising injury" to us or any other insurer;

**2.** Receives a written or verbal demand or claim for damages because of the "personal and advertising injury";

**3.** First observes or reasonably should have first observed, the "personal and advertising injury"; or

**4.** Becomes aware, or reasonably should have become aware, by any means other than as described in **3.** above, that a "personal and advertising injury" offense had been committed or had begun to be committed.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - ASBESTOS

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of, attributable to, or any way related to "asbestos" in any form or transmitted in any manner.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "asbestos," by any insured or by any other person or entity.

**B.** The following definition is added to the **Definitions** Section:

"Asbestos" means any type or form of asbestos, including but not limited to, asbestos, asbestos products, asbestos fibers, asbestos contained in any product or material, or a mixture or combination of asbestos and other dust or particles.

## EXCLUSION - CROSS SUITS

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Liability**:

**2. Exclusions**

This insurance does not apply to:

**Cross Suits**

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising out of any claim for damages by a Named Insured against another Named Insured.

## EXCLUSION - PRIOR INJURY OR DAMAGE

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage**:

This insurance does not apply to any "bodily injury" or "property damage" that:

**1.** first occurred prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of occurring as of the Effective date of this Coverage Part; or

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury**:

This insurance does not apply to "personal and advertising injury" that:

**1.** was first committed prior to the Effective date of this Coverage Part;

**2.** is alleged to be in the process of being committed as of the Effective date of this Coverage Part;

**3.** is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions; or

**2.** at the same or adjacent location; or

**3.** from the same or similar work; or

**4.** from the same product or service.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

## EXCLUSION - LEAD

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**a.** "Bodily injury," "property damage" or "personal and advertising injury" arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.

### EXCLUSION OF NEWLY ACQUIRED ORGANIZATIONS AS INSUREDS

Paragraph **3.** of **Section II - Who Is An Insured** does not apply and is deleted in its entirety.

## EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

Any claim of indemnification for punitive or exemplary damages. If a suit is brought against any insured for a claim covered by this Coverage Part, seeking both compensatory and punitive or exemplary damages, we will provide a defense to such action. However, we will not have an obligation to pay for any costs, interest, or damages, attributable to punitive or exemplary damages. If state law provides for statutory multiple damage awards, we will pay only the amount of the award before the multiplier is added.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE
# TABLE OF CONTENTS

| | Page No. |
|---|---|
| SCHEDULE | 1 |
| A. Care, Custody and Control Coverage | 1 |
| B. Limits of Insurance and Deductibles | 1 |
| C. Deductible Clause | 1 |


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

| Limits of Insurance | |
|---|---|
| $ 5,000 | Each Occurrence |
| $ 1,000 | Deductible Each Occurrence |
| $ 10,000 | Aggregate Limit |

**A. Care, Custody and Control Coverage**

**1.** Exclusion **j.** Subparagraph **(4)** of **SECTION I - COVERAGE A** does not apply to "property damage" to the property of others described therein.

**B. Limits of Insurance and Deductibles**

**1.** The Limits of Insurance shown in the Declarations are replaced by the limits designated in the Schedule above with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced. The Limits of Insurance shown in the Schedule fix the most we will pay in any one "occurrence" regardless of the number of:

**(1)** Insureds;

**(2)** Claims made or "suits" brought; or

**(3)** Persons or organizations making claims or bringing "suits".

**C. Deductible Clause**

**1.** Our obligation to pay damages on your behalf applies only to the amount of damages for each "occurrence" that are in excess of the deductible amount stated in the Schedule. The Limits of Insurance will not be reduced by the application of such deductible amount.

**2.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

 © Insurance Services Office, Inc., 2013 
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART - LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART - MORTGAGEHOLDER'S ERRORS AND OMISSIONS COVERAGE FORM
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

**1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Electronic Data Liability, Employment-related Practices Liability, Farm, Liquor Liability, Medical Professional Liability, Owners And Contractors Protective Liability, Pollution Liability, Product Withdrawal, Products/Completed Operations Liability, Railroad Protective Liability and Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

**2.** Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

**3.** Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

**4.** Section **A.** Coverage under the Legal Liability Coverage Form; and

**5.** Coverage **C** - Mortgageholder's Liability under the Mortgageholder's Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

 © Insurance Services Office, Inc., 2013 
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2. Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

 © ISO Properties, Inc., 2006 

Case ID: 260801836

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

**7.** If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

**B.** The following are added and supersede any provisions to the contrary:

**1. Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

**2. Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.


ã ISO Properties, Inc., 2006

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.


© Insurance Services Office, Inc., 2012

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTANTS DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Paragraph **15.** of the **DEFINITIONS** Section is replaced by the following:

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

**a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** **SECTION I - COVERAGE C - MEDICAL PAYMENTS** is deleted and does not apply, and none of the references to it in the Coverage Part apply.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury", "property damage" or "personal and advertising injury" caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(1)** Inhalation of;

**(2)** Ingestion of;

**(3)** Contact with;

**(4)** Absorption of;

**(5)** Exposure to;

**(6)** Existence of; or

**(7)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**b.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**c.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **A. 2. b.** above;

**(5)** "Your product"; or

**(6)** "Your work"; or

**d.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **A. 2. a.**, **b.** or **c.** above;

regardless of any other cause, event, material, product and / or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**C.** For the purposes of this endorsement, **SECTION V - DEFINITIONS** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT CONDITION

This endorsement modifies insurance provided under the following:

COMMERICAL GENERAL LIABILITY COVERAGE FORM

The following is added to Paragraph **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**:

**e.** No insured will admit to any liability, consent to any judgment, or settle any claim or "suit" without our prior written consent.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.


© ISO Properties, Inc., 2006

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

 Copyright, Insurance Services Office, Inc., 1998 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - GUN SAFETY, CONCEAL AND CARRY INSTRUCTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person:

**1.** While practicing, instructing, supervising, officiating, training or participating in any gun safety or conceal and carry gun class while using, demonstrating or handling any gun.

**2.** Arising out of your instruction, guidance, presentation or misrepresentation of any gun safety or conceal and carry gun law, rules, requirements, or regulations.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - METALSMITH OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" to any person while instructing, supervising, or participating in any exhibition, demonstration, class, or workshop, involving or regarding "metalsmithing".

**B.** The following Definition is added to **Section V - Definitions**:

"Metalsmithing" means the process of heating steel or any other metal in a coal, propane, natural gas, wood fire or any other heating source forge to high temperatures, then forging the steel using hammer, tools, and an anvil, or any other tools or equipment used to work with the materials.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

POLICY NUMBER: CSU0108950

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible PER CLAIM | or | PER OCCURRENCE |
|---|---|---|---|
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $ | | $ |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ 5,000 | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

Defense costs and expenses are subject to the deductible. For the purposes of this endorsement, defense costs and claims expenses are included as damages and any payment applies only to amounts in excess of the deductible amount stated.

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

 Copyright, Insurance Services Office, Inc., 1994 

Case ID: 260801836

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.


Copyright, Insurance Services Office, Inc., 1994

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A.** The insurance provided under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** applies to "bodily injury" or "property damage" arising out of the:

**1.** Maintenance or use of a "hired auto" by you or your "employees" in the course of your business; and

**2**. Use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** other than exclusions **a. Expected or Intended Injury, b. Contractual Liability, d. Workers' Compensation and Similar Laws, f. Pollutant, i. War** and the **NUCLEAR ENERGY LIABILITY EXCLUSION (Broad Form)** are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured sustained in the "workplace";

**(2)** An "employee" of the insured arising out of the performance of duties related to the conduct of the insured's business; or

**(3)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraphs **(1)** or **(2)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

**(1)** Liability assumed by the insured under an "insured contract"; or

**(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

**b.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

**2.** For insurance provided by this endorsement only, **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

None of the following is an insured:

**a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child,


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**e.** Any person or organization for the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**3.** For insurance provided by this endorsement only, **SECTION V - DEFINITIONS** is amended to include the following:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired "auto" means only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

**3.** "Non-owned auto" means only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs.


Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

 © Insurance Services Office, Inc., 2012 

Case ID: 260801836

POLICY NUMBER: CSU0108950

COMMERCIAL GENERAL LIABILITY
CSGA 4096 03 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PREMISES POLLUTION LEGAL LIABILITY INSURANCE ENDORSEMENT

**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE AND HAS DIFFERENT REPORTING REQUIREMENTS THAN OTHER PARTS OF THE POLICY. IT ALSO CONTAINS PROVISIONS WHICH LIMIT THE AMOUNT OF "LEGAL EXPENSE" THAT WE MAY BE RESPONSIBLE TO PAY. "LEGAL EXPENSE" APPLIES TO ANY DEDUCTIBLE AND REDUCES EACH APPLICABLE LIMIT OF INSURANCE SHOWN IN THE SCHEDULE OF THIS ENDORSEMENT. PLEASE READ THIS ENDORSEMENT CAREFULLY.**

**FOR THE COVERAGE PROVIDED BY THIS ENDORSEMENT AND WITHOUT WAIVING THE REPORTING REQUIREMENTS OUTLINED IN THE CONDITIONS SECTION BELOW YOU CAN REPORT THE DISCOVERY OF A SPILL TO XL CATLIN *ONCALL* AT 800-432-2481.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

| SCHEDULE | |
|---|---|
| **Premises Pollution Legal Liability Aggregate Limit of Insurance** | $ 100,000 |
| **Premises Pollution Legal Liability Each "Pollution Condition" Limit of Insurance** | $ 100,000 |
| **Deductible Amount for Each "Pollution Condition"** | $ 1,000 |
| **Retroactive Date:**<br>(*If the Retroactive Date is left blank, then the Retroactive Date is the inception date of the policy period of this policy)* | 01/01/2020 |
| **Covered Locations:** Per schedule on file | |

**A.** The following is added to **SECTION I - COVERAGES**:

**1. Premises Pollution Legal Liability Insurance**

**a.** We will pay those sums that you become legally obligated to pay as damages or "cleanup costs" because of "loss" caused by a "pollution condition" provided that:

**(1)** The "loss" is caused by a "pollution condition" on, at, under or migrating from a "covered location";

**(2)** The "pollution condition" results in a "claim" against you;

**(3)** The "pollution condition" takes place, and the "claim" is brought and maintained at all times, in the "coverage territory"; and

**(4)** The "claim" is first made against you during the policy period and reported by you to us, in writing, during the policy period or, where applicable, the "extended reporting period."

**b.** We have the right and duty to defend you against any "claim" seeking damages or "cleanup costs" because of "loss" to which **Premises Pollution Legal Liability Insurance** applies. However, we have no duty to defend you against any "claim" to which **Premises Pollution Legal Liability Insurance** does not apply.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**c.** When we have a duty to defend, we will pay on your behalf "legal expense" incurred as a result of a "claim" against you seeking damages or "cleanup costs" because of "loss" to which **Premises Pollution Legal Liability Insurance** applies.

**d.** "Legal expense" applies to and reduces each applicable Limit of Insurance shown in the **SCHEDULE** of this endorsement, and applies against the Deductible Amount, if any, shown in the **SCHEDULE** of this endorsement.

**e.** We may, at our discretion, investigate any "occurrence" or "pollution condition" and settle any "claim" that may result. However, the amount that we will pay for damages, "cleanup costs" and "legal expense" under **Premises Pollution Legal Liability Insurance** is limited as described in **SECTION III - LIMITS OF INSURANCE**, as amended by Paragraph **C.** of this endorsement. Our right and duty to defend under this endorsement end once the applicable Limit of Insurance shown in the **SCHEDULE** of this endorsement has been used up in the payment of "legal expense" or settlements or judgments, or any combination thereof, to which **Premises Pollution Legal Liability Insurance** applies.

**f.** No other obligation or liability to pay sums or perform acts or services is covered under this endorsement.

**2. Exclusions**

**Premises Pollution Legal Liability Insurance** does not apply to**:**

**a. Known Circumstances or Conditions**

**(1)** A "pollution condition", "loss" or "claim" known by any insured prior to the policy period; or

**(2)** A circumstance or condition known by any insured prior to the inception of the policy period where an insured should have reasonably foreseen that a "pollution condition", "loss" or "claim" would result.

**b. Workers Compensation and Similar Laws**

Any obligation of the insured under any workers' compensation, unemployment compensation or disability benefits law or similar law.

**c. Employers Liability**

"Bodily injury" to:

**(1)** An "employee" of any insured arising out of and in the course of employment by any insured or the performance of duties related to the conduct of any insured's business; or

**(2)** To the spouse (including the domestic partner or civil union partner recognized under the law of any applicable jurisdiction in the "coverage territory"), child, parent, brother or sister of that "employee" as a consequence of **(1)** above.

This exclusion applies whether any insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages as a result of the injury.

This exclusion does not apply to liability assumed by you under an "insured contract", provided that:

**(1)** The "insured contract" is in writing and signed by you;

**(2)** The "pollution condition" first commenced after you signed the "insured contract"; and

**(3)** The "pollution condition" is caused, in whole or in part, by you or by those acting on your behalf.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**d. Contractual Liability**

"Loss" for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages:

**(1)** That you would have in the absence of the contract or agreement; or

**(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that:

**i.** The "insured contract" is in writing and signed by you;

**ii.** The "pollution condition" first commenced after you signed the "insured contract"; and

**iii.** The "pollution condition" is caused, in whole or in part, by you or by those acting on your behalf.

**e. Transportation**

A "pollution condition", "loss" or "claim" arising out of:

**(1)** The ownership, operation, maintenance, use (including "loading or unloading") or entrustment to others of any "auto", "mobile equipment", aircraft, watercraft, rolling stock or other mode of transportation, including any machinery or apparatus attached thereto or any cargo carried thereby; or

**(2)** Waste or materials transported, removed or taken by anyone beyond the boundaries of a "covered location".

**f. Goods, Products or Materials**

A "pollution condition", "loss" or "claim" arising out of any goods, materials or products manufactured, sold, distributed, designed, handled, supplied, altered, repaired or disposed of by any insured or by others under license or trading under an insured's name.

**g. Intentional Acts**

A "pollution condition", "loss" or "claim" arising out of any actual or alleged:

**(1)** Intentional disregard of, or non-compliance with any statute, regulation, ordinance, law or order by or at the direction of any insured or its agent; or

**(2)** Fraudulent, dishonest or malicious conduct by or at the direction of any insured or its agent.

**h. Hostile Acts**

A "pollution condition", "loss" or "claim" arising from any consequence, whether direct or indirect, of war (whether declared or not declared), invasion, act of foreign enemy, hostilities, civil war, rebellion, revolution, insurrection, military action, usurped power, strike, riot or civil commotion.

**i. Professional Liability**

A "pollution condition", "loss" or "claim" arising out of the rendering of or failure to render professional services.

**j. Asbestos**

Any "loss", "pollution condition", cost, expense or "claim" which would not have occurred, in whole or in part, but for the actual, alleged or threatened existence of, presence of, inhalation of, ingestion of, use of, handling of, contact with or exposure to asbestos in any form, including products containing asbestos, asbestos fibers, asbestos dust and asbestos containing materials.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

This exclusion applies regardless of:

**(1)** The cause of the "loss", "pollution condition", cost, expense or "claim", or

**(2)** Whether the "loss", "pollution condition", cost, expense or "claim" is related to any product, services or operations of an insured.

**k. Lead**

Any "loss", "pollution condition", cost, expense or "claim" which would not have occurred, in whole or in part, but for the actual, alleged or threatened existence of, presence of, inhalation of, ingestion of, use of, handling of, contact with or exposure to lead, lead-based paint or any material containing lead or lead-based paint.

This exclusion applies regardless of:

**(1)** The cause of the "loss", "pollution condition", cost, expense or "claim"; or

**(2)** Whether the "loss", "pollution condition", cost, expense or "claim" is related to any product, services or operations of an insured.

**l. Fines, Penalties, Punitive and Multiplied Damages**

Any actual or alleged "claim" or liability for, or amount consisting of, a fine, penalty, punitive damages, exemplary damages or multiplied damages.

**m. Equitable and Other Types of Relief**

Any actual or alleged "claim" or liability for equitable relief, restitution or the return of money for work or services.

**n. Retroactive Date**

A "loss" or "claim" arising out of a "pollution condition" that commenced before the Retroactive Date shown in the **SCHEDULE** of this endorsement. For the purpose of this exclusion, a "pollution condition" that commenced before the Retroactive Date shown in the **SCHEDULE** of this endorsement includes any dispersal, migration or further movement of such "pollution condition" on or after the Retroactive Date shown in the **SCHEDULE** of this endorsement.

**o. Nuclear or Radioactive Waste and Materials**

A "pollution condition", "loss" or "claim" which would have not occurred, in whole or in part, but for the actual, alleged or threatened contact with, exposure to, existence of or presence of any nuclear or radioactive material, waste or condition.

**p. Non-cumulation**

Any "occurrence", "claim", "loss" or "pollution condition", including the same, related, repeated or continuous "pollution condition", that was:

**(1)** Reported to us or an affiliate of us under a policy issued by us or an affiliate of us prior to the inception of the policy period of this policy; or

**(2)** Reported to another insurance company or its agent prior to the inception of the policy period of this policy.

**q. Divested Property**

Any "claim" or "loss" arising out of "pollution condition" on, at, under or migrating from a "covered location" where the actual or alleged "pollution condition" commenced after the time the "covered location" is sold, given away or abandoned by an insured, or is condemned.

**r. Insured Versus Insured**

Any "claim" by an insured against another insured.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**s. Related Persons or Organizations**

Any "claim" by a person or organization:

**(1)** That wholly or partially owns, operates, manages or controls any insured;

**(2)** In which any insured has a direct or indirect ownership interest;

**(3)** That is controlled, operated or managed by any insured; or

**(4)** That is an affiliate of any insured.

**t. Property**

"Property damage" to:

**(1)** Property that is or was at any time owned, rented or occupied by any insured; or

**(2)** Personal property in the care, custody or control of any insured.

Paragraph **(1)** of this exclusion does not apply to "cleanup costs" because of "environmental damage" caused by a "pollution condition" on, at, under or migrating from a covered location.

**u. Mold Matter**

A "pollution condition", "loss" or "claim" which would have not occurred, in whole or in part, but for the actual, alleged or threatened contact with, exposure to, existence of or presence of any "mold matter".

**v. Underground Storage Tanks**

A "pollution condition", "loss" or "claim" arising out of the past or current existence of an "underground storage tank" on, at, under or migrating from a "covered location".

**w. Material Change in Use or Operations**

A "pollution condition", "loss" or "claim" arising out of a material change in the use of, or a material change in the operations at, any "covered location" from those set forth by any insured in the Application or related materials as of the inception date of the policy period of this policy.

**x. Defective Drywall**

The existence of, exposure to, required removal or abatement of:

**(1)** defective drywall, which includes, but is not limited to drywall that emits gases, vapors, fumes or any other irritant or contaminant; and

**(2)** Any other building component affected by defective drywall, including drywall that emits gases, vapors, fumes or any other irritant or contaminant.

For purposes of this exclusion, drywall includes, but is not limited to any product known as gypsum board, wall board, and plasterboard, drywall manufactured either within or outside of the United States and used for interior building material.

**y. Excluded Operations**

A "pollution condition', "loss", cost, expense or "claim" arising out of, or in any way related to, manufacturing, dry cleaning, petroleum sales, automotive sales, automotive servicing or cremation operations performed at any "covered location".

**B.** For the purposes of coverage provided by this endorsement, **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, COVERAGE C MEDICAL PAYMENTS** and **SUPPLEMENTARY PAYMENTS - COVERAGES A AND B in SECTION I - COVERAGES** do not apply.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**C.** For the purposes of coverage provided by this endorsement, **SECTION III - LIMITS OF INSURANCE** is replaced by the following:

**1.** The Limits of Insurance shown in the **SCHEDULE** of this endorsement and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** "Claim"(s);

**c.** Persons or organizations making a "claim";

**d.** Governmental actions taken with respect to "cleanup costs" or

**e.** "Pollution condition"(s).

**2.** The Premises Pollution Legal Liability Aggregate Limit of Insurance shown in the **SCHEDULE** of this endorsement is the most we will pay for all damages, "cleanup costs" and "legal expense" for which insurance is afforded under **Premises Pollution Legal Liability Insurance**. Our total liability for all insurance afforded under this endorsement, combined, will not exceed the Premises Pollution Legal Liability Aggregate Limit of Insurance shown in the **SCHEDULE** of this endorsement.

**3.** Subject to Paragraph **2.** above, the Premises Pollution Legal Liability Each "Pollution Condition" Limit of Insurance shown in the **SCHEDULE** of this endorsement is the most we will pay for the sum of all damages, "cleanup costs" and "legal expense" arising out of a single "pollution condition" for which insurance is afforded under **Premises Pollution Legal Liability Insurance.** All "loss" arising out of the same, related, repeated or continuous "pollution condition"(s) shall be deemed to arise out of a single "pollution condition".

**4. Deductible Amount**

**a.** Our obligations under **Premises Pollution Legal Liability Insurance** to pay damages, "cleanup costs" and "legal expense" apply only to the amount of damages, "cleanup costs" and "legal expense" in excess of the Deductible Amount, if any, shown in the **SCHEDULE** of this endorsement.

**b.** The Deductible Amount shown in the **SCHEDULE** of this endorsement applies to each "Pollution Condition".

**c.** The terms of insurance afforded under **Premises Pollution Legal Liability Insurance,** including those with respect to:

**(1)** Our right and duty to defend any "claim" against the insured seeking damages or "cleanup costs", and

**(2)** Your duties in the event of an "occurrence", "pollution condition", "loss" or "claim" apply irrespective of the application of the Deductible Amount.

**d.** We may pay any part or all of the Deductible Amount for "legal expense", "cleanup costs" or damages, or to effect settlement of any "claim", to which **Premises Pollution Legal Liability Insurance** applies. Upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible Amount as has been paid by us.

**5. Insurance Under Multiple Policies**

**a.** Notwithstanding anything to the contrary in this policy or any other policy issued by us or a company affiliated with us, under no circumstances will more than one policy issued by us or a company affiliated with us apply to:

**(1)** Any "loss" or "pollution condition" that occurs or continues through more than one policy period of two or more policies (including this policy) issued by us or a company affiliated with us; or

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**(2)** "Claim" and "loss" arising out of the same, related, repeated or continuous "pollution condition"(s).

**b.** Subject to Paragraph **c.** below, if more than one policy issued by us or a company affiliated with us would otherwise apply to any "loss" or "pollution condition" that occurs or continues through more than one policy period of two or more policies (including this policy) issued by us or a company affiliated with us, the only policy that will respond is the policy with the earliest inception date. No other policy will respond, even if the limits of the policy with the earliest inception date have been impacted or exhausted by payment(s) by us.

**c.** The most we will pay for the total of all "claim" and "loss" arising out of the same, related, repeated or continuous "pollution condition"(s) under all policies issued by us or a company affiliated with us is the Each "Pollution Condition" Limit of Insurance set forth in the policy with the earliest inception date of all applicable policies issued by us or a company affiliated with us.

**D.** For the purposes of coverage provided by this endorsement, Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit in SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is replaced by the following:

**2. Duties in the Event of an "Occurrence", "Pollution Condition", "Loss" or "Claim"**

**a.** The insured must see to it that we are notified as soon as practicable of any "occurrence", "pollution condition" or "loss" which may result in a "claim." To the extent possible, notice should include:

**(1)** How, when and where the "occurrence", "pollution condition" or "loss" took place;

**(2)** The names and addresses of any person involved and/or having knowledge of the "occurrence", "pollution condition" or "loss"; and

**(3)** The nature of any resulting harm, injury or damage.

**b.** If a "claim" is made or brought against an insured, the insured must:

**(1)** Immediately record the specifics of the "claim" and the date it was received;

**(2)** Notify us as soon as practicable; and

**(3)** Provide written notice of the "claim" as soon as practicable.

**c.** The insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with a "claim";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the "claim"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "loss" to which the insurance under this endorsement applies.

**d**. No insured will, except at its own cost, voluntarily make a payment, assume any obligation, admit liability, or incur any expense without our written consent.

**e**. Upon discovery of a spill, report it to XL Catlin *OnCall* at **800-432-2481**.

**E.** For the purposes of coverage provided by this endorsement, **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended by the addition of the following condition:

**1.** If insurance is available under **Premises Pollution Legal Liability Insurance** and also available under "other intra-policy insurance" for the same "loss", damage or injury, our obligations are limited as follows:

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

**a.** Any insurance available under **Premises Pollution Legal Liability Insurance** is primary, and there will be no contribution from or concurrent coverage with "other intra-policy insurance" that would otherwise be applicable; and

**b.** Any available "other intra-policy insurance" is excess over any insurance available under **Premises Pollution Legal Liability Insurance**, including amounts within the Deductible Amount shown in the **SCHEDULE** of this endorsement.

**c.** When "other intra-policy insurance" is excess, we will have no duty under "other intra-policy insurance" to defend you against any "claim" if we have the duty to defend you under **Premises Pollution Legal Liability Insurance.**

**2.** Coverage under this endorsement is provided based on information in your signed GENERAL LIABILITY SUPPLEMENTAL APPLICATION - POLLUTION LIABILITY that is made part of this policy. Information provided in the Application that is deemed to be a misrepresentation of a material fact will void coverage for "claim" where such misrepresentation was relied upon by us to provide coverage to you.

**F.** For the purposes of coverage provided by this endorsement, the following **Extended Reporting Period** provisions are added:

**Extended Reporting Period**

**1.** You are entitled to a ninety (90) day extended reporting period, commencing on the last day of the policy period. The ninety (90) day extended reporting period applies to a "claim" first made during the policy period and reported to us, in writing, during the ninety (90) day extended reporting period.

**2.** The ninety (90) day extended reporting period applies only if we cancel or non-renew this policy or the **Premises Pollution Legal Liability Insurance** for a reason other than non-payment of premium, non-payment of deductible, fraud or misrepresentation.

**3.** For the purposes of the Extended Reporting Period provisions, the quotation of different terms and conditions by us, and your choice not to accept the quoted terms and conditions, will not be construed as a non-renewal of this policy or the **Premises Pollution Legal Liability Insurance**.

**4.** The ninety (90) day extended reporting period does not extend the policy period, change the scope of coverage provided, or reinstate or increase any limit of insurance.

**G.** For the purposes of coverage provided by this endorsement, the following definitions are added to **SECTION V - DEFINITIONS**:

**23.** "Claim" means a lawsuit or governmental action alleging legal liability on the part of the insured.

**24.** "Cleanup costs" means costs and expenses incurred to investigate, assess, remove, dispose of, treat, abate, contain or neutralize a "pollution condition".

**25.** "Covered location" means each location shown in the **SCHEDULE** of this endorsement and all newly acquired locations during the policy period which are disclosed to us in writing during the policy period.

**26.** Environmental damage" means the injurious presence in or upon land, the atmosphere, or any watercourse or body of water of solid, liquid, gaseous or thermal contaminants, irritants or "pollutants".

**27.** "Extended reporting period" means the ninety (90) day extended reporting period as set forth in Paragraph **F.** of this endorsement above.

**28.** "Legal expense" means reasonable and necessary legal fees, charges and expenses incurred in the investigation and defense of a "claim", provided such costs, charges and expenses are authorized by us. "Legal expense" does not include any expense that is incurred by an insured in assisting in the investigation, defense or resolution of a "claim".

**29.** "Loss" means "bodily injury", "property damage" or "environmental damage".

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.


Case ID: 260801836

**30.** "Mold matter" means mold, mildew or any type or form of fungus, including mycotoxins, spores or by-products produced or released by fungi.

**31.** "Other intra-policy insurance" means insurance provided under the terms of the policy other than the **Premises Pollution Legal Liability Insurance** afforded by this endorsement.

**32.** "Pollution condition" means the discharge, dispersal, release, escape, seepage or migration of "pollutants" into or upon land, the atmosphere, or any watercourse or body of water.

**33.** "Underground storage tank" means a stationary container or vessel, including the associated piping connected thereto, which is ten percent (10%) or more beneath the surface of the ground and is:

**a.** constructed primarily of non-earthen materials; and

**b.** designed to contain any substance.

**H.** For the purposes of coverage provided by this endorsement, Definition **4.** "coverage territory" of **SECTION V - DEFINITIONS** is replaced by the following:

**4.** "Coverage territory" means the United States and its territories and possessions.

**I.** For the purposes of coverage provided by this endorsement, in the event that there is a conflict between a definition of a term in this endorsement and a definition of a term elsewhere in the policy, the definition of the term in this endorsement shall control.

**FOR THE COVERAGE PROVIDED BY THIS ENDORSEMENT AND WITHOUT WAIVING THE REPORTING REQUIREMENTS OUTLINED IN THE CONDITIONS SECTION ABOVE YOU CAN REPORT THE DISCOVERY OF A SPILL TO XL CATLIN *ONCALL* AT 800-432-2481.**

All other terms and conditions of this policy remain unchanged.

© 2013 XL Specialty Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. Surveys;
2. Consultation or advice; or
3. Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
2. To consultation services required to be performed under a written service contract not related to a policy of insurance; or
3. If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

 © ISO Properties, Inc., 2001 

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.


© ISO Properties, Inc., 2004

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - COMMUNICABLE DISEASE, CONTAGIOUS DISEASE OR INFECTIOUS DISEASE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" caused by or arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, absorption of, exposure to, or presence of any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** The cost or expense of recall, abatement, mitigation, removal, disposal, testing or monitoring of products, stock, feed, feed additives, animals, or of any premises or equipment handling such items as a result of any known or suspected connection with any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease, whether such items are owned by any insured or by others, and whether located at any insured's premises or anywhere else.

**3.** Any loss, cost or expense arising out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of or presences of any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease; or

**b.** Claim, "suit", fines or demands by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease.

**4.** Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease.

**5.** Any obligation to share damages with or repay someone else who must pay damages.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

POLICY NUMBER: **CSU0108950**

**COMMERCIAL GENERAL LIABILITY**
**CG 20 18 12 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name(s) Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Wilmington Savings Fund Society, FSB it's successors and/or assigns PO Box 729 Claymont, DE 19703-0729 | 2301 York Rd. Jamison, PA 18929 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you and shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.


© Insurance Services Office, Inc., 2018
Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - BUMP-STOCK DEVICE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury":

**1.** Arising out of the ownership, rental, use, handling, design, manufacture, distribution, sale, transport, receipt, maintenance or repair, disposal, or advertising of any "Bump-Stock Device" by an insured, their employees, patrons or any other person at any time.

**2.** Included within the "products-completed operations hazard" with respect to any "Bump-Stock Device".

**3.** Arising out of the failure of any insured or anyone else for whom any insured is legally responsible to prevent or suppress the use of any "Bump-Stock Device".

"Bump-Stock Device" means a bump fire stock, slide-fire device, or any device with certain similar characteristics to a machine gun which allow a shooter of a semiautomatic firearm to initiate a continuous firing cycle with a single pull of the trigger.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DEER STAND

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury":

**1.** Arising out of the ownership, maintenance, entrustment to others or use by any person of any deer stand. Use includes but is not limited to, transporting the deer stand either by foot, ATV or vehicle, setting up or disassembling the deer stand, climbing up or down the stand, connecting or disconnecting the safety devices, standing or sitting in the stand, whether or not any person is hunting or not.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" or offense which caused the "bodily injury", "property damage" or "personal and advertising injury" involved the operation, transportation or use of a deer stand.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";


© ISO Properties, Inc., 2007

Case ID: 260801836

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.


© ISO Properties, Inc., 2007

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - NO STACKING OF LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

ALL COVERAGE FORMS OR COVERAGE PARTS PROVIDING LIABILITY COVERAGE

The Conditions are amended to add the following:

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy.

This endorsement does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.


© ISO Properties, Inc., 2007

Case ID: 260801836

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEFENSE ONLY COVERAGE FOR CERTAIN ATF PROCEEDINGS ENDORSEMENT

**NOTICE: THIS ENDORSEMENT PROVIDES COVERAGE FOR "DEFENSE COSTS" ONLY.**

**NOTICE: THE LIMITS OF INSURANCE PROVIDED HEREIN ARE IN ADDITION TO THE LIMITS OF INSURANCE FOR ALL OTHER COVERAGES UNDER THIS POLICY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| **AGGREGATE PROCEEDING DEFENSE LIMIT** | **$100,000** |
| **EACH PROCEEDING DEFENSE LIMIT** | $50,000 |

**1. Insuring Agreement**

**a.** We will pay reasonable and necessary "defense costs" to defend you in a "proceeding" arising from your "violation" of 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail, and to which this insurance applies.

We will have the right and the duty to defend you against any "proceeding" to which this insurance applies. At our sole discretion, we shall have the right to select an attorney, certified public accountant or other person recognized to practice before the "ATF" to defend you against any "proceeding" as provided by 27 CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding". However, we will have no duty to defend you against any "proceeding" to which this insurance does not apply.The amount we will pay for "defense costs" is limited as described in Paragraph **3. Limits of Insurance** as shown below.

**b.** This insurance applies only if the "ATF" first notifies you in writing during the policy period of the "proceeding". You shall report such notification to us as soon as practicable.

**c.** This insurance applies only if, prior to the first effective date of this "Defense Only Coverage for Certain ATF Proceedings Endorsement", neither you nor any of your "employees" received notice of a "violation" or knew that the "violation" had occurred, in whole or in part. If you or your "employees" received notice of a "violation " or knew, prior to such effective date, that the "violation" occurred, then any continuation, change or resumption of such "violation" during or after the policy period will be deemed to have been known prior to the policy period and notification of a "proceeding" arising out of such "violation(s)" shall not be covered under this endorsement.

**2. Exclusions**

This insurance does not apply to, and we will not defend or pay any "defense costs":

**a. After Adjudication by De Novo Judicial Review**

After adjudication by de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license.

**b. Criminal Acts**

Arising out of any "violation" which results in any criminal indictments or charges or arises out of a criminal act committed by or at the direction of any insured.

**c. Other Coverages**

Arising out of any "violation" that is covered under Coverages A or B of this policy.

**d. Participating in Compliance Reviews, Audits or Inspections**

Incurred by you to participate in any compliance reviews, audits or inspections, whether or not requested by the "ATF".

**3. Limits of Insurance**

**a.** The Limits of Insurance shown in the Schedule to this "Defense Only Coverage For Certain ATF Proceedings Endorsement" (hereinafter the "Schedule") apply to each "Licensed Location" and the rules below fix the most we will pay for "defense costs" regardless of the number of:

- Insureds;
- Persons or entities filing or initiating a "proceeding";
- "Violations" cited in such "proceedings"; or
- "Proceedings" filed or initiated against the insured.

**b.** The Aggregate Proceeding Defense Limit shown in the Schedule is the most we will pay in the aggregate for all "defense costs" for all "proceedings" filed against all insureds at each "licensed location".

**c.** Subject to Subparagraph b. above, the Each Proceeding Defense Limit shown in Schedule is the most we will pay for all "defense costs" arising out of a single "proceeding" at each "licensed location".

**d.** All "proceedings" or series of related or interrelated "proceedings" arising out of an inspection or re-inspection of the "licensed location" by the "ATF" will be deemed to be a single "proceeding" and will be deemed to have occurred when you receive written notice of the first "proceeding" by the "ATF". Only the policy in effect when you receive written notice of the first "proceeding" shall apply to all such "proceedings".

**4. Definitions**

**a.** "ATF" means the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a similar state agency that has the authority to issue and revoke firearms licenses.

**b.** "Defense costs" means the cost of hiring an attorney, certified public accountant or other person recognized to practice before the "ATF" to represent you at a "proceeding", as provided by 27

Includes copyrighted material of ISO Properties, Inc. with it permission

Case ID: 260801836

CFR 478.76, or other written procedure permitted by the "ATF" governing the requirements for representing a firearms licensee at a "proceeding".

"Defense costs" do not include equitable relief or any type of damages, including, but not limited to, compensatory damages, consequential damages, punitive damages, exemplary damages, fines, penalties, statutory damages or any court costs, filing fees, expenses, or costs charged to you by any governmental agency or court.

**c.** "Licensed location" means each location owned by you that holds the required firearms license in order to sell firearms at wholesale or retail.

**d.** "Proceeding" means a hearing, including:

(1) a "warning conference";

(2) other hearing, as provided by 27 CFR 478.74, regarding the denial of a renewal, suspension or revocation of a firearms license by the "ATF"; or

(3) de nova judicial review of a final denial of a renewal, suspension or revocation of a firearms license by the "ATF"

which occurs after you have been notified in writing of a "violation" by the "ATF". However, we will not defend you until you have received written notice from the "ATF" requiring your attendance at such a hearing.

**e.** "Violation " means the actual or alleged failure to comply with 27 CFR 478 et seq., as may be amended from time to time, or any similar state law or regulation governing the administrative and recordkeeping procedures of firearms dealers, provided that, you are in the business of selling firearms at wholesale or retail. Such "violation" must have been found during an "ATF" inspection of the "licensed location" authorized under 27 CFR 478.23(b)(2)(i), or any similar state law or regulation.

**f.** "Warning conference" means an informal conference offered by the "ATF", in writing, to provide the insured with the opportunity to respond to the "violations" and to determine any necessary corrective actions.

All other terms and conditions of the policy remain unchanged.



Includes copyrighted material of ISO Properties, Inc. with its permission



Case ID: 260801836

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 10

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

**The Cincinnati Specialty Underwriters Insurance Company**
A Stock Insurance Company

**Headquarters**: 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address**: P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0108951 **PREVIOUS POLICY NUMBER:** CSU0108951

**NAMED INSURED AND MAILING ADDRESS:**
Tanner's Sports Center Inc.

Refer to Named Insured Schedule CSIA409
2301 YORK RD
JAMISON PA 18929

**PRODUCER - Your contact for matters pertaining to this policy:** 37-168
Tyrol Insurance Agency, Inc.
223 N Sycamore St
Newtown PA 18940

Surplus Lines Broker:
527787
CSU Producer Resources, Inc.
6200 South Gilmore Road
Fairfield, OH 45014-5141
Scott Hintze

**Policy Period: From** 01/01/2022 **To** 01/01/2023 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Firearms Retailer

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| | **DEPOSIT PREMIUM** | |
| Excess Liability | $ | 8,900.00 |
| Terrorism Risk Insurance Extension Act | | Excluded |
| **TOTAL POLICY PREMIUM** | $ | 8,900.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0**% OF TOTAL POLICY PREMIUM.**

| | | |
|---|---|---|
| Broker Fee | $ | 35.00 |
| Surplus Lines Taxes | $ | 267.00 |
| Stamping Fee | $ | 20.00 |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 9,222.00 |

**Premium is subject to annual audit:** ☒ **Yes** ☐ **No**

**THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.**


Includes copyrighted material of ISO Properties, Inc., with its permission

**NOTICE TO POLICYHOLDER:**
**The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is NOT covered by the Pennsylvania Property and Casualty Insurance Guaranty Association.**

Billing Method: **Direct Bill**

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY AT TIME OF ISSUE:**

Refer to Forms and Endorsements Schedule CSIA406

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Signed by: ______________________________ Date __________
(Authorized representative or countersignature, where applicable)


Includes copyrighted material of ISO Properties, Inc., with its permission

Case ID: 260801836

POLICY NUMBER CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured: **Tanner's Sports Center Inc.**


Case ID: 260801836

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2022

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - Common Forms**

| | |
|---|---|
| CSIA501 (07/14) | Common Policy Declarations |
| CSIA409 (01/08) | Named Insured Schedule |
| CSIA423PA (05/10) | Important Notice |
| CSIA448 (01/15) | Policyholder Notice Terrorism Insurance Coverage |
| CSIA403 (11/17) | Special Provisions - Premium |
| CSIA404 (08/07) | Service of Suit |
| CSIA410 (03/08) | Notice to Policyholders |
| CSIA300 (01/15) | Exclusion Of Certified Acts And Other Acts Of Terrorism |

**Forms Applicable - EXCESS**

| | |
|---|---|
| CSCX404 (06/09) | Excess Liability Premises Schedule |
| CSCX403 (06/09) | Calculation Of Premium |
| IL0017 (11/98) | Common Policy Conditions |
| CSCX500 (06/09) | Commercial Excess Liability Coverage Part Declarations |
| CSCX400 (06/09) | Commercial Excess Liability Schedule of Controlling Underlying Insurance |
| CX2143 (05/14) | Exclusion - Access Or Disclosure Of Confidential Or Personal Information |
| CSCX100TOC (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS |
| CSCX100 (02/13) | COMMERCIAL EXCESS LIABILITY COVERAGE FORM |
| CSCX334 (06/09) | Exclusion Of Coverage To Any Additional Insured |
| CSCX407 (06/09) | Limitation - Two or More Coverage Forms or Policies Issued By Us |
| CSCX406PA (06/09) | Pennsylvania Notice |
| CX0210 (09/08) | Pennsylvania Changes - Cancellation and Nonrenewal |
| CSCX372 (06/09) | Prior Injury or Damage Exclusion |

# Forms and Endorsements Schedule

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2022

**NAMED INSURED:** Tanner's Sports Center Inc.

**FORMS APPLICABLE**

**Forms Applicable - EXCESS**

| | |
|---|---|
| CSCX302 (06/09) | Abuse or Molestation Exclusion |
| CSCX311 (03/16) | EXCLUSION - ASSAULT OR BATTERY |
| CSCX320 (06/09) | Care Custody or Control Exclusion |
| CSCX319 (06/09) | Cancer Exclusion |
| CSCX351 (06/09) | Intellectual Property Exclusion |
| CSCX344 (06/09) | Fungi Or Bacteria Exclusion |
| CSCX331 (06/09) | Lead Exclusion |
| CSCX329 (11/18) | Cross Suits Exclusion |
| CSCX322 (04/20) | Communicable Disease, Contagious Disease or Infectious Disease Exclusion |
| CSCX327 (06/09) | Contractual Liability Exclusion |
| CSCX3000 (08/09) | Damage To Premises Occupied Or Rented To You Exclusion |
| CSIA405(08/09)-A- | Excess Liability Audit Endorsement |
| CSIA405(08/09)-B- | Exclusion- Class Action Litigation |

# IMPORTANT NOTICE

As a policyholder of The Cincinnati Specialty Underwriters Insurance Company, we are required by state statute to provide you with notice that your renewal premium may increase. An increase may be attributed to any number of reasons that may include changes in your sales or payroll, increase in your property values or coverage limits, a rate increase, or a change in the nature and extent of your business. You have the ability to control some of these factors through the use of deductibles, safety and loss prevention measures in your workplace, and through careful selection of your insurance coverages. Prior to your renewal, please take the time to contact your agent to review this policy to make sure your coverages reflect your current needs.

# POLICYHOLDER NOTICE
# TERRORISM INSURANCE COVERAGE

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

In accordance with the federal Terrorism Risk Insurance Act, we are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the federal share equals a percentage, as specified in the Schedule below, of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

- **Schedule:**

| Federal Share of Terrorism Losses | |
|---|---|
| **Percentage** | **Calendar Year** |
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

**Cap on Insurer Participation:**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**NOTE: IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**



Case ID: 260801836

POLICY NUMBER: **CSU0108951**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - PREMIUM

This endorsement modifies the policy to add the following special provisions:

**SCHEDULE**

**Deposit Premium and Minimum Premium**

The minimum premium is equal to **100**% of the deposit premium.

**Cancellation Minimum Earned Premium**

Cancellation minimum earned premium is equal to **25** % of the total policy premium.

We will compute all premiums for coverage in accordance with our rules and rates.

The deposit premium is subject to audit when indicated as such on the declarations. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the due date on the bill.

If the earned premium is less than the deposit premium paid for the policy period, we will return the excess to the first Named Insured, subject to the minimum premium as defined below. If the earned premium is greater than the deposit premium paid for the policy period the additional premium shall become due and payable to the company.

Deposit premium is the premium stated in the Declarations payable in full at the inception of the policy.

Earned premium is computed by applying the policy rates to the actual premium basis for the audit period.

Minimum premium is the lowest amount to be retained as premium for the policy period. The minimum premium is equal to 100% of the deposit premium shown in the Declarations unless otherwise indicated in the Schedule above.

Cancellation minimum earned premium is the minimum amount to be retained as premium if you request cancellation of this policy. Cancellation minimum earned premium is equal to 25% of the total policy premium shown in the Declarations unless otherwise indicated in the Schedule above.

Any premium shown as flat charge is fully earned and is not subject to the cancellation minimum earned premium.

The first Named Insured must keep records of the information we need for premium computations, and send us copies at such times as we may request.

**Failure to pay any premium(s) due, including any additional audit premium(s) will subject this policy, and/or any additional or subsequent policies, to cancellation for non-payment of premium.**



Case ID: 260801836

POLICY NUMBER: CSU0108951

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

**Schedule**

Service of Process will be accepted by:

Cincinnati Specialty Underwriters
c/o Richard Hill
6200 South Gilmore Road
Fairfield, OH 45014

It is agreed that in the event of the failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the party shown in the Schedule above and that in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The party named in the Schedule above is authorized and directed to accept service of process on behalf of the Company in any such suit or upon request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Pursuant to any statute of any state, territory or district of the United States of America which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

# NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Specialty Underwriters Insurance Company, a subsidiary of The Cincinnati Insurance Company. The information disclosed in the application and all information collected by this company or The Cincinnati Insurance Company, The Cincinnati Casualty Company or The Cincinnati Indemnity Company may be shared among all four companies.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements except Medical Professional Liability (professional liability forms insuring dentists, optometrists, nurses, and nursing homes, among others)**

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce the civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

**B.** The following exclusion is added:

**EXCLUSION OF CERTIFIED ACTS AND OTHER ACTS OF TERRORISM**

We will not pay for any loss, injury or damage caused directly or indirectly by a "certified act of terrorism" or an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials;

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials;

**3.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident;

**4.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**5.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination.

Paragraphs **B.3.** and **B.4.** immediately preceding, describe the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Part, Coverage Form, Policy or Endorsement, except as provided in this Endorsement.

However, Paragraph **B.4.** immediately preceding, is not to be used as a threshold to measure the magnitude of an "other act of terrorism" for the purposes of determining if this exclusion applies to a Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Machinery and Equipment Coverage Part, Commercial Crime Coverage Form, Commercial Crime Policy, Employee Theft and Forgery Policy, Farm Property Coverage Part, Government Crime Coverage Form, Government Crime Policy, Standard Property Policy, or Section **I** of the Businessowners Package Policy.

**C. Exception Covering Certain Fire Losses**

The following modifies insurance provided under the following: Commercial Inland Marine Coverage Part, Commercial Property Coverage Part, Farm Coverage Part and Standard Property Policy:

If a "certified act of terrorism" or an "other act of terrorism" causes fire damage to property that is subject to the Standard Fire Policy in a state that utilizes the Standard Fire Policy as its minimum fire coverage standard, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

With respect to fire resulting from any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

This Section **C.** does not apply to:

**1.** A Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows an exception for fire resulting from terrorism; or

**2.** An Inland Marine Coverage Part for a "certified act of terrorism" or "other act of terrorism" that occurs in a state that allows a commercial inland marine exception,

to its Standard Fire Policy minimum fire coverage regulations.

**D. Exception Covering Minimum Financial Responsibility**

The following applies to the Business Auto Coverage Form, Business Auto Physical Damage Coverage Form, Garage Coverage Form, Motor Carrier Coverage Form, Single Interest Automobile Physical Damage Insurance Policy and Truckers Coverage Form if they are included in, or are part of, this Policy and if the "certified act of terrorism" or "other act of terrorism" causes loss in a state that requires compulsory or financial responsibility minimum limits apply to excluded acts of terrorism:

The exclusion stated in Section **B.** of this endorsement does not apply to:

**1.** Liability or Personal Injury Protection Coverage, but only up to the state compulsory or financial responsibility law minimum limits of insurance for each coverage; and

**2.** Uninsured and/or Underinsured Motorists Coverage, if applicable, but only up to the minimum statutory permitted limits of insurance for each coverage.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

**1.** Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

**2.** Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

**3.** Any other exclusion,

regardless if the "certified act of terrorism" or "other act of terrorism" contributes concurrently or in any sequence to the loss, injury or damage.

**F. Conformity With Statute**

If any terms or conditions of this endorsement are in conflict with the laws of the jurisdiction under which this policy is construed, then such terms and conditions will be deemed changed to conform with such laws, but only to the extent that such terms and conditions are otherwise covered by the Coverage Part, Coverage Form, Policy or Endorsement to which this endorsement applies.

**G. Supersession**

The exclusions for acts of terrorism in this endorsement supersede any offers of terrorism coverage.

**H. Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism except "other acts of terrorism" that takes place after the expiration or repeal of the Act.


Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, Inc., with its permission.

Case ID: 260801836

# EXCESS LIABILITY PREMISES SCHEDULE

**POLICY NUMBER:** CSU0108951 **POLICY EFFECTIVE DATE:** 01/01/2022

**NAMED INSURED:** Tanner's Sports Center Inc.

| LOC. | ADDRESS |
|---|---|
| 1 | 2301 YORK RD<br>JAMISON PA 18929 |


Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

EXCESS LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.


Copyright, Insurance Services Office, Inc., 1998
Case ID: 260801836

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: CSU0108951 Effective Date: 01/01/2022

Named Insured: Tanner's Sports Center Inc.

**Commercial Excess Liability Coverage Limits of Insurance:**

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Aggregate Limit | $1,000,000 |

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule **CSIA 406**

**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE:**
Refer to form **CSCX 400** which is part of the Commercial Excess Liability policy declarations.

**COMMERCIAL EXCESS LIABILITY PREMISES SCHEDULE:**
Refer to **CSCX 404**

**TOTAL DEPOSIT PREMIUM:** $ 8,900

**Premium is subject to audit:** ☒ **Yes** ☐ **No**

**NOTICES OF CLAIMS OR EVENTS SHOULD BE REPORTED IMMEDIATELY TO:**

The Cincinnati Specialty Underwriters Insurance Company:
Claims Department
P.O. Box 145496
Cincinnati, Ohio 45250-5496
Email: ClaimsMainDesk@cinfin.com
Fax: (877) 242-3665



Includes copyrighted material of ISO Properties, Inc. with its permission.



Case ID: 260801836

THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY

# COMMERCIAL EXCESS LIABILITY
# SCHEDULE OF CONTROLLING UNDERLYING INSURANCE

**Attached to and forming part of POLICY NUMBER:** CSU0108951 **Effective date:** 01/01/2022

**Named Insured:** Tanner's Sports Center Inc.

| | | | |
|---|---|---|---|
| **General Liability** | **Company:** The Cincinnati Specialty Underwriters Insurance Company | | |
| | **Policy Number:** CSU0108950 | | |
| | **Policy Period:** 01-01-2022 To 01-01-2023 | | |
| | **Limits Of Insurance:** | | |
| | **Each Occurrence** | $1,000,000 | |
| | **Personal And Advertising Injury** | $1,000,000 | Any one person or organization |
| | **Products-Completed Operations Aggregate** | $2,000,000 | |
| | **General Aggregate** | $2,000,000 | |

| | | |
|---|---|---|
| **Employer's Liability** | **Company:** Rockwood Casualty Insurance Company | |
| | **Policy Number:** WC 688409 | |
| | **Policy Period:** 10-01-2022 To 10-01-2023 | |
| | **Limits Of Insurance:** | |
| | **Bodily Injury By Accident Each Accident** | $1,000,000 |
| | **Bodily Injury By Disease Policy Limit** | $1,000,000 |
| | **Bodily Injury By Disease Each Employee** | $1,000,000 |



Includes copyrighted material of ISO Properties, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Controlling Underlying Insurance:**<br>**Rockwood Casualty Insurance Company** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Injury or damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

However, this exclusion does not apply to coverage for "injury or damage" provided under any "controlling underlying insurance" listed in the Schedule above.


© Insurance Services Office, Inc., 2013

Case ID: 260801836

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM TABLE OF CONTENTS

Page No.

SECTION I - COVERAGES 1
1. Insuring Agreement 1
2. Exclusions 1
   a. Asbestos 1
   b. Auto 1
   c. Recording And Distribution Of Material Or Information in Violation Of Law 2
   d. E.R.I.S.A. 2
   e. Employment Practices 2
   f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages 2
   g. Nuclear 2
   h. Pollutant or Pollutant-Related 2
   i. War 3
   j. Workers' Compensation And Similar Laws 3
3. Defense 3
SECTION II - LIMITS OF INSURANCE 3
SECTION III - CONDITIONS 4
1. Appeals 4
2. Bankruptcy 4
   a. Bankruptcy Of Insured 4
   b. Bankruptcy Of Controlling Underlying Insurer 4
3. Duties In The Event Of An Event, Claim Or Suit 4
4. First Named Insured Duties 4
5. Cancellation 4
6. Changes 5
7. Maintenance Of Changes To Controlling Underlying Insurance 5
8. Other Insurance 5
9. Premium Audit 5
10. Loss Payable 5
11. Legal Action Against Us 5
12. Transfer Of Defense 6
   a. Defense Transferred To Us 6
   b. Defense Transferred By Us 6
13. When We Do Not Renew 6
SECTION IV - DEFINITIONS 6
1. "Controlling underlying insurance" 6
2. "Controlling underlying insurer" 6
3. "Event" 6
4. "Loss" 6
5. "Retained Limit" 6
6. "Pollutants" 6


Includes copyrighted material of Insurance Services Office Inc., with its permission.

Case ID: 260801836

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy or under "controlling underlying insurance". The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance".

Other words and phrases that appear in quotation marks in this Coverage Part have special meaning. Refer to Section **IV** - Definitions. Other words and phrases that are not defined under this Coverage Part but defined in the "controlling underlying insurance" will have the meaning described in the policy of "controlling underlying insurance".

The insurance provided under this Coverage Part will follow the same provisions, exclusions and limitations that are contained in the applicable "controlling underlying insurance", unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Part will apply. However, the coverage provided under this Coverage Part will not be broader than that provided by the applicable "controlling underlying insurance".

There may be more than one "controlling underlying insurance" listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Part. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" applicable to the particular "event" for which a claim is made or suit is brought will apply.

## SECTION I - COVERAGES

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured, except as stated in this Coverage Part, those sums in excess of the "retained limit" any insured becomes legally obligated to pay as damages to which insurance provided under this Coverage Part applies.

**b.** The amount we will pay for "loss" is limited as described in Section **II** - Limits Of Insurance.

**c.** This insurance applies to damages that are subject to an applicable "retained limit". If any other limit, such as, a sublimit, is specified in the "controlling underlying insurance", this insurance does not apply to damages arising out of that exposure unless that limit is specified in the Declarations under the Schedule of "controlling underlying insurance".

**d.** If the "controlling underlying insurance" requires, for a particular claim, that the injury or damages occur during its policy period in order for that coverage to apply, then this insurance will only apply to that injury or damages if it occurs during the policy period of this Coverage Part. If the "controlling underlying insurance" requires that the "event" causing the particular damage takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the "event" causing that damage takes place during the policy period of this Coverage Part.

### 2. Exclusions

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Part. The exclusions applicable to any "controlling underlying insurance" apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Part.

Insurance provided under this Coverage Part does not apply to:

**a. Asbestos**

Any liability or damages:

**(1)** Caused by or arising out of, attributable to, or in any way related to asbestos in any form or transmitted in any manner; or

**(2)** For any asbestos related diseases.

**b. Auto**

Any loss, cost or expense caused by or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists coverage.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**c. Recording and Distribution of Material or Information in Violation of Law**

Any liability or damages arising out of:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**d. E.R.I.S.A.**

Any liability or damages arising out of:

**(1)** Any insured's activities as a fiduciary under the Employment Retirement Income Security Act of 1974, or any amendments thereof or any regulation or orders issued pursuant thereof; or

**(2)** The Pension Benefits Act and the Consolidation Omnibus Budget Reconciliation Act of 1986 (COBRA);

Including any amendments, regulations or enabling statutes pursuant thereto, or any similar federal, state or provincial statute or regulation.

**e. Employment Practices**

Any injury to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Other employment-related practices, policies, acts or omissions including but not limited to coercion, criticism, demotion, evaluation, failure to promote, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of injury to that person at whom any of the employment-related practices described in Paragraphs **(1)(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(1)(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury.

**f. Fines, Penalties, Punitive, Exemplary, Multiplied or Uninsurable Damages**

**(1)** Civil or criminal fines or penalties imposed by law;

**(2)** Punitive or exemplary damages;

**(3)** The multiplied portion of multiplied damages;

**(4)** Any amount for which an insured is not financially liable; or

**(5)** Any award that is uninsurable under the law governing this policy,

**g. Nuclear**

Any liability or damages based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving the hazardous properties, including radioactive, toxic or explosive properties, of any nuclear material. Nuclear material means any source material, special nuclear material, or by-product materials as those terms are defined under the Atomic Energy Act of 1954 or any amendments thereto.

**h. Pollutant or Pollutant-Related**

**(1)** Injury arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, escape or emission of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutral-



Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**i. War**

Injury, however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**3. Defense**

**a.** We have no duty to defend any insured or participate in the settlement or defense of any claim, suit or proceedings.

**b.** We have the right, but not the duty, to be associated with the insured or "controlling underlying insurers" in the investigation, defense or settlement of any claim, suit or proceeding to which we think this Coverage Part may apply.

**c.** If the "controlling underlying insurance" limits are exhausted by payment of "loss", we have the right but not the duty to investigate, defend or settle any claim or suit to which we think this Coverage Part may apply. However, at our discretion, if we assume our right to investigate, defend or settle any claim or suit we may withdraw from such investigation, defense or settlement proceedings after our applicable Limits of Insurance as stated in the Commercial Excess Liability Declarations have been exhausted by payments.

We will not pay any expenses except those we directly incur at our discretion.

## SECTION II - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Commercial Excess Liability Coverage Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought, or number of vehicles involved;

**c.** Persons or organizations making claims or bringing suits;

**d.** Coverages provided by this insurance; or

**e.** Limits available under any "controlling underlying insurance.

**2.** The Limits of Insurance of this Coverage Part will apply as follows:

**a.** This insurance only applies in excess of the "retained limit".

**b.** The Aggregate Limit is the most we will pay for the sum of all "loss" for all damages covered under this Coverage Part.

**c.** The Each Occurrence Limit is the most we will pay for the sum of all "loss" under this insurance because of all damages arising out of any one "event". Any amount we pay for damages arising out of an "event" will reduce or exhaust the amount of our applicable aggregate limit of insurance available for payment of any other "event".

**d.** With respect to any claim or suit to which this insurance applies and for which we assume charge of the settlement or defense, if the limits of insurance of any "controlling underlying insurance" are reduced by defense expenses then any defense expense payments we make will reduce our applicable Limits of Insurance in the same manner.

**3.** If any "controlling underlying insurance" has a policy period that is different from the policy period of this Coverage Part then, for the purposes of this insurance, the "retained limit" will only be reduced or exhausted by payments made for damages covered under this insurance.

The Aggregate Limits of this Coverage Part applies separately to each consecutive annual period of this Coverage Part and to any remaining period of this Coverage Part of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional pe-


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

riod will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION III - CONDITIONS

The following Conditions apply. The Conditions applicable to any "controlling underlying insurance" are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

**1. Appeals**

If the "controlling underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit", we may do so at our own expense. We will also pay for taxable court costs, pre- and post judgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the Limits of Insurance described in Section **II** - Limits Of Insurance.

**2. Bankruptcy**

**a. Bankruptcy of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**b. Bankruptcy of Controlling Underlying Insurer**

Bankruptcy of the "controlling underlying insurer" will not relieve us of our obligations under this Coverage Part.

However, insurance provided under this Coverage Part will not replace any "controlling underlying insurance" in the event of bankruptcy or insolvency of the "controlling underlying insurer". The insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect and recoverable.

**3. Duties in the Event of an Event, Claim or Suit**

**a.** You must see to it that we are notified in writing as soon as practicable of an "event" which may result in a claim under this insurance.

**b.** If a claim is made or suit is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or suit and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or suit as soon as practicable.

**c.** You and any other insured involved must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of damages to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, admit to any liability, consent to any judgment, settle any claim or suit, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any "controlling underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Part.

**5. Cancellation**

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**6. Changes**

This Coverage Part contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Part with our written consent. This Coverage Part's terms can be amended or waived only by endorsement issued by us and made part of this insurance.

**7. Maintenance of Changes to Controlling Underlying Insurance**

Any "controlling underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "controlling underlying insurance" that results from injury or damages to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "controlling underlying insurance". Failure to maintain "controlling underlying insurance" will not invalidate insurance provided under this Coverage Part, but insurance provided under this Coverage Part will apply as if the "controlling underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "controlling underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "controlling underlying insurance" is changed.

**8. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Part; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**9. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** If this policy is auditable, the premium shown in this Coverage Part is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**10. Loss Payable**

Liability under this Coverage Part does not apply to a given claim unless and until:

**a.** The insured or insured's "controlling underlying insurer" has become obligated to pay the "retained limit"; and

**b.** The obligation of the insured to pay the "loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "controlling underlying insurer" (or a representative of one or more of these) and us.

**11. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "controlling underlying insurer" and the claimant or the claimant's legal representative.

**12. Transfer of Defense**

**a. Defense Transferred To Us**

When the limits of "controlling underlying insurance" have been exhausted, in accordance with the provisions of "controlling underlying insurance", we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

**b. Defense Transferred By Us**

If we exercise our right to defend any claim, suit or proceeding, when our limits of insurance have been exhausted our right to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Part of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the "controlling underlying insurance" had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Part, we will cooperate in the transfer of control to the insured and its designated representative.

**13. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION IV - DEFINITIONS

Except as otherwise defined in this Coverage Part or in any endorsement to this Coverage Part, the definition of terms and phrases contained in this Coverage Part and any endorsements will be the same as those terms and phases are defined in the "controlling underlying insurance".

**1.** "Controlling underlying insurance" means any policy of insurance or self-insurance listed as such in our Schedule of Controlling Underlying Insurance.

**2.** "Controlling underlying insurer" means any insurer who provides any policy of insurance listed as such in our Schedule of Controlling Underlying Insurance.

**3.** "Event" means an occurrence, offense, accident, act, error or omission, or other event to which the applicable "controlling underlying insurance" applies.

**4.** "Loss" means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a.** Settlements, judgments, binding arbitration; or

**b.** Other binding alternate dispute resolution proceeding entered into with our consent.

"Loss" includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

**5.** "Retained limit" means the available limits of "controlling underlying insurance" applicable to the claim

**6.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum, petroleum products and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to, that which has been recognized in industry or government to be harmful or toxic to persons, property or the environment, regardless of whether the injury, damage, or contamination is caused directly or indirectly by the "pollutants" and regardless of whether:

**a.** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** The insured uses, generates or produces the "pollutant".


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE TO ANY ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The word "insured" does not include any person or organization added as an Additional Insured to any "controlling underlying insurance". Insurance provided by this Coverage Part does not apply to any Additional Insured qualifying as an insured under any "controlling underlying insurance".


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following condition is added to **Section III - Conditions:**

**14. Two or More Coverage Forms or Policies Issued by Us**

If two or more liability coverage forms, coverage parts or policies issued to you by us or any company affiliated with us apply to the same injury or claim for damages, the maximum Limits of Insurance shall not exceed the highest applicable Limits of Insurance available under any one coverage form, coverage part or policy. This condition does not apply to any coverage form, coverage part or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

**1.** surveys;

**2.** consultation or advice; or

**3.** inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

**1.** if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

**2.** to consultation services required to be performed under a written service contract not related to a policy of insurance; or

**3.** if any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART

**A.** Paragraph **5. Cancellation** of **Section III - Conditions** is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2.** **Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3.** **Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**e.** Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**f.** Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

**4.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

 © ISO Properties, Inc., 2007 

Case ID: 260801836

7. If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.

**B.** Paragraph **13. When We Do Not Renew** of **Section III - Conditions** is replaced by the following:

**1. Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

**2. Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first-class mail. Proof of mailing will be sufficient proof of notice.


© ISO Properties, Inc., 2007

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIOR INJURY OR DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

**1.** First occurred prior to the Effective date of this policy;

**2.** Is alleged to be in the process of occurring as of the Effective date of this policy; or

**3.** Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;

**2.** At the same or adjacent location;

**3.** From the same or similar work; or

**4.** From the same product or service.

However, if the "controlling underlying insurance" is a Claims Made policy, paragraph **A.** above will not apply and only paragraph **B.** will apply to any "loss", claim, suit or "event":

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss that:

**1.** First occurred prior to the Retroactive date of this policy;

**2.** Is alleged to be in the process of occurring as of the Retroactive date of this policy; or

**3.** Is in the process of settlement, adjustment or "suit".

This exclusion applies to all continuing injury or damage:

**1.** Arising from the same or similar cause, including continuous or repeated exposure to substantially the same general harmful conditions;

**2.** At the same or adjacent location;

**3.** From the same or similar work; or

**4.** From the same product or service.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** The actual or alleged abuse or molestation of any person while in the care, custody or control of any insured or any person or institution designated by an insured; or

**2.** The negligent:

**(a)** Employment;

**(b)** Investigation;

**(c)** Supervision;

**(d)** Reporting to the proper authorities, or failure to so report; or

**(e)** Retention,

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.



Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASSAULT OR BATTERY

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of:

**(1)** An actual or threatened assault or battery whether caused by or at the instigation or direction of any insured, their employees, patrons or any other person;

**(2)** The failure of any insured or anyone else for whom any insured is legally responsible to prevent or suppress assault or battery; or

**(3)** The failure to provide an environment safe from assault or battery, including but not limited to the failure to provide adequate security, or failure to warn of the dangers of the environment that could contribute to assault or battery; or

**(4)** The failure to render or secure medical treatment or care necessitated by any assault or battery; or

**(5)** The negligent investigation, reporting, or failure to report an assault or battery to the proper authorities by any person; or

**(6)** The negligent:

**(a)** Employment;

**(b)** Supervision;

**(c)** Training;

**(d)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by the **Assault or Battery** exclusion above.

**B.** For the purpose of this endorsement the words assault and battery are intended to include, but are not limited to, sexual assault.



Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY OR CONTROL EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Property damage to property not owned by an insured and in the care, custody or control of an insured, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCER EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss:

**1.** Caused by or arising, in whole or in part, out of the actual or alleged, threatened or suspected, exposure to, presence of, or fear of, any cancer, malignant growth or cancerous condition of any type, regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** Caused by or arising out of your work or your product with respect to any cancer, malignant growth or cancerous condition of any type.

**3.** Caused by or arising out of any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any cancer, malignant or cancerous condition of any type.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTELLECTUAL PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any claim or suit for damage or loss caused by or arising out of the actual or alleged infringement, misappropriation or violation of intellectual property rights or laws, including but not limited to:

**1.** Trademark,

**2.** Trade dress,

**3.** Slogan,

**4.** Style of doing business,

**5.** Copyright,

**6.** Patent rights,

**7.** Trade-secret rights,

**8.** Publicity rights,

**9.** Moral rights, or

**10.** Rights against unfair competition.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability caused directly or indirectly, in whole or in part, by any actual, alleged or threatened:

**(a)** Inhalation of;

**(b)** Ingestion of;

**(c)** Contact with;

**(d)** Absorption of;

**(e)** Exposure to;

**(f)** Existence of; or

**(g)** Presence of,

any "fungi" or bacteria on or within a building or structure, including its contents, whether occurring suddenly or gradually;

**2.** Any loss, cost or expense associated in any way with, or arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, mitigating or disposing of, or in any way responding to, investigating, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity;

**3.** Any liability, with respect to "fungi" or bacteria, arising out of, resulting from, caused by, contributed to, or in any way related to any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with:

**(1)** The existence of "fungi" or bacteria;

**(2)** The prevention of "fungi" or bacteria;

**(3)** The remediation of "fungi" or bacteria;

**(4)** Any operation described in Paragraph **2.** above;

**(5)** Your product; or

**(6)** Your work; or

**4.** Any obligation to share damages with or repay any person, organization or entity, related in any way to the liability excluded in Paragraphs **1.**, **2.** or **3.** above;

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to the injury or damage.

However this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for human ingestion.

**B.** For the purposes of this endorsement, the **DEFINITIONS Section** is amended to include the following:

"Fungi" means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising in whole or in part, out of the actual alleged, threatened or suspected inhalation of, or ingestion of, absorption of, exposure to or presence of lead in any form.

**2.** Any loss, cost or expense caused by or arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of lead in any form, by any insured or by any other person or entity.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CROSS SUITS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit brought by any Named Insured against any other Named Insured.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE, CONTAGIOUS DISEASE OR INFECTIOUS DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any claim or suit for damage or loss caused by or arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, absorption of, exposure to, or presence of any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease regardless of whether any other cause or event contributed concurrently or in any sequence to such injury or damage.

**2.** The cost or expense of recall, abatement, mitigation, removal, disposal, testing or monitoring of products, stock, feed, feed additives, animals, or of any premises or equipment handling such items as a result of any known or suspected connection with any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease, whether such items are owned by any insured or by others, and whether located at any insured's premises or anywhere else.

**3.** Any loss, cost or expense arising out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of or presences of any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease; or

**b.** Claim, suit, fines or demands by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease.

**4.** Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with any communicable virus, infectious virus, communicable disease, contagious disease or infectious disease.

**5.** Any obligation to share damages with or repay someone else who must pay damages.


Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to:

**1.** Any liability for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.


Includes copyrighted material of ISO Properties, Inc., with its permission.

Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DAMAGE TO PREMISES OCCUPIED OR RENTED TO YOU EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

Insurance provided by this Coverage Part does not apply to any loss or damage to any property or premises:

**1.** You or any insured rent or lease;

**2.** You or any insured temporarily occupy; or

**3.** Loaned to you or any insured



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCESS LIABILITY AUDIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

Section III Conditions, Paragraph 9. Premium Audit is deleted and replaced by:

**9. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with the following rules and rates:

**Rating basis: Total annual sales of $14,740,000**

**Rate: $.0639 per thousand**

**b.** If this policy is auditable, the premium shown in this Coverage Part is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CLASS ACTION LITIGATION

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverages:**

**1.** This insurance does not apply to any claim or suit for damage or loss arising, in whole or in part, out of any "class action" litigation, whether or not a class has been certified by a court.

**B.** For the purposes of this endorsement, the following is added to **SECTION IV - DEFINITIONS:**

**1.** "Class action" means any lawsuit brought by one or more individuals who represent the similar interests of a larger group.

Includes copyrighted material of ISO Properties, Inc., with its permission.



Case ID: 260801836

Filed and Attested by the
Office of Judicial Records
11 AUG 2026 03:17 pm
L. BRENNCLEGTON

**CITY OF PHILADELPHIA LAW DEPARTMENT**
**DIANA P. CORTES, CITY SOLICITOR**
By: Renee M. Garcia, Chair, Litigation
Attorney I.D. No. 315622
Benjamin H. Field, Chief Deputy City Solicitor
Attorney I.D. No. 204569
Lydia M. Furst, Deputy City Solicitor
Attorney I.D. No. 307450
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595
Tel (215) 683-3573
Lydia.Furst@phila.gov

**EVERYTOWN LAW**
Eric Tirschwell*
James E. Miller*
Eugene Nam*
450 Lexington Ave., P.O Box # 4184
New York, NY 10017
Phone: (646) 324-8222
etirschwell@everytown.org

**EVERYTOWN LAW**
Alla Lefkowitz *
P.O. Box 14780
Washington, DC 20044
Phone: 202-545-3257
alefkowitz@everytown.org

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Jordan Estes*
Andrew Zagami*
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
JEstes@kramerlevin.com

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Chloe Bootstaylor*
2000 K Street NW, 4th Floor
Washington, DC 20006
(202) 775-4500
CBootstaylor@kramerlevin.com

*Attorneys for the City of Philadelphia*
*Admitted *pro hac vice*

| | |
|---|---|
| CITY OF PHILADELPHIA, a municipal corporation,<br>1515 Arch Street 15th Floor<br>Philadelphia, PA 19102,<br><br>*Plaintiff,*<br><br>v.<br><br>WRT MANAGEMENT, INC. f/k/a TANNER'S SPORT CENTER INC.,<br>2660 Dark Hollow Road,<br>Jamison, PA 18929,<br><br>FRANK'S GUN SHOP & SHOOTING RANGE LLC,<br>4730 Blakiston Street<br>Philadelphia, PA 19136,<br><br>MAD MINUTE ENTERPRISES, LLC d/b/a DELIA'S GUN SHOP, and DELIA'S GUN SHOP, INC.<br>6104 Torresdale Avenue<br>Philadelphia, PA 19135,<br><br>*Defendants*. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>Civil Action No. 230702394<br><br>CIVIL DIVISION |

# NOTICE TO DEFEND

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

**CITY OF PHILADELPHIA LAW DEPARTMENT**
**DIANA P. CORTES, CITY SOLICITOR**
By: Renee M. Garcia, Chair, Litigation
Attorney I.D. No. 315622
Benjamin H. Field, Chief Deputy City Solicitor
Attorney I.D. No. 204569
Lydia M. Furst, Deputy City Solicitor
Attorney I.D. No. 307450
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595
Tel (215) 683-3573
Lydia.Furst@phila.gov

**EVERYTOWN LAW**
Eric Tirschwell*
James E. Miller*
Eugene Nam*
450 Lexington Ave., P.O Box # 4184
New York, NY 10017
Phone: (646) 324-8222
etirschwell@everytown.org

**EVERYTOWN LAW**
Alla Lefkowitz *
P.O. Box 14780
Washington, DC 20044
Phone: 202-545-3257
alefkowitz@everytown.org

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Jordan Estes*
Andrew Zagami*
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
JEstes@kramerlevin.com

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Chloe Bootstaylor*
2000 K Street NW, 4th Floor
Washington, DC 20006
(202) 775-4500
CBootstaylor@kramerlevin.com

*Attorneys for the City of Philadelphia*
*Admitted *pro hac vice*

CITY OF PHILADELPHIA, a municipal corporation,
1515 Arch Street 15th Floor
Philadelphia, PA 19102,

*Plaintiff*,

v.

WRT MANAGEMENT, INC. f/k/a TANNER’S SPORT CENTER INC.,
2660 Dark Hollow Road,
Jamison, PA 18929,

FRANK’S GUN SHOP & SHOOTING RANGE LLC,
4730 Blakiston Street
Philadelphia, PA 19136,

MAD MINUTE ENTERPRISES, LLC d/b/a DELIA’S GUN SHOP, and DELIA’S GUN SHOP, INC.
6104 Torresdale Avenue
Philadelphia, PA 19135,

*Defendants*.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

Civil Action No. 230702394

CIVIL DIVISION

**FIRST AMENDED COMPLAINT**

Plaintiff, the City of Philadelphia, Pennsylvania (“the City”), by and through its attorneys, and for its complaint against Defendants WRT Management, Inc. f/k/a Tanner’s Sport Center Inc. (“Tanner’s”), Frank’s Gun Shop & Shooting Range LLC (“Frank’s”), Mad Minute Enterprises, LLC d/b/a Delia’s Gun Shop, and Delia’s Gun Shop, Inc. (collectively with Mad Minute Enterprises, LLC, “Delia’s”), alleges as follows:

## SUMMARY OF ACTION

1. Philadelphia, like many American cities, is awash with illegal guns. A tide of gun violence inevitably follows the flow of these guns into neighborhoods and communities, leaving behind the wreckage of broken lives, shattered bodies, and communities of traumatized survivors. A home invasion robbery by suspects armed with a 9mm Smith & Wesson handgun and a large capacity magazine. A domestic violence incident where an abuser armed with an unlicensed Glock 43X 9mm threatened to kill the mother of his child and terrorized her with gun photos to drive the message home. An armed robbery of a corner store near Hunting Park and a foot chase in which Philadelphia Police Department ("PPD") officers recovered a 9mm Glock 19 handgun from the suspect. Two shootings in the Richmond neighborhood separated by just four days and a single city block, both involving the same Taurus PT111 handgun. This small sample of the gun violence that plagues Philadelphia is traceable directly to illegal gun sales by the Defendants.

2. The tide of gun violence is not inevitable; it is in significant part the product of deliberate choices by certain gun retailers to engage in practices that supply the illegal and unregulated secondary market for guns. This black market is created and sustained in large part by gun stores that divert firearms out of lawful, regulated commerce. The stores do this by selling their products to gun traffickers in illegal "straw" transactions—gun sales in which sham buyers pretend to buy firearms for themselves when they are really purchasing the firearms to sell or give to others.

3. Tanner's, Frank's, and Delia's have played an outsize role in supplying Philadelphia's secondary criminal gun market by repeatedly and unconscionably choosing to engage in illegal straw transactions. According to publicly available criminal court filings, Defendant Tanner's sold at least 79 guns to at least 11 different straw purchasers between April



Case ID: 260801896

2019 and May 2021. Defendant Frank's sold at least 48 guns to at least 15 different straw purchasers between April 2018 and December 2021. Defendant Delia's sold at least 31 firearms to at least 12 different straw purchasers between March 2018 and March 2022. These figures represent Defendants' sales only to known straw purchasers who have already been prosecuted and whose purchases are enumerated in public court filings.[1] On information and belief, the true number of firearms that Defendants have diverted to the criminal market through illegal straw transactions is substantially higher.

4. Tanner's, Frank's, and Delia's each routinely sold firearms to people that they knew, or deliberately avoided knowing, were engaged in illegal firearms trafficking and straw purchasing. Defendants repeatedly proceed with firearms transactions despite unmistakable indicators of illegal activity—including high volume, multiple-sale transactions involving duplicate or near-duplicate firearms, open collaboration between buyers and others in-store, and the presentation of false identification to store clerks. For example:

- Tanner's sold 13 handguns to straw purchaser Nafez Hutchings in a single week in August 2020.[2] All of Hutchings' purchases were multiple-sale transactions, and he bought numerous duplicative guns including five .45 caliber Glocks and three .40 caliber handguns. Philadelphia police have recovered at least three of the guns that Tanner's sold Hutchings, two of which were recovered from prohibited possessors and two of which had obliterated serial numbers.

- Frank's sold four handguns to straw purchaser Robert Otis Cooper III in a pair of transactions just eight days apart in June 2021. Frank's sold Cooper two 9mm Glocks and two 10mm Glocks—duplicative purchases highly indicative of straw purchasing. Cooper then tried to buy four more guns from the store, but was

[1] As to both Delia's and Frank's, the true figure may also be higher because several criminal filings identify people who straw purchased guns at these stores but do not specify the number of guns they bought.

[2] *See* Complaint (Dkt. No. 1) at 4-5, *United States v. Hutchings*, No. 2:20-cr-00455 (E.D. Pa. Oct. 14, 2020). Hutchings was charged with 12 counts of making a material false statement in the acquisition of a firearm in violation of 18 U.S.C. § 924(a)(1)(A). *See* Indictment (Dkt. No. 12), *United States v. Hutchings*, No. 2:20-cr-00455 (E.D. Pa. Dec. 3, 2020). He pled guilty in June 2021 and was sentenced to time served (approximately 11 months' imprisonment).



Case ID: 260801896

frustrated by delays with his Pennsylvania background check. Within six months, PPD had recovered two of Cooper's guns at crime scenes.[3]

- Delia's sold seven handguns to straw purchaser Anthony Cipriano in April and May 2021. Remarkably, Delia's accepted false identification from Cipriano for these sales—a stolen driver's license—even though Cipriano had a facial tattoo that the fake driver's license picture clearly lacked.[4] When questioned by investigators, a Delia's employee acknowledged that the person pictured on the stolen license was not the person they had sold guns to. To date, PPD has recovered two of these guns during drug trafficking busts.

5. Firearms that Defendants sold to gun traffickers and straw purchasers have been recovered in connection with crimes ranging from shootings to armed robbery, narcotics possession and distribution, and vehicle theft. PPD has recovered these guns in the possession of underage possessors, domestic abusers, unlicensed individuals, and others prohibited from owning or buying a gun. At least one gun was recovered with an auto-sear—a small aftermarket part that converts a semi-automatic handgun into an illegal fully automatic machine gun. Others had obliterated serial numbers, and still others had large capacity magazines.

6. In the above examples, and in others described in greater detail below, Defendants each proceeded with transactions despite circumstances that put them on notice that their customers were attempting to engage in illegal straw transactions with the store in violation of federal and Commonwealth law. Facilitation of such straw transactions is illegal, unjustifiable, dangerous, and causes substantial harms to the City.

7. Defendants have together created and continue to maintain a public nuisance that interferes with the public health, safety, and well-being of Philadelphia residents and imposes

[3] *See* Affidavit of Probable Cause, *Commonwealth v. Robert Otis Cooper III*, Case No. CP-46-CR-0002226-2023 (Montgomery Cnty. Ct. of Common Pleas).

[4] *See* Indictment (Dkt. No. 7), at 2, *United States v. Cipriano*, Case No. 2:21-cr-00287 (E.D. Pa. July 28, 2021). Cipriano was charged with eleven counts false statements in connection with the purchase of a firearm in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and eleven counts of possession and use of another's identification in violation of 18 U.S.C. §§ 1028A(a)(1) and (c)(3). Cipriano pled guilty in July 2022 and as of July 2023 is awaiting sentencing.

significant costs on the City. From 2015-2019, the last years for which public data is available, over 1,300 crime guns recovered in Philadelphia were traced to the three Defendants.

8. As alleged throughout this complaint, gun violence and gun-related crimes are a directly foreseeable consequence of Defendants' unlawful sales to straw purchasers, and of their creation of the public nuisance that is the illegal secondary market for crime guns—into which Defendants have been profitably unloading their products for years.

9. While some of the harms from Defendants' supply of firearms to the criminal market in Philadelphia are presently known, others remain unknown, because many of the firearms that Defendants illegally sold have yet to be recovered and are believed to remain in circulation. The City is certain to suffer additional harms and incur additional costs with respect to the illegal firearms that have yet to be recovered.

10. As such, Philadelphia seeks an abatement order (1) enjoining the Defendants from continuing to maintain this public nuisance; (2) requiring Defendants to adopt and enforce written policies to prevent further sale to straw purchasers and provide for independent monitoring of their implementation; (3) allowing the City to recover costs it has thus far expended for abating the nuisance of illegal guns; and (4) ordering the creation of an abatement fund to address the continuing harms caused by the guns unlawfully sold by the Defendants that are still circulating in Philadelphia's illegal secondary firearm market. The City also seeks damages for the harm caused by Defendants' illegal and negligent activities.

## PARTIES

11. Plaintiff, the City of Philadelphia, is a municipal corporation of the first class, duly organized and existing by virtue of the laws of the Commonwealth of Pennsylvania. Philadelphia is the largest city in the Commonwealth and the sixth-largest city in the United States.



Case ID: 230801896

12. Defendant WRT Management, Inc. is an active domestic business corporation incorporated under the laws of the Commonwealth with a registered office located at 2660 Dark Hollow Road in Jamison, Pennsylvania. WRT Management was originally incorporated in 2012 as Tanner's Sport Center Inc. and operated a retail firearms business under the name Tanner's Sport Center at 2301 York Road in Jamison, Pennsylvania until approximately December 2022. During that time, Tanner's Sport Center Inc. held a Type 1 (dealer) federal firearms license ("FFL"). On or about December 19, 2022, Tanner's Sport Center Inc. amended its articles of incorporation to change its name to WRT Management, Inc. and change its business address from 2301 York Road to 2660 Dark Hollow Road. On information and belief, these changes coincided with the sale of all or substantially all of Tanner's Sport Center Inc.'s assets to Tanner Operations, LLC, Tanner's Holdings LLC, and/or their affiliates.

13. Defendant Frank's Gun Shop & Shooting Range LLC holds a Type 1 (dealer) federal firearms license and operates as a retail dealer in firearms. Frank's is incorporated under the laws of the Commonwealth as a domestic limited liability company and has a principal place of business at 4730 Blakiston Street in Philadelphia, Pennsylvania.

14. "Delia's Gun Shop" is a fictitious name registered to Mad Minute Enterprises, LLC, which holds a Type 1 (dealer) federal firearms license and operates as a retail dealer in firearms. Mad Minute Enterprises, LLC is a domestic limited liability company incorporated under the laws of the Commonwealth. Delia's Gun Shop, Inc. is a domestic business corporation formed under the laws of the Commonwealth. It does not have a federal firearms license. Both Mad Minute Enterprises, LLC d/b/a Delia's Gun Shop and Delia's Gun Shop, Inc. have their principal place of business at 6104 Torresdale Avenue in Philadelphia, Pennsylvania, and, on information and belief, jointly operate a retail firearms business at that location.



Case ID: 230801896

## JURISDICTION AND VENUE

15. This Court has subject matter jurisdiction under Article 5, Section 5 of the Pennsylvania Constitution, and 42 PA. CONS. STAT. § 931.

16. This Court has personal jurisdiction over each Defendant pursuant to 42 PA. CONS. STAT. § 5301, because each Defendant is incorporated in the Commonwealth of Pennsylvania and conducts business therein.

17. Venue is proper pursuant to 231 PA. CODE 1006(a)(2), because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in, were directed to, and/or emanated from Philadelphia County.

## FACTS

***Philadelphia's Gun Violence Crisis Harms City Residents and Drives Substantial City Costs***

18. Rates of gun violence have sharply risen in Philadelphia in recent years, despite substantial decreases in almost every other kind of violent crime. In 2021 alone, the City reported 2,326 shootings.[5] The victims of these shootings are disproportionately Black: according to the Philadelphia Office of the Controller, 79% of shooting victims year-to-date in 2023 were Black, and 81% of shooting victims since 2015 were Black (another 12% were Hispanic).[6] Between 2020 and 2021, City residents experienced a 28% increase in robberies with firearms,[7] and the number of homicides in the city reached 562 in 2021—its highest point yet—and more than double the

---

[5] Pew Charitable Trusts, PHILADELPHIA 2022: THE STATE OF THE CITY ("PHILADELPHIA 2022") (2022), at https://www.pewtrusts.org/en/research-and-analysis/reports/2022/04/philadelphia-2022-state-of-the-city.

[6] *See Mapping Philadelphia's Gun Violence Crisis*, Office of the Controller – The City of Philadelphia, at https://controller.phila.gov/philadelphia-audits/mapping-gun-violence/ (accessed July 22, 2023); *accord* City of Philadelphia, THE PHILADELPHIA ROADMAP TO SAFER COMMUNITIES ("PHILADELPHIA ROADMAP") (2019) at https://www.phila.gov/media/20190116150530/The-Philadelphia-Roadmap-to-Safer-Communities.pdf.

[7] Paige Gross, "The cost of gun violence: How are small business owners mentally and financially hurt by shootings?" *Technical.ly* (June 2022) at https://technical.ly/civic-news/cost-gun-violence-small-businesses-philly-south-street/.



Case ID: 230702894

number reported in 2013.[8] Last year, 65% of Philadelphia residents reported hearing gunshots in their neighborhood; the number was 76% for Hispanic residents and 78% for Black residents. [9]

19. Children in Philadelphia also bear the burden of gun violence. According to a recent study in the *Journal of the American Medical Association*, the rate of firearm assaults (e.g., non-accidental, non-self-harm shootings) on children in Philadelphia more than doubled from just under 30 per 100,000 children to more than 62 per 100,000 during the course of the pandemic.[10] In a dataset comprising Philadelphia and three other major cities, non-Hispanic Black children were almost 100 times more likely than white children to be assaulted with a gun, and Hispanic children were more than 25 times more likely.

20. Defendants' illegal gun sales fuel and exacerbate the City's gun violence problem. Guns sold by Defendants in straw transactions are linked to shootings, armed robberies, assaults, drug trafficking, and domestic violence, among other crimes. The victims of these crimes bear the physical and emotional scars of gun violence perpetrated with weapons that Defendants have knowingly supplied to the criminal market for their own profit.

21. The harms from this gun violence are felt throughout the community long after the guns are fired. The fear of gun violence impacts—and harms—the daily lives of countless people who live and work in Philadelphia but who are not themselves the victims of a shooting. The flood of illegal weapons from Defendants' stores to City streets interferes with the rights of residents to

---

[8] Philadelphia Police Dept., *Crime Maps & Stats*, at https://www.phillypolice.com/crime-maps-stats (accessed July 2, 2023).

[9] Gross, "The Cost of Gun Violence," supra n. 8.

[10] Jonathan Jay, Rachel Martin, Manish Patel, et al., "Analyzing Child Firearm Assault Injuries by Race and Ethnicity During the COVID-19 Pandemic in 4 Major US Cities," JAMA Network Open, *2023;6(3):e233125. doi:10.1001/jamanetworkopen.2023.3125.*



Case ID: 230801896

freely use and enjoy public and private property within the City, travel safely throughout the City, and attend school, without the fear of being shot.

22. The cost to the City stemming from the proliferation of illegal firearms in its communities is immense, totaling in the hundreds of millions of dollars. The City spends millions of dollars annually on direct services to combat gun violence, deploying police to interdict the flow of illegal weapons and to respond to individual acts of violence, relying on fire and medical services to transport and treat the victims of gun violence, and investing in its criminal justice system to prosecute offenders. For example, for 2024, the City Council has appropriated approximately $900 million to the police department, a significant portion of which will be spent on responding to, and investigating, gun crimes. The City likewise spends millions of dollars annually on initiatives to prevent gun violence and to invest in communities whose social and economic fabric is frayed by the persistent cycle of violence. Beyond conventional policing costs, the City spent an additional $210 million during the fiscal year 2023 on various preventative programs aimed at curbing gun violence and intends to increase that sum to more than $233 million in 2024.[11] In addition, the City bears the economic burden of gun violence, including the lost wages of victims and offenders, the erosion of public and private property values, and the value of activities chilled by the proliferation of gun violence.

***Straw Purchases Supply the Crime Gun Market***

23. A straw purchase is a gun sale in which a sham buyer pretends to purchase firearms for themselves, but in reality purchases the guns to sell or transfer to others. This diverts firearms from legal commerce—where gun sales are subject to a background check and other public safety

[11] *See* City of Philadelphia, PHILADELPHIA'S ROADMAP TO SAFER COMMUNITIES: VIOLENCE PREVENTION INVESTMENTS UPDATE (2023), at https://www.phila.gov/media/20230302190339/2023-Violence-Prevention-Investments-Update.pdf.



Case ID: 260801896

requirements and must be recorded in a licensed dealer's books and records—into the unregulated criminal market. Once diverted into the black market, many straw-purchased guns are trafficked to convicted criminals, underage users, and other dangerous possessors who are prohibited from owning or buying a gun themselves.

24. Straw purchasing is illegal under both federal and Pennsylvania law. Pennsylvania has laws prohibiting straw purchasing, amended in 2012 after Pennsylvania police officer Bradley Fox was killed during a traffic stop with a straw-purchased gun wielded by a convicted felon. For licensed gun stores, the law is clear that when a dealer suspects that a customer is a straw purchaser or unlicensed gun seller, the dealer must stop the transaction.

25. Straw purchasing is illegal because it harms public safety by creating and sustaining a criminal market for firearms that supplies guns to violent criminals and other prohibited possessors. This criminal market foreseeably and substantially contributes to gun violence and gun-related crimes in the area where it operates—here, Philadelphia. Indeed, Pennsylvania's General Assembly has declared that straw purchasing, in and of itself, is against public interest, that it represents "a threat to public safety and security," and that "[s]temming [its] flow…will help to curb the crime rate throughout this Commonwealth and increase public safety." 18 PA. CONST. STAT. §§ 6182(1), (2).

26. The diversion of guns to the criminal market depends on dealers who "facilitate straw purchasing by … turning a blind eye to obvious instances of straw purchasing."[12] Studies suggest that members of gangs and other criminal enterprises in particular rely heavily on a small number of "dirty dealers, that is, FFL dealers who are willing to violate the law by selling guns to

[12] Christopher S. Koper, "Crime Gun Risk Factors: Buyer, Seller, Firearm, and Transaction Characteristics Associated with Gun Trafficking and Criminal Gun Use" (2007), at https://www.ojp.gov/pdffiles1/nij/grants/221074.pdf.



Case ID: 250802896

people who should not be legally allowed to have them—including by looking the other way during a straw purchase."[13] The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), the agency largely responsible for administering federal firearms law, has observed that "[i]n any jurisdiction, a small number of Federally licensed gun dealers are associated with a large number of crime gun traces from that jurisdiction."[14]

***A Handful of Dealers are Responsible for Selling a Disproportionate Number of Crime Guns***

27. Philadelphia's gun violence crisis is being driven, in significant part, by the diversion of firearms into the illegal secondary market by retailers who sell guns to straw purchasers. A small number of licensed gun dealers are responsible for a disproportionate share of the guns redirected from legal commerce into this unregulated black market on City streets. While there are more than 350 licensed firearms dealers in Philadelphia and its collar counties, a mere 10 of them collectively supplied over a third of the crime guns recovered and traced by the PPD between 2015 and 2019 (the last years for which data are publicly available).

28. Defendants are among the principal sources of crime guns recovered in Philadelphia during this period. Between 2015 and 2019, PPD traced 803 crime guns to Delia's, 264 crime guns to Frank's, and another 239 crime guns to Tanner's. During that same period, all other dealers averaged only five crime guns each that were recovered in the City.

29. Moreover, a large percentage of the crime guns traced to Defendants are recovered at a Philadelphia crime scene shortly after they were sold. This short "time to crime" indicates that Defendants sold these guns to straw purchasers planning to traffic them to Philadelphia's

---

[13] *Id.*; Philip J. Cook, et al. "Some Sources of Crime Guns in Chicago: Dirty Dealers, Straw Purchasers, and Traffickers," *Journal of Criminal Law & Criminology* (2015).

[14] ATF, CRIME GUN TRACE REPORTS (2000) ALBUQUERQUE NM, p. 5-6 at https://www.atf.gov/file/56656/download (noting by way of example that 37 percent of crime guns recovered in Albuquerque could be traced to just seven FFLs in the city); Cook at 724 (among crime guns recovered in Cook County that were also sold in Cook County, three dealers accounted for 76% of guns recovered from gang members and 65% of guns recovered from others).



Case ID: 260801896

criminal market, and that these were not sales to bona fide purchasers. According to ATF, a time-to-crime of three years or less is a "significant trafficking indicator" that "suggests illegal diversion or criminal intent associated with the retail purchase from the FFL."[15] Of the crime guns recovered in Philadelphia between 2015 and 2019, more than 56% of the crime guns sold by Tanner's, 63% of the crime guns sold by Delia's, and a breathtaking 80% of the crime guns sold by Frank's had a time-to-crime of less than three years. The Defendants' statistics for crime guns recovered within a year of sale are even sharper: more than 1-in-4 crime guns sold by Tanner's over this period had a time-to-crime of a year or less, along with nearly 4-in-10 crime guns sold by Delia's, and nearly half of the crime guns sold by Frank's.

***Federal regulatory framework for dealing in firearms***

30. Federal laws regulate commercial sales of firearms. Dealers, distributors, and manufacturers of firearms are known as "licensees" because they must obtain a federal license (an FFL) to operate a business that sells, distributes, or manufactures firearms. A person is categorically prohibited from "engag[ing] in the business of importing, manufacturing, or dealing in firearms" without a federal firearms license. 18 U.S.C. §§ 922(a)(1), 923(a). Licensed dealers are also prohibited from aiding and abetting or conspiring to advance unlicensed dealings in firearms by others. *See* 18 U.S.C §§ 2, 371.

31. A central purpose of federal firearms laws is to prevent crime by keeping guns out of the hands of certain persons who have a heightened risk of misusing firearms, such as persons with felony convictions, minors, and domestic abusers. For this reason, before transferring a

[15] U.S. Dep't of Justice, Office of the Inspector Gen., INSPECTIONS OF FIREARMS DEALERS BY THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, Report No. I-2004-005 (July 2004), https://oig.justice.gov/reports/ATF/e0405/background.htm; *see also* City of Chicago, TRACING THE GUNS: THE IMPACT OF ILLEGAL GUNS ON VIOLENCE IN CHICAGO 6 (May 27, 2014), https://www.chicagobusiness.com/Assets/downloads/20151102-Tracing-Guns.pdf (Short time-to-crime is "a key indicator that the sale could have involved criminal activity by the buyer or the dealer.").

firearm to any person who is not a licensed dealer, a licensed dealer must conduct a background check, examine the individual's identification, and record the transaction on a firearms transaction record ("ATF Form 4473"). *See* 18 U.S.C. § 922(t)(1), 27 C.F.R. 478.102, 478.124(a). The dealer must also ensure that the transaction complies with any applicable state or local laws. *See* 18 U.S.C. § 922(b)(2).

32. Before completing a purchase of a firearm from a licensee, a buyer must fill out ATF Form 4473, which asks the following question with the following bolded warning:

> **Are you the actual transferee/buyer of the firearm(s) listed on this form…? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the dealer cannot transfer the firearm(s) to you.**

This warning places the buyer on notice: they are prohibited from buying a firearm on someone else's behalf while falsely claiming that it is for themselves. This arrangement is known as a "straw purchase," and the buyer/transferee a "straw purchaser." On ATF Form 4473, the buyer must certify that their answers on the form are true, correct, and complete.

33. A seller must not complete the sale if the seller knows or has reason to know that the form is inaccurate. Licensees certify on ATF Form 4473 that it is their "belief that it is not unlawful [ ] to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B," which "Must Be Completed Personally By [The] Transferee/Buyer." Licensees must truthfully complete this portion of the form.

34. ATF Form 4473 makes clear that the seller must do more than simply run a background check. The notices and instructions on the form explain that "[t]he transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction." The form also explains that a gun dealer "must stop the transaction if there is



Case ID: 260801896

reasonable cause to believe that the transferee/buyer is prohibited from receiving or possessing a firearm[.]" The form contains a clear admonition:

> **WARNING:** Any person who transfers a firearm to any person he/she knows or has reasonable cause to believe is prohibited from receiving or possessing a firearm violates the law, 18 U.S.C. 922(d), even if the transferor/seller has complied with the Federal background check requirements.

35. It is illegal under federal law for "any person" to knowingly make a false oral or written statement, or to present false identification, in connection with the attempted acquisition of a firearm from a licensed dealer. This provision applies not only to the purchaser of a firearm, but to a dealer who accepts a false statement by a putative buyer with knowledge of its falsity—for example, by entering into the dealer's written records that a straw purchaser is the actual buyer of a firearm. *See* 18 U.S.C. § 922(a)(6).

36. As recently as last year, Congress has expanded the scope of its prohibition on transferring firearms to individuals who intended to re-sell them through the enactment of the Bipartisan Safer Communities Act, PL 117-159 (June 25, 2022). The law makes it a felony to: (a) purchase a firearm with the intent of transferring it to a prohibited possessor; (b) sell a firearm to someone who intends to transfer the firearm to a prohibited possessor; and (c) transfer a firearm if the transferor "knows, or has reasonable cause to believe that the use, carrying, possession of a firearm by the recipient would constitute a felony." 18 U.S.C. §§ 922(d)(10)-(11), 932(b), 933(a).

37. To ensure that licensees are not transferring guns for likely misuse, ATF regularly trains them on how to spot gun traffickers and straw purchasers, including whether the buyers are engaged in repeat bulk purchases, whether they are accompanied by other people who seem to have input on the decision of what guns to buy, and whether they can answer simple questions about for whom and what purpose they are purchasing firearms. This training comes in the form of seminars, inspections, and various publications.



Case ID: 230801896

38. Because of the close association between bulk handgun purchases and firearms trafficking, federal law requires a licensee to report all transactions in which a buyer who is not a federally licensed dealer purchases two or more handguns within five days. *See* 18 U.S.C. § 923(g)(3)(A); 27 C.F.R. 478.126a. Licensees must also keep a record of all transactions with unlicensed persons in an acquisition and disposition book. 27 C.F.R. 478.123(d), 478.125(e). Knowing false statements or omissions in any of these required records is a violation of federal law. 18 U.S.C. §§ 922(m), 924(a)(3); *see also* 18 U.S.C. § 924(a)(1)(A). Dealers must also provide information from these records to law enforcement to assist in tracing firearms recovered in connection with a crime. *See* 18 U.S.C. § 923(g)(7), 27 C.F.R. 478.25a.

***Pennsylvania's regulatory framework for dealing in firearms***

39. Pennsylvania law also governs the sale of firearms within the Commonwealth and imposes a series of duties on both buyers and sellers that are independent from—but often parallel to and complementary with—those imposed by federal law.

40. To begin with, all retail firearms dealers must be licensed by the Commonwealth in order to sell or transfer a gun, and before offering one for sale. *See* 18 PA. CONS. STAT. § 6112. They may not sell a firearm unless the purchaser is personally known to them or presents "clear evidence" of identity, and must make a "true record" of every firearm sold. *See id.* §§ 6113(a)(4)-(5). In addition, sales between private parties must take place at the office of a licensed dealer or county sheriff; the dealer or sheriff then performs a background check and documents the transaction in a similar fashion to sales between a dealer and customer. *See id.* § 6111(c).

41. Before selling a firearm to a retail customer, the dealer must (among other things) request that the Pennsylvania State Police ("PSP") conduct a background check on the purchaser. The dealer must inspect photo identification presented by the purchaser, and the law obligates both



Case ID: 260801896

the purchaser *and the dealer* to provide "such information as is necessary to accurately identify the purchaser" for purposes of this background check. *See id.* § 6111(b)(2)-(3). It is a felony for a dealer to request a background check from the PSP for any purpose other than compliance with the Uniform Firearms Act. *See id.* § 6111(g)(3). The dealer generally may not transfer the firearm until they receive a unique approval number from PSP for the purchase. *See id.* § 6111(b)(4).

42. Thus, when a dealer requests a background check from the PSP on a straw purchaser that the dealer knows is not the actual buyer of the gun, the dealer thereby (1) fails to provide information necessary to accurately identify the purchaser to PSP (in violation of Sections 6111(b)(2) and (b)(3)), (2) requests a background check for improper purposes—namely, to simulate compliance with the background check requirement (in violation of Section 6111(g)(3)), and (3) records inaccurate information about the background check on required sales records (in violation of Section 6111(b)(4)).

43. In addition, for all transactions involving a handgun or short-barreled shotgun or rifle, the dealer must obtain a completed purchase application from the buyer, which includes a statement that the purchaser is the actual buyer of the firearm. This application, PSP form SP 4-113, asks:

> ARE YOU THE ACTUAL BUYER OF THE FIREARM AS DEFINED UNDER 18 PA.C.S. § 6102 LISTED ON THIS APPLICATION/RECORD OF SALE? (WARNING: YOU ARE NOT THE ACTUAL BUYER IF YOU ARE ACQUIRING THE FIRERAM ON BEHALF OF ANOTHER PERSON UNLESS YOU ARE LEGITIMATELY ACQUIRING THE FIREARM AS A GIFT FOR ANY OF THE FOLLOWING INDIVIDUALS WHO ARE LEGALLY ELIGIBLE TO OWN A FIRERAM: 1) SPOUSE; 2) PARENT; 3) CHILD; 4) GRANDPARENT; OR 5) GRANDCHILD.)

*Id.* § 6111(b)(1). After the buyer answers this question and completes their portions of the form, they sign it. The dealer completes portions of the form and signs it as well and must submit a copy to the PSP while retaining a separate copy in the dealer's own records. *See id.* As the



Case ID: 260801896

implementing regulations for this form explain, the duty "to ensure the form is accurately completed" falls on both the buyer and the seller. 37 PA. CODE § 33.111(b)(1); *see also id.* § 33.111(c)(3) ("The licensee/sheriff shall ensure the form has been accurately completed.").

44. False statements in connection with firearm transactions are a crime under Pennsylvania law, as they are under federal law. Any person who, in connection with the purchase, delivery, or transfer of a firearm, makes any materially false oral or written statement, including a statement on any form promulgated by state or federal agencies, commits a felony in the third degree. *See* 18 PA. CONS. STAT. § 6111(g)(4). In addition, furnishing false information in connection with the purchase, sale, or transfer of a firearm is a violation of Section 4904 (unsworn falsification to authorities). *See id*. § 6116.

45. Unless otherwise specified, knowing and intentional sales, deliveries, or transfers of a firearm in violation of any provision of the Uniform Firearms Act is a misdemeanor. *See id.* § 6111(g)(1); *see also id.* § 6119. It is a felony for any person, including licensed dealers, to knowingly or intentionally sell, deliver, or transfer a firearm under circumstances intended to provide a firearm to any prohibited person. *See id.* § 6111(g)(2). In addition, anyone—including a licensed dealer—who knowingly and intentionally sells, delivers, or transfers a firearm in violation of the UFA and has reason to believe that the firearm will be used in a crime or attempted crime can be prosecuted criminally. *See id.* § 6111(g)(5). That dealer is also civilly liable to any person injured by that subsequent crime or attempted crime. *See id.* § 6111(g)(6). Thus, a Pennsylvania dealer who violates the UFA and sells a firearm to someone that he knows is really buying a gun for someone else can be civilly and criminally liable not only for his own misconduct, but also for the reasonably foreseeable downstream illegal misuse of that gun—including its illegal resale or re-transfer.

***Defendants' Illegal Gun Sales to Traffickers and Straw Purchasers***

46. Despite the clear prohibitions on selling firearms to straw purchasers under both federal and Pennsylvania law, each Defendant has engaged in a pattern of precisely this type of illegal sales activity. And upon information and belief, Frank's and Delia's continue to engage in this illegal conduct. As explained in further detail below, in doing so each Defendant knowingly violated numerous federal and Commonwealth laws and regulations, including, but not limited to, 18 U.S.C §§ 4, 922(m), 922(t)(1), 924(a)(1)(A), and 924(a)(3); 27 C.F.R. 478.102, 478.124, 478.125(e), and 478.128(c); 18 PA. CONS. STAT. §§ 6111(b)(1), 6111(b)(2)-(5), 6111(g), and 6113(a)(4)-(5); and 37 PA. CODE § 33.111(b) and (d). In addition, each Defendant knowingly conspired with, or aided and abetted, straw purchasers and traffickers in violation of 18 U.S.C §§ 2, 371, 922(a)(1)(A), 922(a)(6), 922(t)(1), 923(a), 924(a)(1)(A), 924(a)(3); and 27 C.F.R. 478.128(b). These knowing violations of law proximately harmed the City.

47. Records from criminal prosecutions of straw purchasers at each of the Defendants' stores reveals the striking pattern of red flags of illegal activity that each Defendant ignored. These patterns—such as high-volume purchases over short periods of time, duplicative handgun purchases, all-cash purchases, frequent purchases by buyers with no prior buying history, and buyers working in pairs to select guns and count and exchange the money to pay for them—are all hallmarks of illegal straw purchasing and gun trafficking. Through seminars, compliance inspections, and publications, ATF trains FFLs that bulk purchases and repetitive buying in a short time period is indicative of gun trafficking, as is a customer with no prior buying history suddenly engaging in frequent buying. ATF also trains FFLs to recognize that a second person "scouting" a firearm or advising a purchaser in person or remotely on a firearm purchase is a clear indicator



Case ID: 260801896

of straw purchasing. Upon information and belief, Tanner's, Frank's, and Delia's would each have been trained to recognize these and other red flags.

48. The true number of firearms sold by each Defendant into the criminal market through illegal straw transactions is likely substantially larger than the set of transactions identified in this pleading. This pleading reflects only a subset of transactions between each Defendant and straw purchasers who have been apprehended by law enforcement and whose purchases are enumerated in public criminal filings.

***Tanner's Illegal Gun Sales to Traffickers and Straw Purchasers***

49. According to court filings in criminal prosecutions of straw purchasers, Tanner's sold at least 79 guns to at least 11 different straw purchasers between April 2019 and May 2021. The pattern of illegal sales at Tanner's indicates that the store has sold to straw purchasers and gun traffickers even though it knew, based on the circumstances of these transactions, that these customers were not making bona fide purchases for themselves. Although the store operated just outside City limits, the harm from its illegal sales flows directly into the City: At least 15 of these guns have been recovered by Philadelphia Police on City streets, and at least seven of the known straw purchasers at the store were City residents.

*Tanner's Sales to Nafez Hutchings*

50. According to a federal criminal complaint, Nafez Hutchings bought 13 handguns from Tanner's in one week in August 2020.[16] All of Hutchings' transactions at the store were multiple-sale transactions. Specifically, Hutchings bought the following handguns at Tanner's:

[16] *See* Complaint (Dkt. No. 1) at 4-5, *United States v. Hutchings*, No. 2:20-cr-00455 (E.D. Pa. Oct. 14, 2020).



Case ID: 260801896

| **Transaction Date** | **Make/Model** | **Caliber** |
|---|---|---|
| Aug. 17, 2020 | Springfield XD | .45 cal. |
| Aug. 17, 2020 | Glock 21 | .45 cal. |
| Aug. 17, 2020 | Glock 44 | .22 cal. |
| Aug. 17, 2020 | Glock 30 | .45 cal. |
| Aug. 18, 2020 | Glock 19X | 9mm |
| Aug. 18, 2020 | S&W M&P Shield | .40 cal. |
| Aug. 20, 2020 | Glock 21SF | .45 cal. |
| Aug. 20, 2020 | Glock 30S | .45 cal. |
| Aug. 20, 2020 | Springfield XD9 | 9mm |
| Aug. 20, 2020 | S&W M&P 40C | .40 cal. |
| Aug. 24, 2020 | Glock 21 | .45 cal. |
| Aug. 24, 2020 | Glock 23 | .40 cal. |
| Aug. 24, 2020 | Del-Ton DTI-15 | 5.56mm |

51. The high volume and pace of Hutchings' gun acquisitions—buying three and four handguns at a time, multiple times, in less than a week—were unmistakable indicators of illegal straw purchasing. Hutchings' purchases were also suspicious for a second reason: Many of the guns he bought at Tanner's were near-duplicates of one another. Of course, purchasing duplicative guns makes little sense unless Hutchings was buying guns for others—which he was. Specifically, he bought eight Glock handguns, five of which were .45 caliber Glocks, including two pairs of near-duplicate variants of the Glock 21 and Glock 30 handguns. Yet Tanner's ignored these warning signs and went on to sell Hutchings an additional seven guns.

52. On or about September 9, 2020, Hutchings attempted to buy another eight guns at Tanner's, but left the store before a background check was completed. According to the federal agents who investigated Hutchings' straw purchasing, Hutchings gave Tanner's a different home address for this attempted purchase than he had given them during his previous purchases at the store just days before. When confronted by investigators, Hutchings admitted that the address he had given Tanner's for his August 2020 purchases was false, and that he was not living there. He also admitted that he was engaged in illegal straw purchasing and was really buying guns for a person named "Jamal" for around $40 or $50 per gun.

53. At least eight guns that Tanner's sold to Hutchings have been recovered by law enforcement, including at least three crime guns recovered in Philadelphia. One (a Glock 44 .22 caliber handgun) was recovered from a 19-year-old underage possessor by SWAT officers executing a search warrant in January 2021. The firearm had an obliterated serial number and was recovered from a location that contained drugs and drug paraphernalia. Another (a Springfield XD .45 caliber handgun) was recovered during a separate SWAT warrant execution in June 2021, also with an obliterated serial number. A third (a Glock 30 .45 caliber handgun) was recovered during a traffic stop in June 2022 from a woman with a prior felony conviction that prohibited her from possessing a firearm. Her passenger, who was wanted for probation violations, also had a prohibiting felony conviction. This firearm was fitted with a large capacity magazine containing 27 live rounds.

*Tanner's Sales to Joshua Morales*

54. Hutchings was not the only straw purchaser whose high-volume purchases of duplicative handguns were an obvious red flag of illegal behavior that Tanner's disregarded. Between February 21 and September 8, 2020, straw purchaser Joshua Morales straw purchased at least 7 guns at Tanner's including six handguns in a pair of multiple-sale transactions spaced just over a month apart.[17]

[17] *See* Indictment (Dkt. No. 1), at 3-4, *United States v. Morales*, No. 2:21-cr-00282 (E.D. Pa. July 21, 2021). Morales was charged with seven counts of counts of making a material false statement in the acquisition of a firearm in violation of 18 U.S.C. 924(a)(1)(A). Morales pled guilty on April 4, 2023 and is scheduled to be sentenced in December 2023.

| **Transaction Date** | **Make/Model** | **Caliber** |
|---|---|---|
| Feb. 21, 2020 | Springfield XD Mod. 2 | .40 cal. |
| July 30, 2020 | FN Model 57 | 5.7x28mm |
| July 30, 2020 | Taurus Model 856 | .38 cal. |
| July 30, 2020 | Glock 17 | 9mm |
| July 30, 2020 | Sig Sauer MCX | 300 BLK |
| Sept. 8, 2020 | Taurus G2C | 9mm |
| Sept. 8, 2020 | Taurus G2C | 9mm |

55. Tanner's ignored the fact that Morales bought multiple handguns in a short period of time, including a pair of duplicate Taurus G2C 9mm pistols along with a third pistol of the same caliber. These bulk and duplicative purchases were an obvious sign that Morales was buying handguns not for himself, but to traffic to others. What is more, most of Morales' purchases—including the duplicate pair of Taurus handguns—were cheap, low-quality handguns disfavored by collectors. And Morales paid for these purchases in cash[18]—a further indicator of trafficking that ATF trains FFLs to recognize, and which Tanner's ignored.

56. These red flags of straw purchasing were more than enough to put Tanner's on notice that its sales to Morales were illegal. But there was more: ATF contacted Tanner's on September 3, 2020, to investigate Morales' transactions at the store. Nevertheless, just five days later Tanner's sold Morales the pair of duplicate 9mm Taurus handguns—despite knowing that ATF was investigating his transactions.[19]

57. At least eight firearms that Tanner's sold to Morales have been recovered as crime guns in Philadelphia—including some recovered just days after purchase and others recovered as

[18] *See* Gov't's Change of Plea Mem. (Dkt. No. 37), at 4, *United States v. Morales*, No. 2:21-cr-00282 (E.D. Pa. Mar. 29, 2023).

[19] *See id.* According to court records, given his string of successful straw purchases at Tanner's, Morales returned to the store a final time on September 16, 2020, and attempted to purchase an additional 11 handguns. The store then contacted ATF who responded in time to observe Morales purchase the 11 handguns using "a wad of cash" worth more than $5,700. Agents attempted to follow Morales as he left the store, but by the time they located and arrested Morales the 11 handguns were gone.

recently as July 2023.[20] One (an FN Model 57 handgun) was recovered just over two weeks after purchase, in the possession of a convicted felon with a lengthy criminal record. The gun had an extended magazine and 18 live rounds. On information and belief, law enforcement would have contacted Tanner's as part of its efforts to trace this firearm, putting Tanner's on notice that it was recovered with an extremely short time-to-crime that was an unmistakable indicator that Morales was a straw purchaser.

58. More recently, in March 2021, investigators with the PPD gun violence reduction task force executed a search warrant and recovered from a 19-year-old another FN Model 57 handgun that Tanner's sold to Morales, as well as a kilogram of heroin, more than $45,000 in cocaine, a scale, and narcotics packaging materials. PPD recovered another gun that Tanner's sold Morales (a Springfield XD40 .40 caliber handgun) in May 2021 from the trunk of a stolen vehicle. Less than a month later in June 2021, PPD officers recovered yet another Tanner's gun from the waistband of a convicted felon during a traffic stop. This gun, a Glock 19 9mm handgun, had a large capacity magazine with 30 live rounds as well as a modification to the back plate (commonly called a "Glock switch"), which allowed the firearm to function as a fully automatic machinegun. On November 24, 2021, PPD officers recovered yet another gun that Tanner's sold to Joshua Morales from a suicidal man who resisted police efforts to take him into custody. After the arrest, the police discovered that the gun, a Glock 17 9mm handgun, had an obliterated serial number. Most recently, PPD officers recovered a .45 caliber Springfield XDS handgun in July 2023 during a traffic stop. The driver did not have a valid permit to carry the firearm.

[20] Three of the eight crime gun recoveries attributed to Morales were of guns Tanner's sold him or before September 8, 2020, and five are of guns sold during Morales' final trip to the store on September 16, 2020.



Case ID: 230801896

*Tanner's Sales to Quinn Whisted*

59. In 2021, the Montgomery County District Attorney charged Quinn Whisted and thirteen co-defendants with making at least 31 straw purchases at Philadelphia-area gun dealers for purposes of selling guns into the criminal market.[21] Tanner's was one of the stores that sold guns to this trafficking ring, and straw purchaser Quinn Whisted bought guns there on at least five separate occasions between June 2019 and July 2020. Three of Whisted's visits to the store involved multiple-sale transactions, including a purchase of two 9mm handguns on December 4, 2019, followed by the purchase of two more handguns (one, a third 9mm) just two days later on December 6. Whisted's purchase of three 9mm handguns in closely spaced, multiple-sale transactions was an obvious red flag that Tanner's ignored. Rather than stopping these transactions and notifying authorities, Tanner's sold Whisted these four handguns, and later sold him three more.

60. The 9mm Smith & Wesson handgun that Whisted bought at Tanner's on December 4, 2019, was recovered by the PPD on January 7, 2021, during the investigation of a home invasion robbery. Another Tanner's gun sold to Whisted, a Glock 44 .22 caliber handgun, was recovered during a traffic stop from an unlicensed possessor in August 2021.

*Tanner's Sales to Other Straw Purchasers*

61. Tanner's also sold guns to numerous other straw purchasers. For example, Tanner's sold 36 guns to trafficker Thomas Harris Jr. in 11 transactions between April 2019 and February 2020. All but one of Harris' transactions at Tanner's involved the sale of multiple handguns, which Harris typically bought three or four at a time. Beyond this extreme volume,

[21] *See* Affidavit of Probable Cause, *Commonwealth v. Quinn Whisted*, Case No. CP-46-CR-0002193-2021 (Montgomery Cnty. Ct. of Common Pleas).



Case ID: 260801896

Harris also bought numerous guns in duplicate or triplicate—including three Cugir Mini Draco pistols, five ATI Omni hybrid pistols, and four Glock 27s, among others. A clerk at Tanner's, identified in court papers by the initials R.G., later admitted to ATF that store employees knew Harris was purchasing firearms to transport them to St. Lucia for a profit—in other words, that he was straw purchasing and trafficking them. Harris pled guilty in November 2021 and was sentenced to 46 months' imprisonment.[22]

62. Tanner's sold at least two (and potentially many more) handguns to straw purchaser Tyrone Dansby between May 4 and September 12, 2020. Dansby bought approximately 60 handguns from Pennsylvania gun stores (including Tanner's, Frank's, and Delia's) over this time period, though only a handful are attributed to a particular store in public filings. According to federal authorities, Dansby's purchases "included a suspicious pattern of repeated purchases of identical firearms; for instance, Dansby bought eight identical SCCY 9mm semiautomatic pistols, and 16 identical Taurus G2/G3 9mm semiautomatic pistols, with the only difference between the firearms being their respective serial numbers." Two handguns that Tanner's sold Dansby have been recovered by law enforcement in Pennsylvania, one in connection with a shooting and both with partially obliterated serial numbers.[23]

63. Tanner's sold three 9mm handguns to straw purchaser Heather Ramerez in a single purchase on October 7, 2020. Even a single transaction can carry strong indicators of illegal straw purchasing where, as in Ramerez's case, she bought three very similar 9mm handguns (including a Taurus G2C and a Taurus G3C) and had no apparent purchase history with the store. Ramerez was working with Dansby, who drove her to the store to make the purchases—another red flag of

---

[22] *See* Complaint (Dkt. No. 1) at 3-4, *United States v. Harris Jr.*, Case No. 2:20-cr-00317 (E.D. Pa. July 23, 2020); *see also id.* at 5-8 (listing purchases).

[23] *See* Complaint (Dkt. No. 1) at 2-3, *United States v. Dansby*, Case No. 2:21-cr-00060 (E.D. Pa. Feb. 12, 2021).



Case ID: 260801896

straw purchasing.[24] The Taurus G3C that Tanner's sold to Ramerez was subsequently recovered with an obliterated serial number.

64. Tanner's sold a pair of Taurus 9mm handguns to straw purchaser Shanea Patterson on December 29, 2020. When interviewed by law enforcement, Patterson was unable to identify the make, model, or caliber of the firearms she had purchased, displaying a complete unfamiliarity with firearms that is another obvious hallmark of straw purchasing. A reasonable gun dealer would have recognized that an apparent first-time customer, buying duplicate handguns in a multiple-sale transaction, while being completely unfamiliar with the guns she is buying, is a straw buyer. Yet Tanner's ignored these obvious red flags and proceeded with the sale. One of Patterson's 9mm handguns was recovered by the PPD on April 14, 2022, in the possession of a 16-year old boy who fled from police after a car chase. The firearm had an extended magazine with 23 live rounds plus one in the chamber.[25]

***Frank's Illegal Gun Sales to Traffickers and Straw Purchasers***

65. Like the other Defendants, Frank's Gun Shop has repeatedly engaged in transactions with obvious straw purchasers, as described in court filings in subsequent criminal prosecutions. According to these court records, Frank's has sold at least 48 guns to at least 15 different straw purchasers between April 2018 and December 2021, though the true figure is likely much higher as several court filings only identify straw purchasers at Frank's, but not the total number of guns that the store sold to them. Like the other Defendants, Frank's ignored a variety

[24] *See* Affidavit of Probable Cause at 2-3, *Commonwealth v. Ramerez*, Case No. CP-51-CR-0007477-2021 (Phila. Cnty. Ct. of Common Pleas May 13, 2021).

[25] *See* Affidavit of Probable Cause at 2-3, *Commonwealth v. Patterson*, Case No. CP-51-CR-0006869-2022 (Phila. Cnty. Ct. of Common Pleas Apr. 29, 2022).



Case ID: 260801896

of red flags indicating that its customers were engaged in illegal straw purchases and gun trafficking; it chose instead to profit from these illegal sales.

*Frank's Sales to Johnnie Ballard, Khalil Hayes, and Sakinah Braxton*

66. Trafficker Johnnie Ballard visited Frank's 12 times from June 25 to September 5, 2020, each time accompanying one of two straw purchasers to the store.[26] These two straw purchasers, Khalil Hayes[27] and Sakinah Braxton,[28] collectively bought 15 guns from Frank's in 12 separate transactions:

| **Transaction Date** | **Straw Buyer** | **Make/Model** | **Caliber** |
|---|---|---|---|
| June 25, 2020 | Hayes | Taurus G2S | 9mm |
| June 25, 2020 | Hayes | Taurus G2S | 9mm |
| July 2, 2002 | Braxton | Glock 19 | 9mm |
| July 2, 2020 | Braxton | Glock 44 | .22lr |
| July 9, 2020 | Braxton | Glock 19 | 9mm |
| July 12, 2020 | Hayes | Glock 48 | 9mm |
| July 15, 2020 | Braxton | Glock 19 | 9mm |
| July 25, 2020 | Braxton | Glock 19X | 9mm |
| July 25, 2020 | Braxton | Glock 17 | 9mm |
| July 29, 2020 | Hayes | Glock 34 | 9mm |
| Aug. 7, 2020 | Braxton | Ruger 57 | 5.7x28mm |
| Aug. 14, 2020 | Braxton | Glock 43X | 9mm |
| Aug. 20, 2020 | Hayes | Glock 43 | 9mm |
| Aug. 21, 2020 | Braxton | Ruger 57 | 5.7x28mm |
| Sep. 5, 2020 | Hayes | Ruger 57 | 5.7x28mm |

[26] *See* Indictment (Dkt. No. 1), at 2-8, *United States v. Ballard*, Case No. 2:21-cr-00439 (E.D. Pa. Nov. 16, 2021). Ballard was charged with one count of conspiracy to make a false statement with respect to information in required gun dealer records, and one count of unlicensed dealing in firearms. He pled guilty in May 2022 and was sentenced to 27 months of imprisonment.

[27] *See* Information (Dkt. No. 1), at 2-3, *United States v. Hayes*, Case No. 2:21-cr-00436 (E.D. Pa. Nov. 15, 2021). Hayes is identified in Ballard's indictment as "Person #1." Hayes was charged with six counts of making a material false statement in the acquisition of a firearm in violation of 18 U.S.C. § 924(a)(1)(A). He pled guilty in 2022 and was sentenced to probation.

[28] *See* Information (Dkt. No. 1), at 2-4, *United States v. Braxton*, Case No. 2:22-cr-00055 (E.D. Pa. Feb. 23, 2022). Braxton is identified in Ballard's indictment as "Person #2." Braxton was charged with eight counts of making a material false statement in the acquisition of a firearm in violation of 18 U.S.C. § 924(a)(1)(A). She pled guilty in 2022 and was sentenced to probation.



Case ID: 260802896

67. According to criminal filings, Ballard instructed Hayes and Braxton about which firearms to buy, arranged payment for the guns, and took immediate possession of the firearms after the purchases. This paired buying behavior was a textbook example of straw purchasing that the store should have recognized and stopped immediately.

68. Instead, Frank's chose to sell Hayes and Braxton more and more guns, turning a blind eye to Ballard's role in orchestrating the straw purchases. But even if Hayes and Braxton had acted alone, their buying patterns were each highly indicative of straw purchasing in their own right. This is because each straw purchaser bought a large volume of duplicate or near-duplicate guns. Hayes, for example, bought a pair of duplicate Taurus G2S handguns in a multiple sale on his first trip to the store, as well as three separate 9mm Glock handguns in later transactions. Braxton bought three Glock 19s and a Glock 19X in four visits spaced less than a month apart, as well as two Ruger 57 pistols in the span of less than a month. Either one of these buying patterns, on its own, would have put a reasonable firearms dealer on notice that Hayes and Braxton were each engaged in straw purchasing.

69. What is more, both purchasers staggered their transactions at intervals in an apparent effort to avoid multiple-sale reporting requirements. Under federal law, an FFL must report to ATF and local law enforcement when a buyer purchases two or more handguns within a five-day period. This report is required because of the close association between multiple sales and trafficking—according to ATF guidance, "[i]f one or more firearms recovered from a crime are part of a multiple purchase, this could be an indicator



Case ID: 260802896

70. of potential firearms trafficking."[29] But reporting these sales increases the risk that a straw purchaser's illegal conduct will be detected by authorities. After his first visit to the store, Hayes spaced his subsequent four purchases at roughly two-week intervals. Similarly, Braxton spaced several purchases at weekly intervals (for example, purchases on August 7, 14, and 21, 2020). By doing so, both Braxton and Hayes avoided triggering ATF's mandatory reporting requirement and increased the chances that their straw purchases would remain undetected by law enforcement.

71. Through seminars, compliance inspections and publications, ATF trains FFLs to recognize that transactions structured to avoid reporting requirements are an indicator of straw purchasing, and on information and belief, Frank's would have been trained on this red flag. Coupled with the high aggregate purchase volume and duplicative handgun buys, it should have been obvious to Frank's that Braxton and Hayes were structuring their illegal straw purchasing to avoid detection. But rather than stopping these patently unlawful sales and reporting them to authorities, the store carried on its business with these straw purchasers for more than 10 weeks.

72. While Frank's carried on selling more and more guns to Hayes and Braxton through August and September 2020, guns from their earlier straw purchases were already being used in shootings on City streets. On the evening of August 26, 2020, PPD officers responded to a report of gunshots outside a pizzeria on N 60th Street in West Philadelphia and found 13 spent 9mm casings along with 8 more of another caliber. A little over two weeks later in September 2020, officers again responded to gunfire just under a mile away on Atwood Street. There, officers found evidence of a gun battle: 44 spent bullet casings including 27 9mm ones. Two occupied residences

[29] Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Reporting Multiple Firearm Sales*, ATF.GOV (April 16, 2021), https://www.atf.gov/firearms/reporting-multiple-firearms-sales.

had been hit by bullets. Four days later, PPD officers recovered a Glock 19 9mm handgun with 15 live rounds and a laser sight from the waistband of a 16-year old boy. This gun was linked by forensic evidence to the shootings on both N 60th Street and Atwood Street. Frank's had sold it to Braxton just over two months earlier, on July 2.

73. At least two other guns that Frank's sold to Braxton have been recovered by PPD. One, a Glock 43X 9mm handgun, was also recovered in September 2020 just months after the straw transaction—this time from a domestic abuser who did not have a license to carry the firearm, and who was using it to send threatening photos to terrorize the mother of his child. A second, a Glock 19 loaded with 17 live rounds, was recovered in June 2021 during the execution of a warrant on a juvenile probationer facing charges of robbery. Forensic analysis linked this Glock 19 to a shooting in the Kingsessing neighborhood in January 2021, in which a 22-year-old man was shot four times in the arm and hand. Frank's had sold this gun to Braxton on July 9, 2020.

*Frank's Sales to Robert Otis Cooper III*

74. Frank's also sold guns to Robert Otis Cooper III, who according to court records was a member of a straw purchasing organization involving several other individuals.[30] Cooper visited Frank's on at least four separate occasions in the summer of 2021 to straw purchase firearms. On his first visit, on June 21, 2021, Frank's sold Cooper three Glock handguns: a Glock 26 9mm, a Glock 19 9mm, and a Glock 29 10mm. A first-time buyer acquiring this many similar handguns in a single multiple sale was an obvious warning sign of straw purchasing, yet Frank's approved the sale. Eight days later, Frank's sold Cooper another 10mm handgun—this one a

[30] *See* Affidavit of Probable Cause at 70, 81-82, *Commonwealth v. Robert Otis Cooper III*, Case No. CP-46-CR-0002226-2023 (Montgomery Cnty. Ct. of Common Pleas).



Case ID: 260801896

Glock 20. Ten days after that, on July 9, Cooper attempted to purchase another pair of Glock 9mm handguns but was placed into "research" by Pennsylvania's background check system, delaying the sale to allow law enforcement to research whether Cooper could legally purchase a firearm. While this prevented Frank's from consummating the sale (and Cooper ultimately abandoned it), on information and belief, Frank's did not contact law enforcement to report Cooper's suspicious buying even though he had by that point bought or attempted to buy six similar handguns from the store. Cooper even tried again to buy another two handguns from Frank's on August 2, but was again foiled by Pennsylvania's background check system.

75. Despite these aborted sales, two of the four guns that Frank's sold Cooper have already been recovered at crime scenes. The first—the 10mm Glock 29 purchased on June 21, 2021—was recovered in Northeast Philadelphia (near the Oxford Circle neighborhood) on October 13, 2021 by PPD officers executing a search warrant. The second—the 9mm Glock 26 also purchased on June 21, 2021—was recovered a few blocks from Hunting Park in North Philadelphia on October 22, 2021 by plainclothes PPD officers responding to a shooting incident.

*Frank's Sales to Other Straw Purchasers*

76. Frank's has ignored warning signs of straw purchasing in other transactions as well. In September 2018, straw purchaser Morgan Johnson came to Frank's on two consecutive days and bought eight handguns—four on each day.[31] Johnson was buying guns for Kevin Gupton, a convicted felon who was prohibited by law from purchasing or possessing a firearm.[32] Johnson's

[31] *See* Indictment (Dkt. No. 1) at 3, *United States v. Johnson*, Case No. 2:19-cr-00102 (E.D. Pa. Feb. 19, 2019). Johnson was indicted on two counts of making a material false statement in the acquisition of a firearm in violation of 18 U.S.C. § 924(a)(1)(A). She pled guilty and was sentenced in 2021.

[32] *See* Indictment (Dkt. No. 1), at 1, 5-7, *United States v. Gupton*, Case No. 2:20-cr-00436 (E.D. Pa. Dec. 1, 2020). Gupton was charged with two counts of being a felon in possession of a firearm in violation of 18 U.S.C.§ 922(g)(1) and two counts of aiding and abetting Morgan Johnson's false statements to FFLs in violation of 18 U.S.C. § 924(a)(1)(A). Gupton pled guilty in May of 2021 and was sentenced to 57 months' imprisonment.



Case ID: 260801896

bulk purchase of handguns on back-to-back days was an obvious sign of straw purchasing on its own and would have put a reasonable dealer on notice of illegal behavior. But this was not the only easily recognizable sign that Johnson was a straw purchaser: More than half of Johnson's guns were duplicates of one another including three Taurus G2Cs and a close variant Taurus G2S, as well as a pair of Glock 30S handguns.

| Transaction Date | Make/Model | Caliber |
|---|---|---|
| September 20, 2018 | Glock 30S | .45 cal. |
| September 20, 2018 | Taurus G2C | 9mm |
| September 20, 2018 | Taurus G2S | 9mm |
| September 20, 2018 | Smith & Wesson SD9VE | 9mm |
| September 21, 2018 | Glock 30S | .45 cal. |
| September 21, 2018 | Glock 27 | .40 cal. |
| September 21, 2018 | Taurus G2C | 9mm |
| September 21, 2018 | Taurus G2C | 9mm |

77. Pursuant to ATF training, and as would be evident to any actor that engages in the retail business of dealing in firearms, this buying pattern alone is indicative of gun trafficking and should have been more than enough to put any reasonable store on notice that its customer was illegally buying guns for others. But even if it were not, Johnson and Gupton's in-store behavior further confirmed that Johnson was buying guns for Gupton, the convicted felon. According to the indictment, Gupton supplied Johnson the cash to buy the firearms, took her to Frank's, specified the guns for her to buy while they were at the store together, and took immediate possession of the firearms and paperwork after she bought them.[33] This was the textbook example of straw purchasing and should have been obvious to any reasonable firearms dealer even if the pair had only bought a single gun, let alone eight. Yet Frank's chose to ignore this, as well as the

[33] *See, e.g.*, Gupton Indictment at 5.



Case ID: 260801896

red flags in the form of Johnson's high-volume, duplicative handgun buys, and instead chose to profit from these illegal sales.

78. According to court records, several guns that Frank's sold through Johnson to Gupton were subsequently recovered in Philadelphia in connection with criminal activity. PPD recovered a Taurus Model G2C 9mm handgun in October 2018 from a 17-year-old suspected of dealing cocaine who fled from police. In May 2020, PPD recovered a second Taurus G2C sold from Frank's, during a traffic stop of a man in possession of marijuana and prescription opiates.

79. In August 2021, a straw purchaser named Nafissa Prosser bought a pair of Glock 9mm handguns from the store on consecutive days: one on August 23 and one on August 24.[34] Remarkably, she gave the store two different home addresses for these back-to-back buys. But these addresses were in fact false, and Prosser did not live at either address. Instead, she apparently gave the store false addresses to make it more difficult for law enforcement to trace the guns to her in the event they were recovered at a crime scene. Frank's knew Prosser had given the store two different addresses on consecutive days because it had to enter this information into its own records and because it had to decide which address to provide to ATF and to local law enforcement when reporting the transaction as a multiple sale. Despite knowing that Prosser had provided the store with conflicting information about her residence, the store proceeded with the sales.

80. Straw purchaser Dominick Weatherbe bought seven firearms, including six Glocks, in five days at Frank's and another local gun store in July 2021.[35] Although charging documents do not attribute Weatherbe's purchases to each store, it appears likely that he bought multiple,

---

[34] *See* Affidavit of Probable Cause at 3, *Commonwealth v. Prosser*, Case No. CP-51-CR-0008972-2021 (Phila. Cnty. Ct. of Common Pleas Oct. 4, 2021).

[35] *See* Affidavit of Probable Cause at 2-4, *Commonwealth v. Weatherbe*, Case No. CP-51-CR-0008535-2021 (Phila. Cnty. Ct. of Common Pleas Sept. 16, 2021).



Case ID: 260802896

similar guns at Frank's over the course of mere days. What is more, Weatherbe told police that he went to buy these firearms with (and for) a convicted felon, which suggests that in-store behavior may have been a further red flag of illegal activity. At least one of the Glocks that Weatherbe purchased from these stores was recovered by PPD during a narcotics investigation about two months later, in the possession of someone else.

***Delia's Illegal Gun Sales to Traffickers and Straw Purchasers***

81. Defendant Delia's Gun Shop also has a pattern of sales to obvious straw purchasers as revealed by criminal court records describing Delia's transactions. Between March 2018 and March 2022, Delia's sold at least 31 firearms to at least 12 different straw purchasers. The true number of sales to straw purchasers is likely even higher because several criminal filings identify people who straw purchased guns at Delia's but do not specify the number of guns they bought. Like Tanner's and Frank's, Delia's ignored a series of unmistakable warning signs of illegal straw purchasing, including high volume purchases, purchasers acting in tandem with others, and at least one incident of a straw purchaser using false (stolen) identification.

*Delia's Sales to Anthony Cipriano*

82. Straw purchaser Anthony Cipriano purchased seven handguns at Delia's in just over a month, between April 23 and May 26, 2021.[36] Four of these were 9mm handguns, and two were duplicate or near-duplicate EAA Girsan 9mm handguns.

| **Transaction Date** | **Make/Model** | **Caliber** |
|---|---|---|
| April 23, 2021 | Ruger P95 DC | 9mm |
| April 25, 2021 | SCCY CPX-2 | 9mm |
| May 8, 2021 | EAA Girsan | 9mm |
| May 20, 2021 | EAA Girsan MC28 SA | 9mm |
| May 24, 2021 | Glock 21 Gen4 | .45 cal. |
| May 24, 2021 | Smith & Wesson M&P 15-22 | .22lr |

[36] *See* Indictment (Dkt. No. 7), at 2, *United States v. Cipriano*, Case No. 2:21-cr-00287 (E.D. Pa. July 28, 2021).



Case ID: 260802896

| **Transaction Date** | **Make/Model** | **Caliber** |
|---|---|---|
| May 26, 2021 | Ruger 57 | 5.7x28mm |

83. Although Cipriano purchased most of these guns one at a time, they were close enough in time to trigger multiple sale reporting requirements as to all but one transaction. Specifically, pursuant to 18 U.S.C. § 923(g)(3), the store was required to report the two 9mm handguns purchased on April 23rd and 25th as a multiple-sale transaction, and then to separately report the four handguns purchased on May 20th, 24th, and 26th as another multiple sale. Thus, the store knew that Cipriano was amassing a small arsenal of handguns in a matter of weeks. And for at least the May 26th purchase, Cipriano was accompanied into the store by a second individual—a further indicator of straw purchasing. Yet the store did not stop these sales, ignoring these warning signs that Cipriano was buying for others rather than for himself.

84. The volume, pace, and similarity of Cipriano's purchases, alone, were more than sufficient to put a reasonable store on notice that the transactions were illegal. But there was more. Cipriano also presented the store with false identification—a stolen driver's license belonging to a person with initials "W.M."—for each purchase. This should have prompted serious scrutiny by the store, as a Delia's employee later told investigators that Cipriano did not closely resemble "W.M.," the person pictured on the stolen license. Instead, Cipriano had a facial tattoo and hair styled in dread locks, but "W.M." did not. Yet the store either failed to inspect this photoidentification (violating 18 PA. CONS. STAT. § 6111(b)(2)), or saw this obvious discrepancy but decided to proceed with the sale of half a dozen handguns notwithstanding.[37]

[37] *See* Complaint (Dkt. No. 1) at ¶¶ 9-11, *United States v. Cipriano*, Case No. 2:21-cr-00287 (E.D. Pa. June 30, 2021).



Case ID: 260802896

85. At least two guns that Delia's sold Cipriano have been recovered at Philadelphia crime scenes. The first—one of the duplicate EAA Girsan 9mm handguns that Delia's sold in May 2021—was recovered just over a year later during a June 2022 narcotics bust in the Kensington neighborhood. The gun was located under the passenger seat of an SUV from which officers observed a suspect conducting hand-to-hand drug transactions; officers also recovered narcotics, paraphernalia, and significant amounts of US currency. The gun was loaded with 15 live rounds and had a laser sight.

86. The second recovered handgun, a SCCY CPX-2 that Delia's sold to Cipriano on April 25, 2021, was seized by PPD during a January 2023 narcotics bust in the Frankford neighborhood, during which officers also seized marijuana, crack cocaine, and assorted pills.

*Delia's Sales to Charles L. Thompson*

87. Another straw purchaser to whom Delia's sold a large number of handguns in a short period of time was Charles Thompson.[38] According to court records, Delia's sold Thompson six 9mm Taurus handguns in the span of four months running from September 7, 2019, through January 31, 2020. The purchase of this many identical or near-identical handguns—particularly cheap, low-quality Taurus handguns with little collectible value—is strongly indicative of illegal straw purchasing.

| **Transaction Date** | **Make/Model** | **Caliber** |
|---|---|---|
| Sept. 7, 2019 | Taurus | 9mm |
| Oct. 19, 2019 | Taurus | 9mm |
| Nov. 30, 2019 | Taurus | 9mm |
| Jan. 28, 2020 | Taurus | 9mm |
| Jan. 28, 2020 | Taurus | 9mm |
| Jan. 31, 2020 | Taurus | 9mm |

[38] *See* Affidavit of Probable Cause at 2, *Commonwealth v. Thompson*, Case No. CP-51-CR-0004475-2021 (Phila. Cnty. Ct. of Common Pleas Feb. 14, 2020).

88. After he was arrested, Thompson told police that he was purchasing the guns for two other men in exchange for money and drugs. One of these men, identified in court filings as Philadelphia resident Nigel Smith, was only 19 years old at the time and thus prohibited from purchasing or owning a handgun.

89. According to statements that Smith gave police, he, Thompson, and a third person all went into Delia's together on January 28, 2020 and picked out two 9mm Taurus handguns that Thompson then bought. Immediately upon exiting the store, Thompson handed over the shopping bag with the two guns, at which point the trio realized that Thompson had forgotten to buy ammunition. They handed Thompson another $40, and he went back into Delia's—apparently no longer holding the guns he had purchased only moments earlier—and Delia's sold him two boxes of 9mm bullets.

90. It should have been obvious to Delia's employees that this trio was engaged in illegal straw purchasing, particularly because Thompson had already bought identical guns on three prior occasions. And the fact that Thompson needed to be reminded by his accomplices to buy ammunition only underscores what would have been clear to any reasonable firearms dealer: that the guns and bullets were not actually for him. Yet despite Thompson's bulk and duplicative sales, and the fact that at least some were conducted in the company of an underage accomplice, Delia's still sold him the guns.

91. A few days after Thompson's transaction involving accomplices, PPD arrested him and the scheme unraveled. Officers executed a search warrant at the home of Smith—the underage Philadelphia resident—and seized a gun containing components from the two 9mm Taurus handguns purchased on January 28: a slide from the Taurus with serial number TMW78892 mounted on a frame from the Taurus with serial number TMW76023. PPD recovered that gun's

mirror image in April 2020, after being tipped off by a witness that it had been abandoned by the side of Tabor Avenue. The slide on this second gun bore the serial number TMW76023, while the frame was labeled TMW78892. In April 2021, PPD recovered a third Taurus 9mm handgun that Delia's sold Thompson, during a traffic stop of a vehicle driving aggressively. Neither the driver nor the passenger had a license to carry the gun, which had 14 live rounds and a laser sight. On information and belief, the remaining handguns that Delia's sold to Thompson remain in circulation in the community.

*Delia's Sales to Other Straw Purchasers*

92. Straw purchaser Emmitt M. Smith purchased seven guns in the first half of 2018 from four different gun stores including Delia's and Frank's, according to court records.[39] At least five of these purchases were 9mm Taurus handguns—similar if not identical to the guns that Delia's sold straw purchaser Charles Thompson. Although public filings largely omit attribution of Smith's purchases to specific stores, he purchased at least one 9mm Taurus handgun (a Taurus PT111 Millennium) at Delia's on March 30, 2018. This Taurus PT111 from Delia's is one of three handguns bought by Smith that PPD has recovered at crime scenes. The Taurus from Delia's was recovered during the execution of a search warrant in September 2019, during which two individuals (not Smith) were arrested on narcotics charges.

93. This firearm is also connected to a pair of shootings on Janney Street in the Port Richmond neighborhood just a few months earlier. On the evening of July 20, 2019, PPD officers responding to a shooting in the 3000 block of Janney Street found a 36-year-old man suffering from two gunshot wounds to the abdomen. Four nights later and just a block away, PPD officers

[39] *See* Affidavit of Probable Cause at 2-4, *Commonwealth v. Smith*, Case No. CP-51-CR-0000891-2021 (Phila. Cnty. Ct. of Common Pleas Feb. 5, 2020).

responding to reports of gunfire in the 2900 block of Janney Street located four spent 9mm casings. Forensic evidence gathered from both crime scenes linked each shooting back to the Taurus PT111 that Delia's sold to Smith in March 2018.

94. Delia's sold at least three handguns to a straw purchaser named Tyrone Gresham between December 2019 and April 2021. Gresham's purchases at Delia's were part of a larger straw purchasing operation involving at least two codefendants who collectively trafficked at least 37 firearms from around 20 Pennsylvania gun stores.[40] Gresham's purchases at Delia's include a pair of Glock handguns chambered in .40 caliber, as well as a 9mm Taurus. According to charging documents, Gresham was in close contact via text message with other accomplices during his time inside Delia's on April 29, 2021. This was a strong indicator of potential straw purchasing: As law enforcement explained in Gresham's case, "individuals involved in 'straw purchasing' firearms will sometimes communicate with the intended recipient of the firearm and other co-conspirators while in the store through their cellular devices." This is often driven by a desire to relay and/or confirm "the make, model, and price of the firearm he/she is purchasing on the other person's behalf."[41] ATF likewise identifies taking and sending cell phone photos of firearms, and talking on a cell phone while browsing firearms, as indicators of potential straw purchasing. But despite Gresham's deeply suspicious in-store cell phone use, Delia's completed its transactions with him.

---

[40] *See* Affidavit of Probable Cause at 1-5, 8-9, 22-24, 46-48, *Commonwealth v. Gresham*, Case No. CP-46-CR-0004635-2021 (Montgomery Cnty. Ct. of Common Pleas July 12, 2020). Gresham purchased at least three firearms at Frank's: a Glock 23 (.40 cal) on March 8, 2021; a Glock G45 five days later on March 13, 2021, and a Glock 43 on May 4, 2021.

[41] *Id.* at 48.

95. PPD recovered the Glock from Gresham's April 2021 purchase at Delia's during a traffic stop near the intersection of Kensington Avenue and East Allegheny Avenue in October 2022. Gresham was not among the vehicle's occupants, and the Glock he had bought was fitted with an extended magazine and 20 rounds of ammunition. Officers also recovered a second handgun from the vehicle, along with narcotics believed to be cocaine, unidentified pills, and crystal meth.

## CAUSES OF ACTION

### COUNT 1 – PUBLIC NUISANCE
*(against all Defendants)*

96. Plaintiff incorporates by reference all preceding paragraphs of this complaint as if fully set forth herein, and further alleges as follows:

97. At the time Defendant Tanner's sold one or more firearms to Hutchings, Morales, Whisted, Harris Jr., Dansby, Ramirez, Patterson, and other gun traffickers, Tanner's knew, reasonably should have known, or deliberately avoided knowing that these individuals were engaged in straw purchasing, and/or dealing in firearms without a license, both of which are violations of federal and Commonwealth law.

98. At the time Defendant Frank's sold one or more firearms to Johnson, Gupton, Cooper III, Ballard, Hayes, Braxton, Prosser, Weatherbe, and other gun traffickers, Frank's knew, reasonably should have known, or deliberately avoided knowing that these individuals were engaged in straw purchasing, and/or dealing in firearms without a license, both of which are violations of federal and Commonwealth law.



Case ID: 230801896

99. At the time Defendant Delia's sold one or more firearms to Cipriano, Thompson, Smith, Gresham, and other gun traffickers, Delia's knew, reasonably should have known, or deliberately avoided knowing that these individuals were engaged in straw purchasing, and/or dealing in firearms without a license, both of which are violations of federal and Commonwealth law.

100. Each Defendant also failed to properly verify the identity of and request a background check on the firearms' actual buyers, made numerous false statements in required documentation and records, failed to make appropriate entries in required documentation and records, and concealed these actions from law enforcement.

101. Each Defendant is vicariously liable for the actions or inactions of its agents and/or employees while acting within the scope of their agency or employment.

102. Each Defendant's conduct in completing these transactions was in knowing violation of numerous federal and Commonwealth laws and regulations, including, but not limited to: 18 U.S.C §§ 4, 922(m), 922(t)(1), 924(a)(1)(A), and 924(a)(3); 27 C.F.R. 478.102, 478.124, 478.125(e), and 478.128; 18 PA. CONS. STAT. §§ 6111(b)(1), 6111(b)(2)-(5), 6111(g), 6113(a)(4)-(5), and 6504; and 37 PA. CODE § 33.111(b) and (d). In addition, each Defendant knowingly conspired with, or aided and abetted, straw purchasers and traffickers in knowing violation of 18 U.S.C §§ 2, 371, 922(a)(1)(A), 922(a)(6), 922(t)(1), 923(a), 924(a)(1)(A), 924(a)(3); and 27 C.F.R. 478.128(b). These knowing violations of law proximately harmed the City.

103. No defendant is licensed to manufacture firearms. On information and belief, Defendants did not manufacture the firearms at issue in the City's claims, did not sell or distribute those firearms to other FFLs, but rather sold each firearm in a retail sale to an individual who did not possess an FFL.

104. Defendants' pattern of unlawful firearms sales has created, contributed, to, and maintained a public nuisance in the City of Philadelphia. Such conduct, in and of itself, constitutes "a threat to public safety and security." 18 PA. CONST. STAT. § 6182. Furthermore, Defendants' conduct foreseeably resulted in the illegal transfer of firearms to criminals and other prohibited persons in the criminal secondary market in Philadelphia. Many of the firearms illegally sold this way by Defendants have already been recovered in Philadelphia in connection with crimes such as homicide, assault, burglary, drug trafficking, and myriad other unlawful activities that harm the City. Many of these guns had obliterated serial numbers to aid criminals in avoiding detection, others had large capacity magazines, and at least one had been modified into an illegal machine gun. Many of these illegal firearms were found on people prohibited from possessing firearms because they had criminal convictions or because they were minors.

105. Defendants' conduct in selling firearms in violation of federal and/or Commonwealth law has together created, contributed to, and maintained a public nuisance in Philadelphia that unreasonably and unjustifiably endangers, renders insecure, interferes with, and obstructs rights common to the general public. Such public nuisance harms the rights of City residents to life, health, the use and enjoyment of property, the right to travel within the City, and the right to attend school, all without fear of being shot. It deprives the City and its residents and visitors of the peaceful use of public streets, sidewalks, parks, and other places, interferes with commerce, travel, and the quality of daily life, and endangers the health, welfare, peace, safety, well-being, convenience, and property of considerable numbers of residents of, and visitors to, Philadelphia.

106. The threat of gun violence proximately caused by Defendants' misconduct impacts how City residents and visitors choose to commute to work or to school, whether and how they



Case ID: 260801896

participate in community activities, and the degree to which they visit and patronize local businesses. It also affects their decisions whether or not to ultimately stay in Philadelphia, linking the City's economic future to its ability to solve this crisis.[42] These harms are felt throughout the City, and are borne disproportionately by its Black communities.[43]

107. The City has suffered harm and incurred substantial costs as the direct and proximate result of the Defendants' knowing violations of law and resulting nuisance. Each firearm recovered by PPD involves, at the very least, processing and tracing costs to the PPD, but often the costs are significantly larger. In fact, the City spends millions of dollars annually to respond to, investigate and prosecute gun crime, and on medical services to treat victims of gun violence. Gun violence also threatens City employees and other public servants and makes their work more dangerous. In 2020, the City government spent an estimated $195 million in medical and criminal justice costs alone—a sum which does not account for other welfare and social services expenditure from gun violence.[44] From January 1 to November 1, 2021, gun violence cost Philadelphia $267.4 million in victim initial hospitalization costs.[45]

108. The City also spends millions of dollars annually to prevent gun violence, and to mitigate the long-term damage to communities in which it is endemic. During the 2023 fiscal year, the City of Philadelphia is spending more than $184 million on various gun violence prevention

---

[42] According to a national poll conducted in 2023, 84% of respondents said that they take at least one precaution to stay safe from the possibility of gun violence. About a third said they avoid large crowds, such as music festivals, crowded bars and clubs. 23% have avoided using public transit, 20% have considered changing the schools that their children attend, and 15% have moved to a different neighborhood or city.

[43] *See Philadelphia Roadmap* (reporting that Black people comprised 77% of shooting victims in Philadelphia so far in 2023, as well as 81% of victims since 2015); *Philadelphia 2022* (noting that in 2022, 78% of Black Philadelphians reported to hearing gunshots in their neighborhood, compared to 65% for the City as a whole).

[44] Jonathan Lovitz, "The Economic Imperative to Stop Gun Violence," *The Philadelphia Citizen* (August 2021) at https://thephiladelphiacitizen.org/economic-imperative-stop-gun-violence/.

[45] *2023 Violence Prevention Investments Update*, City of Philadelphia (2023), p. 4, at https://www.phila.gov/media/20230302190339/2023-Violence-Prevention-Investments-Update.pdf.



Case ID: 230801896

initiatives, up from $155 million the year before.[46] This sum includes investments in community empowerment programs, career and employment training, healing for victims of gun violence and their families, prevention programs, and providing safe havens for youth and families.[47] In 2024, the City plans to increase these investments to more than $233 million.[48]

109. The public nuisance created and maintained by the Defendants also causes economic harm to the City, including lost wages of victims and the value of activities chilled by the proliferation of gun violence and other gun-related crimes. It also depresses property values, harming the City's ability to raise revenue through taxation. The City is entitled to damages incurred as a result of the nuisance, as well as injunctive relief and cost of abating the nuisance.

110. The nuisance created by Defendants' illegal conduct continues to this day, and absent abatement or other relief will continue indefinitely. Firearms sold illegally by each Defendant to straw purchasers have been used in the commission of crimes within the City. In addition, unrecovered firearms sold by each Defendant to straw purchasers remain, on information and belief, in circulation in the criminal market within the City and thereby endanger its residents and employees and necessitate the expenditure of City funds and resources to investigate, interdict, and mitigate their use in crimes within the City.

111. Each of the Defendants that has (or had) a federal firearms license was trained on how to prevent straw sales and took on the obligation to prevent such sales when they received their license. Furthermore, each Defendant knew that the foreseeable and entirely predictable result of such illegal sales is gun violence and other criminal activities that endanger the public.

---

[46] *2022 Violence Prevention Investments Update*, City of Philadelphia (2022), p. 2, at https://www.phila.gov/media/20220331094753/2022-Violence-Prevention-Investments-Update.pdf.

[47] *Id.*

[48] *2023 Violence Prevention Investments*, p. 3.



Case ID: 230801896

Yet, with a reckless indifference to the safety of others, each of the Defendants continued to engage in such sales for the sake of profit. Such conduct can only be categorized as outrageous.

112. The City has suffered harm and incurred substantial costs as the direct and proximate result of the public nuisance created and maintained by Tanner's, Frank's, and Delia's misconduct. It is entitled to damages incurred as a result of Defendants' public nuisance, as well as injunctive relief.

**COUNT 2 – NEGLIGENCE**
*(against all Defendants)*

113. Plaintiff incorporates by reference all preceding paragraphs of this complaint as if fully set forth herein, and further alleges as follows:

114. At all relevant times, Defendants were subject to the general duty imposed on all persons and entities to not expose others to reasonably foreseeable risks of injury. Each Defendant had a duty to exercise reasonable care in distributing and selling firearms and to refrain from engaging in any activity creating reasonably foreseeable risks of injury to others. Each Defendant breached this duty by selling firearms that it knew or should have known were being directly unloaded into illegal streams of commerce and into the hands of persons ineligible to possess them.

115. Each Defendant's conduct in completing these transactions was in knowing violation of numerous federal and Commonwealth laws and regulations, including, but not limited to: 18 U.S.C §§ 4, 922(m), 922(t)(1), 924(a)(1)(A), and 924(a)(3); 27 C.F.R. 478.102, 478.124, 478.125(e), and 478.128; 18 PA. CONS. STAT. §§ 6111(b)(1), 6111(b)(2)-(5), 6111(g), 6113(a)(4)-(5), and 6504; and 37 PA. CODE § 33.111(b) and (d). In addition, each Defendant knowingly conspired with, or aided and abetted, straw purchasers and traffickers in knowing violation of 18 U.S.C §§ 2, 371, 922(a)(1)(A), 922(a)(6), 922(t)(1), 923(a), 924(a)(1)(A), 924(a)(3); and 27 C.F.R. 478.128(b). These knowing violations of law proximately harmed the City.

116. Each Defendant transacted firearms business with straw purchasers and traffickers even though they knew, reasonably should have known, and/or consciously avoided knowing that these individuals were engaged in unlicensed dealing, straw purchasing, and/or firearms trafficking. Each Defendant also failed to properly verify the identity of and request a background check on the firearms' actual buyers, made numerous false statements in required documentation and records, failed to make appropriate entries in required documentation and records, and concealed these actions from law enforcement.

117. Each Defendant is vicariously liable for the actions or inactions of its agents and/or employees while acting within the scope of their agency or employment.

118. Each of the Defendants that has (or had) a federal firearms license was trained on how to prevent straw sales and took on the obligation to prevent such sales when they received their license. Furthermore, each of the Defendants knew that the foreseeable and entirely predictable result of such illegal sales is gun violence and other criminal activities that endanger the public. Yet, with a reckless indifference to the safety of others, each of the Defendants continued to engage in such sales for the sake of profit. Such conduct can only be categorized as outrageous.

119. The City has suffered harm and incurred substantial costs as the direct and proximate result of each Defendant's negligence. It is entitled to damages incurred as a result of Defendants' negligence, as well as injunctive relief.

**COUNT 3 – NEGLIGENCE PER SE**
*(against all Defendants)*

120. Plaintiff incorporates by reference all preceding paragraphs of this complaint as if fully set forth herein, and further alleges as follows:

121. At all relevant times, Defendants were subject to a variety of legal obligations under Commonwealth and Federal law concerning the operation of their retail firearms businesses. These duties are imposed by a range of statutes, including but not limited to, 922(a)(1)(A), 922(a)(6), 922(m), 922(t)(1), 923(a), 924(a)(1)(A), and 924(a)(3); 27 C.F.R. 478.102, 478.124, 478.125(e), and 478.128; 18 PA. CONS. STAT. §§ 6111(b)(1), 6111(b)(2)-(5), 6111(g), 6113(a)(4)-(5), and 6504; and 37 PA. CODE § 33.111(b) and (d).

122. The above laws and regulations are intended to curb firearm crime, prevent access to firearms by persons prohibited from possessing them, and protect public safety. These laws and regulations were designed to prevent illegal dealing in firearms by directing firearms commerce through businesses licensed by the federal government. These laws and regulations impose obligations on licensed dealers and manufacturers to further the laws' and regulations' purposes.

123. The City and its residents are within the class of persons meant to be protected by these laws and regulations. And the injury to the City is of the nature that these laws and regulations were designed to prevent. In addition to City residents, law enforcement and other frontline City agencies and employees who work to respond to and address gun violence are among the class of persons directly exposed to the risk of gun violence and are among the intended beneficiaries of these laws and regulations.

124. Each Defendant sold and/or transferred firearms to individuals that it knew, reasonably should have known, or deliberately avoided knowing at the time of each transaction, were engaged in straw purchasing, and/or dealing in firearms without a license, both of which are violations of federal and Commonwealth law. In doing so, each Defendant violated its own legal obligation not to engage in such transactions, in violation of one or more of the aforementioned statutes and regulations. Each Defendant further breached its legal duties under these statutes and

regulations by failing to properly verify purchaser identity, failing to request and obtain a completed background check on the actual buyer of a firearm, making false statements in required documentation and records, and failing to make appropriate entries in required documentation and records. Each Defendant's breach of these duties constituted negligence per se.

125. Each of the Defendants that has (or had) a federal firearms license was trained on how to prevent straw sales and took on the obligation to prevent such sales when it received its license. Furthermore, each of the Defendants knew that the foreseeable and entirely predictable result of such illegal sales is gun violence and other criminal activities that endanger the public. Yet, with a reckless indifference to the safety of others, each of the Defendants continued to engage in such sales for the sake of profit. Such conduct can only be categorized as outrageous.

126. The City has suffered harm and incurred substantial costs as the direct and proximate result of each Defendant's breach of these duties. It is entitled to damages incurred as a result of Defendants' negligence, as well as injunctive relief.

**COUNT 4 – NEGLIGENT ENTRUSTMENT**
*(against all Defendants)*

127. Plaintiff incorporates by reference all preceding paragraphs of this complaint as if fully set forth herein, and further alleges as follows:

128. Each Defendant sold and/or transferred firearms to individuals that it knew, or reasonably should have known at the time of the transaction, were engaged in straw purchasing, and/or dealing in firearms without a license, both of which are violations of federal and Commonwealth law.

129. Each Defendant knew or reasonably should have known that these individuals' straw purchasing and/or unlicensed dealing in firearms created an unreasonable risk of harm to

third parties because a foreseeable and likely consequence of those activities is gun violence resulting in serious injury or death, as well as other criminal activity.

130. Each Defendant had possession and control of the firearms that it transferred or caused to be transferred to these individuals.

131. Each Defendant knew or should have known that its employees and agents, who effectuated these firearms transfers to those individuals, were obliged to use their judgment to refuse to transfer firearms to a transferee whom the employees and agents knew or should have known was involved in straw purchasing and/or unlicensed dealing in firearms.

132. Each Defendant, by its employee and agents, knew or should have known that firearms transferred to these individuals, and others involved in straw purchasing and/or the unlicensed dealing of firearms would likely be used in a manner involving an unreasonable risk of harm.

133. Many of the firearms Defendants negligently entrusted to these traffickers and straw purchasers have foreseeably been recovered in the possession of prohibited possessors in Philadelphia, while many others are still unaccounted for.

134. Defendants' negligent entrustment of firearms to traffickers has proximately caused harm to the City. Firearms negligently entrusted by each Defendant to straw purchasers have caused harm to the City. This includes, but is not limited to: (1) a Glock 23 sold by Delia's to straw purchaser Tyrone Gresham on April 29, 2021 that was recovered by PPD on October 27, 2022 and, upon information and belief, was used in the facilitation of drug distribution within the City; (2) a Glock 26 sold by Frank's to straw purchaser Robert Otis Cooper III on June 21, 2021 that was recovered by PPD on October 22, 2021 during the investigation of a shooting that required a significant response from the City; and (3) a Glock 17 sold by Tanner's to Joshua Morales on



Case ID: 260801896

July 30, 2020 that was recovered on November 4, 2021, during which time PPD officers had to put themselves in harm's way in response to an armed individual experiencing a mental health crisis.

135. Each of the Defendants that has (or had) a federal firearms license was trained on how to prevent straw sales and took on the obligation to prevent such sales when it received its license. Furthermore, each of the Defendants knew that the foreseeable and entirely predictable result of such illegal sales is gun violence and other criminal activities that endanger the public. Yet, with a reckless indifference to the safety of others, each of the Defendants continued to engage in such sales for the sake of profit. Such conduct can only be categorized as outrageous.

136. The City is entitled to recover damages in an amount to be determined at trial, as well as injunctive relief.

**COUNT 5 – VIOLATION OF 18 PA. CONS. STAT. § 6111(G)(6)**
*(against all Defendants)*

137. Plaintiff incorporates by reference all preceding paragraphs of this complaint as if fully set forth herein, and further alleges as follows:

138. At all relevant times WRT Management, Inc. f/k/a Tanner's Sport Shop Inc., Frank's Gun Shop & Shooting Range LLC, and Mad Minute Enterprises, LLC, were or are licensed dealers in firearms within the meaning of the Pennsylvania Uniform Firearms Act. Each of these Defendants and their employees are also persons within the meaning of this statute.

139. At the time Defendant Tanner's sold one or more firearms to Hutchings, Morales, Whisted, Harris Jr., Dansby, Ramirez, Patterson, and other straw purchasers, Tanner's knew, had reason to believe, or deliberately avoided knowing that these individuals were engaged in straw purchasing, and/or dealing in firearms without a license, and were not the actual purchasers of the guns. Therefore, such sales were made in violation of 18 PA. CONS. STAT. § 6111. Tanner's sales



Case ID: 230801896

to these individuals were knowing and intentional. Tanner's also knew, had reason to believe or deliberately avoided knowing that such firearms acquired by straw purchasers would be used in the commission or attempted commission of crimes, including, but not limited to, the straw-purchasing and trafficking of such firearms. As such, Tanner's is liable for the harms the City sustained as a result of such crimes or attempted crimes.

140. At the time Defendant Frank's sold one or more firearms to Johnson, Gupton, Ballard, Hayes, Braxton, Johnson, Prosser, Weatherbe, and other straw purchasers, Frank's knew, had reason to believe, or deliberately avoided knowing that these individuals were engaged in straw purchasing, and/or dealing in firearms without a license, and were not the actual purchasers of the guns. Therefore, such sales were made in violation of 18 PA. CONS. STAT. § 6111. Frank's sales to these individuals were knowing and intentional. Frank's also knew, had reason to believe, or deliberately avoided knowing that such firearms acquired by straw purchasers would be used in the commission or attempted commission of crimes, including, but not limited to, the straw-purchasing and trafficking of such firearms. As such, Frank's is liable for the harms the City sustained as a result of such crimes or attempted crimes.

141. At the time Defendant Delia's sold one or more firearms to Cipriano, Thompson, Smith, Gresham, and other straw purchasers, Delia's knew, had reason to believe, or deliberately avoided knowing that these individuals were engaged in straw purchasing, and/or dealing in firearms without a license, and were not the actual purchasers of the guns. Therefore, such sales were made in violation of 18 PA. CONS. STAT. § 6111. Delia's sales to these individuals were knowing and intentional. Delia's also knew, had reason to believe or deliberately avoided knowing that such firearms acquired by straw purchasers were intended to be used in the commission or attempted commission of crimes, including, but not limited to, the straw-purchasing and trafficking

of such firearms. As such, Delia's is liable for the harms the City sustained as a result of such crimes or attempted crimes.

142. Each Defendant knowingly and intentionally sold and delivered one or more firearms to the aforementioned straw purchasers in violation of provisions of Chapter 61 of Title 18, Pennsylvania Consolidated Statutes, including but not limited to: 18 PA. CONS. STAT. §§ 6111(b)(1), 6111(b)(2)-(5), 6111(g), and 6113(a)(4)-(5).

143. Straw purchasers buy guns in order to engage in the criminal activity of gun trafficking and/or dealing in firearms without a license. As alleged throughout this complaint, gun trafficking harms the City by contributing to gun violence and other gun-related crimes therein. As such, the City and its residents have been injured as a proximate result of criminal activities and attempted criminal activities reasonably foreseen by each Defendant at the time that it knowingly and intentionally sold firearms to the aforementioned straw purchasers.

144. Each of the Defendants that has (or had) a federal firearms license was trained on how to prevent straw sales and took on the obligation to prevent such sales when it received its license. Furthermore, the Defendants knew that the foreseeable and entirely predictable result of such illegal sales is gun violence and other criminal activities that endanger the public. Yet, with a reckless indifference to the safety of others, each of these Defendants continued to engage in such sales for the sake of profit. Such conduct can only be categorized as outrageous.

145. The City is entitled to recover these damages in an amount to be determined at trial, as well as injunctive relief.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully requests that this Court:

A. Award injunctive relief against Defendants enjoining them from continuing to maintain a public nuisance, as alleged in Count I above, and requiring them to abate such nuisance by:

1. Ordering Frank's and Delia's to submit to supervision by a court-appointed special master(s) for a period of five years or longer if deemed necessary by the Court, the responsibilities of whom shall include, *inter alia*, monitoring of such Defendant's sales practices through observation, records monitoring, and random and repeated integrity-testing, and implementing corrective policies and procedures, with the costs of the special master(s) to be borne by such Defendant;
2. Ordering Frank's and Delia's to retain all trace requests received from ATF for a period of five years, to keep a record of all employees whose sales result in a trace request, and to conduct heightened screening (as determined by the special master) of sales to individuals who have previously been the subject of trace requests from ATF;
3. Ordering Frank's and Delia's to require mandatory training of all personnel by a court-approved training entity, with the costs of that training to be borne by such Defendant;
4. Ordering Frank's and Delia's to adopt and enforce written policies to identify and prevent straw purchasing;
5. Ordering each Defendant to take corrective action to identify and assist in recovering the remaining firearms that were sold to or through persons

identified as straw purchasers, and others identified as transferees of firearms from each Defendant as stated herein;

6. Ordering Frank's and Delia's to post bonds in amounts to be determined by the Court, which must be forfeited in the event of future violations by such Defendant; and

7. Ordering each Defendant to pay into an abatement fund a sum that the Court deems just and proper for addressing the continuing harms caused by the nuisance that Defendants have created;

B. Award the City with costs it has incurred abating the public nuisance set forth in this Complaint;

C. Award the City with a reasonable sum of money that will fairly compensate it for the damages it has suffered;

D. Award the City pre- and post-judgment interest, to the extent allowable;

E. Award the City punitive and exemplary damages;

F. Award the City's costs and reasonable attorney's fees incurred in this action; and

G. Grant such other relief as the Court may deem just, equitable, or proper.

**JURY DEMAND**

The City of Philadelphia requests a trial by jury of all claims.



Case ID: 230801896

Dated: October 31, 2023

DIANA P. CORTES
City Solicitor
Of the City of Philadelphia

By: Renee M. Garcia, Chair, Litigation
Attorney I.D. No. 315622
*/s/ Renee M. Garcia*
**CITY OF PHILADELPHIA DEPT. OF LAW**
Benjamin H. Field, Chief Deputy City Solicitor
Attorney I.D. No. 204569
Lydia M. Furst, Deputy City Solicitor
Attorney I.D. No. 307450
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595
Tel (215) 683-3573
Lydia.Furst@phila.gov

Eric Tirschwell*
James E. Miller*
Eugene Nam*
**EVERYTOWN LAW**
450 Lexington Ave.
P.O Box # 4184
New York, NY 10017
Phone: (646) 324-8222
etirschwell@everytown.org

Alla Lefkowitz *
**EVERYTOWN LAW**
P.O. Box 14780
Washington, DC 20044
Phone: 202-545-3257
alefkowitz@everytown.org

Jordan Estes*
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
JEstes@kramerlevin.com

Chloe Bootstaylor*
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
2000 K Street NW, 4th Floor
Washington, DC 20006
(202) 775-4500
CBootstaylor@kramerlevin.com

*Admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFF CITY OF PHILADELPHIA**



Case ID: 230801896

**VERIFICATION**

I, Cheryl Bettigole, M.D., M.P.H. hereby verify that:

1. I serve as the Health Commissioner for the City of Philadelphia;

2. I am authorized to make this verification on behalf of the City;

3. I hereby verify that the averments contained in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief; and

4. I understand that I make the foregoing statements subject to the penalties of 18 PA. CONS. STAT. § 4904 (relating to unsworn falsification to authorities).

Dated: October 31, 2023

Cheryl Bettigole

Cheryl Bettigole, M.D., M.P.H., Health Commissioner
City of Philadelphia Department of Public Health

**CERTIFICATE OF SERVICE**

I, Renee Garcia, hereby certify that on the date indicated below, the foregoing document was filed on the First Judicial District of Pennsylvania's electronic filing system. Pursuant to Pennsylvania Rule of Civil Procedure 205.4(g)(2), service was completed when the filing was accepted by the Prothonotary upon all parties who have entered their appearance on the electronic filing system, that is, Defendants Frank's Gun Shop & Shooting Range LLC; Mad Minute Enterprises, LLC d/b/a Delia's Gun Shop; and Delia's Gun Shop, Inc.

Defendant WRT Management, Inc. f/k/a Tanner's Sport Center Inc. will be served as provided by the Rules and proof of service will be filed when service is complete.

DATE: October 31, 2023

BY: */s/ Renee M. Garcia*
Renee M. Garcia
Chair, Litigation
Philadelphia Law Department

Filed and Attested by the
Office of Judicial Records
13 AUG 2026 03:17 pm
L. BREWINGTON

# EXHIBIT 12

# AGREEMENT OF SETTLEMENT, RELEASE, ASSIGNMENT OF INSURANCE COVERAGE AND BAD FAITH CLAIMS, AND COOPERATION

**THIS AGREEMENT** is entered into by and between the City of Philadelphia (the "Plaintiff" or "Releasor"), and WRT Management, Inc. f/k/a Tanner's Sports Center Inc. (the "Releasee," and collectively with Plaintiff, the "Parties").

## RECITALS

**WHEREAS,** Plaintiff initiated a civil action in the Pennsylvania Court of Common Pleas, Philadelphia County, under Docket No. 2307-02394, titled City of Philadelphia v. WRT Mgt., et. al., seeking damages for bodily injury and other relief for damages caused by Releasee's sale of firearms to people that it knew, should have known, or deliberately avoided knowing were engaged in illegal firearms trafficking and straw purchasing (the "Litigation"); and

**WHEREAS**, Plaintiffs named the Releasee as a defendant, along with Mad Minute Enterprises, LLC d/b/a Delia's Gun Shop ("Delia's"), and Frank's Gun Shop & Shooting Range LLC in the Litigation (collectively, "the Defendants"); and

**WHEREAS**, Plaintiffs asserted that Releasee's various actions and omissions created and maintained a public nuisance, and constituted negligence, negligence per se, and negligent entrustment; and

**WHEREAS**, Plaintiff's damages expert assessed that the present value of the past and future costs that the Plaintiff has or will incur as a proximate result of firearms sold by Releasee to straw purchasers is $2,320,674; and

**WHEREAS**, Plaintiff's damages expert assessed that the present value of the cost to abate the harms caused by Releasee's and Delia's actions and omissions is $19,219,470; and

**WHEREAS**, these amounts are independent of and do not include any portion attributable to punitive damages; and

**WHEREAS**, Releasee did not disclose any expert witness to challenge Plaintiff's damages expert conclusions; and

**WHEREAS,** the Releasee has denied, and continues to deny, any and all liability, fault, or wrongdoing, and this Agreement is made expressly without any admission of liability; and

**WHEREAS,** the Parties now desire to fully and finally resolve all claims by Plaintiffs against Releasee, while preserving all claims against the Releasee's insurers; and

**WHEREAS**, Releasee has identified the following insurance policies issued to it by The Cincinnati Specialty Underwriters Insurance Company ("CSU") between January 1, 2018 and the present:

- CSU Commercial General Liability policy no. CSU0108950, for policy periods 1/1/2018 to 1/1/2019, 1/1/2019 to 1/1/2020, 1/1/2020 to 1/1/2021, 1/1/2021 to 1/1/2022, and 1/1/2022 to 12/14/2022; and

- CSU Commercial Excess policy no. CSU0108951, for policy periods 1/1/2018 to 1/1/2019, 1/1/2019 to 1/1/2020, 1/1/2020 to 1/1/2021, 1/1/2021 to 1/1/2022, and 1/1/2022 to 12/14/2022; and

**WHEREAS,** the Releasee, as part of this settlement, agrees to assign any and all claims, rights, and causes of action for insurance coverage in connection with the Litigation that it has or may have against CSU or any other insurer that issued insurance policies to the Releasee or owes or may owe insurance coverage to Releasee in connection with the Litigation (collectively, "the Insurers"), including but not limited to the CSU policies specifically identified above; this assignment shall include but not be limited to all claims for insurance coverage as well as claims for breach of contract and breach of the covenant of good faith and fair dealing ("Insurance Coverage and Bad Faith Claims"), and

**WHEREAS,** the Releasee further agrees to provide reasonable and good faith cooperation in connection with the prosecution of any such assigned claims,

**NOW, THEREFORE**, in consideration of the mutual covenants and agreements herein contained, and for other good and valuable consideration, to Plaintiff the sufficiency of which is hereby acknowledged, the Parties agree as follows:

## 1. SETTLEMENT AND VOLUNTARY DISMISSAL

Plaintiff and Releasee agrees to compromise and settle all claims in the Litigation for the amount of 11.9 million dollars ($11,900,000.00) to be paid from the insurance proceeds from the assignment of rights against the Insurers. For the avoidance of doubt, Plaintiff agrees to pursue payment directly and exclusively from the Insurers, and agrees not to pursue payment from the Releasee. It is expressly understood and agreed that this settlement is for Plaintiff's claims for damages caused by bodily injury resulting from the alleged negligence of Releasee. Within 15 days of the execution of this Agreement by all Parties, Plaintiff shall dismiss all claims in the Litigation against the Releasee. The Parties will cooperate to prepare a Stipulation and Order to effectuate the dismissal.

## 2. FULL AND FINAL LIMITED RELEASE OF CLAIMS

Plaintiff hereby fully, finally, and forever releases, acquits, and discharges the Releasee, including its owner(s), agents, and officers, from any and all manner of

claims, actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, covenants, contracts, controversies, agreements, promises, trespasses, damages, judgments, executions, demands, and liabilities whatsoever, at law or in equity, whether known or unknown, suspected or unsuspected, arising out of, based upon, or relating in any way to the Litigation. For the avoidance of doubt, nothing in this agreement constitutes a waiver or release of the Plaintiff's right to bring Insurance Coverage and Bad Faith Claims against CSU or any other insurer.

Releasee hereby fully, finally, and forever releases, acquits, and discharges the Plaintiff from any and all manner of claims, actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, covenants, contracts, controversies, agreements, promises, trespasses, damages, judgments, executions, demands, and liabilities whatsoever, at law or in equity, whether known or unknown, suspected or unsuspected, arising out of, based upon, or relating in any way to the Litigation.

## 3. ASSIGNMENT OF INSURANCE COVERAGE AND BAD FAITH CLAIMS AGAINST THE INSURERS

The Releasee hereby unconditionally and irrevocably assigns, transfers, and conveys unto Plaintiff all rights, titles, interests, claims, and causes of action of any nature whatsoever that they may possess against the Insurers, including but not limited to:

- Insurance Coverage in connection with any claims asserted in the Litigation;
- Breach of the covenant of good faith and fair dealing;
- Common law and statutory bad faith under Pennsylvania law;
- Violations of fiduciary duty or unfair claims handling practices;
- Any applicable claims for consequential or punitive damages, attorney's fees, interest, or economic loss.

This assignment includes any and all rights to prosecute such claims in the name of the assignee (Plaintiff), and to recover all compensatory or exemplary damages available under applicable law. The Releasee hereby warrants that it has not released, settled, dismissed, compromised , or otherwise impaired any of its rights against CSU or any other of the Insurers in connection with the Litigation.

## 4. LIMITED COOPERATION AGREEMENT

Solely in connection with the prosecution of the assigned claims described in Paragraph 3, the Releasee agrees to:

- Participate in reasonable interviews by Plaintiff's counsel;
- Execute truthful affidavits, certifications, or declarations as needed;
- Appear for depositions and/or testify at hearings or trial upon reasonable notice;



Case ID: 260801836

- Produce, to the extent available and not privileged, any non-confidential, non-privileged documents relevant to the assigned claims.
- The disclosure of documents or information produced by the Releasee in the Litigation as evidence in the prosecution of the assigned claims described in Paragraph 3, notwithstanding any other provision in this Agreement or any existing protective order.

This cooperation obligation shall apply solely to prosecution of the assigned claims against the Insurers. Plaintiffs agree to reimburse Releasee for reasonable and necessary out-of-pocket expenses incurred in providing such cooperation.

## 5. AGREEMENT NOT TO SELL FIREARMS

The President and Owner of WRT Management (hereafter, "Owner") agrees that he will not, at any future date, solicit, sell or transfer any firearms for profit, or be engaged in the business of importing, manufacturing, selling, advertising, or dealing in firearms or ammunition, as defined by The Gun Control Act of 1968 (GCA), Title 18, United States Code (U.S.C.), Section 923(a), in any capacity, including but not limited to in any capacity as a dealer, pawnbroker, manufacturer, importer, or collector. This prohibition includes not serving as a "responsible person" on a federal firearms license or investing in any business that has a federal firearm license. Further, Owner agrees that he will not, at any future date, be employed by any business that has a federal firearm license. Employment is defined as providing work or services in exchange for compensation, whether monetary or in the form of non-monetary benefits.

For the avoidance of doubt, this provision is not intended to prohibit Owner from engaging in private sales from his personal collection, so long as: (1) making a profit is not his principal motive; (2) any and all such sales comply with all applicable federal, state, and local laws; and (3) he conducts a background check on the purchaser at a federally licensed firearms dealer on any such sale; and (4) unless extenuating circumstances are shown, Owner may not individually or collectively sell more than five (5) firearms to any other person or persons or entity or entities during any twelve-(12) month period regardless of the medium through which the sale is conducted, such as at a gun show or event, flea market, auction house, or gun range or club; at one's home; by mail order; over the internet (e.g., online broker or auction); through the use of other electronic means (e.g., text messaging service, social media raffle, or website). This agreement does not restrict Owner's ability to purchase firearms for personal use.

A breach of the terms of Section 5 constitutes a violation of this Settlement Agreement and causes irreparable harm to Plaintiff. Accordingly, Plaintiff may petition the Philadelphia Court of Common Pleas (or any other court of competent jurisdiction) for appropriate injunctive and monetary relief. In the event Owner is found to have breached the terms of Section 5, the City shall be entitled to reasonable attorneys' fees and costs.

## 6. WRT MANAGEMENT, INC. f/k/a TANNER'S SPORT CENTER INC.'S REPRESENTATIONS AND WARRANTIES

By signing below, WRT Management, Inc. f/ka/ Tanner Sport Center Inc. hereby represents and warrants:

a. That WRT Management, Inc. f/ka/ Tanner Sport Center Inc. has no assets other than those disclosed in the production of documents to the City or in the deposition taken of Owner on July 9, 2025.

b. That WRT Management, Inc. f/ka/ Tanner Sport Center Inc. does not hold a federal firearms license and when it sold its business to on December 12, 2022 to Tanner Operations, LLC, Tanner's Holdings LLC, and/or their affiliates, all business records of WRT Management, Inc. f/ka/ Tanner Sport Center Inc. were thereafter surrendered to the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and/or the Pennsylvania State Police. Neither WRT Management, Inc. f/ka/ Tanner Sport Center Inc. nor Owner retain any such records in their possession.

c. That WRT Management, Inc. f/ka/ Tanner Sport Center Inc. will never seek or obtain a federal firearms license.

In the event that subsequent to the Effective Date, the City learns that one or more of the representations and warranties made by Releasee in this Section was not accurate, the City shall have the right to petition the Philadelphia Court of Common Pleas (or any other court of competent jurisdiction) for appropriate injunctive and monetary relief.

Each Party represents and warrants to the other Parties that they have the legal power to enter into this Settlement Agreement and to perform all of their respective obligations under this Settlement Agreement, that all actions necessary to authorize this Settlement Agreement and perform as mandated hereunder have been taken, are in full force and effect, and have not been modified, amended, or revoked.

A breach of the terms of Section 6 constitutes a violation of this Settlement Agreement and causes irreparable harm to the City. Accordingly, the City may petition the Philadelphia Court of Common Pleas (or any other court of competent jurisdiction) for appropriate injunctive and monetary relief. In the event Releasee is found to have breached the terms of Section 6, the City shall be entitled to reasonable attorneys' fees and costs.

## 7. NON-RECOVERY AND INDEMNIFICATION PROVISION

Plaintiff expressly agrees that in the event of any judgment entered against the Insurers, Plaintiff shall not seek to collect any portion of said judgment from Releasee, whether directly or indirectly, by way of joint and several liability, contribution, indemnification, or otherwise. It is the express intent of the parties that Releasee shall be fully and forever released and discharged from any and all claims, demands, or liabilities that may arise in this litigation or in any related action by reason of any judgment, settlement, or allocation of fault against Releasee. This provision is material and forms part of the consideration for this Release.

## 8. NO CONFIDENTIALITY/NO ADMISSION OF LIABILITY

There shall be no confidentiality provision. The Parties may disclose the terms and existence of this Agreement without limitation. This Agreement shall not be construed as an admission of liability by any Party.

## 9. SEVERABILITY AND SURVIVAL

In the event that a court or tribunal of competent jurisdiction determines that any part or portion of this Agreement, except for the releases and payment provisions, is illegal, invalid or otherwise unenforceable, the legality, validity and enforceability of the remaining provisions shall not in any way be affected thereby. If the releases are determined to be illegal, invalid or unenforceable, then this entire Agreement shall be void ab initio, and the Parties shall be returned to the status quo ante.

If the assigned claims against any one of the Insurers should fail or otherwise do not result in payment to the Plaintiff or any other party for any reason, such failure of or lack of payment on the assigned claims shall not affect the Releasee's release as set forth in this Agreement.

## 10. COUNTERPARTS/ELECTRONIC SIGNATURES

This Agreement may be executed in counterparts, and signatures transmitted via facsimile, email (PDF), or other electronic means shall be deemed originals.

## 11. REPRESENTATIONS OF AUTHORITY AND VOLUNTARY EXECUTION

Each Party represents and warrants that:

- They have had a full and fair opportunity to consult independent legal counsel;
- They possess full legal capacity and authority to enter into this Agreement;
- They are executing this Agreement voluntarily and without duress, coercion, or reliance on any statements not contained herein.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of the dates written below.

Dated: April 17, 2026

Signed by:
Renee Garcia
43ABBD9C388F4F1...

Renee Garcia
City Solicitor,
On behalf of Plaintiff City of Philadelphia

Dated: 4/16/2026

Walter Tanner III

Walter Raymond Tanner III,
President,
On behalf of Releasee WRT Management, Inc.